FILED
Jul 05 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| US RIGHT TO KNOW, | Case No. 3:23-cv-02956-TSH |
|---|---|
| Plaintiff(s), | |
| v. UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, <u>Daniel C. Snyder, an active</u> member in good standing of the bar of <u>Oregon (105127)</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Plaintiff USRTK</u> in the above-entitled action. My local co-counsel in this case is <u>Lily Rivo, Greenfire Law PC</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: <u>242688</u>.

<u>1620 L Street NW, Suite 630, Washington DC 20036</u>       <u>2748 Adeline St, Suite A, Berkeley, CA 97403</u>
MY ADDRESS OF RECORD                                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

<u>202-861-5251</u>                                             <u>510-900-9502</u>
MY TELEPHONE # OF RECORD                                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

<u>dsnyder@publicjustice.net</u>                               <u>lrivo@greenfirelaw.com</u>
MY EMAIL ADDRESS OF RECORD                                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>OR105127</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>three</u> times in the 12 months preceding this application. Prior PHV admissions in last 12 months all on behalf of Plaintiff US Right to Know

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2023

/s/ Daniel C. Snyder
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel C. Snyder is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 5, 2023

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
HONORABLE THOMAS S. HIXSON



# Certificate of Good Standing

State of Oregon        )
                       )   ss.
County of Washington   )

I, Troy Wood, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**DANIEL SNYDER, BAR NO. 105127**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 7, 2010.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Snyder is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 29th day of June, 2023.

_____
Troy Wood
Regulatory Counsel
Oregon State Bar

*This certificate expires 60 days from the date of issuance*