AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW <br><br> *Plaintiff(s)* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES <br><br> *Defendant(s)* | Civil Action No. 3:23-cv-02956 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF DEFENSE,
UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES
Office of the Secretary, The Pentagon
Washington, DC 20301–1155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RACHEL DOUGHTY (California State Bar NO. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
(510) 900-9502 x2
**NOTE: DEFENDANT'S ANSWER DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C)**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 6/16/23
06/19/2023

Felicia Brown

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-02956

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Defense, USU
was received by me on *(date)* June 16, 2023.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: July 26, 2023

*Server's signature*

Nuria de la Fuente
*Printed name and title*

2748 Adeline St. Suite A, Berkley, CA 94703
*Server's address*

Additional information regarding attempted service, etc:

Exhibit A to Summons

Additional Defendants Information

U.S. Right to Know. v. United States Department of Defense,

Uniformed Services University of the Health Sciences

N.D. Cal. (June 15, 2023)

Case No. 3:23-cv-02956

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences

4301 Jones Bridge Road

Bethesda, MD 20814

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70221670000184043771

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:39 pm on July 17, 2023 in BETHESDA, MD 20814.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

BETHESDA, MD 20814
July 17, 2023, 1:39 pm

See All Tracking History

See Less ∧

