AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW<br><br>*Plaintiff(s)*<br>v.<br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-02956 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF DEFENSE,
UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES
Office of the Secretary, The Pentagon
Washington, DC 20301–1155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RACHEL DOUGHTY (California State Bar NO. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
(510) 900-9502 x2
**NOTE: DEFENDANT'S ANSWER DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C)**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 6/16/23
06/19/2023

Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02956

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Defense, USU, C/O U.S. Attorney's Office
was received by me on *(date)* June 16, 2023 .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 26, 2023

*Server's signature:* Nuria de la Fuente

*Printed name and title:* Nuria de la Fuente

*Server's address:* 2748 Adeline St. Suite A, Berkley, CA 94703

Additional information regarding attempted service, etc:

<u>Exhibit A to Summons</u>

<u>Additional Defendants Information</u>

U.S. Right to Know. v. United States Department of Defense,

Uniformed Services University of the Health Sciences

N.D. Cal. (June 15, 2023)

Case No. 3:23-cv-02956

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences

4301 Jones Bridge Road

Bethesda, MD 20814

# USPS Tracking®

FAQs >

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Learn More (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

Tracking Number:

## 70221670000184043740

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:31 am on July 13, 2023 in SAN FRANCISCO, CA 94102.

**Delivered**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
July 13, 2023, 10:31 am

See All Tracking History

**Get More Out of USPS Tracking:**
  USPS Tracking Plus®

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

**Need More Help?**

tracking support for further assistance.

FAQs



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102
Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00     Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $3.75
Total Postage and Fees  $8.10

07/11/2023

Sent To: US Dep of Defense USU of Health S.
Street and Apt. No., or PO Box No.: 450 Golden Gate Ave
City, State, ZIP+4®: San Francisco, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 1670 0001 8404 3740