AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| US RIGHT TO KNOW *Plaintiff(s)* v. UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES *Defendant(s)* | Civil Action No. 3:23-cv-02956 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* UNITED STATES DEPARTMENT OF DEFENSE,
UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES
Office of the Secretary, The Pentagon
Washington, DC 20301–1155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RACHEL DOUGHTY (California State Bar NO. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
(510) 900-9502 x2
**NOTE: DEFENDANT'S ANSWER DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C)**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 6/16/23
XXXXXXXX
06/19/2023

Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02956

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. DEPARTMENT OF DEFENSE, USU, Office of the Secretary, The Pentagon
was received by me on *(date)* June 16, 2023 .

❐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 26, 2023

*Server's signature:* Nuria de la Fuente

*Printed name and title:* Nuria de la Fuente

*Server's address:* 2748 Adeline St. Suite A, Berkley, CA 94703

Additional information regarding attempted service, etc:

Exhibit A to Summons

Additional Defendants Information

U.S. Right to Know. v. United States Department of Defense,

Uniformed Services University of the Health Sciences

N.D. Cal. (June 15, 2023)

Case No. 3:23-cv-02956

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences
C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

To Defendant:

United States Department of Defense, Uniformed Services University of the Health Sciences

4301 Jones Bridge Road

Bethesda, MD 20814

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

70221670000184043528

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 7:39 am on July 24, 2023 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20310
July 24, 2023, 7:39 am

See All Tracking History

Text & Email Updates    ⌄

USPS Tracking Plus®    ⌄

Product Information    ⌄

See Less ∧

ed More Help?

cking support for further assistance.

FAQs



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20301  OFFICIAL USE

Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required       $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $3.99
Total Postage and Fees  $8.34

Postmark Here — EMERYVILLE JUL 11 2023

Sent To: US Dep of Defense, USU of Health Sciences
Street and Apt. No., or PO Box No.: Office of the Secretary, The pentagon
City, State, ZIP+4: Washington DC 20301-7155

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7022 1670 0001 8404 3528