1  ISMAIL J. RAMSEY (CABN 189820)
    United States Attorney
2  MICHELLE LO (NYRN 4325163)
    Chief, Civil Division
3  EKTA DHARIA (NYRN 5219860)
    Assistant United States Attorney
4  450 Golden Gate Avenue
    San Francisco, California 94102-3495
5  Telephone: (415) 436-7276
    Fax: (415) 436-6748
6  ekta.dharia@usdoj.gov

7  Attorneys for Defendant
    United States Department of Defense,
8  Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | CASE NO. 23-CV-02956-TSH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT** |

NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT
23-CV-2956 TSH

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT Assistant United States Attorney Sharanya Mohan hereby withdraws her appearance as counsel of record for Defendant in the above-referenced action. Assistant United States Attorney Ekta Dharia hereby enters her appearance as counsel of record for Defendant. The Clerk of the Court is requested to change the docket sheet and other Court records to reflect that all Orders and communications from the Court in the future should no longer be directed to AUSA Sharanya Mohan. The Clerk of the Court is further requested to change the docket sheet and other Court records to reflect that AUSA Ekta Dharia shall be noticed as Lead Attorney for Defendant.

DATED:  August 25, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ *Ekta Dharia*
EKTA DHARIA
Assistant United States Attorney
Attorney for Defendant