ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102-3495
Telephone: (415) 436-7276
Fax: (415) 436-6748
ekta.dharia@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>  Defendant. | CASE NO. 23-CV-02956-TSH<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST:

WHEREAS, on June 15, 2023, Plaintiff filed a complaint under the Freedom of Information Act ("FOIA") in the above-entitled action (ECF No. 1);

WHEREAS, Defendant's deadline to move, answer, or otherwise respond to the complaint is September 13, 2023 (ECF No. 15);

WHEREAS, the deadline for the parties to file the Rule 26(f) Report, to complete initial disclosures or state objections to the completion of initial disclosures in the Rule 26(f) Report, and to file

1 the Case Management Statement is September 7, 2023 (ECF No. 5);

2       WHEREAS, the Court has scheduled the initial Case Management Conference for September 14,
3 2023, at 10:00 a.m. (ECF No. 5);

4       WHEREAS, the parties have been actively meeting and conferring regarding Defendant's FOIA
5 production, including by telephone on August 23 and August 29, 2023, and numerous times by email
6 since August 23, 2023;

7       WHEREAS, the parties have discussed, and are continuing to negotiate, Defendant's production
8 of documents responsive to Plaintiff's FOIA requests, including the scope of searches and the search
9 terms to be used;

10       WHEREAS, the parties agree that a thirty-day extension and adjournment would enable the
11 parties time to finalize their negotiations regarding Defendant's production of documents responsive to
12 Plaintiff's FOIA requests, provide the parties additional time to narrow any issues to be addressed in the
13 Case Management Statement, and conserve the parties' and Court's resources;

14       WHEREAS, this change will not alter any deadline not otherwise discussed in this stipulation,
15 and will not alter the September 13, 2023 deadline for Defendant to move, answer, or otherwise respond
16 to the complaint;

17       NOW THEREFORE, the parties respectfully REQUEST that the Court continue the initial Case
18 Management Conference by thirty days, from September 14, 2023 to a date convenient for the Court on
19 or after October 16, 2023; and extend the September 7, 2023 deadlines for the parties to file the Rule
20 26(f) Report and Case Management Statement, and to complete initial disclosures or state objections to
21 the completion of initial disclosures, concurrently to seven days prior to the Case Management
22 Conference.[1]

---

[1] Because the thirty-day extension and adjournment fall on weekend days, the parties have adjusted the proposed deadlines to the first business day following those dates. *See* Fed. R. Civ. P. 6(a)(1)(C).

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

| | |
|---|---|
| DATED: August 30, 2023 | Respectfully submitted, |
| | ISMAIL J. RAMSEY<br>United States Attorney |
| | _/s/ Ekta Dharia_<br>EKTA DHARIA<br>Assistant United States Attorney[2] |
| | *Attorney for Defendant* |
| | _/s/ Lily A. Rivo._<br>LILY A. RIVO |
| | *Attorney for Plaintiff* |
| | _/s/ Daniel C. Snyder_<br>DANIEL C. SNYDER,<br>*pro hac vice* |
| | *Attorney for Plaintiff* |

---

[2] I, Ekta Dharia, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties and good cause supporting, IT IS HEREBY ORDERED
3  that the Case Management Conference currently scheduled for September 14, 2023 is continued to
4  __October 19, 2023 at 10am__.  The September 7, 2023 deadlines for the parties to file the Rule 26(f) Report
5  and Case Management Statement, and to complete initial disclosures or state objections to the
6  completion of initial disclosures, are moved to seven days before the Case Management Conference.

9  IT IS SO ORDERED.

10  Dated: __August 30__, 2023

THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH