ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7276
Fax: (415) 436-6748
ekta.dharia@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, UNIFORMED SERVICES<br>UNIVERSITY OF THE HEALTH SCIENCES,<br><br>       Defendant. | No. 3:23-CV-02956-TSH<br><br>**ANSWER OF DEFENDANT UNITED STATES DEPARTMENT OF DEFENSE UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES** |

Defendant United States Department of Defense, Uniformed Services University of the Health

Sciences ("Defendant"), by and through counsel, respectfully responds to the Complaint for Declaratory

and Injunctive Relief filed by plaintiff US Right to Know ("Plaintiff"), ECF No. 1 ("Complaint"), as

follows:[1]

## **INTRODUCTION**

1.     The allegations contained in Paragraph 1 constitute Plaintiff's characterization of this

action brought pursuant to the Freedom of Information Act ("FOIA") and its reasons for bringing this

---

[1] The headings and numbered paragraphs of this Answer correspond to the headings and numbered paragraphs of the Complaint.  Defendant does not waive any defensive theory or agree or admit that Plaintiff's headings are accurate, appropriate, or substantiated.

action, to which no response is required.  To the extent any further response is required, Defendant admits that Plaintiff purports to bring this action under FOIA and denies that Defendant unlawfully failed to abide by statute and regulations.

2.      Paragraph 2 consists of Plaintiff's characterization of this action and legal conclusions, to which no response is required.  To the extent any response is required, Defendant denies the allegations.

3.      The allegations contained in Paragraph 3 constitute Plaintiff's opinions and/or subjective characterizations, interpretations, speculation, and generalizations to which no response is required, and do not set forth a claim for relief or aver facts in support of a claim to which an answer is required.  To the extent any further response is required, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 3, and on that basis denies them.

4.      The allegations contained in Paragraph 4 consist of Plaintiff's characterization of its request for relief, to which no response is required.  To the extent any further response is required, Defendant denies those allegations and denies that Plaintiff is entitled to any relief.

## JURISDICTION AND VENUE

5.      Paragraph 5 contains Plaintiff's legal conclusions regarding jurisdiction and venue, to which no response is required.  To the extent any response is required, Defendant admits that this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA, and Defendant does not dispute that venue is proper.

6.      Paragraph 6 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.  To the extent any response is required, Defendant admits that this Court has subject matter jurisdiction over FOIA claims subject to the terms and limitations of FOIA.

## INTRADISTRICT ASSIGNMENT

7.      Paragraph 7 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 7, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

8.      Paragraph 8 contains Plaintiff's legal conclusions regarding jurisdiction, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision of FOIA and denies all allegations inconsistent therewith.

9.      Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegation contained in Paragraph 9, and on that basis denies it.

10.     Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegation contained in Paragraph 10, and on that basis denies it.

11.     Paragraph 11 contains Plaintiff's legal conclusions regarding intradistrict assignment, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision and denies all allegations inconsistent therewith.  With respect to the remaining allegations of Paragraph 11, Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of those allegations, and on that basis denies them.

**PARTIES**

12.     Defendant lacks sufficient information or knowledge to form a belief as to the truth or falsity of the allegations contained in Paragraph 12, and on that basis denies them.

13.     Defendant admits the allegations in Paragraph 13.

14.     With respect to Paragraph 14, Defendant admits that Defendant is a federal agency within the meaning of FOIA.  The remainder of this paragraph contains Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required, Defendant respectfully directs the Court to the cited provision of FOIA and denies all allegations inconsistent therewith.

**LEGAL FRAMEWORK**

15.     Paragraph 15 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and denies all allegations inconsistent therewith.

16.     Paragraph 16 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and denies all allegations inconsistent therewith.

17.     Paragraph 17 contains Plaintiff's legal conclusions regarding the provisions of FOIA and

1    Defendant's regulations governing the availability of information to the public, to which no response is
2    required.  To the extent any further response is required, Defendant respectfully directs the Court to the
3    cited provisions and regulations and denies all allegations inconsistent therewith.

4          18.    Paragraph 18 contains Plaintiff's legal conclusions regarding the provisions of FOIA and
5    Defendant's regulations governing the availability of information to the public, to which no response is
6    required.  To the extent any further response is required, Defendant respectfully directs the Court to the
7    cited provisions and regulations and denies all allegations inconsistent therewith.

8          19.    Paragraph 19 contains Plaintiff's legal conclusions regarding the provisions of FOIA and
9    Defendant's regulations governing the availability of information to the public, to which no response is
10   required.  To the extent any further response is required, Defendant respectfully directs the Court to the
11   cited provisions and regulations and denies all allegations inconsistent therewith.

12         20.    Paragraph 20 contains Plaintiff's legal conclusions regarding the provisions of FOIA and
13   Defendant's regulations governing the availability of information to the public, to which no response is
14   required.  To the extent any further response is required, Defendant respectfully directs the Court to the
15   cited provisions and regulations and denies all allegations inconsistent therewith.

16         21.    Paragraph 21 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to
17   which no response is required.  To the extent any further response is required, Defendant respectfully
18   directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

19         22.    Paragraph 22 contains Plaintiff's legal conclusions regarding the provisions of FOIA and
20   Defendant's regulations governing the availability of information to the public, to which no response is
21   required.  To the extent any further response is required, Defendant respectfully directs the Court to the
22   cited provisions and regulations and denies all allegations inconsistent therewith.

23         23.    Paragraph 23 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to
24   which no response is required.  To the extent any further response is required, Defendant respectfully
25   directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

26         24.    Paragraph 24 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to
27   which no response is required.  To the extent any further response is required, Defendant respectfully
28   directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

25.    Paragraph 25 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

26.    Paragraph 26 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

27.    Paragraph 27 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

28.    Paragraph 28 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

29.    Paragraph 29 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

30.    Paragraph 30 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

31.    Paragraph 31 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

32.    Paragraph 32 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

33.    Paragraph 33 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to which no response is required.  To the extent any further response is required, Defendant respectfully directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

1

**STATEMENT OF OPERATIVE FACTS**

2      34.    Defendant admits that Plaintiff submitted a FOIA request dated January 11, 2021.  The

3   remaining allegations contained in Paragraph 34 consist of Plaintiff's characterization of its request, to

4   which no response is required.  Defendant respectfully refers the Court to the text of Plaintiff's FOIA

5   request for a full and accurate statement of its contents, and denies all allegations inconsistent therewith.

6      35.    Defendant admits the allegations in Paragraph 35.

7      36.    Defendant admits the allegations in Paragraph 36.

8      37.    The allegations contained in Paragraph 37 consist of Plaintiff's characterization of its

9   request, to which no response is required.  Defendant respectfully refers the Court to the text of

10  Plaintiff's FOIA request for a full and accurate statement of its contents, and denies all allegations

11  inconsistent therewith.

12      38.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

13  falsity of the allegations contained in Paragraph 38, and on that basis denies them.

14      39.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

15  falsity of the allegations contained in Paragraph 39, and on that basis denies them.

16      40.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

17  falsity of the allegations contained in Paragraph 40, and on that basis denies them.

18      41.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

19  falsity of the allegations contained in Paragraph 41, and on that basis denies them.

20      42.    Defendant lacks sufficient information or knowledge to form a belief as to the truth or

21  falsity of the allegations contained in Paragraph 42, and on that basis denies them.

22      43.    Defendant admits the allegations in Paragraph 43.

23      44.    Defendant admits the allegations in Paragraph 44.

24      45.    Defendant admits the allegations in Paragraph 45.

25      46.    Defendant admits the allegations in Paragraph 46.

26      47.    Defendant admits the allegations in Paragraph 47.

27      48.    Defendant admits the allegations in Paragraph 48.

28      49.    With respect to Paragraph 49, Defendant admits that as of the date of the Complaint, it

1   had not provided Plaintiff with a determination informing Plaintiff of whether Defendant would produce

2   documents related to Plaintiff's FOIA request, the reasons for its decision, and notice of Plaintiff's right

3   to appeal the decision to the head of the agency.  The remaining allegations of Paragraph 49 contain

4   Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required,

5   Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations

6   inconsistent therewith.

7        50.     Paragraph 50 contains Plaintiff's legal conclusions regarding the provisions of FOIA, to

8   which no response is required.  To the extent any further response is required, Defendant respectfully

9   directs the Court to the cited provisions and regulations and denies all allegations inconsistent therewith.

10       51.     Defendant denies the allegations of Paragraph 51.

11       52.     Defendant denies the allegations of Paragraph 52, except Defendant admits that, as of the

12  date of the Complaint, it had not responded to Plaintiff's request for a waiver of fees.

13       53.     Defendant denies the allegations of Paragraph 53, except Defendant admits that, as of the

14  date of the Complaint, it had not produced any records responsive to the FOIA request.

15       54.     Paragraph 54 contains Plaintiff's legal conclusions, to which no response is required.  To

16  the extent any response is required, Defendant respectfully directs the Court to the cited provision of

17  FOIA and denies all allegations inconsistent therewith.

18       55.     With respect to Paragraph 55, Defendant lacks sufficient information or knowledge to

19  form a belief as to the truth or falsity of the allegation that Plaintiff "has been forced to retain the

20  services of counsel and to expend funds," and on that basis denies it.  The remaining allegations of

21  Paragraph 55 contain Plaintiff's legal conclusions, to which no response is required.  To the extent any

22  response is required, Defendant respectfully directs the Court to the provisions of FOIA and denies all

23  allegations inconsistent therewith.

24                                       **CAUSES OF ACTION**

25                                               **COUNT I**

26       56.     Defendant realleges and incorporates by reference its responses to Paragraphs 1-55 above

27  as though fully set forth herein.

28       57.     The allegations contained in Paragraph 57 consist of Plaintiff's legal conclusions, to

1  which no response is required.  To the extent any response is required, Defendant respectfully directs the

2  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

3        58.    With respect to Paragraph 58, Defendant admits that as of the date of the Complaint, it

4  had not provided Plaintiff with a determination informing Plaintiff of whether Defendant would produce

5  documents related to Plaintiff's FOIA requests, the reasons for its decision, and notice of Plaintiff's right

6  to appeal the decision to the head of the agency.  The remaining allegations of Paragraph 58 contain

7  Plaintiff's legal conclusions, to which no response is required.  To the extent any response is required,

8  Defendant respectfully directs the Court to the cited provisions of FOIA and denies all allegations

9  inconsistent therewith.

10        59.    Defendant denies the allegations of Paragraph 59.

11        60.    Defendant denies the allegations of Paragraph 60.

12        61.    Defendant denies the allegations of Paragraph 61.

13  **COUNT II**

14        62.    Defendant realleges and incorporates by reference its responses to Paragraphs 1–61

15  above as though fully set forth herein.

16        63.    The allegations contained in Paragraph 63 consist of Plaintiff's legal conclusions, to

17  which no response is required.  To the extent any response is required, Defendant respectfully directs the

18  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

19        64.    Defendant denies the allegations of Paragraph 64.

20        65.    The allegations contained in Paragraph 65 consist of Plaintiff's legal conclusions, to

21  which no response is required.  To the extent any response is required, Defendant respectfully directs the

22  Court to the provisions of FOIA and denies all allegations inconsistent therewith.

23        66.    Defendant denies the allegations of Paragraph 66.

24        67.    Defendant denies the allegations of Paragraph 67.

25        68.    Defendant denies the allegations of Paragraph 68.

26        69.    Defendant denies the allegations of Paragraph 69.

27  **COUNT III**

28        70.    Defendant realleges and incorporates by reference its responses to Paragraphs 1-69 above

1    as though fully set forth herein.

2    71.    The allegations contained in Paragraph 71 consist of Plaintiff's legal conclusions, to

3    which no response is required.  To the extent any response is required, Defendant respectfully directs the

4    Court to the provisions of FOIA and denies all allegations inconsistent therewith.

5    72.    Defendant denies the allegations of Paragraph 72, except Defendant admits that, as of the

6    date of the Complaint, it had not provided Plaintiff with an estimated date of completion of any response

7    to its FOIA request.

8    73.    Defendant denies the allegations of Paragraph 73.

9    74.    Defendant denies the allegations of Paragraph 74.

10    **REQUEST FOR RELIEF**

11    The remainder of the Complaint consists of Plaintiff's request for relief, to which no response is

12    required.  To the extent these paragraphs are deemed to contain factual allegations, Defendant denies

13    those allegations and denies that Plaintiff is entitled to any relief.

14    **GENERAL DENIAL**

15    Except to the extent expressly admitted or qualified above, Defendant denies each and every

16    allegation contained in the Complaint.

17    **AFFIRMATIVE OR OTHER DEFENSES**

18    **FIRST AFFIRMATIVE DEFENSE**

19    The Complaint fails to state a claim upon which relief may be granted.

20    **SECOND AFFIRMATIVE DEFENSE**

21    The information that Defendant has withheld or will withhold in response to Plaintiff's FOIA

22    request may be exempt in whole or part from public disclosure under FOIA, 5 U.S.C. § 552(b), and the

23    Privacy Act, 5 U.S.C. § 552a, *et seq.*, and Plaintiff is not entitled to compel the production of any

24    records that are exempt from public disclosure under FOIA.

25    **THIRD AFFIRMATIVE DEFENSE**

26    The Court lacks subject matter jurisdiction over any requested relief that exceeds the relief

27    authorized by FOIA.

28

ANSWER OF DEFENDANT
No. 3:23-cv-02956-TSH                                    9

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff's FOIA requests fail to reasonably describe the records sought.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff has not alleged sufficient factual and/or legal bases for its request for attorneys' fees and/or costs.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant prays that:

1.    Plaintiff takes nothing by its Complaint;

2.    The Complaint be dismissed with prejudice;

3.    Judgment be entered in favor of Defendant;

4.    Defendant be awarded its costs of suit;

5.    The Court award such other and further relief as it may deem proper.


DATED:  September 11, 2023                    Respectfully submitted,

                                              ISMAIL J. RAMSEY
                                              United States Attorney

                                              */s/ Ekta Dharia*
                                              EKTA DHARIA
                                              Assistant United States Attorney

                                              Attorneys for Defendant
                                              U.S. DEPARTMENT OF DEFENSE,
                                              UNIFORMED SERVICES UNIVERSITY OF
                                              THE HEALTH SCIENCES