ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-7276
    Fax: (415) 436-6748
    ekta.dharia@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
|     Plaintiff, | **STIPULATION REGARDING CASE MANAGEMENT AND FOIA RECORD PRODUCTION; [PROPOSED] ORDER** |
|   v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
|     Defendant. | |

      Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to the following terms addressing case management and Defendant's production of Freedom of Information Act ("FOIA") records, and respectfully REQUEST that the Court enter this stipulation as an Order of the Court:

      1.    This action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1.) Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and the parties have met and conferred regarding

1. the FOIA requests and the collection and processing of records.

2. Defendant has completed the process of locating potentially responsive records. Defendant will now upload the records for review, assess their responsiveness, determine whether exemptions under FOIA apply, and meet and confer with Plaintiff regarding ongoing production.

3. The parties have negotiated a proposed schedule for processing these records. If the Court approves this stipulation, the parties request that the Court vacate the parties' Case Management Conference currently scheduled for October 19, 2023. The parties further request that the Court vacate the deadlines for the parties to file the Rule 26(f) Report and Case Management Statement and to complete initial disclosures or state objections to the competition of initial disclosures currently set for October 12, 2023. If any issues arise that cannot be resolved by the parties, then either party may seek a Case Management Conference as set forth below.

4. Defendant will process the records as follows.

   a. Defendant will process responsive records and release any non-exempt responsive records (or portions thereof) to Plaintiff within sixty (60) days of the date of the Order of the Court approving the parties' stipulation. If the Defendant withholds an exempt portion of an otherwise non-exempt responsive record, then it shall identify, on such record, the specific FOIA exemption being asserted for each redacted portion of the record. If the Defendant withholds responsive records in full under an applicable FOIA exemption, then it shall provide to Plaintiff with its production the identity of the fully withheld record and the FOIA exemption being asserted.

   b. Within thirty (30) days after Defendant has completed its final production of the responsive records, Plaintiff shall provide Defendant a list of records Plaintiff believes Defendant has improperly redacted or withheld.

   c. Within thirty (30) days of receiving Plaintiff's list, the parties will meet and confer and attempt in good faith to resolve any disputes regarding records that are redacted or withheld, and to determine if additional time to complete this process is reasonable or appropriate. As part of the parties' meet and confer process, Plaintiff may request, and, if requested, Defendant will promptly provide reasonable information to justify any exemptions or

withholdings claimed.  If there remains a disagreement about the application of any exemptions to specific records, or if the parties cannot agree about whether additional time to complete the meet and confer process is reasonable or appropriate, then either party may request a Case Management Conference with the Court about how to proceed.

        d.     Any records that Defendant agrees to produce as a result of the meet and confer process shall be produced to Plaintiff within thirty (30) days of the conclusion of the meet and confer period.

5.     The parties may request a settlement conference with a magistrate judge to facilitate resolution of any issue.

6.     By April 5, 2024, the parties shall submit a joint status report to the Court informing the Court of whether the parties have resolved all outstanding issues in the matter, or to the extent issues remain unresolved, proposing a further schedule to the Court and requesting a further case management conference, if needed.

SO STIPULATED.


DATED:  September 26, 2023                 Respectfully submitted,

                                                  ISMAIL J. RAMSEY
                                                  United States Attorney

                                                  */s/ Ekta Dharia*
                                                 EKTA DHARIA
                                                 Assistant United States Attorney[1]
                                                 *Attorney for Defendant*


                                                 */s/ Lily A. Rivo*
                                                 LILY A. RIVO
                                                 *Attorney for Plaintiff*

                                                 */s/ Daniel C. Snyder*
                                                 DANIEL C. SNYDER
                                                 *pro hac vice*
                                                 *Attorney for Plaintiff*

---

[1] I, Ekta Dharia, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Stipulation Regarding Case Management and FOIA Production be entered as an Order of the Court.

IT IS SO ORDERED.

Dated: _____, 2023

_____
THOMAS S. HIXON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH