| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820) |
| | United States Attorney |
| 2 | MICHELLE LO (NYRN 4325163) |
| | Chief, Civil Division |
| 3 | VALERIE E. SMITH (NYRN 5112164) |
| | Assistant United States Attorney |

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
|     Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR STATUS REPORT; [PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
|     Defendant. | |

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to continue the deadline for the parties to submit a status report related to any outstanding issues related to Plaintiff's FOIA request from April 5, 2024 to June 5, 2024.

    1.    WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1.) Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and the parties have met and conferred regarding the FOIA requests and the collection and processing of records.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

2. WHEREAS, Defendant has completed the process of locating potentially responsive records.  Defendant provided the records for review subject to the applicable exemption. Plaintiff has provided a list of disputes related to the withholdings. The parties are continuing to work towards a resolution of outstanding issues, including Plaintiff's challenged exemptions and withholdings, without the need for judicial intervention and hereby STIPULATE to continue the April 5, 2024 deadline to provide the Court with a status report to June 4, 2024.

3. As such, by June 5, 2024, the parties shall submit a joint status report to the Court informing the Court of whether the parties have resolved all outstanding issues in the matter, or to the extent issues remain unresolved, proposing a further schedule to the Court and requesting a further case management conference, if needed.

SO STIPULATED.

DATED:  April 3, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Valerie E. Smith
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

 /s/ Lily A. Rivo
LILY A. RIVO
*Attorney for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the deadline for the parties to submit a status report shall be continued to June 5, 2024.

IT IS SO ORDERED.

Dated: _____, 2024

_____
THOMAS S. HIXON
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH