ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, <br><br> Defendant. | CASE NO. 23-CV-02956-TSH <br><br> **STIPULATION TO CONTINUE DEADLINE FOR STATUS REPORT; [PROPOSED] ORDER** |

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to continue the deadline for the parties to submit a status report related to any outstanding issues related to Plaintiff's FOIA request from April 5, 2024 to June 5, 2024.

    1.    WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1.) Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and the parties have met and conferred regarding the FOIA requests and the collection and processing of records.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

2. WHEREAS, Defendant has completed the process of locating potentially responsive records. Defendant provided the records for review subject to the applicable exemption. Plaintiff has provided a list of disputes related to the withholdings. The parties are continuing to work towards a resolution of outstanding issues, including Plaintiff's challenged exemptions and withholdings, without the need for judicial intervention and hereby STIPULATE to continue the April 5, 2024 deadline to provide the Court with a status report to June 4, 2024.

3. As such, by June 5, 2024, the parties shall submit a joint status report to the Court informing the Court of whether the parties have resolved all outstanding issues in the matter, or to the extent issues remain unresolved, proposing a further schedule to the Court and requesting a further case management conference, if needed.

SO STIPULATED.

DATED: April 3, 2024                                 Respectfully submitted,

                                                     ISMAIL J. RAMSEY
                                                     United States Attorney

                                                      /s/ Valerie E. Smith
                                                     VALERIE E. SMITH
                                                     Assistant United States Attorney[1]
                                                     *Attorney for Defendant*


                                                      /s/ Lily A. Rivo
                                                     LILY A. RIVO
                                                     *Attorney for Plaintiff*

                                                      /s/ Daniel C. Snyder
                                                     DANIEL C. SNYDER
                                                     *pro hac vice*
                                                     *Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to submit a status report shall be continued to June 5, 2024.

IT IS SO ORDERED.

Dated: __April 9_____, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge