| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney<br>MICHELLE LO (NYRN 4325163)<br>Chief, Civil Division<br>VALERIE E. SMITH (NYRN 5112164)<br>Assistant United States Attorney<br><br>    450 Golden Gate Avenue<br>    San Francisco, California 94102-3495<br>    Telephone: (415) 436-6985<br>    Fax: (415) 436-6748<br>    Valerie.smith2@usdoj.gov<br><br>Attorneys for Defendant<br>United States Department of Defense,<br>Uniformed Services University of the Health Sciences |

**FILED**

Jun 07 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>DEFENSE, UNIFORMED SERVICES<br>UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | CASE NO. 23-CV-02956-TSH<br><br>**STIPULATION TO CONTINUE DEADLINE FOR STATUS REPORT; [**~~PROPOSED~~**] ORDER** |

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to continue the deadline for the parties to submit a status report related to any outstanding issues related to Plaintiff's FOIA request from June 5, 2024 to September 5, 2024.

    1.    WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1.) Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and the parties have met and conferred regarding the FOIA requests and the collection and processing of records.

STIPULATION AND [~~PROPOSED~~] ORDER
23-CV-2956 TSH

2. WHEREAS, Defendant completed the process of locating potentially responsive records and produced the responsive records to Plaintiff for review subject to the applicable exemption. Following production, Plaintiff provided a list of disputes related to the withholdings.

3. WHEREAS, the parties have conferred regarding Defendant's FOIA production and on April 30, 2024, the parties negotiated a schedule to provide Defendant until July 3, 2024 to review the challenged withholdings and to produce any voluntary revisions to the withholdings. To that end, the Parties agree to extend the status report deadline from June 5, 2024 to September 5, 2024 to provide the parties additional time to narrow any remaining issues to be addressed going forward.

4. As such, it is hereby STIPULATED to continue the June 5, 2024 deadline to provide the Court with a status report to September 5, 2024 to submit a joint status report to the Court informing the Court of whether the parties have resolved all outstanding issues in the matter, or to the extent issues remain unresolved, proposing a further schedule to the Court and requesting a further case management conference, if needed.

SO STIPULATED.

DATED: June 5, 2024                                  Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Valerie E. Smith
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

 /s/ Lily A. Rivo
LILY A. RIVO
*Attorney for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STIPULATION AND [P~~ROPOSED~~] ORDER
23-CV-2956 TSH

1 | **[PROPOSED] ORDER**

2   IT IS HEREBY ORDERED that the deadline for the parties to submit a status report shall be
3 continued to September 5, 2024.

4

5 IT IS SO ORDERED.

6 Dated: ___6/7/2024_____, 2024    _____
                                        THOMAS S. HIXON
7                                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
23-CV-2956 TSH