ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
| Plaintiff, | **STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

       Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, submit this status report pursuant to the Court's Order dated, June 7, 2024. (ECF No. 28).

       1.    WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1). Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and provided responsive records to Plaintiff. To that end, the merits of the FOIA request have been resolved and the sole issue of attorneys' fees remains.

2. Although Defendant does not concede that Plaintiff is entitle or eligible to an award of attorneys' fees, the Parties are currently working towards a resolution of this issue, without the need for further judicial intervention. Plaintiff provided a copy of their billing records and a demand to Defendant. Defendant has reviewed the records and anticipates being able to respond to Plaintiff's demand within the next two weeks. To that end, the Parties will continue to work together towards a resolution of this matter and will inform the Court of a resolution or provide a status report within the next 60 days.

DATED: September 5, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Valerie E. Smith
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

 /s/ Lily A. Rivo
LILY A. RIVO
*Attorney for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties to submit a status report by November 5, 2024.

IT IS SO ORDERED.

Dated: _____, 2024

THOMAS S. HIXON
United States Magistrate Judge

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.