ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
| Plaintiff, | **STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, submit this status report pursuant to the Court's Order dated, September 6, 2024. (ECF No. 30).

1.      WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA requests that Plaintiff directed to Defendant, dated January 1, 2021. (ECF No. 1). Since the filing of the lawsuit, Defendant has answered the complaint (ECF No. 22), and provided responsive records to Plaintiff. To that end, the merits of the FOIA request have been resolved and the sole issue of attorneys'

fees remains.

2. Although Defendant does not concede that Plaintiff is entitle or eligible to an award of attorneys' fees, the Parties were working towards a resolution of this issue, without the need for further judicial intervention. Unfortunately, the Parties reached impasse on this issue on November 4, 2024.

3. Plaintiff has informed that they will require 45 days to submit any brief for attorneys' fees. Due to the timing of Plaintiff's motion and prescheduled annual leave, Defendant requires 45 days to respond to Plaintiff's motion. To that end, the Parties submit the following briefing schedule.

- Plaintiff's Motion for Attorneys' Fees: December 20, 2024
- Defendant's Response Due: February 3, 2025
- Plaintiff's Reply, if any due: February 18, 2025
- Hearing on Motion for Attorneys' Fees: March 20, 2025 at 10:00 a.m.

DATED: November 5, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Valerie E. Smith
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

/s/ Lily A. Rivo
LILY A. RIVO
*Attorney for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STATUS REPORT AND [PROPOSED] ORDER
23-CV-2956 TSH

**[PROPOSED] ORDER**

The following briefing schedule is HEREBY ORDERED for any motion for attorneys' fees:

- Plaintiff's Motion for Attorneys' Fees: December 20, 2024
- Defendant's Response Due: February 3, 2025
- Plaintiff's Reply, if any due: February 18, 2025
- Hearing on Motion for Attorneys' Fees: March 20, 2025 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____, 2024

_____
THOMAS S. HIXON
United States Magistrate Judge