1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
        450 Golden Gate Avenue
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6985
6       Fax: (415) 436-6748
        Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8  United States Department of Defense,
   Uniformed Services University of the Health Sciences
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13
   US RIGHT TO KNOW,                      )  CASE NO. 23-CV-02956-TSH
14                                        )
            Plaintiff,                    )  **STATUS REPORT AND [~~PROPOSED~~] ORDER**
15                                        )
       v.                                 )
16                                        )
   UNITED STATES DEPARTMENT OF            )
17 DEFENSE, UNIFORMED SERVICES            )
   UNIVERSITY OF THE HEALTH SCIENCES,     )
18                                        )
                                          )
19          Defendant.                    )
                                          )
20 _____)

21        Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense,

22 Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned

23 counsel, submit this status report pursuant to the Court's Order dated, September 6, 2024. (ECF No. 30).

24        1.      WHEREAS, this action, filed on June 15, 2023, under FOIA, concerns two FOIA

25 requests that Plaintiff directed to Defendant, dated January 1, 2021.  (ECF No. 1).  Since the filing of the

26 lawsuit, Defendant has answered the complaint (ECF No. 22), and provided responsive records to

27 Plaintiff. To that end, the merits of the FOIA request have been resolved and the sole issue of attorneys'

28

fees remains.

2.      Although Defendant does not concede that Plaintiff is entitle or eligible to an award of attorneys' fees, the Parties were working towards a resolution of this issue, without the need for further judicial intervention. Unfortunately, the Parties reached impasse on this issue on November 4, 2024.

3.      Plaintiff has informed that they will require 45 days to submit any brief for attorneys' fees. Due to the timing of Plaintiff's motion and prescheduled annual leave, Defendant requires 45 days to respond to Plaintiff's motion. To that end, the Parties submit the following briefing schedule.

- Plaintiff's Motion for Attorneys' Fees: December 20, 2024
- Defendant's Response Due: February 3, 2025
- Plaintiff's Reply, if any due: February 18, 2025
- Hearing on Motion for Attorneys' Fees: March 20, 2025 at 10:00 a.m.

DATED:  November 5, 2024                    Respectfully submitted,

                                           ISMAIL J. RAMSEY
                                           United States Attorney


                                            /s/ Valerie E. Smith
                                           VALERIE E. SMITH
                                           Assistant United States Attorney[1]
                                           *Attorney for Defendant*


                                           */s/ Lily A. Rivo*
                                           LILY A. RIVO
                                           *Attorney for Plaintiff*

                                            */s/ Daniel C. Snyder*
                                           DANIEL C. SNYDER
                                           *pro hac vice*
                                           *Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

# [PROPOSED] ORDER

The following briefing schedule is HEREBY ORDERED for any motion for attorneys' fees:

- Plaintiff's Motion for Attorneys' Fees: December 20, 2024
- Defendant's Response Due: February 3, 2025
- Plaintiff's Reply, if any due: February 18, 2025
- Hearing on Motion for Attorneys' Fees: March 20, 2025 at 10:00 a.m.

IT IS SO ORDERED.

Dated: _____November 6_____, 2024

THOMAS S. HIXSON
United States Magistrate Judge