DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:   (202) 861-5251
Facsimile:   (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:   (510) 900-9502
Facsimile:   (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

*Attorneys for Plaintiff US Right To Know*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>　　Defendant. | Case No. 23-CV-02956-TSH<br><br>**[PROPOSED] ORDER REGARDINNG PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

## [PROPOSED] ORDERR

Pursuant to Plaintiff US Right to Know's Motion for Attorneys' Fees and Costs, and having heard oral argument on the above-mentioned matter, IT IS HEREBY ORDERED that Plaintiff is entitled to fees in the amount of $_____ and costs in the amount of $_____.

IT IS SO ORDERED.

Date: _____      _____

                                                                           THE HON. THOMAS HIXON
                                                                           UNITED STATES MAGISTRATE JUDGE