DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:    (202) 861-5251
Facsimile:    (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:    (510) 900-9502
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, <br><br> Defendant. | Case No. 23-CV-02956-TSH <br><br> **DECLARATION OF GARY RUSKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Gary Ruskin, hereby declare as follows:

1.  I am over the age of eighteen and competent to make this declaration, which is based upon my personal knowledge.

2. I make this declaration in support of Plaintiff US Right To Know ("USRTK")'s Motion for Attorneys' Fees and Costs.

3. I am the Executive Director of USRTK, a position I began in 2014. USRTK is a nonprofit investigative public health research group. We uncover, report on, and publish documents obtained through public records laws and whistleblowers that expose corporate wrongdoing or government failures that threaten our health, environment, and food system. Our work has contributed to multiple New York Times investigations, many articles in the British Medical Journal, one of the world's leading medical journals, and global media coverage documenting how food and agrichemical corporations work to protect their profits at the expense of public health and the environment.

4. USRTK staff have co-authored a number of academic studies, published in public health journals, including Public Health Nutrition, Globalization and Health, International Journal of Environmental Research and Public Health, Journal of Public Health Policy, and more.

5. Many of the documents that inform USRTK's work have been obtained through public records requests. A substantial volume of those records are now available in the University of California, San Francisco's food and chemical industry document libraries. We also publicly post on our website many of the records we obtain through public record requests to various government agencies.

6. USRTK was a 2021 recipient of a James Madison Freedom of Information Award from the Society of Professional Journalists, NorCal Chapter, for our investigations of the food and agrochemical industries. We were also the first group to bring to light important internal academic communications regarding the origins of the COVID-19 pandemic.

7. Since July 2020, USRTK has conducted an investigation into high-risk virological research and the origins of COVID-19. The origin of the COVID-19 pandemic, which has killed over one million Americans and seven million people worldwide, is an area of interest to a broad segment of the public worldwide. Federal agencies still disagree about the origin of COVID-19. Did it originate

naturally, or from a research-related incident in Wuhan? According to the Office of the Director of National Intelligence, the "National Intelligence Council and four other IC [Intelligence Community] agencies assess that the initial human infection with SARS-CoV-2 most likely was caused by natural exposure[,]" while the Central Intelligence Agency and another agency "remain unable to determine the precise origin of the COVID-19 pandemic."[1] Meanwhile, Federal Bureau of Investigation Director Christopher Wray has said that COVID-19 "most likely" emerged from a lab in Wuhan.[2] The Department of Energy has also concluded, with "low confidence," that COVID-19 came from a lab.[3] With very little information released from the federal government, the public is left to speculate as to the underlying evidence used by each government agency to make its assessment.

8. While it is true that a large part of the evidence needed to assess the origin of the pandemic lies in the control of the People's Republic of China, the U.S. government has access to information that may be helpful in the investigation. This information includes intelligence mentioned above, as well as public records held by federal and state agencies regarding US collaborative projects with the Wuhan Institute of Virology, the laboratory at the pandemic's epicenter which studied coronaviruses. The U.S. government financed work at this institution through grants to the nonprofit EcoHealth Alliance, the US-based collaborator of the Wuhan Institute of Virology that has received

---

[1] Office of the Director of National Intelligence, "Potential Links Between the Wuhan Institute of Virology and the Origin of the COVID-19 Pandemic." June 23, 2023. Available at: https://www.dni.gov/files/ODNI/documents/assessments/Report-on-Potential-Links-Between-the-Wuhan-Institute-of-Virology-and-the-Origins-of-COVID-19-20230623.pdf

[2] Anumita Kaur and Dan Diamond, "FBI director says covid-19 'most likely' originated from lab incident." *Washington Post*, February 28, 2023. Available at: https://www.washingtonpost.com/nation/2023/02/28/fbi-director-christopher-wray-wuhan-lab/. Adam Sabes, "FBI director says COVID pandemic 'most likely' originated from Chinese lab." *Fox News*, February 28, 2023. Available at: https://www.foxnews.com/politics/fbi-director-says-covid-pandemic-most-likely-originated-chinese-lab

[3] Michael R. Gordon and Warren P. Strobel, "Lab Leak Most Likely Origin of Covid-19 Pandemic, Energy Department Now Says." *Wall Street Journal*, February 26, 2023. Available at: https://www.wsj.com/articles/covid-origin-china-lab-leak-807b7b0a

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

millions of dollars[4] of U.S. taxpayer funding[5] to collect and genetically manipulate coronaviruses.[6, 7, 8]

9. As the WIV and EcoHealth Alliance are at the center of hypotheses of a lab origin or research-related incident, information possibly relevant to the origin to which the U.S. government has access should be released for review and accountability. Once we have access to all available evidence, we can fully evaluate both natural-origin and lab-origin hypotheses. In this context, we are working to call for, and participate in, an honest, open and transparent investigation into the origin of COVID-19.

10. As a part of this investigation, USRTK has filed more than 160 international, federal and state public records requests, including 108 Freedom of Information Act requests, seeking hundreds of thousands of pages of relevant federal records. Records USRTK has requested include communications between National Institutes of Health ("NIH") top officials regarding COVID origins, memoranda of understanding with the Wuhan Institute of Virology, progress reports on their research, genetic sequences submitted to the NIH's Sequence Read Archive, and more.

11. Agencies, especially NIH and its parent agency, the U.S. Department of Health and Human Services ("HHS"), have shown a pattern of obstruction, delay, and stonewalling in response to USRTK's requests for public records regarding the origin of COVID-19. We have experienced egregious delays and redactions, and there is evidence that staff at NIH intentionally obstructed public records laws.[9] This serves the public poorly, on a matter that so deeply touches the lives of nearly everyone in our entire nation.

---

[4] U.S. Government spending on EcoHealth Alliance is available from USA Spending.gov at: https://www.usaspending.gov/keyword_search/%22ecohealth%20alliance%22
[5] National Institutes of Health, grant information on "Understanding the Risk of Bat Coronavirus Emergence," submitted by Peter Daszak. Available from NIH Grantome at: https://grantome.com/grant/NIH/R01-AI110964-04
[6] Ben Hu et al., "Discovery of a rich gene pool of bat SARS-related coronaviruses provides new insights into the origin of SARS coronavirus." *PLoS Pathogens*, Vol. 13, Issue 11, November 30, 2017. Available at: https://journals.plos.org/plospathogens/article?id=10.1371/journal.ppat.1006698
[7] Xing-Yi Ge et al., "Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor." *Nature*, Vol. 503, October 30, 2013 at 535–538. Available at: https://www.nature.com/articles/nature12711
[8] Sharon Lerner and Maia Hibbett, "EcoHealth Alliance Conducted Risky Experiments on MERS Virus in China." October 21, 2021. Available at: https://theintercept.com/2021/10/21/virus-mers-wuhan-experiments/
[9] *See, e.g.,* The New York Times, "Health Officials Tried to Evade Public Records Laws, Lawmakers Say" (May 28, 2024), available at: https://www.nytimes.com/2024/05/28/health/nih-officials-foia-hidden-emails-covid.html

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

12. There are few public interest lawyers who are willing and able to litigate FOIA requests on a contingency-fee basis. Even the lawyers who do this work are presented with more cases than they can handle, and turn down many if not most potential plaintiffs. Consequently, as far as I can tell, even strong FOIA cases in which agencies appear to be violating the FOIA often do not see their day in court.

13. When USRTK began its investigation into COVID-19, we had difficulty in locating attorneys who would litigate our FOIA requests on a contingency fee basis. As a small nonprofit organization, USRTK does not have the financial resources to pay attorneys an hourly rate. In 2020, I was introduced to USRTK's counsel, Daniel C. Snyder, by another public interest attorney in California. At that time, Mr. Snyder practiced public interest law in a small private firm based in Eugene, OR. Since then, USRTK has been fortunate enough to have Mr. Snyder lead USRTK's FOIA litigation in nearly a dozen cases, as well as assisted USRTK on FOIA matters that often do not wind up in litigation. The relationships USRTK has forged as a result of its longstanding attorney-client relationship with Mr. Snyder have also meant that USRTK can broaden its FOIA work and related FOIA litigation. For instance, Mr. Snyder introduced USRTK to the attorneys at Greenfire Law, P.C., who now also assist USRTK in FOIA work.

14. I understand Mr. Snyder joined the national non-profit public interest law firm Public Justice in September, 2022. Mr. Snyder continues to represent USRTK as a member of that firm, where he now serves as Director of the Environmental Enforcement Project.

15. Public Justice, as well as Greenfire Law, have represented USRTK in many FOIA cases against US government agencies, including: the Defense Intelligence Agency (DIA), Defense Advanced Research Projects Agency (DARPA), the United States Department of State, Department of Health and Human Services (HHS) (2), Defense Threat Reduction Agency (DTRA), US Agency for International Development (USAID), and with the current Defendant, the Department of Defense Uniformed Services University (USU). In all of these matters, USRTK's attorneys have agreed to representation on a

contingency fee basis, assuming the risk of incurring hours that may, or may not, be compensated at the end of a case. And in all of these cases, USRTK was able to receive records it was lawfully entitled to under the FOIA.

16. In all of these cases, Public Justice and Greenfire Law compelled federal agencies to provide us with tens of thousands of pages of records. In most cases, those records were useful or valuable to public assessments of high-risk virological research or the origin of COVID-19. When the documents were of value, we released them to the public on our web page of records on Covid origins[10] we obtained via Freedom of Information requests. In the last three months alone, that web page has been accessed more than 2,000 times.

17. Based on the records we have obtained through international, federal, and state public record requests, we have written over 90 news articles[11] about high-risk virological research[12] and the origins of COVID-19. We also prepared two testimonies (one in-person,[13] one written[14]) for the U.S. Senate Committee on Homeland Security and Governmental Affairs.

18. Through our reporting using records obtained through FOIA, we have broken news and revealed information relating to the origins of COVID-19 that was previously hidden from the public. For example, we were the first to report that U.S. scientists proposed to work with the Wuhan Institute of Virology to create coronaviruses with new engineered features of SARS-CoV-2 the year before the

---

[10] Gary Ruskin, *FOI Documents on Origins of Covid-19, Gain-of-Function Research and Biolabs* (Sept. 25, 2024), https://usrtk.org/covid-19-origins/foi-documents-on-origins-of-sars-cov-2-risks-of-gain-of-function-research-and-biosafety-labs/
[11] Covid-19 Origins, articles available at: https://usrtk.org/category/covid-19-origins/
[12] Risky Research, articles available at https://usrtk.org/category/risky-research/
[13] *Reforming Federal Records Management to Improve Transparency and Accountability*, S. Hrg. 118-263 Before the S. Comm. on Homeland Security and Governmental Affairs, 118th Cong. 2 (March 20, 2024) (testimony of Gary Ruskin, Executive Director and Co-Founder, U.S. Right to Know), https://www.hsgac.senate.gov/wp-content/uploads/Testimony-Ruskin-2024-03-20.pdf
[14] *Origins of Covid 19: An Examination of Available Evidence*, S. Hrg. 118-355 Before the S. Comm. on Homeland Security and Governmental Affairs, 118th Cong. 2 (June 18, 2024) (written statement of Gary Ruskin, Executive Director and Co-Founder, U.S. Right to Know), https://usrtk.org/wp-content/uploads/2024/06/USRTK-statement-for-Senate-HSGAC-061824.pdf

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

virus emerged from that city.[15]  We also revealed that the scientists behind the proposal planned to do some of its research in Wuhan to save on costs, but concealed this from DARPA (their desired funder) to evade concerns about safety and security.[16]

19. Findings from our COVID-19 origins investigation have been covered in the Wall Street Journal,[17, 18, 19] New York Times,[20] Washington Post,[21, 22] USA Today,[23] New Yorker,[24] Vanity Fair,[25] Science,[26] the BMJ,[27, 28] Journal of Medical Ethics[29] and many other outlets.

20. This case began with a January 11, 2021 FOIA request to Defendant USU, requesting public records concerning Dr. Christopher Broder and Dr. Eric Laing, and communications between these individuals and a variety of other specifically identified email addresses. *See* ECF No. 1-2 (copy of relevant FOIA request). USRTK has no commercial interest in the records that are responsive to this

---

[15] Emily Kopp, *US Scientists Proposed to Make Viruses with Unique Features of SARS-CoV-2 in Wuhan* (Jan. 18, 2024), https://usrtk.org/covid-19-origins/scientists-proposed-making-viruses-with-unique-features-of-sars-cov-2-in-wuhan/
[16] Emily Kopp, *American Scientists Misled Pentagon on Research at the Wuhan Institute of Virology* (Dec. 18, 2023), https://usrtk.org/covid-19-origins/american-scientists-misled-pentagon-on-wuhan-research/
[17] Nicholas Wade, "Where Did Covid Come From?" Wall Street Journal, Feb. 28, 2024. Available at: https://www.wsj.com/articles/where-did-covid-come-from-new-evidence-lab-leak-hypothesis-78be1c39
[18] Alina Chan and Matt Ridley, "How Easily Can a Virus Escape From a Lab?" Wall Street Journal, Nov. 11, 2021. Available at: https://www.wsj.com/articles/how-easily-can-a-virus-escape-from-a-lab-11636646265
[19] Editorial Board, "Who Are the Covid Investigators?" Wall Street Journal, Feb. 15, 2021. Available at: https://www.wsj.com/articles/who-are-the-covid-investigators-11613401955
[20] Zeynep Tufekci, "The Government Must Say What It Knows About Covid's Origins." New York Times, June 21, 2023. Available at: https://www.nytimes.com/2023/06/21/opinion/covid-lab-leak-origins.html
[21] Dan Diamond, "U.S. Halts Funding to Virus Research Organization Linked to Pandemic Probes." Washington Post, May 15, 2024. Available at: https://www.washingtonpost.com/health/2024/05/15/ecohealth-hhs-funding-covid/
[22] Editorial Board, "In Wuhan, Doctors Knew the Truth. They Were Told to Keep Quiet." Washington Post, Aug. 22, 2023. Available at:  https://www.washingtonpost.com/opinions/2023/08/22/wuhan-doctors-pandemic-china-coverup/
[23] Alison Young, "'I Remember it Very Well': Dr. Fauci describes a secret 2020 meeting to talk about COVID origins." USA Today, June 17, 2021. Available at: https://www.usatoday.com/story/opinion/2021/06/17/covid-19-fauci-lab-leaks-wuhan-china-origins/7737494002/
[24] Carolyn Kormann, "The Mysterious Case of the Covid-19 Lab-Leak Theory." The New Yorker, October 12, 2021. Available at: https://www.newyorker.com/science/elements/the-mysterious-case-of-the-covid-19-lab-leak-theory
[25] Katherine Eban, "The Lab-Leak Theory: Inside the fight to uncover COVID-19's origins." Vanity Fair, June 3, 2021. Available at: https://www.vanityfair.com/news/2021/06/the-lab-leak-theory-inside-the-fight-to-uncover-covid-19s-origins
[26] Jon Cohen, "Prophet in Purgatory: EcoHealth Alliance's Peter Daszak is fighting accusations that his pandemic prevention work helped spark COVID-19." Science, Nov. 17, 2021. Available at: https://www.science.org/content/article/we-ve-done-nothing-wrong-ecohealth-leader-fights-charges-his-research-helped-spark-covid-19
[27] Paul D. Thacker, "The Covid-19 Lab Leak Hypothesis: Did the media fall victim to a misinformation campaign?" British Medical Journal, July 8, 2021. Available at: https://www.bmj.com/content/374/bmj.n1656
[28] Paul D. Thacker, "Covid-19: *Lancet* investigation into origin of pandemic shuts down over bias risk." British Medical Journal, October 1, 2021. Available at: https://www.bmj.com/content/375/bmj.n2414
[29] Hideki Kakeya, "Negligence by Experts in the Early Response to Covid-19." BMJ Forum, Journal of Medical Ethics, Jan. 24, 2024.  Available at: https://blogs.bmj.com/medical-ethics/2024/01/24/negligence-by-experts-in-the-early-response-to-covid-19/

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

1   Request, because USRTK intended to use them in conjunction with its COVID-19 investigation, public

2   health research, and journalism.

3      21.   While USU originally identified a June 1, 2021 "delivery date" for records responsive to

4   the Request, we received no response during the remainder of 2021 or 2022. As such, on January 11,

5   2023, I wrote USU requesting an updated estimated completion date and information related to

6   USRTK's request for a waiver of fees associated with fulfilling the request.

7      22.   No response or communication was ever received by USRTK. As such, USRTK filed the

8   instant action on June 15, 2023. At the time of filing, not a single responsive record had been produced

9   to USRTK, the original June 1, 2021 "delivery date" was long past, and USRTK had not received an

10  updated estimated completion date. I understand that USU has admitted these facts, according to the

11  Answer I reviewed dated September 11, 2023.

12     23.   I understand that, following initiation of this case, USRTK's attorneys were able to

13  secure USU's compliance with the FOIA by requiring responsive records to be produced by a date

14  certain, specifically sixty days following the Court's September 28, 2023 Order regarding case

15  management and FOIA Production, ECF No. 24.

16     24.   USU's first production of responsive records occurred on November 29, 2023. Virtually

17  every record produced by USU was redacted, including every attachment being fully withheld under the

18  Deliberative Process privilege, b(5), and under alleged personal privacy interests, b(6). According to our

19  own internal review of the records, 99% of attachments to emails were fully withheld. As such, I asked

20  my attorneys to review the redactions claimed and provide their opinion on whether the withholdings

21  were lawful.

22     25.   USRTK's attorneys then prepared a "Challenge List" consistent with the process laid out

23  in the Court's Order regarding FOIA Production and Case Management, ECF No. 24. That Challenge

24  List, which was 26-pages in length and covering those withholdings about which USRTK had the

greatest concern, was served on January 3, 2024.

26. Following USU's receipt of the Challenge List, I understand that my attorneys conferred with counsel for USU, and that USU agreed to re-process the entirety of the production to remove certain b(6) redactions for non-governmental third parties, some of the b(5) deliberative process redactions, and to provide specific justifications for its withholdings under the deliberative process privilege. USU also raised that some of the records may also be subject to withholding based on a different statute, 10 U.S.C. § 3309, and that the agency would provide additional information in that regard. USU agreed to complete this process and provide an amended production by February 28, 2024.

27. On February 28, 2024, USU provided its second production in this matter. Upon USRTK's review, we identified that there were many remaining redactions, and once again asked our attorneys to investigate these withholdings. On March 13, 2024, I received a letter from my attorneys from USU, explaining its rationale for why it believed certain exemptions were lawfully invoked. For instance, USU claimed that many of the deliberative process exemptions were proper based on the "consultant corollary," even though the records were seemingly scholarly articles and related science being shared with foreign nationals and non-governmental third-parties, many of which sought funding from USU. I again asked my attorneys to review the revised withholdings and provide an opinion on whether USU's production complied with the FOIA's disclosure exemptions.

28. On March 19, 2024, I understand that USRTK's attorneys sent a follow-up correspondence to USU's counsel, contesting the validity of USU's claimed withholdings.

29. I understand that, following receipt of USRTK's March 19 correspondence, the agency agreed on April 25, 2024 to once again revise its withholdings and provide a third amended production. USU committed to provide records by July 3, 2024.

30. On July 8, 2024, USU provided its third amended production to USU. As we reviewed the records, it became apparent that USU had changed its position and abandoned all of its withholdings.

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

Based on our attorneys' advocacy, we were able to receive unredacted records in response to our FOIA Request. Per USRTK's standard operating procedures, we reviewed the records, and my team uploaded them to USRTK's web page of governmental records related to the origins of COVID-19 or high-risk virological research, where they have been since July 8, 2024. In addition, we have provided them to congressional staff investigating matters related to COVID-19 origins, and we have discussed the records with them.

31. Many of the records from USU were redacted. The released emails refer to ongoing research and prospective grant proposals showing USU's involvement with the EcoHealth Alliance in conducting bat-pathogen research especially in south-east Asia. The Department of Health and Human Services has launched debarment proceedings against the EcoHealth Alliance and its president, Peter Daszak.

32. The released emails give a glimpse into the chain of command at the National Institute of Allergy and Infectious Disease on who has the final say about which grants to fund—these include former NIAID Director Anthony Fauci, along with the NIAID deputy director, a program officer, and others who are redacted under b(6). This information seems to contradict certain virologists' claims that Fauci had little to do with grant funding decisions, and that grant funding was entirely decided by the NIH's Study Committee reviews.

33. In every FOIA case that Mr. Snyder has served as counsel on behalf of USRTK, we have always been able to settle our fees and costs with the government. This is the first time I have been asked to prepare a declaration like this. I am disappointed that USU could not make a settlement offer that fairly compensated my attorneys in this case. This is especially true as the case began with fully redacted, blacked-out pages, and ended with a fully *un*-redacted production.

//

//

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH

1  //

2  //

3  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

4  CORRECT TO THE BEST OF MY KNOWLEDGE.

5  Signed and Dated this 2nd Day of December, 2024.

_____
Gary Ruskin

DECLARATION OF GARY RUSKIN
23-CV-2956 TSH