DANIEL C. SNYDER (Oregon State Bar No. 105127)
Admitted *pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:   (202) 861-5251
Facsimile:   (202) 232-7203
dsnyder@publicjustice.net

Rachel S. Doughty (Cal. Bar No. 255904)
Lily A. Rivo (Cal Bar No. 242688)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        LRivo@greenfirelaw.com

*Attorneys for Plaintiff, U.S. Right to Know*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant | Case No.: 23-CV-02956-TSH<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Hearing Date:  March 20, 2025<br>Time:   10:00 a.m.<br>Judge: Hon. Thomas Hixson<br>Dept:   E – 15th Floor |

I, Rachel Doughty, hereby declare as follows:

1. I submit this declaration in support of Plaintiff's Motion for Award of Attorneys' Fees in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called as a witness, could and would competently testify thereto.

2. I am an attorney licensed to practice in California. My firm, Greenfire Law, PC, represents Plaintiff U.S. Right to Know. I have personal knowledge of the facts declared herein or have been informed by those individuals who have personal knowledge of the facts and will competently testify to them if called upon to do so.

3. Greenfire Law, PC served as local counsel and co-counsel in this matter. As local counsel, we review and calendar the docket for this matter so that we can offer valuable consultation to lead pro hac vice counsel. As co-counsel, we engage in various aspects of prosecuting this case, including legal research and drafting, client counseling, and review of documents released to test the appropriateness of exemptions claimed.

**Settlement**

4. After co-counsel tried for months to resolve the matter of fees in this case through settlement, I also attempted to settle the matter, reaching out by email and phone to Valarie Smith—the U.S. Attorney assigned to the case as of December 2024. Ms. Smith said she was not authorized to increase her prior offer, however she invited a further offer from Plaintiff. Plaintiff made an offer of settlement, which I conveyed on Wednesday, December 11, 2024, asking for a response by Friday, December 13, 2024, because of the deadline for this fee motion. I did not hear back from Ms. Smith until December 19—the day before this motion was due. Ms. Smith was aware that Plaintiff's counsel was spending time and money preparing a fee motion.

**Reasonableness of Fees**

5.   **Table 1**, below is a true and correct copy of the list of billers in this matter and the rate sought for each.

**Table 2: Fees by Biller with Reduction Shown**

| Biller | Graduation Year | Firm | Years Experience | Rate |
|---|---|---|---|---|
| Rachel Doughty | 2004 | GFL | 20 | $878.00 |
| Lily Rivo | 2005 | GFL | 16 | $777.00 |
| Christian Bucey | 2017 | GFL | 6 | $777.00 |
| Donna Wallace | Senior Paralegal | GFL | Admin | $239.00 |
| Nuria de la Fuente | Legal Assistant | GFL | Admin | $239.00 |
| Jessica San Luis | Senior Paralegal | GFL | Admin | $239.00 |
| D Snyder | 2010 | DS | 15 | $878.00 |
| K. Morris | Senior Paralegal | DS | Admin | $239.00 |

6.   **Table 2** is a summary of hours by biller in this matter. **Exhibit A** is a true and correct copy of detailed billing records for Greenfire Law through mid-day December 20, 2024, showing billing judgment applied. Greenfire Law expended 56.50 hours in this matter, and seeks just 39.27 hours. More time will be incurred in filing, reviewing any opposition from Defendant and replying to the same, and in preparing for and arguing the motion on fees.

**Table 2: Fees by Biller with Reduction Shown**

| Biller | Hours Demanded | Total Hours Billed | % Reduction |
|---|---|---|---|
| Rachel Doughty | 14.60 | 14.80 | 1% |
| Lily Rivo | 17.82 | 26.70 | 33% |
| Christian Bucey | 0.00 | 1.40 | 100% |
| Donna Wallace | 0.00 | 1.90 | 100% |
| Nuria de la Fuente | 2.85 | 6.50 | 56% |
| Jessica San Luis | 4.00 | 5.20 | 23% |
| **Total** | 39.27 | 56.50 | 30% |

Table 3: Fees by Biller with Reduction Shown

| Biller | Total Laffey Lodestar | Total Laffey Demand | % Reduction |
|---|---|---|---|
| Rachel Doughty | $12,994.40 | $12,818.80 | 1% |
| Lily Rivo | $20,745.90 | $13,846.14 | 33% |
| Christian Bucey | $1,087.80 | $0.00 | 100% |
| Donna Wallace | $454.10 | $0.00 | 100% |
| Nuria de la Fuente | $1,553.50 | $681.15 | 56% |
| Jessica San Luis | $1,242.80 | $956.00 | 23% |
| **Total** | **$38,078.50** | **$28,302.09** | **25%** |

7. I managed the Greenfire Law, PC legal staff who worked on this matter, in which Greenfire Law, PC served as local counsel. As is my usual practice, I pushed work down to the lowest cost-effective biller, requiring contemporaneous keeping of time records of all staff, and minimizing legal work while providing excellent services.

8. I am licensed to practice law and am in good standing in California. I received my J.D. from The University of Virginia in 2004. I founded Greenfire Law in 2011. Greenfire Law primarily represents individual citizens and nonprofit organizations in public-interest litigation, including FOIA and California Public Records Act ("PRA") matters. Before founding Greenfire Law, I worked at Paul Hastings, LLP, Gary Davis and Associates, and WildLaw. I have civil litigation experience in California and North Carolina, I am admitted to the Ninth Circuit Court of Appeals as well as the federal District of D.C. Court, and I have appeared pro hac vice in federal district courts in Mississippi, Alabama, and Florida, as well as before the Fourth and Eleventh Circuit Courts of Appeal. In 2023, I was awarded the Clay Award for Consumer Protection and the award for Top Verdicts 2022 by the Daily Journal for my work as lead counsel in *Lee v. Amazon.com*, 76 Cal.App.5th 200 (2022). Additionally, I was lead counsel for petitioner Story of Stuff Project before the California State Water Resources Control Board regarding BlueTriton Brands' removal of water from the San

Bernardino National Forest. Order WR 2023-0042. Prior to law school, I was a fellow at the Environmental Protection Agency, in the Office of Water. I have spoken at various conferences and events, and have published in both scientific and legal scholarly journals. Prior to law school, I earned a B.S. in biochemistry, cellular, and molecular biology and an M.S. in natural resources management, with a minor focus on biogeochemistry.

9. Lily Rivo is licensed to practice law and is in good standing in California. She received her J.D. from Hastings College of the Law in 2005. Before joining Greenfire Law, Ms. Rivo worked at the Department of Justice, representing the State of California and its employees in civil litigation before California state and federal courts, including the Northern District of California and the Eastern District of California. Ms. Rivo also worked in an environmental and land use firm, focusing on underground storage tanks as well as pollution and contamination matters. Ms. Rivo took over the primary day-to-day case management tasks for this matter for Greenfire Law, PC, and other FOIA and PRA matters from Mr. Bucey. Where time was expended by both Mr. Bucy and Ms. Rivo on similar tasks during the hand off of this case, I have reduced the fees requested to reflect only one biller. In fact, I've billed no time for Mr. Bucey whatsoever.

**Reasonableness of Expenses**

10. A total of $6,583.96 were incurred in costs, as shown in **Table 4**, below, and in Mr. Snyder's declaration, including $5,578 on expert fees. A true and correct copy of the invoices of Mr. Drury and Mr. Bahr are attached here to as **Exhibits B and C**, respectively.

| Date | UTBMS expense code | Description | Charge |
|---|---|---|---|
| 7/21/23 | E112 Court fees | Filing fee for Initial Complaint - Receipt No. BCANDC-18365854 | $402.00 |
| 8/15/23 | E108 Postage | USPS Certified Mail receipts from sending service of process packets to each defendant | $8.34 |

| | | | |
|---|---|---|---|
| 8/15/23 | E108 Postage | USPS Certified Mail receipts from sending service of process packets to each defendant | $8.34 |
| 8/15/23 | E108 Postage | USPS Certified Mail receipts from sending service of process packets to each defendant | $8.10 |
| 8/15/23 | E108 Postage | USPS Certified Mail receipts from sending service of process packets to each defendant | $8.34 |
| 12/16/24 | E119 Experts | Expert charge for Richard Drury | $760.00 |
| 12/17/24 | E119 Experts | Dave Bahr Invoice | $4,818.00 |
| | | **Total GFL Costs** | $6,013.12 |

11. This case was taken on a completely contingent basis and Plaintiff's counsel have not been paid for the time they have spent.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of December, 2024, in Berkeley, California.

By:  /S/ Rachel S. Doughty
                Rachel S. Doughty