1  DANIEL C. SNYDER (Oregon State Bar No. 105127)
   Admitted *pro hac vice*
2  PUBLIC JUSTICE
   1620 L Street NW, Suite 630
3  Washington, DC 20036
   Telephone:    (202) 861-5251
   Facsimile:    (202) 232-7203
4  dsnyder@publicjustice.net

5
   Rachel S. Doughty (Cal. Bar No. 255904)
6  Lily A. Rivo (Cal Bar No. 242688)
   GREENFIRE LAW, PC
7  2478 Adeline Street, Suite A
   Berkeley, CA 94703
8  Ph/Fax: (510) 900-9502
   Email: RDoughty@greenfirelaw.com
9        LRivo@greenfirelaw.com

10 *Attorneys for Plaintiff, U.S. Right to Know*

11            **UNITED STATES DISTRICT COURT**

12   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13 U.S. RIGHT TO KNOW,                     Case No.: 23-CV-02956-TSH

14           Plaintiff,                     **EXHIBIT B TO**

15     vs.                                  **DECLARATION OF RACHEL DOUGHTY IN
                                             SUPPORT OF PLAINTIFF'S MOTION FOR
16 UNITED STATES DEPARTMENT OF             ATTORNEY'S FEES AND COSTS**
   DEFENSE, UNIFORMED SERVICES
17 UNIVERSITY OF THE HEALTH                 Hearing Date:  March 20, 2025
   SCIENCES,                                Time:   10:00 a.m.
                                            Judge: Hon. Thomas Hixson
18                                          Dept:   E – 15th Floor
19           Defendant

20

21

22

23

24

25

| Date | Hours | Activity category | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|
| 12/11/2024 | 0.8 | Document Review | Review and revise fee declaration; review complaint, fee motion, time sheets | 950 | 760 | Richard Drury |