DANIEL C. SNYDER (Oregon State Bar No. 105127)
Admitted *pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:    (202) 861-5251
Facsimile:    (202) 232-7203
dsnyder@publicjustice.net

Rachel S. Doughty (Cal. Bar No. 255904)
Lily A. Rivo (Cal Bar No. 242688)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        LRivo@greenfirelaw.com

*Attorneys for Plaintiff, U.S. Right to Know*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. RIGHT TO KNOW,<br><br>                Plaintiff,<br><br>        vs.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>                Defendant | Case No.: 23-CV-02956-TSH<br><br>**EXHIBIT C TO**<br><br>**DECLARATION OF RACHEL DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Hearing Date:  March 20, 2025<br>Time:   10:00 a.m.<br>Judge: Hon. Thomas Hixson<br>Dept:   E – 15th Floor |

```
Date 12/19/24                 Bahr Law Offices, P.C.
Time 3:55 PM                Client Billing Worksheet                    Page   1
```

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━Selection Criteria━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

```
Date range     :All
Slip numbers   :All
Timekeeper     :All
Client         :RTK FOIA
Activity       :All
Reference      :
Controller     :All
Hours          :All
Dollars        :All
Variance       :not checked
Billing status :All
Slip status    :All  (only unbilled are listed)
```

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

```
Nickname        :RTK FOIA
Name/Address    :!! MISSING DATA: FILL IN CLIENT INFORMATION !!
Controller      :<No Controller>


Rounding        :up to nearest 1 minute

Last bill     :  /  /
Last payment  :  /  /    Amount           :$0.00
```

| Date | Timekeeper \| Activity | Hours/Rate | AMOUNT | TOTAL |
|------|------------------------|------------|--------|-------|
| Slip # | Description/Reference | Markup | | |
| 12/4/24 | Dave Bahr \| Correspondence | 0.10 | 109.50 | NO CHARGE |
| #9374 | Exchange email w/DS re status of | 1095.00 | | |
| | decl and additional docs | | | |
| 12/5/24 | Dave Bahr \| Review | 1.50 | 1,642.50 | NO CHARGE |
| #9375 | Review docs from DS | 1095.00 | | |
| 12/5/24 | Dave Bahr \| Draft | 0.60 | 657.00 | NO CHARGE |
| #9376 | Draft my decl | 1095.00 | | |
| 12/6/24 | Dave Bahr \| Review | 1.40 | 1,533.00 | |
| #9378 | Review records/case file | 1095.00 | | |
| 12/9/24 | Dave Bahr \| Correspondence | 0.50 | 547.50 | NO CHARGE |
| #9379 | Exchange email w/counsel re status | 1095.00 | | |
| | of fee negotiations and responses | | | |
| | to def's fee obtjections | | | |
| 12/9/24 | Dave Bahr \| Review | 0.20 | 219.00 | |
| #9381 | Review draft decl. from DS | 1095.00 | | |
| 12/9/24 | Dave Bahr \| Draft | 0.40 | 438.00 | |
| #9382 | Draft my fee decl | 1095.00 | | |
| 12/13/24 | Dave Bahr \| Draft | 0.80 | 876.00 | |
| #9388 | Draft/edit my decl | 1095.00 | | |
| 12/17/24 | Dave Bahr \| Draft | 1.60 | 1,752.00 | |

```
Date 12/19/24              Bahr Law Offices, P.C.
Time 3:55 PM              Client Billing Worksheet                    Page    2


RTK FOIA : (continued)

                                                         AMOUNT         TOTAL

Date        Timekeeper | Activity        Hours/Rate
Slip #      Description/Reference            Markup
   #9391    Draft/edit fee decl           1095.00

   12/19/24 Dave Bahr | Correspondence        0.30       328.50     NO CHARGE
   #9397    Exchange email w/counsel re     1095.00
            defendants inadequate revised offer
            and final steps


TOTAL BILLABLE TIME CHARGES                   4.40                   4,818.00
TOTAL NO CHARGE TIME CHARGES                  3.00     3,285.00


TOTAL BILLABLE COSTS                                                     0.00


TOTAL NEW CHARGES                                                   $4,818.00

NEW BALANCE
New Current period                                    4,818.00

TOTAL NEW BALANCE                                                   $4,818.00
```