1 | DANIEL C. SNYDER (Oregon State Bar No. 105127)
2 | *Pro hac vice*
PUBLIC JUSTICE
3 | 1620 L Street NW, Suite 630
Washington, DC 20036
4 | Telephone:    (202) 861-5251
Facsimile:    (202) 232-7203
5 | dsnyder@publicjustice.net

6 | RACHEL S. DOUGHTY (California State Bar No. 255904)
7 | LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
8 | 2748 Adeline St., Suite A
Berkeley, CA 94703
9 | Telephone:    (510) 900-9502
Facsimile:    (510) 900-9502
10 | rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com
11 |
12 | Attorneys for Plaintiff US RIGHT TO KNOW

13 |                      UNITED STATES DISTRICT COURT
14 |                      NORTHERN DISTRICT OF CALIFORNIA
15 |                      SAN FRANCISCO DIVISION
16 |

17 | US RIGHT TO KNOW,                          )   Case No. 23-CV-02956-TSH
                                              )
18 |        Plaintiff,                         )   **EXHIBIT A**
                                              )
19 |   v.                                      )   *TO*
                                              )
20 | UNITED STATES DEPARTMENT OF               )   **DECLARATION OF DANIEL C. SNYDER IN**
     DEFENSE, UNIFORMED SERVICES              )   **SUPPORT OF PLAINTIFF'S MOTION FOR**
21 | UNIVERSITY OF THE HEALTH SCIENCES,        )   **ATTORNEYS' FEES AND COSTS**
                                              )
22 |        Defendant.                         )
                                              )
23 | _____ )

24 |
25 |
26 |
27 |
28 |























| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | (b) (6) |
| **Cc:** | Laing, Eric; (b) (6) ; Christopher Broder |
| **Subject:** | Re: HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit |
| **Date:** | Wednesday, August 9, 2023 2:31:37 PM |
| **Attachments:** | USU HJF EID-SEARCH Y4 Scope of Work_draft v04 (b) (6) .docx |

Hello,

Attached is the updated SOW and budget.

Let me know if you have any questions.  And when you will be able to provide the next modification.

Thanks much .... (b) (6)

On Wed, Aug 9, 2023 at 12:10 PM (b) (6) > wrote:
> Hi (b) (6) ,

If you want to reallocate funds within your budget for the travel to Malaysia meeting, please feel free to do it (We expect that (b) (6) could travel to Malaysia for training or troubleshooting in the draft scope of work we shared)

If you're concerned about the available fund for travel within your budget, let me know and we can see how to cover the cost from EHA's budget.

Best,
(b) (6)



On Wed, Aug 9, 2023 at 11:36 AM Laing, Eric (b) (6) wrote:
> Hi (b) (6) ,

I made a couple bullet point changes yesterday. (b) (6) has that version and will be able to provide the update. Also, (b) (6) was invited to a CCM/EHA conference in Oct, can you use EID-SEARCH travel funds for his airfare/lodging?

- (b) (6)

**(b) (6)**

On Fri, Aug 4, 2023 at 4:38 PM **(b) (6)** >
wrote:

Here is the updated v3 - it includes revisions to the budget.

Thanks much .... **(b) (6)**

On Wed, Aug 2, 2023 at 10:03 PM **(b) (6)** >
wrote:

I have two comments for **(b) (6)** regarding the scope of the work.

On Wed, Aug 2, 2023 at 11:54 PM **(b) (6)**
wrote:

FYI - your project ... bringing you into the discussion.

Attached is the current SOW - while **(b) (6)** is on vacation, will you take a look and see if anything needs to be updated/changed.

Thanks much .... **(b) (6)**

---------- Forwarded message ---------
From: **(b) (6)** >
Date: Wed, Aug 2, 2023 at 12:51 PM
Subject: Re: HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit
To: **(b) (6)**
Cc: eric.laing **(b) (6)**                    Broder, Christopher
**(b) (6)**

Sounds good!

I will get the updated statement of work back to you as soon as possible.

And we will be looking for the updating reporting requirements on

the next agreement.

Thanks much .... 

On Mon, Jul 31, 2023 at 2:58 PM **(b) (6)** > wrote:

Hi **(b) (6)**,

Thanks for the quick response and update. No problem, we can wait until Dr. **(b) (6)** is back from vacation.

More changes will be shown in the **body of the contract** that NIH is reviewing now, we'll share them with you once NIH approves it. They are mostly about specifying everything in detail (e.g., we included general languages in the Y3 contract by referring to relevant policies, now we need to elaborate more in writing), and you can see we'll include the whole "NIH Grants Policy Statement" as Attachment F.

In the file I shared, most changes in Attachment A are on #2 and #3 to describe how we manage and oversee the project. So there will be more regular calls at least every month and more regular reporting, including quarterly reporting with specified deadlines (we'll further discuss with the team the most efficient formats for these reportings).

We also included the "Data and Resroucing Sharing Plan" from the originally submitted proposal as Attachment D to demonstrate what we will do for data sharing following the NIH policies.

Please feel free to email or call if anything I can further clarify. And once we get the approved contract template from NIH, it will be helpful if we can get on a Zoom meeting to go through the changes and explain everything as needed.

Thanks,



On Mon, Jul 31, 2023 at 2:34 PM **(b) (6)**

**(b) (6)** **(b) (6)** wrote:

Hello **(b) (6)**,

Dr **(b) (6)** is out on vacation right now - Can you highlight what changes or specific aims NIH would like us to address?

Thanks much ... **(b) (6)**

On Mon, Jul 31, 2023 at 1:33 PM **(b) (6)** > wrote:

Dear **(b) (6)** and **(b) (6)**,

I hope you are doing well.

While we are waiting for the Year 4 Notice of Award (U01AI151797), we would like to start discussing with you the scope of work for Year 4.

Please take a look at the draft in the attached file, and **feel free to edit and add details to the planned research activities and update the budget accordingly.**

Please note that the funder specifically required information related to the reporting after they reviewed our Y3 contracts, so we have to include more details and adhere to them.

Please let **(b) (6)** and me know if you have any questions. We can plan to discuss the work plan at the project all-partner meeting next Wednesday or set up a separate call. Thank you very much!

Best Regards,

**(b) (6)**



--

**(b) (6)**

**(b) (6)**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--

**(b) (6)**



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--

**(b) (6)**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--

**(b) (6)**



--

**(b) (6)**



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--
(b) (6)



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.





















| From: | (b) (6) |
|---|---|
| To: | eric.laing_usuhs; Broder, Christopher |
| Cc: | (b) (6) |
| Subject: | HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit |
| Date: | Monday, July 31, 2023 1:34:18 PM |
| Attachments: | USU HJF EID-SEARCH Y4 Scope of Work_draft v01.docx |

Dear (b) (6) and (b) (6),

I hope you are doing well.

While we are waiting for the Year 4 Notice of Award (U01AI151797), we would like to start discussing with you the scope of work for Year 4.

Please take a look at the draft in the attached file, and **feel free to edit and add details to the planned research activities and update the budget accordingly.**

Please note that the funder specifically required information related to the reporting after they reviewed our Y3 contracts, so we have to include more details and adhere to them.

Please let (b) (6) and me know if you have any questions. We can plan to discuss the work plan at the project all-partner meeting next Wednesday or set up a separate call. Thank you very much!

Best Regards,
(b) (6)



(b) (5)

(b) (6)

(b) (6)

(b) (6)

(b) (6)

(b) (6)























(b) (5)

(b) (6)

(b) (6)

(b) (6)

(b) (6)

(b) (6)

(b) (6)

























































































| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | (b) (6)  ; Chris Broder; (b) (6) |
| | eric.laing (b) (6) |
| **Cc:** | (b) (6) |
| **Subject:** | EID-SEARCH NoA and Year 3 Report as submitted |
| **Date:** | Thursday, April 13, 2023 9:42:25 AM |
| **Attachments:** | NIH_NOA_1U01AI151797-03 with highlights.pdf |
| | 5U01AI151797 Y3 Annual Report As Submitted_without budget.pdf |

Dear All,

Thank you for the call yesterday!

As discussed, I am sharing the Year 3 Notice of Award (NoA) of the EID-SEARCH project and the Year 3 Research Performance Progress Report (RPPR) report as submitted.

The NoA is issued annually, and this Y3 NoA has been attached to the Y3 contracts we signed. You can see these special requirements as highlighted on Pages 6-7.

In addition to the annual RPPR report (dues April 1 every year), we are also required to submit a semi-annual report. The semi-annual report is less structured compared to the RPPR, focusing on research activities mainly without needing to fill in different sections.

In the attached RPPR report, Page 27 G.1 Section is where we report about the special reporting requirements as described in the NoA.

Please feel free to let (b) (6)   , and me know if you have any questions about these documents. And thank you very much for your understanding to help the project comply with these requirements.

Sincerely,



On Tue, Apr 11, 2023 at 3:07 PM (b) (6)   > wrote:

> Dear All,

Reminder of our EID-SEARCH all partner meeting coming up tomorrow (Wednesday night US time, Thursday morning SE Asian time).

We're going to be doing these every month, with the key goals of 1) identifying important issues from EID-SEARCH HQ, e.g. requests from NIAID etc.; 2) to help each partner to find out what the other partners are doing; 3) brainstorm solutions to problems, and ways to increase efficiency of sampling, testing, characterization, surveys and paper publishing.

At this first meeting, I'll start off with a quick round up of overall EID-SEARCH updates, then we'll just go round the table and get an update from each partner.

Please make sure that at least one or two people from your team will be joining, and get ready to be put on the spot to give a quick update…

Look forward to talking and to having these regularly!

Cheers,

(b) (6)

**(b) (6)**



**From:** (b) (6)
**Sent:** Tuesday, March 21, 2023 11:58 AM
**To:** (b) (6)                              'Chris Broder' (b) (6)

**Cc:** (b) (6)

(b) (6)                                          eric.laing (b) (6)

**Subject:** EID-SEARCH All-partner calls every month, starting April 12th (April 13th in

Asia)
**Importance:** High


Hello EID-SEARCH team!


Now that we're near the end of Year 3, and with work really cranking up now in our project, and multiple groups doing all forms of testing and analyses, I'm canceling the 'lab meetings' and setting up a monthly ALL-PARTNER meeting. The first will be on April 12th at 8:30pm Eastern time which is April 13th in the morning in Asia. These will be on the second Wednesday/Thursday of each month and you will receive an automatic calendar invite with Zoom information from (b) (6) .


It's very important for each partner to have staff on this call every month. The goal of the meeting is to keep everyone updated on news from NIAID and EcoHealth Alliance re. the project, get updates from each of the partners and brainstorm together to maximize our outputs (science, papers, talks, outreach) towards the grant renewal. So please take one hour per month to join the meeting, and feel free to send me and Hongying any discussion items you have.


I won't be sending out agendas, these meetings are intended to be updates from each of us so that all partners can hear what we're all up to.


Also, please note that this all-partner meeting is <u>in addition</u> to the monthly calls we have with each of the partners individually.


Look forward to seeing you on the 12th…



Cheers,


(b) (6)











| | |
|---|---|
| **From:** | (b) (6) |
| **To:** | (b) (6) |
| **Cc:** | (b) (6) ; Christopher Broder; Laing, Eric; (b) (6) |
| **Subject:** | RE: [EXTERNAL] NIH EID-SEARCH Year 3 Progress Report_by March 24, 2023 |
| **Date:** | Friday, March 24, 2023 3:31:29 PM |
| **Attachments:** | NIH_EID-SEARCH Y3 Annual Report.pdf |
| | image001.png |

Good Afternoon,

Please find the annual progress report attached for the project titled: "Understanding Risk of Zoonotic Virus Emergence in Eid Hotspots of Southeast Asia"
Please let us know if you have any questions.
Thank you,
(b) (6)



Henry M. Jackson Foundation for the
Advancement of Military Medicine
6720A Rockledge Drive, Suite 100
Bethesda, MD 20817

---

**From:** (b) (6)
**Sent:** Wednesday, March 1, 2023 7:41 PM
**To:** (b) (6)

eric.laing (b) (6)
(b) (6)   Broder, Christopher
(b) (6)

**Cc:** (b) (6)



**Subject:** [EXTERNAL] NIH EID-SEARCH Year 3 Progress Report_by March 24, 2023

> ATTENTION: This email originated from outside of the organization. Do not open attachments or click on links unless you recognize the sender and know the content is safe.

Dear EID-SEARCH Members,

The NIH Research Performance Progress Report (reporting period **06/01/2022-05/31/2023**) for EID-SEARCH (U01AI151797) is due on **April 1, 2023**.

I've attached a template with the different sections we would like to get updates from you as part of the report. All relevant work for any section is welcomed (the more detailed, the better, don't worry about the languages or word limits); I also labeled some sections as *required* where are the most important to concentrate.

And as part of the CREID Network, we also need to highlight the cross-Research Center activities, which are now KPIs to evaluate each Research Center's performance by the funder. So if you have anything relevant to report, please provide information on the Word document and fill in the *Excel file* I've attached.

The information required for this report is majorly focused on the research findings and plans and very minimal on administration/finance unless you have any significant changes on project key/senior personnel or budget.

We would greatly appreciate it if you could send us updates by **Friday, March 24, 2023,** so we can have a few days to consolidate everything to submit.

Please do not hesitate to let me know if you have any questions. Thank you very much!

Sincerely,



(b) (6)









































































































































































































**From:** (b) (6)
**To:** (b) (6)
**Cc:** (b) (6)
Chris Broder; (b) (6)
**Subject:** RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population
**Date:** Saturday, September 10, 2022 9:07:32 AM
**Attachments:** (b) (6) -et-al_bangladesh-bats-cocirculation-serology_2022-08-11 (b) (6) .docx

Hi (b) (6),

I have a few minor editions and comments with others.

Thank you,
(b) (6)

---

**From:** (b) (6)
**Sent:** 10 September 2022 01:08
**To:** (b) (6)

**Cc:** (b) (6)

Chris Broder (b) (6)

**Subject:** RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population

*** This message originated outside MRCG @ LSHTM ***

Sorry to be late to the party – a few more comments attached to add to the insightful suggestions you've already received.

(b) (6) – still think it would be great to link up so we can describe antibody dynamics over time in our recaptures!

Have a great weekend,
(b) (6)

---

**From:** (b) (6)
**Sent:** Friday, September 9, 2022 5:39 PM
**To:** (b) (6)
**Cc:** (b) (6)

Chris Broder
(b) (6)

**Subject:** Re: Draft manuscript: Co-circulation dynamics of viruses in a bat population

██ **(b) (6)** ████,

Attached are my edits and comments. I started working on this using the version from Hume and Linfa, so my version here does not include Steve's valuable comments.

Great paper.

Cheers,
█ (b) (6) █

██████████
████████████

██████████
████████████████
██████████

████████████
████████████
██████████████

████████████████████████████████████

On Sep 3, 2022, at 2:54 AM, **(b) (6)** ████████ wrote:

H██,

Thanks for sharing this interesting work. Kudos to █ **(b) (6)** █ and the team for pulling all of this together.

Attached are my comments.

To reduce the amount of my time and improve the thoroughness of my review, I use error codes when I identify common errors within a scientific document. A full description of the error and strategies for addressing it can be found in a scientific writing guide written by Dorothy Southern and I (Pathway to Publishing-A Guide to Quantitative Writing in the Health Sciences) published as an Open Access ebook through Springer. It can be downloaded from here: https://link.springer.com/book/10.1007/978-3-030-98175-4

██ (b) (6) ██

██ **(b) (6)** █████████ wrote on 8/23/2022 6:40 PM:

Great to see ██ **(b) (6)** ██. Reads well, nice graphics. Thanks for co-

authorship.. my edits added to (b) (6) version.

Regards all
(b) (6)



---

**From:** (b) (6)
**Sent:** Saturday, 20 August 2022 1:22 AM
**To:** (b) (6)



Christopher Broder (b) (6)

**Cc:** (b) (6)

**Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

Colleagues,
I hope you're all doing well. I'm excited to share a draft manuscript, led by (b) (6), that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a population of *Pteropus medius*. We plan to submit this to *Nature Communications* in September. Please send (b) (6) and I your comments by **September 10th**.

Cheers,
(b) (6)







(b) (6) -et-al_bangladesh-bats-cocirculation-serology_2022-08-11_ (b) (6) .docx>































































































| From: | Broder, Christopher (b) (6) |
| To: | (b) (6) |
| Subject: | Fwd: Draft manuscript: Co-circulation dynamics of viruses in a bat population |
| Date: | Saturday, September 3, 2022 2:11:17 PM |
| Attachments: | (b) (6) et-al_bangladesh-bats-cocirculation-serology_2022-08-11_l (b) (6) _sl.docx |

hi ,

Happy Labor day weekend.

What is the story on the screening here?  The
paper reads only NiV EBOV and MenV  attachment proteins used
so I am assuming all our proteins.  NiV-sG / EBO sGp / MeV-sHN  ?
What the entire panel of proteins used?  Linfa's comment about saying
heniv sero+  and not just NiV only matters if the other sG beads were used
and what the data looks like.

technically, sGp EBO trimer, is attachment+fusion Glycoprotein,
but the sHN if used this was a new project of both Eric and I working with Linda to construct and we
shipped to (b) (6)            in early 18'

I think we need to see all the raw data

(b) (6)

---------- Forwarded message ---------
From: (b) (6)                >
Date: Fri, Sep 2, 2022 at 3:08 PM
Subject: Re: Draft manuscript: Co-circulation dynamics of viruses in a bat population
To: (b) (6)
Cc: (b) (6)



Christopher Broder (b) (6)

Hi (b)(6),

Thanks for sharing this interesting work. Kudos to (b) (6) and the team for pulling all of this
together.

Attached are my comments.

To reduce the amount of my time and improve the thoroughness of my review,  I use error
codes when I identify common errors within a scientific document. A full description of the
error and strategies for addressing it can be found in a scientific writing guide written by
Dorothy Southern and I (Pathway to Publishing-A Guide to Quantitative Writing in the Health

Sciences) published as an Open Access ebook through Springer. It can be downloaded from here: https://link.springer.com/book/10.1007/978-3-030-98175-4

**(b) (6)**

**(b) (6)** wrote on 8/23/2022 6:40 PM:

Great to see **(b) (6)**. Reads well, nice graphics. Thanks for co-authorship.. my edits added to **(b) (6)** version.

Regards all

**(b) (6)**



---



**From:** **(b) (6)**
**Sent:** Saturday, 20 August 2022 1:22 AM
**To:** **(b) (6)**

Christopher Broder

**(b) (6)**
**Cc:** **(b) (6)**

**Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

Colleagues,

I hope you're all doing well. I'm excited to share a draft manuscript, led by (b) (6),
that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a
population of *Pteropus medius*. We plan to submit this to *Nature Communications*
in September. Please send (b) (6) and I your comments by **September 10th**.

Cheers,



--

(b) (6)



Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message. (Uniformed Services University)













































| From: | (b) (6) |
| To: | (b) (6)   ; Christopher Broder; (b) (6) |
| Cc: | (b) (6) |
| Subject: | RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population |
| Date: | Sunday, August 21, 2022 1:47:19 AM |
| Attachments: | (b)(6) -et-al_bangladesh-bats-cocirculation-serology_2022-08-11_(b)(6) .docx |

Dear (b) (6) and all,

It is great to see this in a ready to go form after so much effort put into this longitudinal study.

See my edits/comments in the attached.  My main suggestion is to treat all three groups the same, i.e., at the genus level.

(b) (6)  :  I finally made my trip to Bangladesh (and icddr,b) working on a BMGF-funded pathogen genomics project.  I "challenged" the new ED to host the Nipah@25 in 2024 there and he said he will do his best to make sure it happens.  So hopefully we an all meet again in Bangladesh in 2024.

Cheers,



**From:** (b) (6)
**Sent:** Friday, 19 August 2022 11:22 PM
**To:** (b) (6)

Christopher Broder
(b) (6)
**Cc:** (b) (6)
**Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

- External Email -

Colleagues,

I hope you're all doing well. I'm excited to share a draft manuscript, led by , that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a population of *Pteropus medius*. We plan to submit this to *Nature Communications* in September. Please send and I your comments by **September 10th**.

Cheers,

Important: This email is confidential and may be privileged. If you are not the intended recipient, please delete it and notify us immediately; you should not copy or use it for any purpose, nor disclose its contents to any other person. Thank you.















































































































| From: | (b) (6) |
| To: | (b) (6) |
| Cc: | Laing, Eric; (b) (6); Broder, Christopher; (b) (6) |
| Subject: | Re: For you to edit and review by August 15 Monday_CREID EAC report |
| Date: | Monday, August 15, 2022 7:47:58 AM |
| Attachments: | 2022 EAC Report_EID-SEARCH_draft v01-(b) (6)_15Aug22.docx |

Dear (b) (6),

Apologies for the delayed response.
Attached please find the edited report from our side. Here are some changes that we have made, further detail can be found in the report.

- Number of identified viruses
- Number of specimens for MMIA
- Serology testing graphs (I repeated some of the samples that were positive to confirm the results, most of the samples are still positive **except** the two samples that were weakly positive for NiV)
- Number of manuscripts

Please let me know if you require any further information/clarification.

Best regards,
(b) (6)



On 9 Aug BE 2565, at 01:20, (b) (6) wrote:

Thank you so much, (b) (6), for your quick response!

Sending a reminder that please review and edit the document **by August 15 next Monday.** Or if you don't have anything to add, please simply reply to approve the content for submission. Thank you very much!!

Best regards,
(b) (6)





On Tue, Aug 2, 2022 at 3:36 PM Laing, Eric **(b) (6)** wrote:

Hi **(b) (6)**,

Some edits and suggestions are attached.

- **(b) (6)**



On Tue, Aug 2, 2022 at 1:23 AM **(b) (6)** >
wrote:

Dear All,

As mentioned at the EID-SEARCH meeting in July, we'll submit an External Advisory Committee (EAC) report for our Research Center in August, so the EAC can evaluate our work as an individual Research Center and the overall CREID Network to give feedback at the CREID annual meeting with DMID, USG, and other stakeholders in September.

Attached please find the very first draft report for your edit and review. We'll greatly appreciate everyone's input on incorporating the EAC recommendations and aligning with NIAID CREID Network Program Priorities as described in the Appendix.

For unpublished data, I tried to keep the information general, will also make sure the CREID keeps all information for internal use only (to the EAC), but please let me know if you have any concerns.

We hope to submit the report on August 19, and your feedback **by August 15 Monday** will be appreciated! Thank you all very much in advance!

All the best,



**From:** (b) (6)
**To:** (b) (6)
**Cc:** Laing, Eric; Broder, Christopher; (b) (6)
**Subject:** Re: CREID 2022 Annual Meeting: Call for Abstracts
**Date:** Wednesday, May 4, 2022 9:51:09 AM

---

Thank you, (b) (6) , for the information!

Wonderful to hear all these results, we should encourage (b) (6) to submit an abstract and present. I'll take note of this and remind you all to discuss it at the lab meeting next Wednesday.

- (b) (6)

On Tue, May 3, 2022 at 8:11 PM (b) (6) wrote:
(b) (6) s guano farmer set has baseline (pre-vaccination, not sure if it's pre-pandemic) and two yearly follow up points. I think it's about 54 farmers, all have been vaccinated. I want to say they are mostly Sinovac but some are Astra, and I don't know if there were any cross-vaccinations.

I recall (b) (6) talking about a separate healthcare worker cohort at one point but I don't know if that is still on the table.



> On May 3, 2022, at 7:55 PM, Laing, Eric (b) (6) wrote:
>
> Hi (b) (6) ,
>
> I can focus on the bat-cov multiplex development, but we only have SARS-CoV-2 validated sera and research studies outside the scope of EID-SEARCH. We'd need some data from (b) (6) (who should be the lead), and it can be data related to guano farmers, pre-COVID-19, or vaccine recipients.
>
> There are 3 virus families being screened in the multiplex - there should be at least 2 stories (filo/henipa and sars-2/covid) coming from (b) (6) 's team a Chula. I've been meaning to email (b) (6) about their covid-19 cohort, I have this memory that they have some vaccine recipients ((b) (6) , am I remembering this correctly?). My research team has been involved in Pfizer vaccine response research, and head-head comparison with Moderna. Thailand is mostly vaccinated with AZ and Sinovax, a product comparison would be pretty easy to write-up since the assay is a bridge.
>
> - (b) (6)

**(b) (6)**

On Mon, May 2, 2022 at 9:52 PM **(b) (6)** >
wrote:

> Thank you, **(b) (6)**
>
> Assay development related to EID-SEARCH may fit into the topic of "New techniques, or novel approaches, to sampling, detection, and characterization of pathogen risk" if you would like to present the methodology, but understand it's better to present with sample testing results from the project.
>
> As you suggested, we have shared this with the teams at CM and Chulalongkorn, hope to hear from them soon and work together with you on the abstracts if they're interested to present some preliminary findings from the serological testing. We may check in with **(b) (6)** about this next Wednesday at the lab meeting (if you and **(b) (6)** agree).
>
> Thanks,
> **(b) (6)**
>
> On Mon, May 2, 2022 at 9:09 PM Laing, Eric **(b) (6)** wrote:
>
>> Hi **(b) (6)**,
>>
>> Serology testing is underway in Chulalongkorn, but I think that **(b) (6)**'s lead, **(b) (6)**, would be the appropriate SEARCH researcher to draft an abstract. **(b) (6)** mentioned that at the previous month's 'lab meeting', **(b) (6)** had concluded testing some serologies.
>>
>> **(b) (6)** and I are happy to help with results analysis and drafting abstracts from either Chulalongkorn or CM, LLC/EHA, but we don't have access to any data from our side.
>>
>> - **(b) (6)**





On Mon, May 2, 2022 at 9:54 AM **(b) (6)**
**(b) (6)** wrote:
Good Morning, **(b) (6)** ,

The CREID Network is holding the annual meeting on September 21-23 in Washington DC, there will be sessions to present scientific findings supported by the CREID, and we need to submit abstracts for the presentations.

Please see the Call for Abstraction information below, it would be great if anyone from your team can submit an abstract for presentation, if you are busy, it will be a terrific opportunity for graduate students or postdocs, too. Please consider this and feel free to contact me if any questions.

The meeting will be hybrid, and we'll let you know once we received the final agenda, so we can discuss travel and meeting in person if you will be available during that time.

Best,
**(b) (6)**

---------- Forwarded message ---------
From: **(b) (6)**
Date: Wed, Apr 27, 2022 at 3:12 PM
Subject: CREID 2022 Annual Meeting: Call for Abstracts
To: **(b) (6)**



Cc: **(b) (6)**

(b) (6)



Dear CREID Network Leadership,

Thanks to your feedback, we will not be placing any limits on the number of allowed abstract submissions. Any submissions not selected for a rapid, virtual poster presentations or longer oral presentations will have the opportunity to create e-posters/slides to be shared with the CREID Network.

Below, please find the updated call for abstracts for the CREID Network's 2022 Annual Meeting. The meeting will include multiple abstract-driven scientific sessions. Each CREID Research Center is requested to submit at least one abstract by May 17, per the guidelines below.

Thank you,

CREID Network 2022 Annual Meeting Organizing Committee

## 2022 Annual Meeting: Call for Abstracts

The CREID Network 2022 Annual Meeting (September 21-23, in person and online) will include multiple abstract-driven scientific sessions. Each CREID Research Center is requested to submit at least one abstract, per the guidelines below. Abstracts will be assigned for rapid/lightning talks, longer oral presentations, or e-posters/slides that will be shared with the CREID Network. A committee will convene to review the content of the abstracts and determine the assigned format. More information on the review committee process is forthcoming. Submission template is attached.

| | |
|---|---|
| Due | May 17, 2022 |
| Length | Abstract body (excluding title and authors): 250 words max |
| Focus | Abstracts should focus on work supported by CREID, including but not limited to: <br><br> ▪ Innovative research on pathogen discovery and characterization, pathogen/host surveillance, transmission, pathogenesis, host immunological response, natural history, or related assays or reagents; <br><br> ▪ New techniques, or novel approaches, to sampling, detection, and characterization of pathogen risk; <br><br> ▪ Preparation for, or results of, research conducted in response to an outbreak; <br><br> ▪ Novel strategies to translate related findings downstream <br><br><br> Selected abstracts will be grouped into sessions based on content/focus. |
| Format | As the 2022 Meeting will be hybrid, both in-person and virtual presentations are welcome. Abstracts may be selected for a rapid, virtual poster presentation, a full (>10 min) oral presentation, or for e-posters/slides to be shared with the CREID Network. Assigned format and presentation times will be determined based on the content and number of submissions. |
| Authors/ Presenters | Authors may include investigators and staff from CREID Research Centers, sites, and partners. Women and those from low- and middle-income countries (LMICs) are strongly encouraged to author and present. |

| | Submissions with authors from multiple Research Centers are welcome. |
|---|---|
| Submissions | Each Research Center is asked to submit 1-4 abstracts. Each abstracts should include a title, presenters/authors (names, institutional affiliations, emails, and CREID Research Center), and body (250 words max). See basic template, attached.<br><br>Send to info@creid-network.org by May 17, 2022. |

---------------------------------------------------



## Disclaimer

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.

## Disclaimer

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you

received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.

## Disclaimer

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.





























| From: | (b) (6) | |
|---|---|---|
| To: | (b) (6) | ; eric.laing_usuhs; Broder, Christopher; (b) (6) |
| Cc: | (b) (6) | |
| Subject: | NIH EID-SEARCH Year 2 Progress Report_submitted | |
| Date: | Sunday, April 3, 2022 11:16:43 PM | |
| Attachments: | RPPR10427219 Y2 Annual Report As Submitted_short.pdf | |

Dear All,

Attached please find a copy of the submitted Year 2 Progress Report (technical part), thank you very much for your wonderful work, and for sending updates to complete the report!

As we are approaching the end of Year 2 on May 31, we will follow up closely on the Year 2 funding expenses and invoices in the next couple of weeks.

Sincerely,



On Mon, Feb 7, 2022 at 2:02 PM (b) (6) wrote:
Dear Partners,

The NIH Research Performance Progress Report (reporting period 06/01/2021-05/31/2022) for EID-SEARCH (No. 5U01AI151797) is due on April 1, 2022. I'm sending this email as an initial notification in case your institution needs some time to proceed and prepare a report, but the information required for this report is majorly focused on the research findings and plans, very minimal on administration unless you have any major changes on key/senior personnel.

Attached please find a template with the different sections we would like to get updates from you as part of the report to submit. Any relevant work for each section is welcomed (don't worry about the languages or word limits), but I labeled some sections as *required where are the most important to concentrate.

We would greatly appreciate it if you can send us updates by **March 21, 2022, Monday** so that we can have a few days to edit and combine all things together to submit.

Please feel free to let me know if you have any questions. You will also receive reminders

from me on March 01 and March 14 if it's still too early and you're waiting for more results to include in the report. Thank you very much!!

Sincerely,



## Disclaimer

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.