1   DANIEL C. SNYDER (Oregon State Bar No. 105127)
    *Pro hac vice*
2   PUBLIC JUSTICE
3   1620 L Street NW, Suite 630
    Washington, DC 20036
4   Telephone:      (202) 861-5251
    Facsimile:      (202) 232-7203
5   dsnyder@publicjustice.net

6   RACHEL S. DOUGHTY (California State Bar No. 255904)
7   LILY A. RIVO (California State Bar No. 242688)
    GREENFIRE LAW, PC
8   2748 Adeline St., Suite A
    Berkeley, CA 94703
9   Telephone:      (510) 900-9502
    Facsimile:      (510) 900-9502
10  rdoughty@greenfirelaw.com
11  lrivo@greenfiirelaw.com

12  Attorneys for Plaintiff US RIGHT TO KNOW

13                    UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
15                    SAN FRANCISCO DIVISION
16

17  US RIGHT TO KNOW,                    )   Case No. 23-CV-02956-TSH
                                         )
18          Plaintiff,                   )   **EXHIBIT C**
                                         )
19      v.                               )   ***TO***
                                         )
20  UNITED STATES DEPARTMENT OF          )   **DECLARATION OF DANIEL C. SNYDER IN**
    DEFENSE, UNIFORMED SERVICES          )   **SUPPORT OF PLAINTIFF'S MOTION FOR**
21  UNIVERSITY OF THE HEALTH SCIENCES,   )   **ATTORNEYS' FEES AND COSTS**
                                         )
22                                       )
            Defendant.                   )
23  _____)

24
25
26
27
28

| | |
|---|---|
| **From:** | Dharia, Ekta (USACAN) |
| **To:** | Dan Snyder |
| **Cc:** | Lily Rivo |
| **Subject:** | RE: USRTK v. USU - Next Steps |
| **Date:** | Wednesday, January 24, 2024 12:40:24 PM |
| **Attachments:** | image001.png |
| | image002.png |

Dan,

A few corrections:

- The statute in #3 is 10 USC 3309.
- The date for the reproduction should be February 28, 2024.
- For # 2, we will provide you with information about the invocation of deliberative process, including the consultant corollary. We will provide information the best way we can convey the information. It may not be a Vaughn index at this point, but it will be a format that provides the information.

**Ekta Dharia**
Assistant United States Attorney
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Office: (415) 436-7276
Cell: (415) 912-6031
ekta.dharia@usdoj.gov

---

**From:** Dan Snyder <dsnyder@publicjustice.net>
**Sent:** Tuesday, January 23, 2024 1:54 PM
**To:** Dharia, Ekta (USACAN) <EDharia@usa.doj.gov>; Lily Rivo <lrivo@greenfirelaw.com>
**Subject:** [EXTERNAL] USRTK v. USU - Next Steps

Hi Ekta,

Thanks again for the call today concerning USRTK's challenge list. Here's what I have written down for our next steps:

1. USU will remove the b(6) redactions for third parties, but not for US DOD employees. USRTK will review the revised production and, if there remains a question on whether the senders or recipients of an email are all US government employees, will ask USU for additional clarification.
2. USU will revise its production as to the deliberative process withholdings. USU will remove some deliberative process redactions. USU explained that some records were withheld as deliberative pursuant to the consultant corollary. We discussed the merits of this position as it applies to the third parties from which, and to which,

records were sent and received. I asked that USU produce a *Vaughn* index for its subsequent b(5) withholdings, including that it specifically describes how the consultant corollary applies to these third parties in each record. *Ekta, please confirm USU will produce such an index.* I want to stress again that USRTK will be taking a close look at the consultant corollary assertions, which upon first review do not lend themselves to this extension of the deliberative process due to (a) the fact that much of the withholdings pertain to scientific events outside of the United States, and (b) the nature of the withheld records do not reflect a fishbowl deliberative conversation but rather scientists talking about science. I also explained that USRTK does not waive any right to challenge the b(5) redactions if summary judgment is required.

3. USU explained that, upon subsequent review, some records may be subject to Exemption 3 and 10 USC 2305g concerning contractor proposals. I asked you to have USU carefully review the proposals to ensure that the withholdings were not later adopted or incorporated by reference into a final contract. Please confirm USU will conduct such a review before releasing the revised production.

We discussed USRTK's interest in the records, which I understood was an attempt to shortcut our disputes and focus on what is important to USRTK. I explained USRTK's general interest as well as its desire to ensure that the federal government faithfully apply and follow the FOIA. I also explained that, due to the full redactions on most of the attachments, we were operating at an information deficit.

You indicated USU would make its revised production on or before February 28, 2023. If additional time is required, please let me know as soon as possible.

If anything I have written is inconsistent with your recollection of our conversation, please let me know so we can correct the record.

Thank you, Ekta. If we do not speak again before your upcoming leave, I wish you the best of luck.

Best,

Dan



**Daniel C. Snyder**
*Director*
**The Environmental Enforcement Project**
**Public Justice**
Pronouns: he/him
1620 L Street NW, Suite 630
Washington, DC 20036
202-861-5251

dsnyder@publicjustice.net
www.publicjustice.net

**Injustice is America's enemy. Join our fight** to secure justice for all.

Platinum
Transparency
2023

**Candid.**