DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:      (202) 861-5251
Facsimile:      (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:      (510) 900-9502
Facsimile:      (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | Case No. 23-CV-02956-TSH |
| Plaintiff, | **EXHIBIT E** |
| v. | ***TO*** |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | **DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| Defendant. | |

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

**ATTACHMENT A**: Scope of Work

**Project Description/Summary:** Southeast Asia is one of the world's highest-risk EID hotspots, the origin of the SARS pandemic, Nipah virus, and repeated outbreaks of influenza. This is driven by high diversity of wildlife and rapidly expanding demography that brings human and wildlife populations closer. This proposal will launch the Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH), a collaboration among leaders in emerging disease research in the USA, Thailand, Singapore and the 3 major Malaysian administrative regions. These researchers have networks that span >50 clinics, laboratories and research institutions across almost all SE Asian countries and will use the EID-SEARCH as an early warning system for outbreaks involving exchange of information, reagents, samples and technology, and a collaborative power-house for fundamental and translational research. The EID-SEARCH will also act as a significant asset to scale-up and deploy resources in the case of an outbreak in the region. This EIDRC will conduct research to: 1) Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife, by analyzing previously-archived wildlife samples, conducting targeted wildlife surveillance, and using serology & PCR assays to identify novel viruses. These will be characterized to assess risk of spillover to people, and a series of in vitro (receptor binding, cell culture) and in vivo (humanized mouse and collaborative cross models) assays used to assess their potential to infect people and cause disease; 2) Collect samples and questionnaire data from human communities that live in EID hotspots and have high cultural and behavioral risk of animal exposure (e.g. wildlife hunting, bat guano collection). These will be tested with serological assays to identify evidence of novel virus spillover, and analyzed against metadata to identify key risk pathways for transmission; 3) Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts. We will conduct syndromic surveillance at clinics serving the populations in Aim 2, enroll patients with undiagnosed illness and symptoms consistent with emerging viral pathogens, and test samples with molecular and follow-up serological assays to identify causal links between these syndromes and novel viruses. This research will advance our understanding of the risk of novel viral emergence in a uniquely important region. It will also strengthen in-country research capacity by linking local infectious disease scientists with an international collaborative network that has proven capacity to conduct this work and produce significant findings. The large body of high impact collaborative research from this EIDRC leadership team provides proof-of-concept that EID-SEARCH has the background, collaborative network, experience, and skillset to act as a unique early warning system for novel EIDs of any etiology threatening to emerge in this hottest of the EID hotspots.

Under the supervision of Co-Investigators Dr. Christopher Broder and Dr. Eric Laing, working closely with the project coordinator Spencer Sterling, The Henry M. Jackson Foundation for the Advancement of Military Medicine, Inc. will conduct epidemiology research and characterization of a series of coronaviruses (CoVs), paramyxoviruses (PMVs – particularly Henipaviruses) and filoviruses (FVs) following Scope of Work:

1. **Continue to develop, validate, and refine serology platforms for laboratory analysis of collected human and animal samples.**
   1.1  Develop and validate the regionally specific CoV/Henipavirus MMIA panel.
   1.2  Refine MMIA tests for Marburg and Tai Forest viruses

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia

**Grant Number:** 5U01AI151797

Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator

**Prime PI**: Peter Daszak, Ph.D.

1.3 Refine and produce antigens for MPOX assay in support of CREID network-wide activities.

1.4 Support the collaboration with PREMISE for PBMC studies in Thailand.

1.5 Provide on-site training to the project members from Conservation Medicine in Malaysia on serology testing.

1.6 Support data analysis in Thailand and Malaysia to ensure high-quality publications from EID-SEARCH

1.7 Support CREID Pilot Research Project proposals, as applicable.

1.8 Support CREID Pilot Proposal Research Project, "Expanding in-country surveillance capacity for bat-borne henipaviruses in Madagascar," (PI, Dr. Hafaliana Christian Ranaivoson; Co-PI, Dr. Cara Brook), cross-Research Center collaboration with CREID-ESP

1.9 Support pilot study on blood-fed mosquitoes in collaboration with the NIAID vector research program (Dr. Lehmann).

**2. Project management and coordination**

2.1 Ensure all permits and permissions are in place to conduct project activities.

2.2 Represent EID-SEARCH to present relevant research findings at conferences and other relevant meetings.

2.3 Collaborate with the EID-SEARCH partners for data cleaning, analysis, interpretation, and contributing to scientific publications as agreed.

2.4 The subrecipient will adhere to the applicable elements of resource and data management from the approved project proposal as described in Resource Sharing Plan in **ATTACHMENT D**.

2.5 Submit to the requirements of the Federal Funding Accountability and Transparency Act (FFATA) included as **ATTACHMENT C,** with the signed contract.

**3. Project communication and reporting**

3.1 Participate in monthly meetings with project partners over video conference.

3.2 Attend CREID Network annual meeting and other in-person project meetings as applicable.

3.3 Present MPOX multiplex serology test development, and Marburg virus and fruit bat sero-surveillance in Madagascar (collaboration with Dr. Cara Brook, Co-PI of Pilot Award, CREID-ESP) at ASTHM 2023, Chicago, IL, USA.

3.4 Participate in calls with the EID-SEARCH partners and global team at EHA as requested.

3.5 Complete the following programmatic and financial reporting by the requested deadlines:

    3.5.1 Quarterly reporting to EcoHealth Alliance on programmatic activities due on the following dates:

- 01 August 2023
- 01 November 2023
- 01 February 2024
- 01 May 2024

    3.5.2 Semi-annual and annual reports to NIH/NIAID.

    3.5.3 Annual reports to the CREID Network and other reports requested by NIAID.

    3.5.4 Invoices and financial reports to EcoHealth Alliance every two months, including 1-page or longer programmatic update, copies of receipts and/or other supporting documents, and breakdown of the costs in each item as shown in

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

ATTACHMENT B: **Project Budget**

| | Year 4 (01 June 2023 – 31 May 2024) | |
|---|---|---|
| SALARY | | |
| Christopher Broder | Co-Investigator | $          - |
| Eric Laing | Site Principal Investigator | $          - |
| Spencer Sterling | Research Associate/Scientific Project Coordinator | $44,562.48 |
| SALARY | | $44,562.48 |
| FRINGE | 29.79% | $13,110.28 |
| TOTAL SALARY + FRINGE | | **$57,672.76** |
| TRAVEL | | |
| Domestic | Trip to Chicago: Marana Rekedal | $2,000 |
| International | Trip to Malaysia: Spencer Sterling | $4,000 |
| TOTAL TRAVEL | | **$6,000** |
| OTHER DIRECT COSTS | | |
| Materials & Supplies | | $8,000 |
| TOTAL OTHER DIRECT COSTS | | **$8,000** |
| TOTAL DIRECT | | **$ 71,672.77** |
| INDIRECT | 36.74% | $ 26,332.58 |
| G&A | 16.70% | $ 16,366.89 |
| TOTAL | | **$114,372.24** |

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

**ATTACHMENT C**: Federal Funding Accountability and Transparency Act (FFATA)

The Federal Funding Accountability and Transparency Act (FFATA) was signed on September 26, 2006 and requires information on federal awards (federal financial assistance and expenditures) be made available to the public via a single, searchable website, which is www.USASpending.gov. All contractors receiving funds from EHA are required to provide the following information as a condition of receiving funds.

**Please answer the following questions Yes or No**.

    a.   In the previous tax year, was your company's gross income from all sources above $300,000?

    ☑ Yes ☐ No

    b.   In Subrecipient 's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the UEI number it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative contracts; **and** (2) $30,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative contracts?

    ☑ Yes ☐ No

    c.   Does the public have access to information about the compensation of the executives in Subrecipient 's business or organization (the legal entity to which the UEI number it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

    ☑ Yes ☐ No

    d.   Does your business or organization maintain an active registration in the System for Award Management (www.SAM.gov)?

    ☑ Yes ☐ No

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

**ATTACHMENT D**: Resource Sharing Plan

The following details are from this award's proposal.

To share resources with the academic research community, we will use the uniform Material Transfer Agreement (MTA), which acknowledges that the materials are proprietary to Institutions of the Cooperative Agreement and permitting their use in a manner that is consistent with the Bayh-Dole Act and NIH funding requirements. NIH research grants require that research be made available to the scientific community and public. The primary method of data sharing is through peer-reviewed publications in scientific journals and by presentation at scientific meetings. In addition, data and results created from NIH supported research will be submitted to NIH in annual progress reports per the terms and conditions of this award. Recombinant viruses, transgenic mouse models and experimental recombinant protein constructs will be made available upon request following a standard procedure (below). Several viruses isolated and studied in this program are select agents so these viruses will not be shipped unless appropriate documentation demonstrates the existence of approved BSL3/4 facilities, select agent licenses, and shipment using approved CDC and Department of Commerce procedures.

We already have established MTAs between most of our EID-SEARCH, consortium partners and will ensure these agreements are up to date and agreed upon by our consortium at the start of our project and then reviewed annually. Having these agreements in place will further reduce the time needed to share reagents and other resources in the event of an outbreak when time-sensitive sharing of biological resources and diagnostic reagents is most critical. **At the start of the project, we will work with the EIDRC – Coordinating Center to ensure these agreements and resource sharing plans are compliant and aligned with plans created for NIH's other EIDRCs.**

**Data Sharing Plan**

EcoHealth Alliance (EHA) will house the Data Management and Analysis (DMA) team for EIDRC SEARCH. EHA has served as the data and analysis hub for numerous multi-institutional, multi-sectoral, international disease research groups, including acting as the Modeling and Analytics lead institution for the USAID-PREDICT project, the Western Asia Bat Research Network lead by co-I Olival (*1*) and EHA's Rift Valley Fever Consortium (*2*). We will leverage our experience and infrastructure from those projects.

Project Database: We will create a dedicated, centralized EIDRC database to ingest, store, link, and provide for analysis all data associated with the proposed study and other expanded projects associated with the research network. The database will be SQL-based and use encrypted, secure cloud hosting services and enable export to archival and platform-independent formats. It will ensure data and metadata compatibility between project components, track data versioning and annotations. The system will be designed to work with both with both paper- and tablet-based field data entry and with laboratory information management systems in place in individual partner labs. We will design and

5

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

engineer the systems to be compatible with other NIAID approved data management systems, including those utilized by the EIDRC-CC, by designing secure APIs, and matching data fields and data standards. The database will use existing metadata standards, including NCBI standards for genetic and molecular data and Ecological Metadata Language (EML) for field and wildlife data, as well as other standards and formats designated by the EIRDC CC.  This will enable rapid publication and deposition of data. Granular security and privacy controls will be applied so that specific expansion projects undertaken in the network may be managed while maintaining data confidentiality as needed.

Data Identification and Privacy: For human clinical data and questionnaires, data will be identified by a unique identification code assigned to each individual and only this, de-identified code will be accessible in the project database. All questionnaire data and biological samples will be labeled with a unique alphanumeric identification code, assigned to each enrolled, sampled individual that does not identify the individual from whom data are collected. Participants' names and codes, along with other records with identifying information such as informed consent forms, will be stored in a separately secure system accessible to only essential project staff.  If participants agree during the consent process, they may be contacted about having their samples or questionnaire data used for future separate studies about new animal infections discovered in the future, and factors that may affect their chances of getting these animal infections. No data will be released for other purposes without full consent from participants.  Upon completion of the project, personal identifying information will be destroyed unless this protocol is extended.

Training: Members of the DMA team will team will develop documentation and provide training for field and laboratory teams at all partner institutions in data management, metadata standards and data hygiene best practices. The DMA team will act as trainers and consultants for partner institutions in experimental design, power analysis, data analysis, and computational and reproducibility issues. DMA trainers will visit each partner institution and/or field team base for training workshops and analysis consultations, and partner institution researchers and students will spend extended time at EHA for collaborative analysis, a model that has been successful in building and maintaining analytical capacity under our NSF EcoHealthNet and PREDICT programs.

Computing Resources: EHA operates a cluster of high-performance servers (System76 20- and 36-core Linux servers with NVIDIA deep-learning GPUs), for data analysis activities, as well as infrastructure to launch cloud-based computing environments of virtual machine with identical software infrastructure. Our servers provide a web-based analysis environment with all necessary software for statistical and bioninformatics work that is available to the DMA and partners anywhere in the world.  We use a mixture of cloud services (AWS, Azure, Backblaze, GitHub) to provide redundancy, backup, version control, and rapid post-disaster recovery.  The cluster is available to all project partners and can be used use for both high-performance and training-level work (under isolated environments for security and performance).

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

<u>Data and Code Sharing:</u> Data will be available to the public and researchers without cost or registration, and be released under a CC0 license, as soon as related publications are in press. Data will be deposited for in long-term public scientific repositories. All sequence data will be made publicly available via GenBank. Additional ecological data collected in wildlife sampling will be deposited to the Knowledge Network for Biodiversity, and other data will be deposited in appropriate topic-specific or general repositories. Computer code for modeling and statistical analysis will be made available on a code-hosting site (GitHub), and archived in the Zenodo repository under an open-source, unrestrictive MIT license.  Limited human survey and clinical data will be released following anonymization and aggregation per IRB requirements.  Publications will be released as open-access via deposition to PubMed commons.


## Sharing Model Organisms

Within the program, we will utilize standard laboratory mice as well as different Collaborative Cross mouse strains as well as various transgenic mouse strains, several of which are already available at the NIH-supported Mutant Mouse Regional Resource Center (MMMRC) at UNC. The Collaborative Cross mice are already publicly available from the UNC Systems Genetics Core Facility and the Jackson laboratories, and as such available to the scientific community. All genotyping information generated on these populations will be deposited in the appropriate public repositories (e.g. GEO, ImmPort, ENA).  Similarly, all phenotypic data generated within this program from studies with mice will be deposited in the Mouse Phenome Database upon publication, as well as ImmPort to ensure dissemination to the community at large.

In accordance with the NIH/NIAID data sharing and release guidelines, we will coordinate the rapid and unrestricted sharing of all data generated as part of this project.

1. Genotypes generated on the MUGA mouse array, including raw x- and y- intensity data and derived genotype calls will be made available for download from the Mutant Mouse Regional Resource Center at UNC's website (https://www.med.unc.edu/mmrrc/genotypes/publications) and at Zenodo (https://zenodo.org/).


## Reagent Sharing

For all other reagents/requests, we have established a consistent process for evaluating requests for samples and reagents from outside scientists.  In order of priority, these include: 1) requests for reagents that have been published in peer-reviewed journals; 2) requests which enhance/promote a specific agenda of the program projects and faculty; 3) requests that promote scientifically valid collaborations between project faculty and outside scientists; and 4) overall research and public health needs.  The general format involves: a) establishing a working knowledge of the research agenda and credentials of the requestor, b) group discussion and agreement, 3) MTA agreement with the appropriate institution, or license agreement with a commercial entity, and 4) inventory checking and sending out of reagents.  We will work closely with the appropriate institutional Technology Transfer Office and individuals involved in

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

these transactions. The goal will be to provide reagents within a few months of receiving a request for traditional research purposes. <u>In the event of an outbreak or emergency situation, we will communicate with the NIH and EIDRC-CC, and rapidly speed up resource sharing among our EID-SEARCH core partners and our extended network.</u> As documented in the Research Strategy, <u>EHA has successfully provided rapid technical assistance for testing and reagent needs during outbreaks under the USAID-PREDICT project, and has strong existing relationships and existing MTAs with our core EID-SEARCH partners to facilitate this.</u> If needed, we will also acquire appropriate letters from the recipient institutions environmental health and safety officers and help coordinate CDC and/or USDA and Department of Commerce permits. The program faculty will not send reagents to individuals or institutions that do not have appropriate documentation of appropriate containment for the materials, might harbor ill-intentions, or are conducting irresponsible research.

## Genomic Data Sharing

We will ensure compliance with NIH's Genomic Data Sharing plans for all viral sequence data generated in this project. We anticipate obtaining genetic sequence data for 100s of novel virus genotypes, including RNA-dependent RNA polymerase (RdRp) sequences for all strains/genotypes and sequences of viral attachment glycoproteins. We will generate full viral genomes for a subset of the viruses and human virus strains that we identify. We will also generate host genetic sequence data for relevant cellular receptor genes of wildlife species. We will deposit all genetic sequences in the NIH data bank, NCBI GenBank as soon as possible after data are generated (including ensurance of quality control), and no later than 6 months, so that they are readily available to the scientific community. We will ensure that all meta-data associated with these sequences, including collection locality lat/long, species-level host identification, date of collection, and sequencing protocols will also submitted. We anticipate sequence generation will occur over the 5 year proposed project period.

All datasets and associated meta-data will be additionally submitted to Virus Pathogen Resource (ViPR, http://www.viprbrc.org). All computational models of biological processes will be made available on the BioModels Database (http://www.ebi.ac.uk/biomodels-main/).

## Intellectual Property

Intellectual property agreements, identified during the course of this project, will be accomplished by negotiation in good faith among the institutions and inventors. We will work with the inventors in the production of the necessary documents, working with the particular institutions, legal firms and commercial interests. It is anticipated that companies and institutions will have access to these reagents and viruses by MTA (for research purposes) or by a license agreement to be negotiated in good faith with a company.

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia

**Grant Number:** 5U01AI151797

Eric Laing, Ph.D., Site Principal Investigator,

Christopher Broder, Ph.D. Co-Investigators,

Spencer Sterling, MS, Scientific Project Coordinator

**Prime PI**: Peter Daszak, Ph.D.

<u>Literature Cited</u>

1.     K. Phelps *et al.*, Bat Research Networks and Viral Surveillance: Gaps and Opportunities in Western Asia. *Viruses* **11**,  (2019).

2.     V. Msimang *et al.*, Rift Valley Fever Virus Exposure amongst Farmers, Farm Workers, and Veterinary Professionals in Central South Africa. *Viruses* **11**,  (2019).

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

ATTACHMENT E: **Notice of Award**

*(See following pages)*

**TITLE:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia
**Grant Number:** 5U01AI151797
Eric Laing, Ph.D., Site Principal Investigator,
Christopher Broder, Ph.D. Co-Investigators,
Spencer Sterling, MS, Scientific Project Coordinator
**Prime PI**: Peter Daszak, Ph.D.

ATTACHMENT F: **NIH Grants Policy Statement**

| | |
|---|---|
| **From:** | Boxley, Kimberly on behalf of Boxley, Kimberly <kimberly.boxley.ctr@usuhs.edu> |
| **To:** | Hongying Li |
| **Cc:** | Laing, Eric; Sterling, Spencer; Christopher Broder |
| **Subject:** | Re: HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit |
| **Date:** | Wednesday, August 9, 2023 2:31:37 PM |
| **Attachments:** | USU HJF EID-SEARCH Y4 Scope of Work_draft v04-SLS-EDL.docx |

Hello,

Attached is the updated SOW and budget.

Let me know if you have any questions.  And when you will be able to provide the next modification.

Thanks much …. Kim

On Wed, Aug 9, 2023 at 12:10 PM Hongying Li <li@ecohealthalliance.org> wrote:
> Hi Eric and Kim,
>
> If you want to reallocate funds within your budget for the travel to Malaysia meeting, please feel free to do it (We expect that Spencer could travel to Malaysia for training or troubleshooting in the draft scope of work we shared)
>
> If you're concerned about the available fund for travel within your budget, let me know and we can see how to cover the cost from EHA's budget.
>
> Best,
> Hongying
>
> **Hongying Li, MPH**
> *Senior Program Manager & Senior Research Scientist*
>
> EcoHealth Alliance
> 520 Eighth Avenue,  Ste. 1200
> New York, NY 10018
>
> 1.917.573.2178 (mobile)
> www.ecohealthalliance.org
>
> *EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*
>
>
> On Wed, Aug 9, 2023 at 11:36 AM Laing, Eric <eric.laing@usuhs.edu> wrote:
>> Hi Hongying,
>>
>> I made a couple bullet point changes yesterday. Kim has that version and will be able to provide the update. Also, Spencer was invited to a CCM/EHA conference in Oct, can you use EID-SEARCH travel funds for his airfare/lodging?
>>
>> - Eric

Eric D. Laing, Ph.D.
Assistant Professor
Department of Microbiology and Immunology
Uniformed Services University
4301 Jones Bridge Road
Bethesda, MD 20814
cell: (301) 980-8192
office: (301) 295-3419
lab: (301) 295-9618

eric.laing@usuhs.edu

On Fri, Aug 4, 2023 at 4:38 PM Boxley, Kimberly <kimberly.boxley.ctr@usuhs.edu> wrote:

> Here is the updated v3 - it includes revisions to the budget.
>
> Thanks much …. Kim
>
> On Wed, Aug 2, 2023 at 10:03 PM Sterling, Spencer <spencer.sterling.ctr@usuhs.edu> wrote:
>
>> I have two comments for Eric regarding the scope of the work.
>>
>> On Wed, Aug 2, 2023 at 11:54 PM Boxley, Kimberly <kimberly.boxley.ctr@usuhs.edu> wrote:
>>
>>> FYI - your project … bringing you into the discussion.
>>>
>>> Attached is the current SOW - while Eric is on vacation, will you take a look and see if anything needs to be updated/changed.
>>>
>>> Thanks much …. Kim
>>>
>>> ---------- Forwarded message ---------
>>> From: **Boxley, Kimberly** <kimberly.boxley.ctr@usuhs.edu>
>>> Date: Wed, Aug 2, 2023 at 12:51 PM
>>> Subject: Re: HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit
>>> To: Hongying Li <li@ecohealthalliance.org>
>>> Cc: eric.laing_usuhs <eric.laing@usuhs.edu>, Broder, Christopher <christopher.broder@usuhs.edu>, Yongkang Qiu <yqiu@hjf.org>, Tamera Porter Wilmot <TPorterWilmot@hjf.org>
>>>
>>>
>>> Sounds good!
>>>
>>> I will get the updated statement of work back to you as soon as possible.
>>>
>>> And we will be looking for the updating reporting requirements on

the next agreement.

Thanks much .... Kim

On Mon, Jul 31, 2023 at 2:58 PM Hongying Li <li@ecohealthalliance.org> wrote:
Hi Kim,

Thanks for the quick response and update. No problem, we can wait until Dr. Laing is back from vacation.

More changes will be shown in the **body of the contract** that NIH is reviewing now, we'll share them with you once NIH approves it. They are mostly about specifying everything in detail (e.g., we included general languages in the Y3 contract by referring to relevant policies, now we need to elaborate more in writing), and you can see we'll include the whole "NIH Grants Policy Statement" as Attachment F.

In the file I shared, most changes in Attachment A are on #2 and #3 to describe how we manage and oversee the project. So there will be more regular calls at least every month and more regular reporting, including quarterly reporting with specified deadlines (we'll further discuss with the team the most efficient formats for these reportings).

We also included the "Data and Resroucing Sharing Plan" from the originally submitted proposal as Attachment D to demonstrate what we will do for data sharing following the NIH policies.

Please feel free to email or call if anything I can further clarify. And once we get the approved contract template from NIH, it will be helpful if we can get on a Zoom meeting to go through the changes and explain everything as needed.

Thanks,
Hongying


**Hongying Li, MPH**
*Senior Program Manager & Senior Research Scientist*

EcoHealth Alliance
520 Eighth Avenue, Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*


On Mon, Jul 31, 2023 at 2:34 PM Boxley, Kimberly

<kimberly.boxley.ctr@usuhs.edu> wrote:
Hello Hongying,

Dr Laing is out on vacation right now - Can you highlight what changes or specific aims NIH would like us to address?

Thanks much … Kim

On Mon, Jul 31, 2023 at 1:33 PM Hongying Li <li@ecohealthalliance.org> wrote:
Dear Eric and Chris,

I hope you are doing well.

While we are waiting for the Year 4 Notice of Award (U01AI151797), we would like to start discussing with you the scope of work for Year 4.

Please take a look at the draft in the attached file, and **feel free to edit and add details to the planned research activities and update the budget accordingly.**

Please note that the funder specifically required information related to the reporting after they reviewed our Y3 contracts, so we have to include more details and adhere to them.

Please let Peter and me know if you have any questions. We can plan to discuss the work plan at the project all-partner meeting next Wednesday or set up a separate call. Thank you very much!

Best Regards,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Senior Research Scientist*

EcoHealth Alliance
520 Eighth Avenue,  Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*


--
Kim N. Boxley  I  Program Manager 3  I  Henry M Jackson Foundation
Uniformed Services University of the Health Sciences  I   Microbiology and Immunology

4301 Jones Bridge Road, Room B4122  I  Bethesda, Maryland  20814
Phone: **301-295-1941**  I  Fax:  **301-295-1545**  I  Cell: **301-793-1883**
Email: **KIMBERLY.BOXLEY.CTR@USUHS.EDU**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--
**Kim N. Boxley  I  Program Manager 3  I  Henry M Jackson Foundation**
Uniformed Services University of the Health Sciences  I  Microbiology and Immunology
4301 Jones Bridge Road, Room B4122  I  Bethesda, Maryland  20814
Phone: **301-295-1941**  I  Fax: **301-295-1545**  I  Cell: **301-793-1883**
Email: **KIMBERLY.BOXLEY.CTR@USUHS.EDU**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--
**Kim N. Boxley  I  Program Manager 3  I  Henry M Jackson Foundation**
Uniformed Services University of the Health Sciences  I  Microbiology and Immunology
4301 Jones Bridge Road, Room B4122  I  Bethesda, Maryland  20814
Phone: **301-295-1941**  I  Fax: **301-295-1545**  I  Cell: **301-793-1883**
Email: **KIMBERLY.BOXLEY.CTR@USUHS.EDU**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--
Spencer Sterling, MPH (he/him)
Scientific Project Coordinator
Broder/Laing Lab
Uniformed Services University of the Health Sciences
WhatsApp- +66 (0) 83-494-5980

--
**Kim N. Boxley  I  Program Manager 3  I  Henry M Jackson Foundation**
Uniformed Services University of the Health Sciences  I  Microbiology and Immunology
4301 Jones Bridge Road, Room B4122  I  Bethesda, Maryland  20814
Phone: **301-295-1941**  I  Fax:  **301-295-1545**  I  Cell: **301-793-1883**
Email: **KIMBERLY.BOXLEY.CTR@USUHS.EDU**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

--

**Kim N. Boxley   I   Program Manager 3  I  Henry M Jackson Foundation**
Uniformed Services University of the Health Sciences   I   Microbiology and Immunology
4301 Jones Bridge Road, Room B4122   I  Bethesda, Maryland  20814
Phone: **301-295-1941**   I   Fax:  **301-295-1545**   I   Cell: **301-793-1883**
Email: **KIMBERLY.BOXLEY.CTR@USUHS.EDU**

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message.

ATTACHMENT A: Scope of Work

**Project Description/Summary:** Southeast Asia is one of the world's highest-risk EID hotspots, the origin of the SARS pandemic, Nipah virus, and repeated outbreaks of influenza. This is driven by high diversity of wildlife and rapidly expanding demography that brings human and wildlife populations closer. This proposal will launch the Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH), a collaboration among leaders in emerging disease research in the USA, Thailand, Singapore and the 3 major Malaysian administrative regions. These researchers have networks that span >50 clinics, laboratories and research institutions across almost all SE Asian countries and will use the EID-SEARCH as an early warning system for outbreaks involving exchange of information, reagents, samples and technology, and a collaborative power-house for fundamental and translational research. The EID-SEARCH will also act as a significant asset to scale-up and deploy resources in the case of an outbreak in the region. This EIDRC will conduct research to: 1) Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife, by analyzing previously-archived wildlife samples, conducting targeted wildlife surveillance, and using serology & PCR assays to identify novel viruses. These will be characterized to assess risk of spillover to people, and a series of in vitro (receptor binding, cell culture) and in vivo (humanized mouse and collaborative cross models) assays used to assess their potential to infect people and cause disease; 2) Collect samples and questionnaire data from human communities that live in EID hotspots and have high cultural and behavioral risk of animal exposure (e.g. wildlife hunting, bat guano collection). These will be tested with serological assays to identify evidence of novel virus spillover, and analyzed against metadata to identify key risk pathways for transmission; 3) Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts. We will conduct syndromic surveillance at clinics serving the populations in Aim 2, enroll patients with undiagnosed illness and symptoms consistent with emerging viral pathogens, and test samples with molecular and follow-up serological assays to identify causal links between these syndromes and novel viruses. This research will advance our understanding of the risk of novel viral emergence in a uniquely important region. It will also strengthen in-country research capacity by linking local infectious disease scientists with an international collaborative network that has proven capacity to conduct this work and produce significant findings. The large body of high impact collaborative research from this EIDRC leadership team provides proof-of-concept that EID-SEARCH has the background, collaborative network, experience, and skillset to act as a unique early warning system for novel EIDs of any etiology threatening to emerge in this hottest of the EID hotspots.

Under the supervision of Co-Investigators Dr. Christopher Broder and Dr. Eric Laing, working closely with the project coordinator Spencer Sterling, The Henry M. Jackson Foundation for the Advancement of Military Medicine, Inc. will conduct epidemiology research and characterization of a series of coronaviruses (CoVs), paramyxoviruses (PMVs – particularly Henipaviruses) and filoviruses (FVs) following Scope of Work:

1. **Continue to develop, validate, and refine serology platforms for laboratory analysis of collected human and animal samples.**
   1.1 Develop and validate the regionally specific CoV/Henipavirus MMIA panel.
   1.2 Refine MMIA tests for Marburg virus, filoviruses???
   1.3 Refine and produce antigens for MPOX assay in support of CREID network-wide activities.
   1.4 Support the collaboration with PREMISE for on PBMC study in Thailand.
   1.5 Provide on-site training to the project members from Conservation Medicine in Malaysia on serology testing.
   1.6 Support data analysis in Thailand and Malaysia to ensure high-quality publications from EID-

SEARCH

1.7 Support CREID Pilot Research Project applications as applicable.

1.8 Support pilot study on blood-fed mosquitoes in collaboration with the NIAID vector research program (Dr. Lehmann).

**2. Project management and coordination**

2.1 Ensure all permits and permissions are in place to conduct project activities.

2.2 Represent EID-SEARCH to present relevant research findings at conferences and other relevant meetings.

2.3 Collaborate with the EID-SEARCH partners for data cleaning, analysis, interpretation, and contributing to scientific publications as agreed.

2.4 The subrecipient will adhere to the applicable elements of resource and data management from the approved project proposal as described in Resource Sharing Plan in **ATTACHMENT D**.

2.5 Submit to the requirements of the Federal Funding Accountability and Transparency Act (FFATA) included as **ATTACHMENT C,** with the signed contract.

**3. Project communication and reporting**

3.1 Participate in monthly meetings with project partners over video conference.

3.2 Attend CREID Network annual meeting and other in-person project meetings as applicable.

3.3 Participate in calls with the EID-SEARCH partners and global team at EHA as requested.

3.4 Complete the following programmatic and financial reporting by the requested deadlines:

    3.4.1 Quarterly reporting to EcoHealth Alliance on programmatic activities due on the following dates:

- 01 August 2023
- 01 November 2023
- 01 February 2024
- 01 May 2024

    3.4.2 Semi-annual and annual reports to NIH/NIAID.

    3.4.3 Annual reports to the CREID Network and other reports requested by NIAID.

    3.4.4 Invoices and financial reports to EcoHealth Alliance every two months, including 1-page or longer programmatic update, copies of receipts and/or other supporting documents, and breakdown of the costs in each item as shown in **ATTACHMENT B** Project Budget.

ATTACHMENT B: **Project Budget**

Commented [HL1]: Please update.

The total amount should be the same as Y3 $114,372.02

| | Year 4 (01 June 2023 – 31 May 2024) | |
|---|---|---|
| SALARY | | |
| Christopher Broder | Co-Investigator | $ - |
| Eric Laing | Site Investigator | $ - |
| Spencer Sterling | Research Associate/Scientific Project Coordinator | $ 37,500.00 |
| SALARY | | $ 37,500.00 |
| FRINGE | 29.79% | $ 11,171.25 |
| TOTAL SALARY + FRINGE | | $ 48,671.25 |
| TRAVEL | | |
| Domestic | | $ 2,476.00 |
| International | | $ 5,477.00 |
| TOTAL TRAVEL | | $ 7,953.00 |
| OTHER DIRECT COSTS | | |
| Materials & Supplies | | $ 18,689.00 |
| TOTAL OTHER DIRECT COSTS | | $ 18,689.00 |
| TOTAL DIRECT | | $ 75,313.25 |
| INDIRECT | 30.03% | $ 22,616.57 |
| G&A | 16.79% | $ 16,442.42 |
| TOTAL | | $114,372.24 |

**ATTACHMENT C**: Federal Funding Accountability and Transparency Act (FFATA)

The Federal Funding Accountability and Transparency Act (FFATA) was signed on September 26, 2006 and requires information on federal awards (federal financial assistance and expenditures) be made available to the public via a single, searchable website, which is www.USASpending.gov. All contractors receiving funds from EHA are required to provide the following information as a condition of receiving funds.

**Please answer the following questions Yes or No**.

    a.  In the previous tax year, was your company's gross income from all sources above $300,000?

    ☑ Yes ☐ No

    b.  In Subrecipient 's business or organization's preceding completed fiscal year, did its business or organization (the legal entity to which the UEI number it provided belongs) receive (1) 80 percent or more of its annual gross revenues in U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative contracts; **and** (2) $30,000 or more in annual gross revenues from U.S. federal contracts, subcontracts, loans, grants, subgrants, and/or cooperative contracts?

    ☑ Yes ☐ No

    c.  Does the public have access to information about the compensation of the executives in Subrecipient 's business or organization (the legal entity to which the UEI number it provided belongs) through periodic reports filed under section 13(a) or 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78m(a), 78o(d)) or section 6104 of the Internal Revenue Code of 1986?

    ☑ Yes ☐ No

    d.  Does your business or organization maintain an active registration in the System for Award Management (www.SAM.gov)?

    ☑ Yes ☐ No

**ATTACHMENT D**: Resource Sharing Plan

The following details are from this award's proposal.

To share resources with the academic research community, we will use the uniform Material Transfer Agreement (MTA), which acknowledges that the materials are proprietary to Institutions of the Cooperative Agreement and permitting their use in a manner that is consistent with the Bayh-Dole Act and NIH funding requirements. NIH research grants require that research be made available to the scientific community and public. The primary method of data sharing is through peer-reviewed publications in scientific journals and by presentation at scientific meetings. In addition, data and results created from NIH supported research will be submitted to NIH in annual progress reports per the terms and conditions of this award. Recombinant viruses, transgenic mouse models and experimental recombinant protein constructs will be made available upon request following a standard procedure (below). Several viruses isolated and studied in this program are select agents so these viruses will not be shipped unless appropriate documentation demonstrates the existence of approved BSL3/4 facilities, select agent licenses, and shipment using approved CDC and Department of Commerce procedures.

We already have established MTAs between most of our EID-SEARCH, consortium partners and will ensure these agreements are up to date and agreed upon by our consortium at the start of our project and then reviewed annually. Having these agreements in place will further reduce the time needed to share reagents and other resources in the event of an outbreak when time-sensitive sharing of biological resources and diagnostic reagents is most critical. **At the start of the project, we will work with the EIDRC – Coordinating Center to ensure these agreements and resource sharing plans are compliant and aligned with plans created for NIH's other EIDRCs.**

## Data Sharing Plan

EcoHealth Alliance (EHA) will house the Data Management and Analysis (DMA) team for EIDRC SEARCH. EHA has served as the data and analysis hub for numerous multi-institutional, multi-sectoral, international disease research groups, including acting as the Modeling and Analytics lead institution for the USAID-PREDICT project, the Western Asia Bat Research Network lead by co-I Olival (*1*) and EHA's Rift Valley Fever Consortium (*2*). We will leverage our experience and infrastructure from those projects.

Project Database: We will create a dedicated, centralized EIDRC database to ingest, store, link, and provide for analysis all data associated with the proposed study and other expanded projects associated with the research network. The database will be SQL-based and use encrypted, secure cloud hosting services and enable export to archival and platform-independent formats. It will ensure data and metadata compatibility between project components, track data versioning and annotations. The system will be designed to work with both paper- and tablet-based field data entry and with laboratory information management systems in place in individual partner labs. We will design and engineer the systems to be compatible with other NIAID approved data management systems, including those utilized by the EIDRC-CC, by designing secure APIs, and matching data fields and data standards. The database will use existing metadata standards, including NCBI standards for genetic and molecular data and Ecological Metadata Language (EML) for field and wildlife data, as well as other standards and formats designated by the EIRDC CC. This will enable rapid publication and deposition of data. Granular

5

security and privacy controls will be applied so that specific expansion projects undertaken in the network may be managed while maintaining data confidentiality as needed.

Data Identification and Privacy: For human clinical data and questionnaires, data will be identified by a unique identification code assigned to each individual and only this, de-identified code will be accessible in the project database. All questionnaire data and biological samples will be labeled with a unique alphanumeric identification code, assigned to each enrolled, sampled individual that does not identify the individual from whom data are collected. Participants' names and codes, along with other records with identifying information such as informed consent forms, will be stored in a separately secure system accessible to only essential project staff.  If participants agree during the consent process, they may be contacted about having their samples or questionnaire data used for future separate studies about new animal infections discovered in the future, and factors that may affect their chances of getting these animal infections. No data will be released for other purposes without full consent from participants.  Upon completion of the project, personal identifying information will be destroyed unless this protocol is extended.

Training: Members of the DMA team will team will develop documentation and provide training for field and laboratory teams at all partner institutions in data management, metadata standards and data hygiene best practices. The DMA team will act as trainers and consultants for partner institutions in experimental design, power analysis, data analysis, and computational and reproducibility issues. DMA trainers will visit each partner institution and/or field team base for training workshops and analysis consultations, and partner institution researchers and students will spend extended time at EHA for collaborative analysis, a model that has been successful in building and maintaining analytical capacity under our NSF EcoHealthNet and PREDICT programs.

Computing Resources: EHA operates a cluster of high-performance servers (System76 20- and 36-core Linux servers with NVIDIA deep-learning GPUs), for data analysis activities, as well as infrastructure to launch cloud-based computing environments of virtual machine with identical software infrastructure. Our servers provide a web-based analysis environment with all necessary software for statistical and bininformatics work that is available to the DMA and partners anywhere in the world.  We use a mixture of cloud services (AWS, Azure, Backblaze, GitHub) to provide redundancy, backup, version control, and rapid post-disaster recovery.  The cluster is available to all project partners and can be used use for both high-performance and training-level work (under isolated environments for security and performance).

Data and Code Sharing: Data will be available to the public and researchers without cost or registration, and be released under a CC0 license, as soon as related publications are in press. Data will be deposited for in long-term public scientific repositories. All sequence data will be made publicly available via GenBank. Additional ecological data collected in wildlife sampling will be deposited to the Knowledge Network for Biodiversity, and other data will be deposited in appropriate topic-specific or general repositories. Computer code for modeling and statistical analysis will be made available on a code-hosting site (GitHub), and archived in the Zenodo repository under an open-source, unrestrictive MIT license.  Limited human survey and clinical data will be released following anonymization and aggregation per IRB requirements.  Publications will be released as open-access via deposition to PubMed commons.

**Sharing Model Organisms**

Within the program, we will utilize standard laboratory mice as well as different Collaborative Cross mouse strains as well as various transgenic mouse strains, several of which are already available at the NIH-supported Mutant Mouse Regional Resource Center (MMMRC) at UNC. The Collaborative Cross mice are already publicly available from the UNC Systems Genetics Core Facility and the Jackson laboratories, and as such available to the scientific community. All genotyping information generated on these populations will be deposited in the appropriate public repositories (e.g. GEO, ImmPort, ENA). Similarly, all phenotypic data generated within this program from studies with mice will be deposited in the Mouse Phenome Database upon publication, as well as ImmPort to ensure dissemination to the community at large.

In accordance with the NIH/NIAID data sharing and release guidelines, we will coordinate the rapid and unrestricted sharing of all data generated as part of this project.

1. Genotypes generated on the MUGA mouse array, including raw x- and y- intensity data and derived genotype calls will be made available for download from the Mutant Mouse Regional Resource Center at UNC's website (https://www.med.unc.edu/mmrrc/genotypes/publications) and at Zenodo (https://zenodo.org/).

**Reagent Sharing**

For all other reagents/requests, we have established a consistent process for evaluating requests for samples and reagents from outside scientists. In order of priority, these include: 1) requests for reagents that have been published in peer-reviewed journals; 2) requests which enhance/promote a specific agenda of the program projects and faculty; 3) requests that promote scientifically valid collaborations between project faculty and outside scientists; and 4) overall research and public health needs. The general format involves: a) establishing a working knowledge of the research agenda and credentials of the requestor, b) group discussion and agreement, 3) MTA agreement with the appropriate institution, or license agreement with a commercial entity, and 4) inventory checking and sending out of reagents. We will work closely with the appropriate institutional Technology Transfer Office and individuals involved in these transactions. The goal will be to provide reagents within a few months of receiving a request for traditional research purposes. In the event of an outbreak or emergency situation, we will communicate with the NIH and EIDRC-CC, and rapidly speed up resource sharing among our EID-SEARCH core partners and our extended network. As documented in the Research Strategy, EHA has successfully provided rapid technical assistance for testing and reagent needs during outbreaks under the USAID-PREDICT project, and has strong existing relationships and existing MTAs with our core EID-SEARCH partners to facilitate this. If needed, we will also acquire appropriate letters from the recipient institutions environmental health and safety officers and help coordinate CDC and/or USDA and Department of Commerce permits. The program faculty will not send reagents to individuals or institutions that do not have appropriate documentation of appropriate containment for the materials, might harbor ill-intentions, or are conducting irresponsible research.

**Genomic Data Sharing**

We will ensure compliance with NIH's Genomic Data Sharing plans for all viral sequence data generated

7

in this project. We anticipate obtaining genetic sequence data for 100s of novel virus genotypes, including RNA-dependent RNA polymerase (RdRp) sequences for all strains/genotypes and sequences of viral attachment glycoproteins. We will generate full viral genomes for a subset of the viruses and human virus strains that we identify. We will also generate host genetic sequence data for relevant cellular receptor genes of wildlife species. We will deposit all genetic sequences in the NIH data bank, NCBI GenBank as soon as possible after data are generated (including ensurance of quality control), and no later than 6 months, so that they are readily available to the scientific community. We will ensure that all meta-data associated with these sequences, including collection locality lat/long, species-level host identification, date of collection, and sequencing protocols will also submitted. We anticipate sequence generation will occur over the 5 year proposed project period.

All datasets and associated meta-data will be additionally submitted to Virus Pathogen Resource (ViPR, http://www.viprbrc.org). All computational models of biological processes will be made available on the BioModels Database (http://www.ebi.ac.uk/biomodels-main/).

### Intellectual Property

Intellectual property agreements, identified during the course of this project, will be accomplished by negotiation in good faith among the institutions and inventors. We will work with the inventors in the production of the necessary documents, working with the particular institutions, legal firms and commercial interests. It is anticipated that companies and institutions will have access to these reagents and viruses by MTA (for research purposes) or by a license agreement to be negotiated in good faith with a company.

### Literature Cited

1.    K. Phelps *et al.*, Bat Research Networks and Viral Surveillance: Gaps and Opportunities in Western Asia. *Viruses* **11**, (2019).
2.    V. Msimang *et al.*, Rift Valley Fever Virus Exposure amongst Farmers, Farm Workers, and Veterinary Professionals in Central South Africa. *Viruses* **11**, (2019).

8

ATTACHMENT E: **Notice of Award**

*(See following pages)*

ATTACHMENT F: **NIH Grants Policy Statement**

10

| From: | Hongying Li on behalf of Hongying Li <li@ecohealthalliance.org> |
|---|---|
| To: | eric.laing_usuhs; Broder, Christopher |
| Cc: | Yongkang Qiu; Boxley, Kimberly; Tamera Porter Wilmot |
| Subject: | HJF/USU EID-SEARCH Y4 Scope of Work_draft to edit |
| Date: | Monday, July 31, 2023 1:34:18 PM |
| Attachments: | USU HJF EID-SEARCH Y4 Scope of Work_draft v01.docx |

Dear Eric and Chris,

I hope you are doing well.

While we are waiting for the Year 4 Notice of Award (U01AI151797), we would like to start discussing with you the scope of work for Year 4.

Please take a look at the draft in the attached file, and **feel free to edit and add details to the planned research activities and update the budget accordingly.**

Please note that the funder specifically required information related to the reporting after they reviewed our Y3 contracts, so we have to include more details and adhere to them.

Please let Peter and me know if you have any questions. We can plan to discuss the work plan at the project all-partner meeting next Wednesday or set up a separate call. Thank you very much!

Best Regards,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Senior Research Scientist*

EcoHealth Alliance
520 Eighth Avenue,  Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

**Department of Health and Human Services**
National Institutes of Health
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

**Notice of Award**
FAIN# U01AI151797
**Federal Award Date**
09-21-2022

## Recipient Information

**1. Recipient Name**
ECOHEALTH ALLIANCE INC.
520 8TH AVE RM 1200

NEW YORK, 10018

**2. Congressional District of Recipient**
12

**3. Payment System Identifier (ID)**
1311726494A1

**4. Employer Identification Number (EIN)**
311726494

**5. Data Universal Numbering System (DUNS)**
077090066

**6. Recipient's Unique Entity Identifier**
TKS7NBB4JDN6

**7. Project Director or Principal Investigator**
Peter  Daszak, PHD
Executive Director
daszak@ecohealthalliance.org
212-380-4460

**8. Authorized Official**
Dr. Peter Daszak
daszak@ecohealthalliance.org;
chmura@ecohealthalliance.org
212-380-4473

## Federal Agency Information

**9. Awarding Agency Contact Information**
Shaun W Gratton
Grants Management Specialist
NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
Shaun.Gratton@nih.gov
240-627-3594

**10. Program Official Contact Information**
SARA ELAINE Woodson

NATIONAL INSTITUTE OF ALLERGY AND
INFECTIOUS DISEASES
sara.woodson@nih.gov
301-761-6478

## Federal Award Information

**11. Award Number**
5U01AI151797-03

**12. Unique Federal Award Identification Number (FAIN)**
U01AI151797

**13. Statutory Authority**
42 USC 241  31 USC 6305  42 CFR 52

**14. Federal Award Project Title**
Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia

**15. Assistance Listing Number**
93.855

**16. Assistance Listing Program Title**
Allergy and Infectious Diseases Research

**17. Award Action Type**
Non-Competing Continuation

**18. Is the Award R&D?**
Yes

### Summary Federal Award Financial Information

| | |
|---|---|
| **19.** Budget Period Start Date 06-01-2022 – End Date 05-31-2023 | |
| **20.** Total Amount of Federal Funds Obligated by this Action | $1,504,400 |
| 20 a.  Direct Cost Amount | $1,597,725 |
| 20 b.  Indirect Cost Amount | $156,777 |
| **21.** Authorized Carryover | $250,102 |
| **22.** Offset | $0 |
| **23.** Total Amount of Federal Funds Obligated this budget period | $1,504,400 |
| **24.** Total Approved Cost Sharing or Matching, where applicable | $0 |
| **25.** Total Federal and Non-Federal Approved this Budget Period | $1,504,400 |
| ----------------- | |
| **26.** Project Period Start Date 06-17-2020 – End Date 05-31-2025 | |
| **27.** Total Amount of the Federal Award including Approved Cost Sharing or Matching this Project Period | $4,556,712 |

**28. Authorized Treatment of Program Income**
Additional Costs

**29. Grants Management Officer - Signature**
Vandhana  Khurana

**30. Remarks**

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Notice of Award



RESEARCH PROJECT COOPERATIVE AGREEMENT
Department of Health and Human Services
National Institutes of Health

NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES



**SECTION I – AWARD DATA – 5U01AI151797-03**

**Principal Investigator(s):**
Peter  Daszak, PHD

**Award e-mailed to:** chmura@ecohealthalliance.org

Dear Authorized Official:

The National Institutes of Health hereby awards a grant in the amount of $1,504,400 (see "Award Calculation" in Section I and "Terms and Conditions" in Section III) to EcoHealth Alliance in support of the above referenced project.  This award is pursuant to the authority of 42 USC 241  31 USC 6305  42 CFR 52 and is subject to the requirements of this statute and regulation and of other referenced, incorporated or attached terms and conditions.

Acceptance of this award, including the "Terms and Conditions," is acknowledged by the recipient when funds are drawn down or otherwise requested from the grant payment system.

Each publication, press release, or other document about research supported by an NIH award  must include an acknowledgment of NIH award support and a disclaimer such as "Research reported in this publication was supported by the National Institute Of Allergy And Infectious Diseases of the National Institutes of Health under Award Number U01AI151797. The content is solely the responsibility of the authors and does not necessarily represent the official views of   the National Institutes of Health." Prior to issuing a press release concerning the outcome of this research, please notify the NIH awarding IC in advance to allow for coordination.

Award recipients must promote objectivity in research by establishing standards that provide a reasonable expectation that the design, conduct and reporting of research funded under NIH awards will be free from bias resulting from an Investigator's Financial Conflict of Interest (FCOI), in accordance with the 2011 revised regulation at 42 CFR Part 50 Subpart F.   The Institution shall submit all FCOI reports to the NIH through the eRA Commons FCOI Module. The regulation does not apply to Phase I Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) awards. Consult the NIH website http://grants.nih.gov/grants/policy/coi for a link to the regulation and additional important information.

If you have any questions about this award, please direct questions to the Federal Agency contacts.

Sincerely yours,

Vandhana  Khurana
Grants Management Officer
NATIONAL INSTITUTE OF ALLERGY AND INFECTIOUS DISEASES

Additional information follows

**Cumulative Award Calculations for this Budget Period (U.S. Dollars)**

| | |
|---|---|
| Salaries and Wages | $253,818 |
| Fringe Benefits | $88,734 |
| Personnel Costs (Subtotal) | $342,552 |
| Consultant Services | $30,000 |
| Materials & Supplies | $12,917 |
| Travel | $72,483 |
| Other | $24,977 |
| Subawards/Consortium/Contractual Costs | $1,107,796 |
| Publication Costs | $7,000 |

| | |
|---|---|
| Federal Direct Costs | $1,597,725 |
| Federal F&A Costs | $156,777 |
| Approved Budget | $1,754,502 |
| Total Amount of Federal Funds Authorized (Federal Share) | $1,504,400 |
| Cumulative Authorized Carryover and Offset for this Budget Period | $250,102 |
| TOTAL FEDERAL AWARD AMOUNT | $1,504,400 |
| | |
| AMOUNT OF THIS ACTION (FEDERAL SHARE) | $1,504,400 |

| SUMMARY TOTALS FOR ALL YEARS (for this Document Number) | | |
|---|---|---|
| YR | THIS AWARD | CUMULATIVE TOTALS |
| 3 | $1,504,400 | $1,504,400 |
| 4 | $1,503,220 | $1,503,220 |
| 5 | $1,502,037 | $1,502,037 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**Fiscal Information:**

| | |
|---|---|
| Payment System Identifier: | 1311726494A1 |
| Document Number: | UAI151797A |
| PMS Account Type: | P (Subaccount) |
| Fiscal Year: | 2022 |

| IC | CAN | 2022 | 2023 | 2024 |
|---|---|---|---|---|
| AI | 8472315 | $1,504,400 | $1,503,220 | $1,502,037 |

Recommended future year total cost support, subject to the availability of funds and satisfactory progress of the project

**NIH Administrative Data:**
**PCC**: M56A B / **OC**: 41029 / **Released**: Khurana, Vandhana 09-21-2022
**Award Processed**: 09/22/2022 12:02:43 AM

**SECTION II – PAYMENT/HOTLINE INFORMATION – 5U01AI151797-03**

For payment and HHS Office of Inspector General Hotline information, see the NIH Home Page at
http://grants.nih.gov/grants/policy/awardconditions.htm

**SECTION III – STANDARD TERMS AND CONDITIONS – 5U01AI151797-03**

This award is based on the application submitted to, and as approved by, NIH on the above-titled project and is subject to the terms and conditions incorporated either directly or by reference in the following:

a.  The grant program legislation and program regulation cited in this Notice of Award.
b.  Conditions on activities and expenditure of funds in other statutory requirements, such as those included in appropriations acts.
c.  45 CFR Part 75.
d.  National Policy Requirements and all other requirements described in the NIH Grants Policy Statement, including addenda in effect as of the beginning date of the budget period.
e.  Federal Award Performance Goals: As required by the periodic report in the RPPR or in the final progress report when applicable.
f.  This award notice, INCLUDING THE TERMS AND CONDITIONS CITED BELOW.

(See NIH Home Page at http://grants.nih.gov/grants/policy/awardconditions.htm for certain references cited above.)

**Research and Development (R&D):** All awards issued by the National Institutes of Health (NIH) meet the definition of "Research and Development" at 45 CFR Part§ 75.2**.** As such, auditees should identify NIH awards as part of the R&D cluster on the Schedule of Expenditures of Federal Awards (SEFA). The auditor should test NIH awards for compliance as instructed in Part V, Clusters of Programs. NIH recognizes that some awards may have another classification for purposes of indirect costs. The auditor is not required to report the disconnect (i.e., the award is classified as R&D for Federal Audit Requirement purposes but non-research for indirect cost rate purposes), unless the auditee is charging indirect costs at a rate other than the rate(s) specified in the award document(s).


Carry over of an unobligated balance into the next budget period requires Grants Management Officer prior approval.

This award is subject to the requirements of 2 CFR Part 25 for institutions to obtain a unique entity identifier (UEI) and maintain an active registration in the System for Award Management (SAM). Should a consortium/subaward be issued under this award, a UEI requirement must be included.   See http://grants.nih.gov/grants/policy/awardconditions.htm for the full NIH award term implementing this requirement and other additional information.

This award has been assigned the Federal Award Identification Number (FAIN) U01AI151797. Recipients must document the assigned FAIN on each consortium/subaward issued under this award.

Based on the project period start date of this project, this award is likely subject to the Transparency Act subaward and executive compensation reporting requirement of 2 CFR Part 170. There are conditions that may exclude this award; see http://grants.nih.gov/grants/policy/awardconditions.htm for additional award applicability information.

In accordance with P.L. 110-161, compliance with the NIH Public Access Policy is now mandatory. For more information, see NOT-OD-08-033 and the Public Access website: http://publicaccess.nih.gov/.


In accordance with the regulatory requirements provided at 45 CFR 75.113 and Appendix XII to 45 CFR Part 75, recipients that have currently active Federal grants, cooperative agreements, and procurement contracts with cumulative total value greater than $10,000,000 must report and maintain information in the System for Award Management (SAM) about civil, criminal, and administrative proceedings in connection with the award or performance of a Federal award that reached final disposition within the most recent five-year period.  The recipient must also make semiannual disclosures regarding such proceedings. Proceedings information will be made publicly available in the designated integrity and performance system (currently the Federal Awardee Performance and Integrity Information System

(FAPIIS)). Full reporting requirements and procedures are found in Appendix XII to 45 CFR Part 75. This term does not apply to NIH fellowships.

**Treatment of Program Income:**
Additional Costs

---

**SECTION IV – AI SPECIFIC AWARD CONDITIONS – 5U01AI151797-03**

Clinical Trial Indicator: No
This award does not support any NIH-defined Clinical Trials. See the NIH Grants Policy Statement Section 1.2 for NIH definition of Clinical Trial.

THIS AWARD CONTAINS GRANT SPECIFIC RESTRICTIONS. THESE RESTRICTIONS MAY ONLY BE LIFTED BY A REVISED NOTICE OF AWARD.

**SPECIFIC AWARD CONDITION:**

**Restriction:** This award is made based on the interinstitutional agreement (IIA) between the recipient and Tufts University, which has been approved by the Office of Laboratory Animal Welfare (OLAW) in accordance with the PHS Policy on Humane Care and Use of Laboratory Animals.  If there are any changes to this IIA, the recipient must notify OLAW and NIAID within 15 days of the change and no further charges for research involving live vertebrate animals may be incurred on this award without prior approval by OLAW and by NIAID.

**********
The recipient must conduct or arrange for the conduct of onsite subrecipient facility inspections every 6 months to ensure that subaward activities are being properly executed.  The recipient must provide certification in the Research Performance Progress Report that it is in compliance with this term and condition of award.

**********
The recipient must provide NIAID with copies of FSRS reporting of all (existing and newly established) subaward agreements within 30 days of submitting to FSRS.

**********
The recipient must provide NIH with copies of updated subaward agreements within 30 days of execution of any initial and subsequent subaward agreement(s).  The subaward agreements must demonstrate compliance with the NIH Grants Policy Statement (NIH GPS) 15.2.1 Written Agreement. The subaward agreements must state the correct F&A rate which, for foreign subrecipients is 8% (see NIH GPS 16.6) and include descriptions of the biosafety monitoring plans for each project, where appropriate.

Failure to comply with this special condition can result in withholding of support, audit disallowances, suspension and/or termination of this award, and/or other appropriate enforcement actions. This award is subject to the Transparency Act subaward reporting requirement of 2 CFR Part 170, which must be reported through the Federal Funding Accountability and Transparency Subaward Reporting System (FSRS).

**********
The recipient is required to submit semi-annual progress reports, Research Performance Progress Report (RPPR), and Federal Financial Reports (FFR) to NIAID via the Request for Additional Materials module within eRA.  The semi-annual reports for this budget period is due on December 01, 2022.  NIAID will initiate a RAM request within eRA at least 15 days prior to the due date of the semi-annual progress report, RPPR and FFR. Upon receipt of the RAM request, the recipient is required to upload the requested documents in Commons within RAM no later than the due date listed above.

**********

# Summary of Comments on NIH_NOA_5U01AI151797-03

## Page: 6

| | | | |
|---|---|---|---|
| Number: 1 | Author: macdurian | Subject: Highlight | Date: 4/12/2023 8:49:16 PM |
| Number: 2 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:35:35 AM |
| Number: 3 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:35:55 AM |
| Number: 4 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:36:04 AM |
| Number: 5 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:36:48 AM |
| Number: 6 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:37:06 AM |
| Number: 7 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:37:16 AM |

The authority for automatic no-cost extension has been removed for this award. The recipient [1] must request and receive written prior approval from NIAID before any extension of the final budget period.

+++++++

This award includes a carryover of **$250,102**. The carryover is approved for the purpose stated in the request dated [2] 6/31/2021 and will be subject to a downward adjustment should the available unobligated balance from the 01 year FFR be less than the cumulative carryover amount; no [3] adjustments will be made to the "TOTAL FEDERAL AWARD AMOUNT" on the Notice of Award

**********

This award is issued at the committed level for direct costs and facilities and administrative costs.  The awardee must adhere to the applicable policies for rebudgeting costs as outlined in the NIH Grants Policy Statement.

**********

This award does not include funds to support research subject to the *Department of Health and Human Services Framework for Guiding Funding Decisions about Proposed Research Involving Enhanced Potential Pandemic Pathogens* (DHHS P3CO Framework) Therefore:

- For Aim 1: Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife, the building of chimeric SARS-like bat coronaviruses will be based on the SHC014 or the pangolin coronavirus molecular clones and the building of chimeric MERS-CoV will be based on the HKU5 strain. Prior to further altering the mutant viruses you must provide NIAID with a detailed description of the proposed alterations and supporting evidence for the anticipated phenotypic characteristics of each virus.
- Alternative approaches to those referenced above, including building chimeras based on SARS-CoV-1, SARS-CoV-2, and MERS-CoV, may be subject to the DHHS P3CO Framework and must be submitted to NIAID for review and approval prior to the work commencing.

If any of the experiments proposed for Aim 1 result in a virus with a phenotype of enhanced pathogenicity and/or transmissibility, enhanced growth by more than 10 fold when compared to wild type strains, or if the mice display significant increases in weight loss, viral titer, or mortality when compared to wild-type strains, the recipient must immediately stop the work and notify the NIAID Program Officer, Grants Management Specialist, and appropriate institutional biosafety committee. Policy changes regarding the classification of these experiments or components used in these experiments may be subject to immediate halting of experimentation.  No NIH funding can be used to perform such experiments until these experiments have been approved by NIAID with a revised NOA.

**********

Dissemination of study data will be in accord with the Recipient's accepted genomic data sharing plan as stated on page(s) **373** of the application. Failure to adhere to the sharing plan as mutually agreed upon by the Recipient and the NIAID may result in Enforcement Actions as described in the NIH Grants Policy Statement.

**********

This award includes human subject research studies and must conform to the DHHS policies for the Protection of Human Subjects research, which are a term and condition of award.  Human subjects research is covered by the 2018 Common Rule, and may not be initiated until the associated protocols have received IRB approval as specified in 45 CFR 46.  Failure to comply with the terms and conditions of award may result in the disallowance of costs and/or additional enforcement actions as outlined in Section 8.5 of the NIH Grants Policy Statement.

**********

Page: 7

| T | Number: 1 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:37:26 AM |

| T | Number: 2 | Author: macdurian | Subject: Highlight | Date: 9/26/2022 11:37:35 AM |

| 📝 | Number: 3 | Author: macdurian | Subject: Sticky Note | Date: 9/26/2022 11:38:21 AM |

Make sure Joe updates FFR

The Research Performance Progress Report (RPPR), Section G.9 (Foreign component), includes reporting requirements for all research performed outside of the United States.  Research conducted at the following site(s) must be reported in your RPPR:

**Jeppesen Field Consulting Australia - AUSTRALIA**
**Conservation Medicine Ltd. - MALAYSIA**
**Duke-NUS Medical School - SINGAPORE**
**Chulalongkorn University - THAILAND**


\*\*\*\*\*\*\*\*\*\*\*

This Notice of Award (NoA) includes funds for activity with **Conservation Medicine Ltd. - MALAYSIA** in the amount of $299,997 (including carryover)

\*\*\*\*\*\*\*\*\*\*\*

This Notice of Award (NoA) includes funds for activity with **Duke-NUS Medical School - SINGAPORE** in the amount of $174,596 (including carryover)

\*\*\*\*\*\*\*\*\*\*\*

This Notice of Award (NoA) includes funds for activity with **Chulalongkorn University - THAILAND** in the amount of $215,944

\*\*\*\*\*\*\*\*\*\*\*

This Notice of Award (NoA) includes funds for activity with **The University of North Carolina at Chapel Hill** in the amount of $237,923 (including carryover)

\*\*\*\*\*\*\*\*\*\*\*

This Notice of Award (NoA) includes funds for activity **The Henry M. Jackson Fdn. for the Adv'mt. of Mil. Med., Inc**. in the amount of  $179,336 (including carryover)

\*\*\*\*\*\*\*\*\*\*\*

This award is issued as a Cooperative Agreement, a financial assistance mechanism in which substantial NIH scientific and/or programmatic involvement is anticipated in the performance of the activity.  This award is subject to the Terms and Conditions of Award set forth in Section VI:  Award Administrative Information of **RFA AI-19-028**, which are hereby incorporated by reference as special terms and conditions of award.

The RFA may be accessed at: http://grants.nih.gov/grants/guide/index.html

\*\*\*\*\*\*\*\*\*\*\*

This award is subject to the Clinical Terms of Award referenced in the NIH Guide for Grants and Contracts, July 8, 2002, NOT AI-02.032. These terms and conditions are hereby incorporated by reference, and can be accessed via the following World Wide Web address: https://www.niaid.nih.gov/grants-contracts/niaid-clinical-terms-award  All submissions required by the NIAID Clinical Terms of Award must be forwarded electronically or by mail to the responsible NIAID Program Official identified on this Notice of Award.

\*\*\*\*\*\*\*\*\*\*\*

Highly Pathogenic Agents:
NIAID defines a Highly Pathogenic Agent as an infectious Agent or Toxin that may warrant a biocontainment safety level of BSL3 or higher according to the current edition of the CDC/NIH Biosafety in Microbiological and Biomedical Laboratories (BMBL) (https://www.cdc.gov/labs/BMBL.html). Research funded under this grant must adhere to the BMBL, including using the BMBL-recommended biocontainment level at a minimum. If the Institutional Biosafety Committee (IBC) (or equivalent body) or designated institutional biosafety official recommends a higher biocontainment level, the higher recommended containment level must be used.
When submitting future Progress Reports indicate at the beginning of the report:

If no research with a Select Agent (see 42 CFR 73 for the relevant human Select Agents and Toxins; and 7 CFR 331 and 9 CFR 121 for the relevant animal and plant Select Agents and Toxins at https://www.selectagents.gov/regulations/ and https://www.selectagents.gov/sat/list.htm) and/or has been performed or is planned to be performed under this grant.

If the IBC or equivalent body or official has determined, for example, by conducting a risk assessment, that the work being planned or performed under this grant may be conducted at a biocontainment safety level that is lower than BSL3.

If the work involves Select Agents and/or Highly Pathogenic Agents, also address the following points:

Any NIAID pre-approved changes in the use of the Select Agents and/or Highly Pathogenic Agents including its restricted experiments that have resulted in a change in the required biocontainment level, and any resultant change in location, if applicable, as determined by the IBC or equivalent body or official.

If work with a new or additional Select Agents and/or Highly Pathogenic Agents is proposed in the upcoming project period, provide:

- A list of the new and/or additional Agent(s) that will be studied;
- A description of the work that will be done with the Agent(s), and whether or not the work is a restricted experiment;
- The title and location for each biocontainment resource/facility, including the name of the organization that operates the facility, and the biocontainment level at which the work will be conducted, with documentation of approval by the IBC or equivalent body or official. It is important to note if the work is being done in a new location;
- Any biosafety incidents that occurred and were reported to NIH/NIAID.

**SPREADSHEET SUMMARY**
**AWARD NUMBER:** 5U01AI151797-03

**INSTITUTION:** EcoHealth Alliance

| Budget | Year 3 | Year 4 | Year 5 |
|---|---|---|---|
| Salaries and Wages | $253,818 | $272,938 | $272,938 |
| Fringe Benefits | $88,734 | $96,628 | $96,628 |
| Personnel Costs (Subtotal) | $342,552 | $369,566 | $369,566 |
| Consultant Services | $30,000 | $15,000 | $15,000 |
| Materials & Supplies | $12,917 | $7,918 | $7,918 |
| Travel | $72,483 | $72,225 | $72,225 |
| Other | $24,977 | $27,000 | $27,000 |
| Subawards/Consortium/Contractual Costs | $1,107,796 | $854,164 | $852,981 |
| Publication Costs | $7,000 | | |
| TOTAL FEDERAL DC | $1,597,725 | $1,345,873 | $1,344,690 |
| TOTAL FEDERAL F&A | $156,777 | $157,347 | $157,347 |
| TOTAL COST | $1,504,400 | $1,503,220 | $1,502,037 |

| Facilities and Administrative Costs | Year 3 | Year 4 | Year 5 |
|---|---|---|---|

| F&A Cost Rate 1 | 32% | 32% | 32% |
| F&A Cost Base 1 | $489,929 | $491,709 | $491,709 |
| F&A Costs 1 | $156,777 | $157,347 | $157,347 |

# A. COVER PAGE

| | |
|---|---|
| **Project Title:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia | |
| **Grant Number:** 5U01AI151797-04 | **Project/Grant Period:** 06/17/2020 - 05/31/2025 |
| **Reporting Period:** 06/01/2022 - 05/31/2023 | **Requested Budget Period:** 06/01/2023 - 05/31/2024 |
| **Report Term Frequency:** Annual | **Date Submitted:** 03/31/2023 |
| **Program Director/Principal Investigator Information:**<br>PETER DASZAK , PHD BS<br><br>**Phone Number:** 212 380 4460<br>**Email:** daszak@ecohealthalliance.org | **Recipient Organization:**<br>ECOHEALTH ALLIANCE, INC.<br>ECOHEALTH ALLIANCE, INC. 520 EIGHTH AVENUE<br>NEW YORK, NY 100181620<br><br>**DUNS:** 077090066<br>**UEI:** TKS7NBB4JDN6<br>**EIN:** 1311726494A1<br><br>**RECIPIENT ID:** |
| **Change of Contact PD/PI:** NA | |
| **Administrative Official:**<br>ALEKSEI CHMURA<br>460 W 34th St., 17th Floor<br>New York, NY 10001<br><br>**Phone number:** 1.212.380.4473<br>**Email:** chmura@ecohealthalliance.org | **Signing Official:**<br>ALEKSEI CHMURA<br>460 W 34th St., 17th Floor<br>New York, NY 10001<br><br>**Phone number:** 1.212.380.4473<br>**Email:** chmura@ecohealthalliance.org |
| **Human Subjects:** Yes<br>**HS Exempt:** NA<br>**Exemption Number:**<br>**Phase III Clinical Trial:** NA | **Vertebrate Animals:** Yes |
| **hESC:** No | **Inventions/Patents:** No |

# B. ACCOMPLISHMENTS

## B.1 WHAT ARE THE MAJOR GOALS OF THE PROJECT?

Southeast Asia is one of the world's highest-risk EID hotspots, and the origin of the SARS pandemic, repeated outbreaks of novel influenza strains, and the spillover of dangerous viral pathogens such as the Nipah virus. It is a wildlife 'megadiversity' region, where a rapidly expanding human population is increasing contact with wildlife, and increasing the risk of zoonotic disease outbreaks. The overarching goal of this proposal is to launch the Emerging Infectious Diseases - South East Asia Research Collaboration Hub (EID-SEARCH) to analyze the diversity of key viral pathogens in wildlife, the frequency and causes of their spillover, and to identify viral etiologies of undiagnosed 'cryptic' outbreaks in people. EID-SEARCH includes leaders in the field of emerging viral pathogens at key US institutions, and in Thailand, Singapore, and the 3 major Malaysian administrative regions, whose collaborative networks span >50 clinics, laboratories, and research institutes across almost all SE Asian countries. This hub, and the network, will act as an early warning system for outbreaks - a way to exchange information, reagents, samples, and technology, and a collaborative power-house for translational research. The long-term collaboration among the key personnel and multidisciplinary skillsets from epidemiology, clinical management, lab analysis, through wildlife biology and data analysis will act as significant assets when deployed to help counter outbreaks in the region. The research goals of this EIDRC follow three specific aims:

Specific Aim 1: Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife. We will: 1) analyze some of the tens of thousands of archived wildlife samples at our disposal, conduct geographically- and taxonomically-targeted field surveillance in wild mammals (bats, rodents, primates), and use serological & PCR assays to identify known high-profile zoonotic pathogens, or close relatives with potential to infect people; 2) biologically characterize novel viruses that our analyses suggest have high spillover and pandemic potential; and 3) conduct in vitro receptor binding assays and cell culture experiments, and in vivo animal model infections using humanized mice and the collaborative cross mouse to assess their potential to infect people and cause disease.

Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays. Assessing the spillover of rare or novel zoonotic agents will require targeted surveillance of high-risk communities and approaches that can deal with the low statistical probability of identifying rare events. To achieve this, we will 1) conduct targeted cross-sectional serological surveys of human communities with extremely high geographic and cultural, occupational, and behavioral exposure to wildlife-origin viruses; 2) design and deploy novel serological assays to identify baseline spillover of known or novel CoVs, PMVs, and FVs in these populations; and 3) analyze and test hypotheses on the occupational, cultural and other risk factors for spillover (e.g. hunting wildlife).

Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts. Our prior work provides substantial evidence of spillover leading to undiagnosed illness in people in the region. To test if these represent 'cryptic' outbreaks of novel viruses, we will conduct syndromic surveillance at regional clinics for the communities sampled in SA2. We will: 1) enroll and collect biological samples, and detailed survey data on risk factors, from patients presenting with influenza-like illness, severe respiratory illness, encephalitis, and other specific symptoms; 2) conduct molecular and follow-up serological diagnostic assays to test causal links between their syndromes and known and novel viral agents identified in SA1. Where viruses are identified, we will attempt to isolate and characterize them, then use the survey data, ecological and phylogenetic analyses to identify likely reservoir hosts/spillover pathways and inform intervention programs.

This research will advance our understanding of the risk of novel viral emergence in a uniquely important region. It will strengthen in-country research capacity by linking local infectious disease scientists with an international collaborative network that has proven capacity to conduct this work and produce significant findings. These include testing of tens of thousands of samples from wildlife, humans, and livestock in the region; discovery of hundreds of novel viruses from zoonotic viral families in wildlife; outbreak investigations in rural communities across SE Asia; discovery of the bat-origin of SARSr-CoVs; discovery of a novel bat-origin SADS-CoV killing >25,000 pigs in S. China; and development of novel serological and molecular assays for high-impact viruses, and state-of-the-art in vitro and in vivo assays to characterize viral pathogenic potential. This body of collaborative research provides proof-of-concept that EID-SEARCH has the background, collaborative network, experience, and skillset to act as a unique early warning system for novel EIDs of any etiology threatening to emerge in this hottest of the EID

hotspots.

**B.1.a Have the major goals changed since the initial competing award or previous report?**

No

**B.2 WHAT WAS ACCOMPLISHED UNDER THESE GOALS?**

File Uploaded : B.2 Accomplishments final_updated.pdf

**B.3 COMPETITIVE REVISIONS/ADMINISTRATIVE SUPPLEMENTS**

**For this reporting period, is there one or more Revision/Supplement associated with this award for which reporting is required?**

No

**B.4 WHAT OPPORTUNITIES FOR TRAINING AND PROFESSIONAL DEVELOPMENT HAS THE PROJECT PROVIDED?**

File Uploaded : B.4 Training and professional development_final.pdf

**B.5 HOW HAVE THE RESULTS BEEN DISSEMINATED TO COMMUNITIES OF INTEREST?**

PI Daszak, and Co-investigators Wacharapluesadee, Hughes, Olival, Wang, Baric, Broder, Laing, and other key personnel from the EID-SEARCH were invited to give lectures, keynote speeches, government and inter-government briefings in Thailand, Malaysia, Southeast Asia, and internationally using EID-SEARCH work to demonstrate how disease ecology, lab virology, and social science approaches can provide a unique platform for a pandemic prediction and prevention, and share research strategies, technologies and results from this project.

Government and inter-government agency briefings
- Meeting with the Disease Control Checkpoint Officers, Field Epidemiology & Management Team (FEMT) program of the Ministry of Public Health, Thailand, for information sharing and capacity building purposes.
- Meeting with multi-sectoral stakeholders in the Philippines to share experience on approaches for One Health surveillance for Coronaviruses, Paramyxoviruses, and Filoviruses in the Philippines.
- Meeting with the Department of Wildlife and National Parks, Peninsular Malaysia
- Meetings with the Ministry of Health (MOH) of Malaysia, including the Zoonosis Sector, the Disease Control Division, the National Public Health Laboratory, infectious disease physicians, State Health Department staff from the States of Pahang, Perak, and Kelantan, Sabah State Health Department, the Kota Kinabalu Public Health Laboratory, and Jabatan Perlindungan Hidupan Liar dan Taman Negara (PERHILITAN) for project updates, results reporting, and research plan discussion.
- Meeting with the US Ambassador to Malaysia, the Economic Counsellor, the Economic Officer, and the Health Officer to discuss EID-SEARCH project progress, results, and plans.
- Meeting with Sabah Wildlife Department's Director, Deputy Director and Veterinarians to discuss EID-SEARCH project progress, molecular and serology testing results and work plans.
- Meeting with Sabah State Health Department (SSHD) Director, Head of Sabah Centre for Disease Control, Director of the Kota Kinabalu Public Health Laboratory (KKPHL), staff from Public Health and Zoonotic Surveillance sections, the Director of the Borneo Medical Health Research Centre (BMHRC) at Universiti Malaysia Sabah (UMS) and staff from Hospital UMS, to discuss EID-SEARCH project progress, molecular and serology testing results, the strategy for syndromic surveillance and work plans.
- Meeting with the Director of the BMHRC and the Director of the KKPHL to discuss how to proceed with Syndromic Surveillance in Sabah, Malaysia.

Panel, workshop, training, webinar
- Workshop to design SBCC campaign to reduce illegal wild meat demand and prevent pandemics in Thailand, USAID Reducing Demand for Wildlife (USAID RDW) and WildAid, Thailand
- 41st Thailand Wildlife Seminar on wildlife surveillance, Kasetsart University, Thailand
- Strengthening surveillance of adverse events following immunization (AEFI) and laboratory identification of pathogenic viruses among network partners, Bureau of Epidemiology, Department of Disease Control, Thailand
- CEPI and NIAID panels for selecting coronaviruses with high pandemic risk.
- G20 webinar on Prevention and Preparedness based on the One Health Approach to Address Threats at The Human-Animal-Environment Interface. Contributed to policy brief via the T20 (Indonesia) in advance of the G20 meeting in Lombok, Indonesia in 2022.
- NSF-funded EcoHealthNet training program for One Health students. "Workshop Session 1: Future of Pandemics"
One Health training for the Thailand One Health University Network (THOHUN) for their field epidemiology One Health training
Southeast Asia One Health University Network (SEAOHUN) regional conference and helped moderate partnership meeting, Bangkok, Thailand.
Panel discussion for the Food and Agriculture Organization (FAO) ONE HEALTH Dialogue Series No.6 "Environment and One Health"
Technical Workshop on Bat Surveillance in the Mekong Region" hosted by King Chulalongkorn Memorial Hospital and the World Health Organization in Bangkok, Thailand.

Conference and university lectures
- Prince Mahidol Award Conference Side Meeting on "Addressing Ecosystem Change and Pandemic Emergence through Strengthening One Health Implementation", joint organized by EID-SEARCH and PICREID, Bangkok
- Joint International Tropical Medicine Meeting 2022, Bangkok on "Way Forward to Leverage Pandemic Prevention"
- 3rd International Symposium on Infectious Diseases of Bats, Ft. Collins, CO. on "Bat coronaviruses surveillance in Western Asia" and "A strategy to assess spillover risk of bat SARS-related coronaviruses in Southeast Asia."
- 19th International Bat Research Conference, organizer and chair of Symposium: "Advances in understanding bat health and disease dynamics" and Moderator for Panel discussion during symposium.
- 19th Ecology and Evolution of Infectious Diseases conference in Atlanta, GA on "Ecological correlates of coronavirus infection in wild bats"
- Presentation to the Responding to Epidemics and Crises in Health (REACH) Fellowship, Columbia University. ICAP on "One Health Approaches to Pandemic Prevention, Preparedness, and Response"
- ASTMH meeting Seattle, WA. Symposium on "Pandemic Surveillance and Pathogen Prediction: What's next and what will it take to keep us safe?"
- World One Health Congress, "Secondary health and ecological benefits of bat virus surveillance", "One Health 'Smart Surveillance' – using disease modeling to pinpoint high-risk spillover interfaces."
- Presentation and training on One Health Leadership for the One Health Young Leaders (OHYL) program of the Indonesia One Health University Network (INDOHUN) (virtual)
- Institute of Global Health, University of Geneva in Switzerland on "One Health and Ecological Approaches to Zoonotic Disease Prevention, Preparedness, and Response"
- Keynote panel on the Approaches to pandemic preparedness at the World Antiviral Congress in San Diego, CA.
- Keynote address for iSEE Congress 2023: Confronting Crises of Planetary Scale: Lessons from Pandemics and Climate Change, Urbana, IL
- Kasetsart University, Thailand on "Species distribution models/ecological niche models as a tool for disease risk assessment"
- Thai Red Cross Emerging Infectious Diseases Clinical Center EID Conference on "Next Generation Serology for Pathogen Discovery: Multiplex Immunoassays (MIA)"
- Department of Medicine, Chulalongkorn University on "Antibody durability, vaccine-related symptoms, and omicron neutralization after BNT162b2 mRNA COVID-19 vaccination in the Prospective Assessment of SARS-CoV-2 Seroconversion (PASS) Study"
- Asia Pacific Biorisk Conference on field biosafety
- Asia Society of Conservation Medicine on field biosafety

Public outreach
- Field trip organizing for the SEAOHUN Competence Based Education Workshop led by research staff at TRC EIDCC on bat-human interface research under EID-SEARCH
- J&J on "Analytics to Support Pandemic Prevention".
- Field biosafety standards developed through the CREID/ EID-SEARCH project trained and implemented in various EHA-led projects in Vietnam, Liberia, Guinea
- Griffin Foundation

---

**B.6 WHAT DO YOU PLAN TO DO DURING THE NEXT REPORTING PERIOD TO ACCOMPLISH THE GOALS?**

In the next reporting period, we will follow the research plans laid out in our proposal with the specific actions as follows (no modifications of the scope of work):

Specific Aim 1: Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife
1.1 Wildlife (bats, rodents, non-human primates) sampling at selected sites.
1.1.1 Increase sampling efforts for rodents/tree shrews and non-human primates.
1.1.2 Conduct longitudinal sampling at a few selected sites to analyze viral shedding patterns and spillover risk.
1.1.3 Targeted surveillance to identify the animal host of the Mojiang-related virus.
1.2 Continue to develop predictive host-range models and spatial risk models to prioritize sampling sites and species in Years 4-5 of the project.
1.3 Conduct viral family-level molecular screening of collected wildlife samples for coronaviruses and paramyxoviruses. (Filoviruses testing is suspended due to low detection rate in swabs)
1.4 Perform serology testing on the wildlife samples collected in Y1-4.
1.4.1 Perform serological testing for Coronaviruses, Filoviruses, and Henipaviruses.
1.4.2 Perform serological characterization of Sarbecovirus-positive samples using surrogate virus neutralization test (sVNT) RBD-based assay.
1.5 Conduct whole-genome and spike glycoprotein sequencing with newly identified viruses.
1.6 Continue research to further characterize a subset of novel viruses, including virus isolation, human cell infection experiments, and animal modeling for viral pathogenesis studies.
1.6.1 Rescue additional pangolin viruses that are genetically more distant from SARS-CoV-2 and the pangolin GD strain, as well as continue efforts to synthetically reconstruct and characterize the BANAL-52 isolate using in vitro and in vivo approaches.
1.6.2 Review novel bat sarbecovirus whole genomes identified in Y1-4 for synthetic recovery.
1.7 Develop zoonotic risk analyses for relevant viruses.
1.7.1 Analyze Spike and whole-genome sequences to predict host range using a variety of in silico approaches.
1.7.2 Model the host range, geographic distribution, extent of overlap with high-density human populations, etc., using existing apps/models to assess potential zoonotic disease risk.
1.7.3 Improve data workflow to integrate viral characterization results into zoonotic virus prediction models.
1.7.4 Conduct analysis to understand the diversity and evolution of SARS-CoV-2-related viruses.
1.7.5 Develop a risk assessment pipeline that determines the spillover risk, disease severity, and protective levels in individuals with pre-existing SARS-CoV-2 immunity.

Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays
2.1 Increase the number of sites and enrolled participants for community surveillance among at-risk populations to collect biological and behavioral data collection.
2.1.1 Enrolling human participants from additional community sites in Thailand where human-wildlife contact occurs.
2.1.2 Perform whole genome sequencing of identified CoVs from bat guano collectors.
2.1.3 Collect PBMCs from individuals with detectable antibodies against the Mojiang-related viruses for further characterization in Thailand.
2.1.4 Obtain MoA to enroll human participants at community sites in Malaysia.
2.2 Continue identifying community sites concurrent with animal surveillance sites (Specific Aim 1).

2.3 Perform serology testing of collected human samples with optimized multiplex assays for coronaviruses, filoviruses, and Henipaviruses.
2.4 Continue epidemiological analyses of biological and behavioral data.

Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts
3.1 Enrolling participants at selected hospital/clinic sites for syndromic surveillance.
3.1.1 Enroll human participants from additional hospital sites in Thailand.
3.1.2 Obtain MOA to start enrollment at hospital/clinic sites in Malaysia.
3.1.3 Perform PCR and serological tests with newly collected and archived samples if available.
3.2 Continue to identify potential clinical cohorts and sites in the catchment of the community (Specific Aim 2) and animal surveillance (Specific Aim 1) sites.
3.3 Continue serological and molecular testing on collected human samples.
3.4 Perform viral characterization work if any novel viruses are identified.

Training and capacity-building activities to achieve project goals
- Conduct annual field biosafety and animal surveillance training (bats, rodents, non-human primates) with lectures, discussion, and hands-on guidance.
- Conduct training in enriched RNAseq protocols for coronavirus whole-genome sequencing
- Conduct virtual and in-person viral phylogenetic and metagenomics analysis training.
- Continue training and troubleshooting on multiplex microsphere immunoassay (MMIA) data analysis and interpretation.
- Conduct refresher training on human research regarding survey design, interview skills, and data analysis.
- Conduct 2nd-round lab biosafety evaluation and regular research facilities inspection.

Additional activities
- Finalize the standard operating procedures (SOP) manual for emerging infectious disease research field biosafety for peer review, publication, and broad distribution.
- Continue refining and sharing research resources (protocols, SOPs, technologies) and results within the scientific community and local government promptly.
- Organize meetings and workshops with scientists from Southeast Asia to identify common challenges and opportunities for emerging infectious disease research in the region.
- Continue supporting in-country outbreak research and response as requested.

U01AI151797                                                                                      PI: Daszak, Peter

The Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is a multidisciplinary research center with **specific objectives** to: 1) characterize diverse coronaviruses, paramyxoviruses, filoviruses, and other viral pathogens in wildlife; 2) assess the frequency and causes of their spillover; & 3) identify viral etiologies of undiagnosed 'cryptic' outbreaks. Here we report the **major activities** and **significant results** for the period of 06/01/2022 – 05/31/2023:

## Human and wildlife surveillance in Thailand and Malaysia

| | Year 1 | Year 2 | Year 3 |
|---|---|---|---|
| **WILDLIFE** | | | |
| # Individual | 100 NHPs[1], 1,648 bats | 2454 bats, 106 rodents, 6 NHPs | 586 bats, 191 rodents, 168 NHPs, 2 carnivores |
| # Species | 1 (NHP), 20 (bats) | ~30 (bats), 4 (rodents), 2 (NHPs) | ~20 (bats), ~24 (rodents/treeshrew), ~3 (NHPs), 1(Malayan civet) |
| # Specimen[2] | 12,694 | 20,747 | 6,261 |
| # Site | 6 | 12 | 8 |
| # Individuals for PCR test | 805 (NHPs, bats) | 1,741 (rodents, bats, NHPs) | 2,054 (bats, NHPs, rodents) |
| # PCR test | 3,004 CoVs (two assays) | 6,240 CoVs (two assays) | 7,822 CoVs (two assays) |
| | 1,502 PMVs | 2,248 PMVs | 2,878 PMVs |
| | 1,502 FLVs | 2,248 FLVs | 2,479 FLVs |
| | 200 for IFV-A | 814 for IFV-A | 306 for IFV-A |
| # Divergent viral PCR sequence (RdRp) detected[3] | 5 novel CoVs from 107 bats 3 species) | 7 novel CoV from 189 bats | CoV positive samples in 79 bats (8 species), analysis ongoing |
| | 4 novel PMVs from 11 bats (3 species) | 3 known PMVs from 4 rodents | 3 known PMVs from 3 bat (1 species) |
| | | 7 novel PMVs from 14 bats | 4 novel PMVs from 3 bats (2 species) |
| # Individuals for MMIA[4] test | 0 | 1,225 bats (FLVs & Henipaviruses) | Archived samples of 392 bats, 64 rodents, 1 moonrat; 100 NHPs, 160 rodents |
| # Sero-positive[5] | | Result analysis ongoing | 1% (1/100 NHPs detectable level of antibodies reactive with the MERS-CoV) |
| | | | 1% (1/100 NHPs detectable level of antibodies reactive with the Mojiang) |
| **HUMAN** | | | |
| # Enrollment | 0 | 58 | 92 |
| # Specimen | 0 | 321 | 465 |
| # Site | 0 | 2 | 3 |
| # PCR test | 0 | 58 CoVs, 58 PMVs, 58 FVs, 58 IFV-A | 146 CoVs, 146 PMVs |
| # PCR positive | 0 | 0 | CoVs positive in 9 participants (Quan) and 2 participants (Watanabe) |
| # Individuals for MMIA test | 0 | 0 | 150 from this project and 1,590 archived samples from previous projects |
| # Specimen tested | 0 | 0 | 407 |
| # Sero-positive[5] | 0 | 0 | 45/238 (18.91%) individuals with detected antibodies to FLVs |
| | 0 | 0 | 38/214 (17.76%) individuals with detected antibodies to CoVs |
| | 0 | 0 | 64/238 (26.89%) individuals with detected antibodies to henipaviruses |
| | 0 | 0 | 264/265 (99.6%) individuals with detected antibodies to common human CoVs |
| **DOMESTIC ANIMAL AND LIVESTOCK** | | | |
| # Individuals for MMIA test | 0 | 0 | 381 dogs, 15 goats, 7 wild boars, 7 NHPs, 4 rodents, 2 civets, 2 rabbits for CoVs (archived samples collected from at-risk community, wild boars, NHP, rodents and civets all wildlife kept as pet) |
| # Sero-positive[5] | | | 7 were reactive to CoVs, result analysis ongoing |

**Note:** [1]NHP: non-human primate; [2]Specimen include oral swabs, rectal swabs, urogenital swabs, and whole blood or serum, types of specimens may vary among individual animals and human participants; [3]Partial-gene phylogenetic trees suggest that these are potentially "novel viruses", further studies are underway to classify and characterize these divergent viral sequences; [4]MMIA: multiplex microsphere-based immunoassay; [5]Further analysis of serological results is ongoing.

## Characterization of bat coronaviruses

Following our finding (Yr2) of SC2r-CoVs in *R. pusillus*, we continued sampling the same bat colony and obtained whole genome sequences (WGS) from 8 individual bats **(Table 1)**. Three WGS were further analyzed using a similarity plot against SARS-CoV-2 isolate Wuhan-Hu-1 **(Fig. 1)** and show relatively similar overall genomic sequence except for the spike region. This indicates several SC2r-CoVs are circulating and evolving in the same bat population. Recombination analysis is ongoing. Genomes are being analyzed from 4 other CoVs from 4 different bat species (*R. pusillus, R. amplexicaudatus, C. plicatus, H. larvatus*).

**Table 2 (left).** Whole genome sequencing of SC2r-CoVs from bat specimen, collected from *R. pusillus* March and October 2021; **Fig. 1 (right).** Similarity plot against SARS-CoV-2 plot showing the relative sequence similarity of each genome against SARS-CoV-2 calculated from a window size of 1000 bp, 100 bp step using Kimura (2-parameter).

| Bat ID | Percent identity to SARS-CoV-2 isolate Wuhan-Hu-1 (NC_045512) | Percent identity to bat SARS-CoV-2 | Percent genome complete ness |
|---|---|---|---|
| THAB21028 | 74.30% | 74.97% (BANAL20247) | 81.26% |
| THAB21105 | 90.37% | 90.86% (BANAL20236) | 100% |
| THAB21114 | 88.96% | 89.23% (BANAL20236) | 97.92% |
| THAB21122 | 90.34% | 90.96% (BANAL20236) | 99.98% |
| THAB21135 | 54.84% | 55.38% (BANAL20247) | 60.24% |
| THAB21140 | 86.42% | 86.68% (BANAL20236) | 96.22% |
| THAB21146 | 89.77% | 90.3% (BANAL20236) | 100% |
| THAB21149 | - | - | 20.95% |



Meanwhile, further characterization of the previously identified bat CoV (Rp-65) were conducted, the results show this bat CoV binds to human ACE2 **(Fig 2A).** Using human serum samples collected from individuals vaccinated against SARS-CoV-2, we observed significant cross-neutralization activities to the bat CoV Rp-65 using sVNT and pseudovirus neutralization test **(Fig 2B).** Bat CoV Rp-65 is less fusogenic than SARS-CoV-2 and bat CoV BANAL-52 **(Fig 2C).** Considering the cross-reactivity of SARS-CoV-2 neutralizing antibodies and

U01AI151797                                                                                    PI: Daszak, Peter

less fusogenic phenotype, individuals with pre-existing immunity to
SARS-CoV-2 are likely protected against Bat CoV Rp-65.

**Fig 2. Characterization of the Bat CoV Rp-65 RBD. (A)** ACE2 binding SARS-CoV-2, Bat CoV
Rp-6, Bat CoV- RaTG13 and SARS-CoV-1 RBD. **(B)** Neutralization titers determined by sVNT
and pVNT for SARS-CoV-2 ancestral, Bat CoV BANAL-52, Bat CoV Rp-65, Pangolin CoV GX-
P5L, and SARS-CoV-1. **(C)** Fusogenicity of SARS-CoV-2, Bat CoV Rp-65, Bat CoV RaTG13,
Bat CoV BANAL-52, and SARS-CoV-1 spike protein

## Serological testing of human samples

Serological testing was conducted on samples from rural community
participants in Thailand, including bat guano collectors for
henipavirus, filovirus, and wildlife and human associated CoV
antigens. We found 99.62% (264/265) seroprevalence for HCoV-OC43 in pre- (n=215) and post-COVID-19
(n=50) individuals. All specimens in 2017 and 2018 were negative for SARS-CoV-2. We detected antibodies to
both filo-like viruses (18.91%, 45/238) and henipa-like viruses
(26.89%, 64/238), including a high seroprevalence to the MojV RBP
(21.85%, 52/238) (Fig 3). These results suggest possible exposure
to novel MojV-related viruses within this population.



**Fig 3.** Median fluorescence intensities (MFI) values for henipavirus antigens of sera collected
in 2017, 2018, 2021, and 2023 from the community site. Seropositivity is defined by
seroreactivity to at least one of the antigens tested within the viral families and does not
necessarily indicate the virus of exposure. Further characterization of the functional antibody
responses such as neutralization tests would be required.

## Surrogate virus neutralization (sVNT) assay development

At Duke NUS, the multiplex sVNT panel to detect neutralizing antibodies targeting multiple human and animal
sarbecoviruses has been updated to include recent SARS-CoV-2 Omicron variants (e.g., BA.1, BA.2, BA.5,
XBB.1 and XBB.1.5) and the bat CoV Rp-65 detected in Thailand. Apart from the sarbecovirus, the team has
expanded the multiplex sVNT to detect neutralizing antibodies targeting members of merbecovirus,
henipavirus, and ebolavirus, aiming to establish an all-in-one sVNT platform for viral pathogens with pandemic
potential.

## Host range, transmissibility, and antigenicity of a pangolin coronavirus

At Duke NUS, using a synthetically derived infectious cDNA clone, we recovered the Guangdong wildtype
pangolin (Pg) CoV-GD and derivatives encoding indicator genes (nanoluc and GFP introduced into ORF7). We
have further characterized it, and assessed its ability to infect human cells. Full details are given in the semi-
annual report during Yr 3, and a paper is under 2nd round of review.

## Outbreak Research and Response

| Time Period | Aims | Funds Pivoted to this Project | Stakeholders/Partners Engaged for Project | Progress/Outcomes to Date |
|---|---|---|---|---|
| April-June 2022 | Monkeypox outbreak preparedness | No direct funds were pivoted however, members from the EID-SEARCH assisted with laboratory testing and provided information to Thai government. | -Thai Red Cross Emerging Infectious Diseases Clinical Center (TRC EIDCC) -Department of Disease Control, Thailand -Division of High-Consequence Pathogens and Pathology, National Center for Emerging and Zoonotic Infectious Diseases, Centers for Disease Control and Prevention, US | The first 5 cases of Mpox in Thailand were tested and confirmed at the TRC EIDCC laboratory. Whole-genome sequencing of Mpox was conducted and deposited in GISAID. |
| June 2021 | Access to COVID vaccine in Malaysia | No direct funds were pivoted however, members from the EID-SEARCH assisted with facilitating the communication between US Embassy and the Ministry of Health Malaysia | -Conservation Medicine -Ministry of Health Malaysia -US Embassy in Malaysia | 1 million Pfizer vaccines donated to Malaysia by the US government in July 2021 |
| September 2020 | Access to COVID testing supplies in Malaysia | No direct funds were pivoted however, members from the EID-SEARCH helped organise, source, and coordinate the delivery of supplies for testing 10,000 people | -Conservation Medicine -Ministry of Health Malaysia -US Embassy in Malaysia -Kota Kinabalu Public Health Laboratory | Supplies for testing 10,000 people were delivered to support the Ministry of Health in their impressive response to the COVID-19 outbreak. |
| August 2020 | Wildlife testing for SARS-CoV-2 | No direct funds were pivoted however, members from the EID-SEARCH assisted with laboratory testing and provided information to local government. | -Conservation Medicine -EcoHealth Alliance | 1,254 archive animal samples in Malaysia from 1,207 animals, including 28 species considered potential reservoir or host species for SARS-CoV-2, were screened using a conventional PCR, SARS-CoV-2 was not detected in any of the samples. |

**Publications** Full details in Section C.

U01AI151797                                                                    PI: Daszak, Peter

During this reporting period, EID-SEARCH provided training sessions to individuals involved in the activities supported by the project that were focused on biosafety, the application of new technologies, and field and laboratory standard operating procedures to enhance in-country research capacity and improve information sharing. Training was conducted by EID-SEARCH project members and partners among in-country stakeholders in Thailand and Malaysia from local government, universities, research institutes, and NGOs. Some training activities are highlighted as follows:

**November-December 2022**: The Duke-NUS team provided continuous support for various training development opportunities with the other EID-SEARCH partners, including: Hosting 2 representatives from the Thai team (TRC-EID) during their visit to Singapore from 2 November to 12 November 2022. On-site training and technology transfer of the multiplex sVNT and pseudovirus neutralization assays developed by the Duke-NUS team were conducted for TRC-EID team members. Five research personnel from the Duke-NUS team including the co-Investigator Prof Wang visited TRC-EID lab from 6 December to 11 December 2022, as a follow up and also to assist with the establishment and optimization of the assays. The TRC-EID team also made arrangements to visit the bat caves in Thailand, where members of the Duke-NUS team were able to experience first-hand how the bats were caught in the wild and were taught procedures for processing bat tissues. EID-SEARCH members from Duke-NUS and TRC-EID attended the Joint International Tropical Medicine Meeting 2022 in person, where Prof Wang and Dr Supaporn presented results generated from this project in the session titled "*Way Forward to Leverage Pandemic Prevention*".

**July 2022**: USU team provided instructional training to two laboratory members from TRC-EID on the serologic techniques used to detect binding antibodies. The training covers various topics of antigen design, assay techniques and testing strategies, and preliminary data analysis.

**24-25 April 2022**: Three Conservation Medicine (CM) staff completed a 2 day Outdoor First Aid course. This was not included in the last progress report, as this activity was completed after the report submission.

**25 April 2022**: Nine Conservation Medicine staff completed an annual 1-day Outdoor Refresher First Aid course. This was not included in the last progress report, as this activity was completed after the report submission.

**14 May 2022**: Conservation Medicine conducted a Biosafety in Field and Specimen Storage Training at Sabah Wildlife Department's (SWD) - Sepilok Orangutan Rehabilitation Centre (SORC), Sandakan, Sabah. This one-day training included 10 participants from the Bornean Sun Bear Conservation Centre (BSBCC) and 11 participants from SORC – both organizations that have previously provided opportunities for wildlife sampling to EID-SEARCH. PPE donning and doffing, spill clean-up, and sample cold chain maintenance training were given. The objective of this training was to build capacity for those involved with the bio-surveillance of wildlife species at SORC and BSBCC. The training utilized lectures and PowerPoint presentations. After each presentation, post training quizzes were completed by all participants to assess their understanding of each session. Wet lab sessions including Mask Fit Test, PPE donning and doffing, and spill clean-up were conducted. Participants left the training knowing what type of N95 and N100 masks fitted them and the correct size of PPE that they need for lab and field work. This was not included in the last progress report, as this activity was completed after the report submission.

**30-31 July 2022**: Conservation Medicine Field Coordinator attended a workshop at Kota Kinabalu organized by Sabah Wildlife Department.

1

U01AI151797                                                                PI: Daszak, Peter

**04 September – 25 November 2022**: Conservation Medicine trained 6 staff from the Ministry of Health - National Public Health Laboratory on EID-SEARCH serology data analysis during the screening of archived human samples using the coronavirus multiplex immunoassay. This training was given over the course of 20 days by CM Laboratory Coordinator on the assay's theory, refresher training on the technique, and results analysis.

**16 March 2023**: 2 Conservation Medicine contract staff participated in EID-SEARCH lab related training. This training was given by CM Senior Laboratory Technician on Laboratory Safety, Biosafety and PPE, and TRIzol as a part of induction training for EID-SEARCH PCR testing.

**20-21 March 2023**: Conservation Medicine Field Coordinator and Senior Ranger attended the "Managing People and Macaques in shared spaces Workshop" organized by SWD. The workshop aimed to work towards solving the human-macaque conflict in Sabah, promote conservation for macaques and raise awareness about one health and the role macaques play in zoonosis in Sabah.

**Mentorship.** Through the CREID pilot research program, Dr. Cadhla Firth from EID-SEARCH has been mentoring pilot project awardees in 2022, Dr. Jurre Siegers and Vireak Heang, on research implementation in Cambodia and relevant data analysis. Dr. Firth continued providing mentorship support to Dr. Nguyen Van Cuong, awardee in 2021, on data analysis and manuscript development, as well as joint grant application. In addition, regular meetings were held among EID-SEARCH members and partners for collaborative laboratory results discussion, data analysis, and manuscript development, to support professional development of graduate students who work on this project.

EID-SEARCH members were able to participate training provided by the **CREID network** including the CREID Network Bioinformatics Training Workshop hosted by IRESSEF and CIGASS-UCAD in October 2022 and the CREID Biorepository Community of Practice (CoP) focuses on knowledge exchange through member presentations, invited seminars, and external stakeholder presentations.

Senior Field Veterinarian, Dr. Marc Valitutto, continued working with EID-SEARCH partners for collaborative advancement of **field biosafety standards** to develop specific field biosafety levels for a risk-based approach to practicing biosafety in the field.

2

# C. PRODUCTS

## C.1 PUBLICATIONS

**Are there publications or manuscripts accepted for publication in a journal or other publication (e.g., book, one-time publication, monograph) during the reporting period resulting directly from this award?**

Yes

**Publications Reported for this Reporting Period**

| Public Access Compliance | Citation |
|---|---|
| Complete | Jantarabenjakul W, Sodsai P, Chantarisawad N, Jitsatja A, Ninwattana S, Thippamom N, Ruenjaiman V, Tan CW, Pradit R, Sophonphan J, Wacharapluesadee S, Wang LF, Puthanakit T, Hirankarn N, Putcharoen O. Dynamics of Neutralizing Antibody and T-Cell Responses to SARS-CoV-2 and Variants of Concern after Primary Immunization with CoronaVac and Booster with BNT162b2 or ChAdOx1 in Health Care Workers. Vaccines. 2022 April 19;10(5). PubMed PMID: 35632395; PubMed Central PMCID: PMC9147589; DOI: 10.3390/vaccines10050639. |
| Complete | Tse LV, Meganck RM, Araba KC, Yount BL, Shaffer KM, Hou YJ, Munt JE, Adams LE, Wykoff JA, Morowitz JM, Dong S, Magness ST, Marzluff WF, Gonzalez LM, Ehre C, Baric RS. Genomewide CRISPR knockout screen identified PLAC8 as an essential factor for SADS-CoVs infection. Proceedings of the National Academy of Sciences of the United States of America. 2022 May 3;119(18):e2118126119. PubMed PMID: 35476513; PubMed Central PMCID: PMC9170153; DOI: 10.1073/pnas.2118126119. |
| Complete | Yadana S, Cheun-Arom T, Li H, Hagan E, Mendelsohn E, Latinne A, Martinez S, Putcharoen O, Homvijitkul J, Sathaporntheera O, Rattanapreeda N, Chartpituck P, Yamsakul S, Sutham K, Komolsiri S, Pornphatthananikhom S, Petcharat S, Ampoot W, Francisco L, Hemachudha T, Daszak P, Olival KJ, Wacharapluesadee S. Behavioral-biological surveillance of emerging infectious diseases among a dynamic cohort in Thailand. BMC infectious diseases. 2022 May 16;22(1):472. PubMed PMID: 35578171; PubMed Central PMCID: PMC9109443; DOI: 10.1186/s12879-022-07439-7. |
| Non-Compliant | Chaiyes A, Duengkae P, Suksavate W, Pongpattananurak N, Wacharapluesadee S, Olival KJ, Srikulnath K, Pattanakiat S, Hemachudha T. Mapping Risk of Nipah Virus Transmission from Bats to Humans in Thailand. EcoHealth. 2022 June;19(2):175-189. PubMed PMID: 35657574; DOI: 10.1007/s10393-022-01588-6. |
| Complete | Wacharapluesadee S, Hirunpatrawong P, Petcharat S, Torvorapanit P, Jitsatja A, Thippamom N, Ninwattana S, Phanlop C, Buathong R, Tangwangvivat R, Klungthong C, Chinnawirotpisan P, Hunsawong T, Suthum K, Komolsiri S, Jones AR, Fernandez S, Putcharoen O. Simultaneous detection of omicron and other SARS-CoV-2 variants by multiplex PCR MassARRAY technology. Scientific reports. 2023 February 6;13(1):2089. PubMed PMID: 36747014; PubMed Central PMCID: PMC9900542; DOI: 10.1038/s41598-023-28715-9. |
| Complete | Speranskaya AS, Artiushin IV, Samoilov AE, Korneenko EV, Khabudaev KV, Ilina EN, Yusefovich AP, Safonova MV, Dolgova AS, Gladkikh AS, Dedkov VG, Daszak P. Identification and Genetic Characterization of MERS-Related Coronavirus Isolated from Nathusius' Pipistrelle (*Pipistrellus nathusii*) near Zvenigorod (Moscow Region, Russia). International journal of environmental research and public health. 2023 February 19;20(4). PubMed PMID: 36834395; PubMed Central PMCID: PMC9965006; DOI: 10.3390/ijerph20043702. |

**Non-compliant Publications Previously Reported for this Project**

| Public Access Compliance | Citation |
|---|---|
| Non-Compliant | Tse LV, Meganck RM, Yount BL, Hou YJ, Munt JE, Adams LE, Dong S, Baric RS. Genome-wide CRISPR Knockout Screen Identified PLAC8 as an Essential Factor for SADS-CoVs Infection. The Proceedings of the National Academy of Sciences. Forthcoming. |

## C.2 WEBSITE(S) OR OTHER INTERNET SITE(S)

NOTHING TO REPORT

## C.3 TECHNOLOGIES OR TECHNIQUES

| Category | Explanation |
|---|---|
| Protocols | Field biosafety guidance<br>EID-SEARCH is developing a comprehensive field biosafety manual that provides explicit direction on protection measures in the field, accounting for differences across field projects in local contexts. The areas of focus include:<br>- Identification of health risks (disease, routes of exposure, field equipment, medical supplies, climate, trauma, etc.)<br>- Understanding how to mitigate risks (personal health, immunizations, site risk analysis, personal protective equipment [selection, donning, doffing], disinfection, & disposal)<br>- Responding to health threats (pathogen exposure, trauma, envenomation, physical exhaustion)<br>Field biosafety information is being collated for sharing in several forms of documents and media, including 1) A comprehensive standard operating procedure (SOP) manual that is under peer review that is being shared broadly with the CREID network during Years 3-5 of our project; 2) Lecture presentations with recorded voiceovers; 3) Quick reference guides for field use; 4) Video demonstrations, and 5) Web-based photo guides with descriptors. A draft has been prepared and undergoing peer review. |

## C.4 INVENTIONS, PATENT APPLICATIONS, AND/OR LICENSES

Have inventions, patent applications and/or licenses resulted from the award during the reporting period? No

If yes, has this information been previously provided to the PHS or to the official responsible for patent matters at the grantee organization? No

## C.5 OTHER PRODUCTS AND RESOURCE SHARING

NOTHING TO REPORT

# D. PARTICIPANTS

## D.1 WHAT INDIVIDUALS HAVE WORKED ON THE PROJECT?

| Commons ID | S/K | Name | Degree(s) | Role | Cal | Aca | Sum | Foreign Org | Country | SS |
|---|---|---|---|---|---|---|---|---|---|---|
| DASZAK | Y | Daszak, Peter | BS,PHD | PD/PI | 3.0 | 0.0 | 0.0 | | | NA |
| RALPH_BARIC | Y | Baric, Ralph | PhD | Co-Investigator | 1.0 | 0.0 | 0.0 | | | NA |
| OLIVAL | Y | Olival, Kevin J. | PHD | Co-Investigator | 3.0 | 0.0 | 0.0 | | | NA |
| LINFA66 | Y | Wang, Linfa | | Co-Investigator | 1.0 | 0.0 | 0.0 | Duke NUS | SINGAPORE | NA |
| SU_YADANA | N | Yadana, Su | MPH | Epidemiologist | 1.0 | 0.0 | 0.0 | | | NA |
| CECILIA_SANCHEZ | Y | Sanchez, Cecilia | PhD | Research Scientist | 3.0 | 0.0 | 0.0 | | | NA |
| OPASS.P | Y | Putcharoen, Opass | | Co-Investigator | 2.0 | 0.0 | 0.0 | Chulalongkorn University | THAILAND | NA |
| | Y | Wacharapluesadee, Supaporn | PHD | Co-Investigator | 4.0 | 0.0 | 0.0 | Chulalongkorn University | THAILAND | NA |
| | Y | Broder, Christopher | PhD | Co-Investigator | 1.0 | 0.0 | 0.0 | | | NA |
| | Y | Keusch, Gerald | MD | Co-Investigator | 1.0 | 0.0 | 0.0 | | | NA |
| | Y | Corley, Ronald | PhD | Co-Investigator | 1.0 | 0.0 | 0.0 | | | NA |
| | Y | Laing, Eric | PhD | Co-Investigator | 2.0 | 0.0 | 0.0 | | | NA |
| | Y | Field, Hume | PhD | Consultant | 1.0 | 0.0 | 0.0 | Jeppesen Field Consulting | AUSTRALIA | NA |
| | Y | Yeo, Tsin Wen | PhD | Consultant | 1.0 | 0.0 | 0.0 | Lee Kong Chian School of Medicine | SINGAPORE | NA |
| | Y | Hickey, Andrew | PhD | Consultant | 1.0 | 0.0 | 0.0 | Thailand MOPH-CDC | THAILAND | NA |
| | Y | Rajahram, Giri Shan | MRCP | Infectious Disease Epidemiologist | 1.0 | 0.0 | 0.0 | Queen Elizabeth State Hospital | MALAYSIA | NA |
| | Y | Hamzah, Nadia Diyana | MD | Medical Officer and Clinician | 1.0 | 0.0 | 0.0 | Bario Clinic, Rural Area Service Ministry of Health Malaysia | MALAYSIA | NA |
| | Y | Gee Lee, Heng | MRCP | Senior Clinician | 1.0 | 0.0 | 0.0 | Queen Elizabeth State Hospital | MALAYSIA | NA |
| | Y | Faisal Ali, Anwarali Khan | PhD | Zoologist and Biotechnician | 1.0 | 0.0 | 0.0 | University Malaysia Sarawak | MALAYSIA | NA |
| | Y | Hemachudha, Pasin | MD | Immunologist and Clinician | 1.0 | 0.0 | 0.0 | Chulalongkorn University Hospital | THAILAND | NA |
| | Y | Phelps, Kendra | PhD | Field Scientist | 1.0 | 0.0 | 0.0 | | | NA |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Y | Spencer, Sterling Lee | MPH | Research Project Coordinator | 6.0 | 0.0 | 0.0 | | | NA |
| | Y | Li, Hongying | MPH | Epidemiologist | 2.0 | 0.0 | 0.0 | | | NA |
| | N | Mendelsohn, Emma | MEM | Data Scientist | 1.0 | 0.0 | 0.0 | | | NA |
| | Y | Valitutto, Marc | VMD | Senior Field Veterinarian | 3.0 | 0.0 | 0.0 | | | NA |
| | Y | Firth, Cadhla | PhD | Senior Research Scientist | 2.0 | 0.0 | 0.0 | | | NA |
| | Y | Sekaran, Jayaseelan | | Co-Investigator | 1.0 | 0.0 | 0.0 | Lintang Clinic, Kulala Kangsar District Health Office | MALAYSIA | NA |
| | Y | Tan, Cheng Siang | PhD | Co-Investigator | 1.0 | 0.0 | 0.0 | Jalan Datuk Mohammad Musa | MALAYSIA | NA |
| | Y | Kamruddin, Ahmed | | Co-Investigator | 1.0 | 0.0 | 0.0 | Universiti Malaysia Sabah | MALAYSIA | NA |
| | Y | Lin, Ingrid Ting Pao | MD | Co-Investigator | 1.0 | 0.0 | 0.0 | Hospital Miri | MALAYSIA | NA |
| | Y | Hughes, Tom | Post-Grad Diploma | Co-Investigator | 1.0 | 0.0 | 0.0 | Conservation Medicine | MALAYSIA | NA |
| | Y | Lasimbang, Helen | MBBS | Co-Investigator | 1.0 | 0.0 | 0.0 | Hospital Universiti Malaysia Sabah | MALAYSIA | NA |
| | Y | Chmura, Aleksei | PhD | Senior Program Manager | 1.0 | 0.0 | 0.0 | | | NA |
| | Y | William, Timothy | FRCP | Co-Investigator | 1.0 | 0.0 | 0.0 | Gleneagles Hospital | MALAYSIA | NA |

| Glossary of acronyms: | |
|---|---|
| S/K - Senior/Key<br>Cal - Person Months (Calendar)<br>Aca - Person Months (Academic)<br>Sum - Person Months (Summer) | Foreign Org - Foreign Organization Affiliation<br>SS - Supplement Support<br>RS - Reentry Supplement<br>DS - Diversity Supplement<br>OT - Other<br>NA - Not Applicable |

## D.2 PERSONNEL UPDATES

### D.2.a Level of Effort

**Will there be, in the next budget period, either (1) a reduction of 25% or more in the level of effort from what was approved by the agency for the PD/PI(s) or other senior/key personnel designated in the Notice of Award, or (2) a reduction in the level of effort below the minimum amount of effort required by the Notice of Award?**

No

### D.2.b New Senior/Key Personnel

**Are there, or will there be, new senior/key personnel?**

Yes

File Uploaded: New Key Personnel.pdf

**D.2.c Changes in Other Support**

**Has there been a change in the active other support of senior/key personnel since the last reporting period?**

No

**D.2.d New Other Significant Contributors**

**Are there, or will there be, new other significant contributors?**

No

**D.2.e Multi-PI (MPI) Leadership Plan**

**Will there be a change in the MPI Leadership Plan for the next budget period?**

NA

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

# BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Sterling, Spencer Lee

eRA COMMONS USER NAME (credential, e.g., agency login):

POSITION TITLE: Research Project Coordinator

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| University of Maryland, College Park (MD, USA) | B.S. | 05/2015 | Biological Sciences |
| University of Nebraska Medical Center | MPH | 05/2020 | Epidemiology |

## A. Personal Statement

As a current employee with Dr. Eric Laing under his emerging infectious diseases research program. My academic training and research experience have provided me with a background in molecular biology, virology, and epidemiological techniques for zoonosis investigations. As part of my original post-baccalaureate work, I worked in a small team lead by Dr. Chris Border tasked with developing a serological binding assay for Coronaviruses, Filoviruses, and Henipaviruses. During this process, I worked closely with Dr. Laing and scientists from multiple Asian countries in developing and applying the multiplex techniques for rapid, high-throughput serological assays. Throughout this time, I have led technical and data analysis trainings in Cambodia, Bangladesh, and Thailand, and have assisted collaborators in Singapore, Malaysia, Australia, India, South Africa, and the United Kingdom in implementing these novel techniques. Currently, I am a visiting scientist with Dr. Supaporn Wacharapluesadee in the Emerging Infectious Diseases Clinical Center at King Chulalongkorn Medical Hospital as part of the CREID-EID SEARCH program.

1. Laing ED, **Sterling SL**, Richard S., Phogat S., et al. "A betacoronavirus multiplex microsphere immunoassay detects early SARS-CoV-2 seroconversion and antibody cross reactions". (2021). *Pre-print*.
2. **Sterling, SL**, "Evaluation of the humoral immune response as a potential indicator of disease severity for patients hospitalized with COVID-19" (2020). *Capstone Experience*. 121. https://digitalcommons.unmc.edu/coph_slce/121
3. Yan L, **Sterling SL**, Laing ED, and Broder CC. "Expression System for Recombinant Henipavirus Glycoproteins". *(submitted, 2020)*.
4. "**Sterling SL**, Laing ED, Yan L, Feng Y, Epstein JH, Broder CC. Development of a novel pan-filovirus and henipavirus serological assay for zoonotic surveillance." Uniformed Services University 2019 Research Days. May 13-17, 2019. Bethesda, Maryland.

## B. Positions, Scientific Appointments, and Honors

05/22-present Visiting Scientist, King Chulalongkorn Medical Hospital, Bangkok, Thailand. Advisors: Dr. Supaporn Wacharapluesadee, Dr. Opass Putcheroen, and Dr. Eric D. Laing.

02/22-present Scientific Project Coordinator, Henry M. Jackson Foundation, Department of Microbiology, Uniformed Services University, Bethesda, MD. Advisors: Dr. Christopher C. Broder and Dr. Eric D. Laing

08/20-02/22    Research Associate 2, Henry M. Jackson Foundation, Department of Microbiology, Uniformed Services University, Bethesda, MD. Advisor: Dr. Christopher C. Broder

08/19-08/20    Senior Research Assistant, Henry M. Jackson Foundation, Department of Microbiology, Uniformed Services University, Bethesda, MD. Advisor: Dr. Christopher C. Broder

06/15 – 08/19   Research Assistant, Henry M. Jackson Foundation, Department of Microbiology, Uniformed Services University, Bethesda, MD. Advisor: Dr. Christopher C. Broder

01/14-08/14    Laboratory research internship, Department of Microbiology, Uniformed Services University, Bethesda, MD. Advisor: Dr. Christopher C. Broder


## C.  Contributions to Science

1.  **Post-Baccalaureate:** My post-baccalaureate research works primarily targeted understanding the adaptive immune response to emerging zoonotic viruses as a tool for virus discovery. As part of the assay development team, I designed and expressed soluble, native-like filovirus and henipavirus attachment glycoproteins and developed the monoclonal antibodies and antisera used as standards in the assay. I have led technical training for international projects and assisted in data analysis

    a.  Laing ED, Mendenhall IH, Linster M, Low DHW, Chen Y, Yan L, **Sterling SL**, et al. "Serologic evidence of fruit bat exposure to filoviruses, Singapore, 2011–2016". (2018). Emerg Infect Dis. 24(1):114-117. doi: 10.3201/eid2401.170401. PMID: 29260678.

    b.  Schulz JE, Seifert SN, Thompson JT, Avanzato V, **Sterling SL**, et al. "Serological evidence for henipavirus-like and filovirus-like viruses in Trinidad bats." (2020) J Infect Dis. pii: jiz648. doi: 10.1093/infdis/jiz648. PMID: 32034942.

    c.  Yan L, **Sterling SL**, Laing ED, and Broder CC. "Expression System for Recombinant Henipavirus Glycoproteins". *(submitted, 2020)*.

    d.  **Sterling SL**, Hip P, Ly P, Ouch P, Mao M, Low DHW, Yan LY, Tso M, Smith GJ, Broder CC, Hertz JC Mendenhall IH, Laing ED. "Serological evidence of exposure to known and unknown henipaviruses in Cambodia" World One Health Congress. November 7-11, 2022. Singapore, SGP.

2.  **Professional Studies:** While employed, I continued my studies by pursuing a Master's in Public Health with a focus on Epidemiology. Immediately preceding my thesis work, COVID-19 was declared a pandemic, and I worked along side Dr. Eric Laing to develop and standardize a human coronavirus serological panel to track the serological response to SARS-CoV-2 infections and vaccinations among a military cohort. For my thesis, I evaluated the humoral immune response to SARS-CoV-2 patients as it related to the severity of the disease, where we observed significantly more robust antibody responses in people with more severe disease.

    a.  Laing ED, **Sterling SL**, Richard S., Phogat S., et al. "A betacoronavirus multiplex microsphere immunoassay detects early SARS-CoV-2 seroconversion and antibody cross reactions". (2021). *Pre-print*.

    b.  **Sterling, SL**, "Evaluation of the humoral immune response as a potential indicator of disease severity for patients hospitalized with COVID-19" (2020). *Capstone Experience*. 121. https://digitalcommons.unmc.edu/coph_slce/121

    c.  Laing ED, Weiss CD, Samuels EC, Coggins AS, Wang W, Wang R, Vassell R, **Sterling SL**, et al. "Durability of antibody responses and frequency of clinical and subclinical SARS-CoV-2 infection six months after BNT162b2 COVID-19 vaccination in healthcare workers" (2021). *Pre-print*. https://doi.org/10.1101/2021.10.16.21265087

    d.  Laing ED, Epsi NJ, Stephanie A. SA, Samuels EC, Wang W, Vassell R, Ewing DF, Herrup R, **Sterling SL**, et al. "SARS-CoV-2 antibodies remain detectable 12 months after infection and antibody magnitude is associated with age and COVID-19 severity". (2021). *Pre-print*. https://doi.org/10.1101/2021.04.27.21256207

OMB No. 0925-0001 and 0925-0002 (Rev. 10/2021 Approved Through 09/30/2024)

## BIOGRAPHICAL SKETCH

Provide the following information for the Senior/key personnel and other significant contributors.
Follow this format for each person. **DO NOT EXCEED FIVE PAGES.**

NAME: Putcharoen, Opass

eRA COMMONS USER NAME (credential, e.g., agency login): OPASS.P

POSITION TITLE: Assistant Professor, Division of Infectious Diseases, Department of Medicine, King Chulalongkorn Memorial Hospital, Chulalongkorn University

EDUCATION/TRAINING *(Begin with baccalaureate or other initial professional education, such as nursing, include postdoctoral training and residency training if applicable. Add/delete rows as necessary.)*

| INSTITUTION AND LOCATION | DEGREE *(if applicable)* | Completion Date MM/YYYY | FIELD OF STUDY |
|---|---|---|---|
| Kon Kaen University, Thailand | M.D. | 1995 | Medicine |
| Chulalongkorn University, Thailand | M.Sc | 2007 | Medical Sciences |

## A.  Personal Statement

I am the director of the Emerging Infectious Diseases Clinical Center, Thai Red Cross, and a senior lecturer of the division of infectious diseases, Department of Medicine, King Chulalongkorn Memorial Hospital, Chulalongkorn University, Bangkok, Thailand. I am also an assistant professor at the faculty of medicine, Chulalongkorn University. In 1998, I received a medical degree from Kon Kean University, Thailand, and then completed my residency and fellowship (infectious diseases) training at Chulalongkorn University. During 2008-2010, I received training grants from the Fogarty International Center at NIH, USA. From 2008-2011, I was a research fellow in HIV drug resistance at the department of immunology and infectious diseases, Harvard School of Public and a postdoctoral fellow at the section of retroviral therapeutics, division of infectious diseases, Brigham and Women's Hospital, Harvard School of Medicine, Boston, MA, USA. My current research focuses on long-term complications of antiretroviral therapy, HIV drug resistance, co-infections in resource-limited settings, and emerging infectious diseases.

## B. Positions, Scientific Appointments, and Honors

**Positions**

| | |
|---|---|
| 1995-2001 | General practitioner Panusnikom District Hospital, Chonburi, Thailand |
| 2001-2005 | Internist in Panusnikom District Hospital (200-bed community hospital), Chonburi, Thailand |
| 2006-2008 | Clinical fellow, Department of Infectious Diseases, Chulalongkorn Hospital, Bangkok, Thailand |
| 2008-2010 | Research fellow, Department of Immunology and Infectious Diseases, Harvard School of Public Health, Boston, MA |
| 2010- | Instructor in Medicine, Department of Medicine, Chulalongkorn University, Bangkok, Thailand |
| 2017- | Director, Thai Red Cross Emerging Infectious Diseases Clinical Center, King Chulalongkorn Memorial Hospital |

**Honors**

| | |
|---|---|
| 1994 | Scholarship from Case Western Reserve University for short course training in "Introduction to Clinical Infectious Diseases" |
| 2007 | Award for selected high-quality abstracts in 17th European Congress of Clinical Microbiology and Infectious Diseases and 25th International Congress of Chemotherapy Munich/Germany |

## C. Contributions to Science

a. **Putcharoen, O.,** Suankratay, C. (2007). Salmonella gas-forming femoral osteomyelitis and pyomyositis: The first case and review of the literature. Journal of the Medical Association of Thailand, 90 (9): 1943-1947.

b. **Putcharoen, O.** (2008). It is time to change the starting point of initiating antiretroviral therapy and to advocate more active HIV testing. Asian Biomedicine, 2 (3):  245-246.

c. Kerr, S.J., Avihingsanon, A., **Putcharoen, O.,** Chetchotisakd, P., Layton, M., Ubolyam, S., Ruxrungtham, K., Cooper, D.A., Phanuphak, P., Duncombe, C. (2012). Assessing adherence in Thai patients taking combination antiretroviral therapy. International Journal of STD and AIDS, 23 (3): 160-165.

d. **Putcharoen, O.,** Lee, S.H., Henrich, T.J., Hu, Z., Vanichanan, J., Coakley, E., Greaves, W., Gulick, R.M., Kuritzkes, D.R., Tsibris, A.M.N. (2012). HIV-1 clinical isolates resistant to CCR5 antagonists exhibit delayed entry kinetics that are corrected in the presence of drug. Journal of Virology, 86 (2): 1119-1128.

e. Rangwala, F., **Putcharoen, O.,** Bowonwatanuwong, C., Edwards-Jackson, N., Kramomthong, S., Kim, J.H., Corey, G.R., Ananworanich, J. (2012). Histoplasmosis and penicilliosis among HIV infected Thai patients: A retrospective review. Southeast Asian Journal of Tropical Medicine and Public Health, 43 (2): 436-441.

f. Tsibris, A.M.N., Hu, Z., Paredes, R., Leopold, K.E., **Putcharoen, O**., Schure, A.L., Mazur, N., Coakley, E., Su, Z., Gulick, R.M., Kuritzkes, D.R. (2012). Vicriviroc resistance decay and relative replicative fitness in HIV-1 clinical isolates under sequential drug selection pressures. Journal of Virology, 86 (12): 6416-6426.

g. Permpalung, N., **Putcharoen, O**., Avihingsanon, A., Ruxrungtham, K. (2012). Treatment of HIV infection with once-daily regimens. Expert Opinion on Pharmacotherapy, 13 (16): 2301-2317.

h. **Putcharoen, O**., Ruxrungtham, K. (2013). Rilpivirine in treatment-naive patients: What did we learn from the THRIVE and ECHO studies? Future Virology, 8 (2): 113-120.

i. **Putcharoen, O.,** Kerr, S.J., Ruxrungtham, K. (2013). An update on clinical utility of rilpivirine in the management of HIV infection in treatment-naïve patients. HIV/AIDS - Research and Palliative Care, 5: 231-241.

j. **Putcharoen, O**., Wattanachanya, L., Sophonphan, J., Siwamogsatham, S., Sapsirisavat, V., Gatechompol, S., Phonphithak, S., Kerr, S.J., Chattranukulchai, P., Avihingsanon, Y., Ruxrungtham, K., Avihingsanon, A. (2017). New-onset diabetes in HIV-treated adults: Predictors, long-term renal and cardiovascular outcomes. AIDS, 31 (11): 1535-1543.

k. **Putcharoen, O**., Pleumkanitkul, S., Chutinet, A., Vongsayan, P., Samajarn, J., Sophonphan, J., Kerr, S.J., Hiransuthikul, A., Siwamogsatham, S., Ruxrungtham, K., Avihingsanon, A. (2019). Comparable carotid intima-media thickness among long-term virologically suppressed individuals with HIV and those without HIV in Thailand. Journal of Virus Eradication, 5 (1).

l. Sarin, S.K., Choudhury, A., Lau, G.K., Zheng, M.-H., Ji, D., Abd-Elsalam, S., Hwang, J., Qi, X., Cua, I.H., Suh, J.I., Park, J.G., **Putcharoen, O**., Kaewdech, A., Piratvisuth, T., Treeprasertsuk, S., Park, S., Wejnaruemarn, S., Payawal, D.A., Baatarkhuu, O., Ahn, S.H., Yeo, C.D., Alonzo, U.R., Chinbayar, T., Loho, I.M., Yokosuka, O., Jafri, W., Tan, S., Soo, L.I., Tanwandee, T., Gani, R., Anand, L., Esmail, E.S., Khalaf, M., Alam, S., Lin, C.-Y., Chuang, W.-L., Soin, A.S., Garg, H.K., Kalista, K., Batsukh, B., Purnomo, H.D., Dara, V.P., Rathi, P., Al Mahtab, M., Shukla, A., Sharma, M.K., Omata, M. (2020). Pre-existing liver disease is associated with poor outcome in patients with SARS CoV2 infection; The APCOLIS Study (APASL COVID-19 Liver Injury Spectrum Study). Hepatology International, 14 (5): 690-700.

m. **Putcharoen, O.,** Wacharapluesadee, S., Chia, W.N., Paitoonpong, L., Tan, C.W., Suwanpimolkul, G., Jantarabenjakul, W., Ruchisrisarod, C., Wanthong, P., Sophonphan, J., Chariyavilaskul, P., Wang, L.-F., Hemachudha, T. (2021). Early detection of neutralizing antibodies against SARS-CoV-2 in COVID-19 patients in Thailand. PLoS ONE, 16: e0246864.

n. Hunsawong T, Fernandez S, Buathong R, Khadthasrima N, Rungrojchareonkit K, Lohachanakul J, Suthangkornkul R, Tayong K, Huang AT, Klungthong C, Chinnawirotpisan P, Poolpanichupatam Y, Jones AR, Lombardini ED, Wacharapluesadee S, **Putcharoen O**. (2021). Limited and Short-Lasting Virus Neutralizing Titers Induced by Inactivated SARS-CoV-2 Vaccine. Emerg Infect Dis, 27(12):3178-3180.

o. Jantarabenjakul W, Chantasrisawad N, Puthanakit T, Wacharapluesadee S, Hirankarn N, Ruenjaiman V, Paitoonpong L, Suwanpimolkul G, Torvorapanit P, Pradit R, Sophonphan J, **Putcharoen O**. (2022). Short-term immune response after inactivated SARS-CoV-2 (CoronaVac®, Sinovac) and ChAdOx1 nCoV-19 (Vaxzevria®, Oxford-AstraZeneca) vaccinations in health care workers. Asian Pac J Allergy Immunol, 40(3):269-277.

p. Jantarabenjakul W, Sodsai P, Chantasrisawad N, Jitsatja A, Ninwattana S, Thippamom N, Ruenjaiman V, Tan CW, Pradit R, Sophonphan J, Wacharapluesadee S, Wang LF, Puthanakit T, Hirankarn N, **Putcharoen O**. (2022). Dynamics of Neutralizing Antibody and T-Cell Responses to SARS-CoV-2 and Variants of Concern after Primary Immunization with CoronaVac and Booster with BNT162b2 or ChAdOx1 in Health Care Workers. Vaccines (Basel), 19;10(5):639.

q. Buathong R, Hunsawong T, Wacharapluesadee S, Guharat S, Jirapipatt R, Ninwattana S, Thippamom N, Jitsatja A, Jones AR, Rungrojchareonkit K, Lohachanakul J, Suthangkornkul R, Tayong K, Klungthong C, Fernandez S, **Putcharoen O**. (2022). Homologous or Heterologous COVID-19 Booster Regimens Significantly Impact Sero-Neutralization of SARS-CoV-2 Virus and Its Variants. Vaccines (Basel), 15;10(8):1321.

r. Tan CW, Chia WN, Zhu F, Young BE, Chantasrisawad N, Hwa SH, Yeoh AY, Lim BL, Yap WC, Pada SKMS, Tan SY, Jantarabenjakul W, Toh LK, Chen S, Zhang J, Mah YY, Chen VC, Chen MI, Wacharapluesadee S, Sigal A, **Putcharoen O**, Lye DC, Wang LF. (2022). SARS-CoV-2 Omicron variant emerged under immune selection. Nat Microbiol. 7(11):1756-1761.

s. Wacharapluesadee S, Hirunpatrawong P, Petcharat S, Torvorapanit P, Jitsatja A, Thippamom N, Ninwattana S, Phanlop C, Buathong R, Tangwangvivat R, Klungthong C, Chinnawirotpisan P, Hunsawong T, Suthum K, Komolsiri S, Jones AR, Fernandez S**, Putcharoen O.** (2023). Simultaneous detection of omicron and other SARS-CoV-2 variants by multiplex PCR MassARRAY technology. Sci Rep, 6;13(1):2089.

## E. IMPACT

**E.1 WHAT IS THE IMPACT ON THE DEVELOPMENT OF HUMAN RESOURCES?**

Not Applicable

**E.2 WHAT IS THE IMPACT ON PHYSICAL, INSTITUTIONAL, OR INFORMATION RESOURCES THAT FORM INFRASTRUCTURE?**

EID-SEARCH project, in collaboration with Conservation Medicine in Malaysia, is committed to build in-country capacity for emerging infectious surveillance, the long-term collaboration with local government and institutions in Malaysia has led to significant infrastructure improvement as detailed below:

In January 2020, Conservation Medicine started the process of getting the Wildlife Health, Genetic and Forensic Laboratory (WHGFL) in Sabah, a BSL-2 laboratory certified to CDC and NIH laboratory standards, that Conservation Medicine designed and with support from EcoHealth Alliance established with Sabah Wildlife Department (SWD), ISO 17025 accredited. This accreditation will allow the laboratory to conduct forensic investigations for the Sabah Wildlife Department, an important development in combatting the illegal wildlife trade and its associated risks with the spread of zoonotic disease. The accreditation will also include the Disease Unit coordinated by Conservation Medicine and our CoV, PMV, and FLV testing. From 1st April 2020, we started the ISO 17025 training (16 people trained to date) and document preparations with guidance from our consultant. The document audit with Standards Malaysia was conducted on 28th July 2022, and we were found to be adequate. The pre-assessment on-site audit with Standards Malaysia was conducted on 12-13 January 2023. Addressing the few non-conformities identified during this audit is ongoing, and we are working closely with SWD with the hope of having the lab accredited before the end of 2023.

On 18 July 2022, the WHGFL in Sabah was certified for the ninth year in a row as a BSL- 2 laboratory, in accordance with the Biosafety in Microbiological and Biomedical Laboratories (BMBL) 5th Edition (December 2009), which is the US standard for laboratory specifications.

On 3 October 2022, the Molecular Zoonosis Laboratory at PERHILITAN's National Wildlife Forensic Laboratory was certified for the sixth year in a row as a BSL-2 laboratory in accordance with the Biosafety in Microbiological and Biomedical Laboratories (BMBL) 5th Edition (December 2009).

On 27 February 2023, with approved funding, EID-SEARCH/Conservation Medicine purchased the MAGPIX Multiplex System for serology work in Sabah. This will be located at the Borneo Medical and Health Research Centre (BMHRC) and Universiti Malaysia Sabah (UMS). It will be used to screen human and wildlife samples for EID-SEARCH as agreed with Sabah State Health Department, SWD, and UMS. Conservation Medicine are working with BMHRC to get the lab ready, so that the wildlife serology screening can start in June 2023, followed by human serology once all approvals are in place. The laboratory and work will be managed according to internationally recognized BioSafety standards.

Additional resources were kindly provided by the NIAID Office of Global Research (OGR) via the CREID network, which helped to improve the molecular viral screening and characterization capacity in Thailand and Malaysia.

**E.3 WHAT IS THE IMPACT ON TECHNOLOGY TRANSFER?**

Not Applicable

**E.4 WHAT DOLLAR AMOUNT OF THE AWARD'S BUDGET IS BEING SPENT IN FOREIGN COUNTRY(IES)?**

| Dollar Amount | Country |
| --- | --- |

| | |
|---|---|
| $431,551 | MALAYSIA |
| $108,006 | SINGAPORE |
| $215,944 | THAILAND |

# F. CHANGES

## F.1 CHANGES IN APPROACH AND REASONS FOR CHANGE

Not Applicable

## F.2 ACTUAL OR ANTICIPATED CHALLENGES OR DELAYS AND ACTIONS OR PLANS TO RESOLVE THEM

The biggest challenge we have encountered during this reporting period goes back to the large number of hospitalized patients in local hospitals due to COVID-19. Patient influx delayed human participant enrollment at targeted hospital sites and the subsequent laboratory analysis we anticipated in Year 2. During Year 3, we have worked hard to address this challenge and will increase human enrollment at both hospital and community sites in Malaysia and Thailand as we move into Year 4. To address these issues, we have 1) added additional hospitals, including both larger hospitals and community clinics; 2) refined the study tools and provided refresher training to hospital staff to improve the enrollment and data collection procedures to allow faster processing. Meanwhile, we have included 3) archived samples with the undiagnosed causes of infection or death cases of encephalitis from the local surveillance program into this program.

In Malaysia, while waiting for government approval for human surveillance, we have continued working on archived human samples and are already getting exciting results, which will be reported to NIAID after they are validated and approved in the coming weeks.

## F.3 SIGNIFICANT CHANGES TO HUMAN SUBJECTS, VERTEBRATE ANIMALS, BIOHAZARDS, AND/OR SELECT AGENTS

### F.3.a Human Subject

No Change

### F.3.b Vertebrate Animals

No Change

### F.3.c Biohazards

No Change

### F.3.d Select Agents

No Change

## G. SPECIAL REPORTING REQUIREMENTS SPECIAL REPORTING REQUIREMENTS

**G.1 SPECIAL NOTICE OF AWARD TERMS AND FUNDING OPPORTUNITIES ANNOUNCEMENT REPORTING REQUIREMENTS**

File(s) uploaded:
G.1 Special reporting requirement_final.pdf

**G.2 RESPONSIBLE CONDUCT OF RESEARCH**

Not Applicable

**G.3 MENTOR'S REPORT OR SPONSOR COMMENTS**

Not Applicable

**G.4 HUMAN SUBJECTS**

| Sub-Project ID | Study ID | Study Title | Delayed Onset | Clinical Trial | NCT | NIH-Defined Phase 3 | ACT |
|---|---|---|---|---|---|---|---|
| | 293221 | Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia | NO | NO | | | |
| | 380835 | Monitoring and characterizing SARS-CoV-2 variants in Thailand | NO | NO | | | |

**G.5 HUMAN SUBJECTS EDUCATION REQUIREMENT**

Are there personnel on this project who are newly involved in the design or conduct of human subjects research?

No

**G.6 HUMAN EMBRYONIC STEM CELLS (HESCS)**

Does this project involve human embryonic stem cells (only hESC lines listed as approved in the NIH Registry may be used in NIH funded research)?

No

**G.7 VERTEBRATE ANIMALS**

Does this project involve vertebrate animals?

Yes

## G.8 PROJECT/PERFORMANCE SITES

| Organization Name | UEI | Congressional District | Address |
|---|---|---|---|
| **Primary:** ECOHEALTH ALLIANCE, INC. | TKS7NBB4JDN6 | NY-010 | 520 Eighth Avenue SUITE 1200 NEW YORK, NY 100184183 |
| Chulalongkorn University | L237QX57L1K7 | | 254 Phayathai Road Pathumwan, Bangkok, 10330 |
| Conservation Medicine | XKAJBKBNJLV7 | | 13H Villamas Condo Villamas Jalan Villamas Sungai Buloh, NONE 47000 |
| National University of Singapore | KZGWU4FU9UK5 | | 21 Lower Kent Ridge Road Singapore, NONE 119077 |
| Uniformed Services University | UYLKBRENAPG5 | MD-008 | 4301 Jones Bridge Rd Bethesda, MD 208144799 |
| University of North Carolina, Chapel Hill | D3LHU66KBLD5 | NC-004 | 135 Dauer Drive Chapel Hill, NC 275997400 |
| National Emerging Infectious Diseases Laboratories | FBYMGMHW4X95 | MA-007 | 620 Albany St. Boston, MA 021182516 |

## G.9 FOREIGN COMPONENT

**Organization Name:** Chulalongkorn University
**Country:** THAILAND
**Description of Foreign Component:**
The site will 1) collect biological specimens from target animal and human populations; 2) collect questionnaire survey data from target human populations; 3) conduct laboratory RT-PCR testing, sequencing, and serological testing with collected specimens; 4) conduct viral isolation, full genome sequencing and initial data analysis; and 5) share data and samples with US collaborator.


**Organization Name:** Conservation Medicine
**Country:** MALAYSIA
**Description of Foreign Component:**
The site will 1) collect biological specimens from target animal and human populations; 2) collect questionnaire survey data from target human populations; 3) conduct laboratory RT-PCR testing, sequencing, and serological testing with collected specimens; 4) conduct viral isolation, full genome sequencing, and initial data analysis; and 5) share data and samples with US collaborators.


**Organization Name:** Duke-NUS Medical School
**Country:** SINGAPORE

**Description of Foreign Component:**
The site will 1) develop serological platforms for the human biological sample testing; 2) provide the serological assays to project collaborators in Thailand and Malaysia; and 3) provide lab technical support and consultation regarding any specific pathogens that are identified as high interest to the CREID and NIH.

**G.10 ESTIMATED UNOBLIGATED BALANCE**

**G.10.a Is it anticipated that an estimated unobligated balance (including prior year carryover) will be greater than 25% of the current year's total approved budget?**

No

**G.11 PROGRAM INCOME**

**Is program income anticipated during the next budget period?** No

**G.12 F&A COSTS**

**Is there a change in performance sites that will affect F&A costs?**

No

All special reporting requirements specified in the award terms and conditions in the Notice of Award (NoA) have been addressed and reported to the Grants Management Specialist and Program Office.

EcoHealth Alliance certifies that during the current reporting period, onsite subrecipient facility inspections were conducted as required in our NoA to ensure that subaward activities are being properly executed.

Case 1:23-cv-02295-RDM   Document 37   Filed 12/20/24   Page 69 of 354

**Section 1 - Basic Information (Study 293221)**

1.1. Study Title *

Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia

1.2. Is this study exempt from Federal
Regulations *                                          ○ Yes        ● No

1.3. Exemption Number                      ❑ 1    ❑ 2    ❑ 3    ❑ 4    ❑ 5    ❑ 6    ❑ 7    ❑ 8

1.4. Clinical Trial Questionnaire *

    1.4.a. Does the study involve human participants?                     ● Yes                ○ No

    1.4.b. Are the participants prospectively assigned to an intervention?    ○ Yes                ● No

    1.4.c. Is the study designed to evaluate the effect of the intervention on the
    participants?                                                        ○ Yes                ● No

    1.4.d. Is the effect that will be evaluated a health-related biomedical or
    behavioral outcome?                                                  ○ Yes                ● No

1.5. Provide the ClinicalTrials.gov Identifier (e.g.
NCT87654321) for this trial, if applicable

Daszak, Peter

Human Subjects Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

## Section 2 - Study Population Characteristics (Study 293221)

2.1. Conditions or Focus of Study

　○　Humans living in geographic hotspot areas/close contact with wild animals

2.2. Eligibility Criteria

ELIGIBILITY CRITERIA

Participants to be enrolled in this study will be individuals from Thailand (Ratchaburi and Chonburi provinces), Peninsular Malaysia, Sabah Malaysia, or Sarawak # 12 years old living or working around wildlife habitats (e.g. bat caves/roosts), those who hunt wildlife, work with wildlife or livestock farming, transportation, selling, or slaughtering wildlife or visiting or working in high-risk sites (e.g. wildlife markets) who meet the inclusion criteria outlined below. Study sites are prioritized based on the hotspot geographic areas described in Aim 1, according to ecological and epidemiological conditions associated with a high risk for the coronaviruses, henipaviruses, filoviruses spillover.

Research participants will be enrolled in two settings:

1. Community - We aim to enroll and collect biological samples and survey responses individuals' living, working, or visiting targeted high-risk communities (as defined above) who have close contact with wildlife, specifically bats, rodents, non-human primates, with a range of exposures to these animals. Enrolled research participants will be asked to provide biological samples and complete a questionnaire that is designed to obtain detailed information into wildlife contact frequency and exposures related to: 1) occupation and occupational exposures; 2) observed or reported interactions with priority wildlife, especially bats, in/around house and other livestock animals (e.g. farming, butchering, slaughtering); 3) proximity of residence or work place to environments of increased risks, e.g. nearby bat roosts; 4) working or regular visitor to animal markets; 5) self-reported symptoms relating to a) severe/acute respiratory illness (SARI/ARI); b) Influenza-like illness (ILI); c) fever of unknown origin (FUO); d) encephalitis; or e) hemorrhagic fever; or f) diarrhea in combination with any of the previously mentioned illnesses within the 12 months and lifetime.
Additional inclusion criteria:
•　Adults (18 years of age or older) who provide informed consent
•　Children aged 12-17 years of age who provide assent along with an accompanying parent or guardian who is able to provide informed consent and
•　Pregnant women will be considered eligible for inclusion
Exclusion criteria:
•　Adults (18 years of age or older) who are unable to provide informed consent, including individuals with physiologically or medically induced cognitive impairments
•　Individuals under 12 years of age
•　Children without an accompanying parent or guardian who is able to provide informed consent, or a child 12-17 years old unable or unwilling to provide assent or children who are wards of the state
•　Prisoners

2. Hospital - Both out-patients and in-patients at clinics or hospitals presenting with clinically defined symptoms of 1) severe/ acute respiratory illness (SARI/ARI); 2) Influenza-like illness (ILI); 3) fever of unknown origin (FUO); 4) encephalitis; or 5) hemorrhagic fever; or 6) diarrhea in combination with any of the previously mentioned illnesses of unknown etiology. Biological samples will be collected from the patients and the patient, will complete a questionnaire. We will follow up with these participants 35 days after enrollment to collect another biological sample to assess the development of IgG/IgM and collect additional data on the course of symptoms in the interim period.
Additional inclusion criteria:
•　Adults (18 years of age or greater) who provide informed consent
•　Children aged 12-17 years of age who provide assent along with an accompanying parent or guardian who is able to provide informed consent and
•　Pregnant women will be considered eligible for inclusion
Exclusion criteria:
•　Individuals over the age of 12 years who refuse to provide informed consent
•　Adults unable to provide informed consent, including individuals with physiologically or medically induced cognitive impairments
•　Children, aged 12-17 years, without an accompanying parent or guardian who is able to provide informed consent, or a child aged 12 to 17 who is unable or unwilling to provide assent
•　Children < 12 years of age or children who are wards of the state
•　Prisoners

2.3. Age Limits　　　　　　　　　　　　　　Min Age:　12 Years　　　　　　　Max Age:　N/A (No limit)

2.3.a. Inclusion of Individuals Across the Lifespan

Daszak, Peter
Human Subject Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou
Case 1:23-cv-02893-JPB   Document 37   Filed 12/20/24   Page 71 of 354

| | |
|---|---|
| 2.4. Inclusion of Women and Minorities | Inclusion_of_Women_Min_Children_FINAL.pdf |
| 2.5. Recruitment and Retention Plan | Section_2_Attm_Recruitment_Retention_Plan_FINAL.pdf |
| 2.6. Recruitment Status | Not yet recruiting |
| 2.7. Study Timeline | Section_2_Attm_Study_Timeline_FINAL.pdf |
| 2.8. Enrollment of First Participant (SEE SECTION 6.3) | |

**INCLUSION OF WOMEN AND MINORITIES:**

This study will enroll men and women, including pregnant women, as study participants. Subjects will be enrolled in this study without regard to ethnicity.

Women who volunteer to participate are not at an increased risk based on pregnancy status and are at the same exposure risk as non-pregnant women. Every effort will be made to protect the privacy, dignity, and well-being of all study participants especially special populations who participate in this study.

Individuals in sub-sites in selected geographic hotspot regions will be the primary mechanism for identifying subjects. We will make every effort to have men and women equally represented in this study and no individuals will be excluded based on ethnicity.

- **At community sites,** living or working around wildlife habitats (e.g. bat caves/roosts), who hunt wildlife, work with wildlife or livestock farming, transportation, selling, or slaughtering wildlife in the surveyed areas will be the primary criteria for identifying participants in community.

- **At clinic sites**, only patients who present at the healthcare facility who meet the clinical case definition of 1) severe/acute respiratory illness (SARI/ARI); 2) Influenza-like illness (ILI); 3) fever of unknown origin (FUO); 4) encephalitis; or 5) hemorrhagic fever; or 6) diarrhea in combination with any of the previously mentioned illnesses of unknown etiology will be recruited for this study, and no patients will be excluded based on ethnicity or gender.

**INCLUSION OF CHILDREN:**

Children aged 12–17 years will be included in this study, and there will be no maximum age restriction for adults, at both community and clinical sites

- Previous clinic-based studies have shown that children are one of the major populations who present to healthcare facilities with severe/acute respiratory illness (SARI/ARI), Influenza-like illness (ILI), or fever of unknown origin (FUO). Our behavioral study in Thailand and Malaysia also suggested the close contact with wild animals among children in the study regions via activities of animal hunting, trade, or butchering.

- Children aged 12 years or older are post-primary school in Thailand and Malaysia and are able to comprehend and respond to the questionnaire autonomously which increases the reliability of responses. We will not enroll children aged 12-17 years without an accompanying parent or guardian who is able to provide informed consent, or a child aged 12-17 who is unable to or unwilling to provide assent.

- Children under age 12 in target communities are mainly school children who have very limited exposures to wild animals under the scenarios of interest to the study, and ethically we do not want to collect or enroll participants without strong scientific need for inclusion. We will not enroll children who are wars of the state

- Every effort will be made to protect the privacy, dignity, and well-being of children who participate in this study. Our in-country human research team are well-trained medical doctors and researchers who have extensive experience working with children, as well as their parents, at both community and clinical settings. Prior to the start of human subject research activities, all research staff will be CITI-trained and further trained on conducting ethical human subject research training including a module on the special considerations for working with children

Case 1:23-cv-02295-JPO    Document 37    Filed 12/20/24    Page 73 of 354

regarding risk and coercion. Enrollment of children will be monitored and annually reported to the IRB.

## RECRUITMENT AND RETENTION PLAN

In order to improve recruitment within target communities, introductory visits will be made by project staff to each of the selected sub-sites. These visits will be advertised through word of mouth and a project description letter to village/town/city leaders and letters that can be posted or shared in a central community location. The letter will inform the community that a team will be coming on a particular day(s) to enroll voluntary participants and after discuss health issues related to animal contact. This letter will be for informational sharing not be used for recruitment purposes. It will only be used to inform the community of the research visits. The project description letter will be written in the local language with a Flesch–Kincaid readability score equivalent to a 7th grade reading level or below (primary school in Thailand and Malaysia), to assure that community leaders and potential community participants understand the study purpose, eligibility, and inclusion guidelines.

Community visits will begin with discussions and meetings with local authorities and community leaders to introduce ourselves and our project, and when appropriate following approval from local authorities, the study team will post flyers to inform the community when the team will be speaking about enrollment and later coming back to enroll interested individuals. Attending this "town hall" style meeting will be completely voluntary and based on our experience, those interested are likely to attend. Although local authorities may be present to introduce the study team members, they will not be involved in the recruitment and/or consent of the participants for the study. Individuals will be clearly informed during the recruitment process that their participation in the study is voluntary. If research visits or recruitment events are held at a workplace individuals choice of involvement will not impact their employment, nor will information discussed be shared with employers. With local permissions and accompanied by local community leaders, district health officers, or authorities the study team members will engage in community town halls and 'walkabouts' during which they will discuss study details, dates, times, and locations for enrollment and participation in the study.

Participation in the study will be strictly voluntary and will require signed informed consent for all participants and signed assent for participants aged 12-17 along with parent or guardian consent. During the enrollment process interested individuals will be given a consent form and research staff will read the consent form to potential participants. Together they will review the consent form and study staff will explain details of the study including: why they were selected, what the study procedures are and what will be expected from them, potential risks and benefits of their participation, that their participation is completely voluntary, and that they can withdraw their participation at any time. After reviewing the consent form individuals will be given as much time as needed to ask questions. At that time if individuals wish to participate they will sign two copies of the consent form and it will be countersigned by the research staff, with a copy given to the participant for their records. Included in the consent form is the contact information for local research staff and a local IRB contact for participants if they have questions in the future. Responses will be kept strictly confidential. Measures will be taken to assure the privacy, dignity, and respect of each participant. Ethical human subjects research methods will be a focus in all training of research staff, we will emphasize the importance of avoiding coercion during enrollment and protecting the privacy of participants.

**Community-based recruitment**: Participants from the community will be recruited through town hall meetings and community 'walkabouts' as described above. Meeting dates, times, and locations for enrollment and participation will be shared during these activities, and individuals who wish to enroll can volunteer to participate at these times and locations.

**Clinic-based recruitment**: Patients eligible for enrollment will be identified during standard intake procedures or from overnight intake logs, or in the emergency room, ward, or intensive care unit of each participating clinic or hospital by collaborating clinic staff. Employed staff at each location will identify potential participants meeting the clinical case definition of 1) severe/acute respiratory illness (SARI/ARI); 2) Influenza-like illness (ILI); 3) fever of unknown origin (FUO); 4) encephalitis; 5) hemorrhagic fever; or 6) diarrhea in combination with any of the previously mentioned illnesses of unknown etiology. Patients will be screened for eligibility according to the inclusion/exclusion criteria based on available clinical information and clinical presentation.

We have set a minimum target enrollment sample size to detect live virus in patients at each hospital assuming a population prevalence of 1% with a 95% probability. We will work with the local institution review board to determine the maximum enrollment of patients without undue burden on the population. However, in larger

tertiary healthcare centers where many cases fitting study inclusion are expected or are being enrolled we will regularly evaluate enrollment logs to be sure we are prepared to collect samples throughout the length of the sample collection timeline as to not miss a change in circulating virus. If we need to control the number of patients being enrolled at a hospital interval sampling will be implemented by selecting every Nth case of those individuals who meet enrollment criteria. The interval will be determined in collaboration with the local research staff and implementing partners based on an evaluation of the enrolled participants to date and expected number of cases presenting at the site within a given year in order to best meet study design and sample size criteria and stay IRB compliant. In terms of retention, we will express our gratitude to subjects for their participation and discuss the research importance of the follow-up data collection. Nonetheless, we expect to have an approximate 40% loss to follow up and have included this in our sample size calculations.

Daszak, Peter

Human Subject Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Case 1:25-cv-02935-JSR   Document 37   Filed 12/20/24   Page 76 of 354

Program Director/Principal Investigator: Daszak, Peter

**STUDY TIMELINE**

At each sampling time point, patients/participants will be asked to volunteer approximately 1 hour of their time for participation in the study, including providing biological samples and completing the questionnaire.

This will be an ongoing five-year project from the time of award.
- We anticipate obtaining all required IRB approvals and local permissions in the first 6 months of projects;
- We will start human subject enrollment at community and clinical sites in Year 0.5 at the earliest, and enrollment will continue through Year 5, to be completed by the conclusion of the project;
- Human sample testing will start in Year 0.5 at the earliest, with completion of analyses by the end of the award.

Daszak, Peter

Human Subject Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Contact PD/PI: Daszak, Peter

2.9. Inclusion Enrollment Reports

| IER ID# | Enrollment Location Type | Enrollment Location |
|---------|--------------------------|---------------------|
| IER 291622 | Foreign | Ratchaburi and Chonburi provinces in Thailand; Peninsular Malaysia, Sabah Malaysia, and Sarawak in Malaysia |

## Inclusion Enrollment Report 291622

1. Inclusion Enrollment Report Title* :  Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia

2. Using an Existing Dataset or Resource* :  ● Yes   ○ No

3. Enrollment Location Type* :  ○ Domestic   ● Foreign

4. Enrollment Country(ies):  MYS: MALAYSIA, THA: THAILAND

5. Enrollment Location(s):  Ratchaburi and Chonburi provinces in Thailand; Peninsular Malaysia, Sabah Malaysia, and Sarawak in Malaysia

6. Comments:

### Planned

| Racial Categories | Ethnic Categories | | | | Total |
|---|---|---|---|---|---|
| | Not Hispanic or Latino | | Hispanic or Latino | | |
| | Female | Male | Female | Male | |
| American Indian/ Alaska Native | 0 | 0 | 0 | 0 | 0 |
| Asian | 4150 | 4150 | 0 | 0 | 8300 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 |
| More than One Race | 0 | 0 | 0 | 0 | 0 |
| **Total** | 4150 | 4150 | 0 | 0 | 8300 |

### Cumulative (Actual)

| Racial Categories | Ethnic Categories | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Not Hispanic or Latino | | | Hispanic or Latino | | | Unknown/Not Reported Ethnicity | | | |
| | Female | Male | Unknown/ Not Reported | Female | Male | Unknown/ Not Reported | Female | Male | Unknown/ Not Reported | |
| American Indian/ Alaska Native | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 53 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 117 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| More than One Race | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Unknown or Not Reported | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 53 | 64 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 117 |

Daszak, Peter

Human Subjects Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Case 1:25-cv-02935-PGG    Document 37    Filed 12/20/24    Page 79 of 354

**Section 3 - Protection and Monitoring Plans (Study 293221)**

3.1. Protection of Human Subjects                    Section_3_Protection_Human_Subjects_FINAL.pdf

3.2. Is this a multi-site study that will use the same protocol to    ● Yes      ○ No      ○ N/A
conduct non-exempt human subjects research at more than one
domestic site?

       Single IRB plan attachment                    Section_3_sIRB_plan_FINAL.pdf

3.3. Data and Safety Monitoring Plan

3.4. Will a Data and Safety Monitoring Board be appointed for    ○ Yes      ● No
this study?

3.5. Overall structure of the study team

Daszak, Peter

Human Subjects Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Contract No. HHSN272201400006C Page 80 of 354

Program Director/Principal Investigator: Daszak, Peter

**PROTECTION OF HUMAN SUBJECTS**:

## 1. Risks to Human Subjects

### 1.1 Human Subjects Involvement, Characteristics, and Design

This project is a study of human spillover and exposure to animal coronaviruses, henipaviruses, and filoviruses in Southeast Asia, with active sample collection in Thailand and Malaysia and testing of archived samples in Singapore. As there is substantial evidence that these viruses likely spillover regularly to people, are often unreported or misdiagnosed and thus underestimated; and this targeted surveillance and detection of spillover and illness in at-risk human populations can be used as an 'early warning system' to conduct public health interventions and disrupt disease emergence Subjects will be enrolled on a voluntary basis and informed consent will be obtained from all participants and assent from all participants aged 12-17. Consenting participants will provide biological samples for PCR or serological testing and complete a questionnaire to collect information on wildlife exposures and frequency. Subjects will be individuals: 1) who are highly exposed to wildlife, specifically bats, rodents, and non-human primates, in community settings, through hunting, butchering, or general handling within the context of their living or working environments ($\geq$ 18 years old); and 2) patients admitted to hospitals and clinics presenting with disease symptoms of clinically-defined 1) severe/acute respiratory illness (SARI/ARI); 2) Influenza-like illness (ILI); 3) fever of unknown origin (FUO); 4) encephalitis; or 5) hemorrhagic fever; or 6) diarrhea in combination with any of the previously mentioned illnesses of unknown etiology.

The study population will be selected from the subnational geographic hotspot regions listed in Aim 1. We will enroll participants from: 1) communities at 4 sub-sites from each of the regions of interest in Ratchaburi (Thailand), Chonburi (Thailand), Peninsular Malaysia, Sabah Malaysia, and Sarawak, 175 individuals from each of sub-site in the 5 regions will be collected and pooled across the region for a total of 700 participants per region, allowing us to make region-level comparisons of differing effects, enrolling a total of 3,500 participants; and 2) patients from the selected 2 town-level level clinics and 2 provincial-level hospitals in each of the geographic regions of Thailand, Peninsular Malaysia, Sabah and Sarawak, we will enroll a minimum of 300 participants per clinic or hospital, for a total of 16 healthcare facilities and 4,800 total clinical participants. This will yield 2,880 participants that will be available for follow-up blood sampling assuming for an estimated 40% loss from follow-up. The community and clinical sites are further defined in Specific Aims 2 and 3.

There are no data to suggest a gender or ethnic bias for coronaviruses, henipaviruses, and filoviruses exposure or infection, therefore individuals will be enrolled based on exposure criteria alone and individuals will not be excluded based on ethnicity or gender. We will also monitor sampling enrollment to ensure equal representation of sex, demographic, and socio-economic factors in each community site.

### 1.2 Sources of Materials

Biological samples to be collected and tested for coronaviruses, henipaviruses, and filoviruses include whole blood, serum, and nasal/oropharyngeal swabs. Samples will be collected by locally trained medical personnel and a questionnaire will be administered by research or collaborating staff from the local hospitals and clinics.

<u>In community sites</u>, whole blood samples will be collected from participants one time during the data collection period during Years 2-5 of the study. The whole blood samples will be aliquoted into at least one max. 500 µL whole blood and two 500 µL serum samples. Samples will be tested for coronaviruses, henipaviruses, and filoviruses using developed ELISA by consortium partners. For participants who report the symptoms relating to 1) severe/acute respiratory illness (SARI/ARI); 2) Influenza-like illness (ILI); 3) fever of unknown origin (FUO); 4) encephalitis; or 5) hemorrhagic fever; or 6) diarrhea in combination with any of the previously mentioned illnesses of unknown etiology within the last 10 days, an additional sample type will be collected, nasal or oropharyngeal swabs (2x). These samples will be marked for additional PCR-based assays to identify presence of known and novel coronaviruses, henipaviruses and

filoviruses, and for isolation and biological characterization of potential pathogens if PCR results are positive.

<u>In clinic sites</u>, both whole blood samples and nasal/oropharyngeal swabs will be collected at enrollment, whole blood samples will be aliquoted into at least one max. 500 µL whole blood and two 500 µL serum samples. Samples will be tested for coronaviruses, henipaviruses, and filoviruses using consensus PCR (cPCR). We will follow up 35 days after enrollment to collect an additional blood sample of 5mL to be separated and aliquoted into a minimum of two 500 µL serum samples that will be serological tested with the developed ELISA assay.

All blood samples will be kept frozen for future harvesting of Peripheral Blood Mononuclear Cells (PBMCs) for those study participants whose serum tests are positive for emerging viral pathogens. These will be used for harvesting polyclonal and monoclonal antibodies as potential therapeutics.

During data collection a standardized questionnaire will be administered to both community and clinic participants. This survey will collect data on exposure type and frequency with wildlife focusing on: 1) occupation and occupational exposures; 2) observed or reported interactions with wildlife, especially bats, rodents, and non-human primates, in/around house; 3) proximity of residence or workplace to environments of increased risks, e.g. nearby bat roosts; 4) working or regular visitor to animal markets; 5) self-reported ILI/SARI clinical diagnosis or symptoms in the past 12 months. During the follow-up with clinic participants a standardized questionnaire supplement will be administered to collect additional data on the course of symptoms in the interim period. All electronic data will be password protected, and all hardcopy files and biological samples will be stored in secure storage facilities. All consent forms and participant logs will be stored separately from research data in locked filing cabinets.

**1.3 Potential Risks**
The potential risks to study participants as a result of study participation are minimal. The biological specimen will be collected by locally certified healthcare professionals proficient in phlebotomy techniques, the volume of blood being collected is within normal safety limits and the swab sample is not overly invasive. The questionnaire will be designed to assess exposure risk and may ask personal questions, however, administration will be conducted privately and confidentially to protect individuals' personal health and exposure information. There may be some stress or discomfort for participants who are informed that they have been exposed to a zoonotic virus, to reduce this counseling will be available and options for future medical care will be included in the discussion with the health official or physician reporting results back to individuals.

**2. Adequacy of Protection against Risks**

**2.1 Recruitment and Informed Consent**
Potential study participants at each site will be recruited after obtaining local permissions and support from local community leaders, district health officers, and/or authorities the study team members will engage in community town hall meetings and 'walkabouts' during which they will discuss study details, dates, times, and locations for enrollment and participation in the study for individuals who wish volunteer to participate. The team will be trained on conducting ethical human subjects research before the commencement of data collection and enrollment of participants. This will include the importance of avoiding coercion during enrollment, protecting the privacy of participants, how to effectively communicate the research objectives, what is being asked of participants, any risks or benefits to participation, with sufficient support to be able to address any questions that potential participants may have. Training will also include a module on special populations for advanced training on working with minors during human subjects research. During the enrollment process interested individuals will be given a consent form in the local language and research staff will read the consent form to potential participants, via an interpreter in local dialects if necessary. Together they will review the consent form and study staff will explain details of the study including: why they were selected, what the study procedures are and what will be expected from them, potential risks and benefits of their participation, that their participation is completely voluntary, and that they can withdraw their participation at any time. After reviewing the consent form individuals will be given as much time as needed to

Human Subjects Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Program Director/Principal Investigator: Daszak, Peter

ask questions. At that time if individuals wish to participate they will sign two copies of the consent form and it will be countersigned by the research staff, with a copy given to the participant for their records. Contact details for local research staff member, a local IRB contact, and project PI will be provided to all subjects in the consent form to answer any future questions or requests for withdrawal participants may have.

## 2.2 Protection against Risks

<u>Biological sample collection</u>: collection of whole blood samples and nasal or oropharyngeal swab samples pose minimal risk to subjects. The potential complications associated with whole blood draw include pain and/or hematoma at the site of venipuncture. Nasal or oropharyngeal swab sample collection may cause minor irritation at the time of collection. To protect against and minimize potential complications, all biological sampling will be done by a locally trained and certified healthcare professional and/or clinic staff, and the sample collection sites will be monitored according to existing health facility protocols.

<u>Risk factor questionnaire survey</u>: potential risks associated with the administration of the questionnaire may be discomfort or concern providing responses related to wild animal contact or consumption if practices are taboo or prohibited by local laws. To minimize this risk, questionnaire data will be collected in a strictly confidential manner. The questionnaire will be conducted in private, ensuring that others cannot overhear participant responses and a barrier will be used or created so that no other individuals can view the participants. Depending on the location, this could be a private room, behind a building or fence, or behind a line of trees, obstructing view so that confidentiality may be maintained. The interview team will take care to pair interviewers and participants by sex to the best of their ability to increase the level of comfort of the participant and the team will ensure the privacy and confidentiality of response data. Children aged 12-17 will not be interviewed in the absence of a parent or guardian. Every effort will be made to ensure the privacy, dignity, and well-being of children and adults who participate in this study. In addition, identifying information will not be linked to responses, and data will be stored in secure, password protected files or locked secure storage facilities.

Participants may feel some stress or discomfort if informed that they have been exposed to a known or novel zoonotic virus, to reduce this counseling will be available and options for future medical care will be included in the discussion with the health official or physician reporting results back to individuals. Additionally, we will provide participating hospitals, clinicians, and community leaders with information and background data on relevant zoonotic viruses.

## 3. Potential Benefits to Subjects and Others

There are no measurable benefits to the individual study participants enrolled in this study. There may be secondary benefits including receiving a physical exam/health check from a medical officer at the time of enrollment or advanced non-diagnostic testing assays that add clarity medical history for clinic participants. There are also benefits to the community and regional healthcare providers understand the risk of zoonotic infections among high-risk populations. At the conclusion of the study, we will deliver an educational workshop reporting study findings that will be open to both study and non-study participants, describing the health benefits of using PPE and hand-washing during animal handling activities throughout the day, as well as to share other prevention interventions that emerge from the research data.

## 4. The Importance of Knowledge to be Gained

There are valuable potential benefits to the general public from the knowledge to be gained from this study. One key benefit of this study to the community an understanding the risk of zoonotic spillover events among high-risk populations. This strategy for targeted surveillance and detection of spillover and illness in at-risk human populations can be used as an 'early warning system' to conduct public health interventions and disrupt disease emergence. As well as share information with communities on practices that could reduce exposure and related health risks such as the avoidance of particular animals or the need for PPE and extra care when handling wildlife may substantially reduce the risk zoonotic pathogen transmission.

Knowledge gained will also increase understanding of the conditions and human activities associated with the introduction of zoonotic infections into human populations, which may have implications for disease control more broadly.

Daszak, Peter

Human Subjects Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...

Case 1:23-cv-02993-SHR Document 37 Filed 12/12/24 Page 84 of 354

**SINGLE INSTITUIONAL REVIEW BOARD (sIRB)**

In compliance with the NIH Policy on the use of a single IRB of record for multi-site research EcoHealth Alliance will prepare, submit, and work the institutional review board that follows the ethical standards set forth by the HHS regulations at 45 CFR 46. Once this single IRB is approved in the US it will functions as the IRB of record and will be relied on at all planned sites and any future sites.

We are currently anticipating working with HummingbirdIRB to serve as the IRB of record for all study sites. All of our local research partners, partner institutions, and study staff will rely on the IRB protocol that is approved at the IRB of record for all planned and future sites where data collection will occur. All data collection (biological and questionnaire) procedures and protocols and consent processes will be conducted using the same protocols outlined in the approved IRB of record and consistent for all location sites. The approved protocol at IRB of record will serve as the foundation for all locally submitted IRB packages in all partner countries, Thailand, Malaysia, and potential Singapore for inclusion of archived samples for testing.

EcoHealth Alliance will submit for IRB approval and maintain all records, and annually manage and submit for continuing review approvals at the IRB of record. Additionally, EcoHealth Alliance will manage the authorization and reliance agreements between partners and implementation the communication plan. Each partner implementing human subjects research in Thailand, Malaysia, and Singapore will maintain regular communication with scheduled updates to the EcoHealth Alliance point of contact on enrollment and recruitment numbers, breakdown of enrollment of special populations and report any adverse events within 8 hours if not sooner.

Prior to commencing study enrollment or sample testing, the partner organization that is managing human subjects enrollment in Thailand, Malaysia, and Singapore will sign a reliance agreement that will acknowledge the role of the IRB of record and responsibilities of the participating institutional partners.

Daszak, Peter
Human Subject Report (Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Sou...
Case 1:25-cv-02935-H    Document 37    Filed 12/20/24    Page 85 of 354

## Section 4 - Protocol Synopsis (Study 293221)

4.1. Study Design

    4.1.a. Detailed Description

    4.1.b. Primary Purpose

    4.1.c. Interventions

| Type | Name | Description |
|------|------|-------------|
|      |      |             |

    4.1.d. Study Phase

        Is this an NIH-defined Phase III Clinical Trial?    ○ Yes    ○ No

    4.1.e. Intervention Model

    4.1.f. Masking    ○ Yes    ○ No

        ☐ Participant    ☐ Care Provider    ☐ Investigator    ☐ Outcomes Assessor

    4.1.g. Allocation

4.2. Outcome Measures

| Type | Name | Time Frame | Brief Description |
|------|------|------------|-------------------|
|      |      |            |                   |

4.3. Statistical Design and Power

4.4. Subject Participation Duration

4.5. Will the study use an FDA-regulated intervention?    ○ Yes    ○ No

    4.5.a. If yes, describe the availability of Investigational Product (IP) and Investigational New Drug (IND)/ Investigational Device Exemption (IDE) status

4.6. Is this an applicable clinical trial under FDAAA? (SEE SECTION 6.6)

4.7. Dissemination Plan

| From: | Hongying Li on behalf of Hongying Li <li@ecohealthalliance.org> |
|---|---|
| To: | Supaporn Wacharapluesadee; Chris Broder; Baric, Ralph S; Baric, Toni C; Tom Hughes; Jimmy Lee; Wang Linfa; Mei-Ho Lee; Sasiprapa Ninwattana; Ananporn Jenny supataragul; Spencer Sterling; Tan Chee Wah; Opass ID; Zhu Feng; Gralinski, Lisa E; Ong Xin Mei; eric.laing_usuhs; Edwards, Caitlin E; Khwankamon Rattanatumhi |
| Cc: | Kevin Olival, PhD; Marc Valitutto; Cadhla Firth; Cecilia Sanchez; Alix Villanueva; Aleksei Chmura; Alison Andre; Peter Daszak |
| Subject: | EID-SEARCH NoA and Year 3 Report as submitted |
| Date: | Thursday, April 13, 2023 9:42:25 AM |
| Attachments: | NIH_NOA_1U01AI151797-03 with highlights.pdf |
| | 5U01AI151797 Y3 Annual Report As Submitted_without budget.pdf |

Dear All,

Thank you for the call yesterday!

As discussed, I am sharing the Year 3 Notice of Award (NoA) of the EID-SEARCH project and the Year 3 Research Performance Progress Report (RPPR) report as submitted.

The NoA is issued annually, and this Y3 NoA has been attached to the Y3 contracts we signed. You can see these special requirements as highlighted on Pages 6-7.

In addition to the annual RPPR report (dues April 1 every year), we are also required to submit a semi-annual report. The semi-annual report is less structured compared to the RPPR, focusing on research activities mainly without needing to fill in different sections.

In the attached RPPR report, Page 27 G.1 Section is where we report about the special reporting requirements as described in the NoA.

Please feel free to let Peter, Aleksei, and me know if you have any questions about these documents. And thank you very much for your understanding to help the project comply with these requirements.

Sincerely,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Senior Research Scientist*

EcoHealth Alliance
520 Eighth Avenue, Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*


On Tue, Apr 11, 2023 at 3:07 PM Peter Daszak <daszak@ecohealthalliance.org> wrote:

Dear All,

Reminder of our EID-SEARCH all partner meeting coming up tomorrow (Wednesday night US time, Thursday morning SE Asian time).

We're going to be doing these every month, with the key goals of 1) identifying important issues from EID-SEARCH HQ, e.g. requests from NIAID etc.; 2) to help each partner to find out what the other partners are doing; 3) brainstorm solutions to problems, and ways to increase efficiency of sampling, testing, characterization, surveys and paper publishing.

At this first meeting, I'll start off with a quick round up of overall EID-SEARCH updates, then we'll just go round the table and get an update from each partner.

Please make sure that at least one or two people from your team will be joining, and get ready to be put on the spot to give a quick update…

Look forward to talking and to having these regularly!

Cheers,

Peter

**Peter Daszak**

*President*

EcoHealth Alliance

520 Eighth Avenue, Suite 1200

New York, NY 10018-6507

USA

Tel.: +1-212-380-4474

Website: www.ecohealthalliance.org

Twitter: @PeterDaszak

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

---

**From:** Peter Daszak <daszak@ecohealthalliance.org>
**Sent:** Tuesday, March 21, 2023 11:58 AM
**To:** 'Supaporn Wacharapluesadee' <spwa@hotmail.com>; 'Tom Hughes' <tom@conservationmedicine.org>; 'Chris Broder' <cbroder@usuhs.mil>; 'Wang Linfa' <linfa.wang@duke-nus.edu.sg>; 'rbaric@email.unc.edu' <rbaric@email.unc.edu>
**Cc:** Mei-Ho Lee <mei-ho@conservationmedicine.org>; Jimmy Lee <jimmy@conservationmedicine.org>; Sasiprapa Ninwattana <sasiprapa.n@outlook.com>; Ananporn Jenny supataragul <ananporn.su@gmail.com>; Khwankamon Rattanatumhi <khwankamon.r@gmail.com>; Opass ID <opassid@gmail.com>; eric.laing_usuhs <eric.laing@usuhs.edu>; Spencer Sterling <spencer.sterling.ctr@usuhs.edu>; 'siana.coggins.ctr@usuhs.edu' <siana.coggins.ctr@usuhs.edu>; 'lianying.yan.ctr@usuhs.edu' <lianying.yan.ctr@usuhs.edu>; 'Tan Chee Wah' <cheewah.tan@duke-nus.edu.sg>; Zhu Feng <feng.zhu@duke-nus.edu.sg>; Ong Xin Mei <xinmei_ong@duke-nus.edu.sg>; Gralinski, Lisa E <lgralins@email.unc.edu>; Edwards, Caitlin E <caitedw@unc.edu>; 'Baric, Toni C' <antoinette_baric@med.unc.edu>; Hongying Li <li@ecohealthalliance.org>; 'Kevin Olival, PhD (olival@ecohealthalliance.org)' <olival@ecohealthalliance.org>; Marc Valitutto <valitutto@ecohealthalliance.org>; 'Cadhla Firth' <firth@ecohealthalliance.org>; Cecilia Sanchez <sanchez@ecohealthalliance.org>; Alix Villaneuva <armero@ecohealthalliance.org>; 'Aleksei Chmura (chmura@ecohealthalliance.org)' <chmura@ecohealthalliance.org>; 'Alison Andre (andre@ecohealthalliance.org)' <andre@ecohealthalliance.org>
**Subject:** EID-SEARCH All-partner calls every month, starting April 12th (April 13th in

Asia)
**Importance:** High

Hello EID-SEARCH team!

Now that we're near the end of Year 3, and with work really cranking up now in our project, and multiple groups doing all forms of testing and analyses, I'm canceling the 'lab meetings' and setting up a monthly ALL-PARTNER meeting. The first will be on April 12th at 8:30pm Eastern time which is April 13th in the morning in Asia. These will be on the second Wednesday/Thursday of each month and you will receive an automatic calendar invite with Zoom information from Alison Andre.

It's very important for each partner to have staff on this call every month. The goal of the meeting is to keep everyone updated on news from NIAID and EcoHealth Alliance re. the project, get updates from each of the partners and brainstorm together to maximize our outputs (science, papers, talks, outreach) towards the grant renewal. So please take one hour per month to join the meeting, and feel free to send me and Hongying any discussion items you have.

I won't be sending out agendas, these meetings are intended to be updates from each of us so that all partners can hear what we're all up to.

Also, please note that this all-partner meeting is in addition to the monthly calls we have with each of the partners individually.

Look forward to seeing you on the 12th…

Cheers,

Peter

**Peter Daszak**

*President*

EcoHealth Alliance

520 Eighth Avenue, Suite 1200

New York, NY 10018-6507

USA

Tel.: +1-212-380-4474

Website: www.ecohealthalliance.org

Twitter: @PeterDaszak

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

5U01AI151797                                                              PI: Daszak, Peter

Christopher Broder, Ph.D., Site Investigator
Eric Laing, Ph.D., Co-Investigator
Spencer Sterling, MS, Scientific Project Coordinator
Uniformed Services University of the Health Sciences
The Henry M. Jackson Foundation

**Reporting Period**: 06/01/2022 – 05/31/2023

**B.2 What was accomplished under these goals (by Aims)?** *required

**Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.**

In Year 3, we provided henipavirus, filovirus, and coronavirus reagents for testing 92 rodent, 100 non-human primate (NHP), and 700 bat serum samples in Thailand and coronavirus reagents for testing over 3,000 bat serum samples in Malaysia.

In Thailand, there was no seroprevalence of henipavirus, filovirus, or coronavirus antibodies in the rodents that were tested. One NHP (1/100, 1%) had detectable antibodies against the MERS-CoV spike glycoprotein, and three additional NHPs (3/100, 3%) had elevated (but not positive) levels of MERS-CoV reactive antibodies. Additionally, one NHP (1/100, 1%) had positive levels of antibodies reactive with the Mojiang (MojV) receptor binding protein (RBP) and six additional NHPs (6/100, 6%) had elevated (but not positive) levels of anti-MojV antibodies. There were no filovirus antibodies detected within this cohort of NHPs. The proposed bat samples have not been tested during this study period due to troubleshooting optimization of the binding and neutralization assays for the coronavirus proteins.

**Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays.**

The testing of samples from humans was prioritized in Thailand. We supplied reagents for the serological testing of 457 community samples from 288 individual participants, including 84 samples from a bat guano collection operation, and 100 samples from a human cohort without wildlife contact residing within Bangkok against protein antigens from henipavirus, filovirus, and wildlife and human-associated coronaviruses. We identified a 99.62% (264/265) seroprevalence for HCoV-OC43 in pre- and post-COVID-19 samples. Interestingly, there was minimal wildlife-associated coronavirus seroprevalence in samples collected prior to the COVID-19 pandemic. We observed in this SARS-CoV-2 seroprevalence after the start of the COVID-19 pandemic, likely induced by SARS-CoV-2 infections and COVID-19 vaccinations. Within the community surveillance cohort, we detected antibodies to both filoviruses (18.91%, 45/238) and henipaviruses (26.89%, 64/238), including a high seroprevalence to the MojV RBP (21.85%, 52/238). These results suggest there is infection by novel MojV-like viruses within this population.

**Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts.**

**Network Collaboration**

Our group at USU has been setting up a material transfer agreement with WAC-EID via UTMB investigator, Dr. Robert Cross. Materials and protocols for henipavirus and filovirus serological testing will be transferred to Dr. Cross and assays will be established at partner labs within WAC-EID.

We also continue to develop a multiplex serology test for MPOX and are awaiting a transfer of convalescent sera from the CDC. In Year 4 we aim to further qualify and optimize a multiplex serology

5U01AI151797                                                                PI: Daszak, Peter

Christopher Broder, Ph.D., Site Investigator
Eric Laing, Ph.D., Co-Investigator
Spencer Sterling, MS, Scientific Project Coordinator
Uniformed Services University of the Health Sciences
The Henry M. Jackson Foundation

test, and cross-verify assay performance with colleagues at the Applied Diagnostics Branch at USAMRIID.

## Outbreak Research and Response Activities

|  | Thailand | Malaysia |
|---|---|---|
| **Wildlife** | | |
| # Samples | 3,862 | 29,099 |
| # Individuals | 454 bats, 106 rodents, 100 NHPs | 3,648 bats, 6 carnivores, 13 NHPs, 9 elephants |
| # Species | 6 (bats), 5 (rodents) 1 (NHP) | 37 (bats), 1 (carnivore), 2 (NHPs), 1 (elephant) |
| # Sites | 5 | 13 |
| # Individuals tested | 506 | 2,732 |
| # PCR tests (CoVs, PMVs, FLVs) | 5,063 | 18,218 |
| Divergent viral PCR sequences (RdRp) detected[3] | 3 novel CoVs from 11 bats (in 1 species) 3 known PMVs from 4 rodents (in 2 species) 4 novel PMVs from 11 bats (in 1 species) | 5 novel CoVs from 112 bats (in 3 species) 4 novel PMVs from 10 bats (in 2 species) 2 known PMVs from 2 bats (in 1 species) |
| # Specimens for MMIA testing (FLVs, CoV, Henipaviruses) | 100 (macaques), 1 CoV positive, 1 HNV positive 92 (rodents), 0 positive | 1,225 (bats) |
| **Human** | | |
| # Enrollment | 93 enrollment | |
| # Samples | | |
| # Sites | | |
| # PCR tests (for CoVs, PMVs, FLVs) | | |
| # PCR positive (for CoVs, PMVs, FLVs, respectively) | | |
| # MMIA tests (FLVs, CoV, Henipaviruses) | 357 samples in duplicate | |
| # Sero-positrive (for FLVs, CoV, Henipaviruses, respectively) | 36 FLV positive, 77 HNV positive | |

[2]Specimens include oral swabs, rectal swabs, urogenital swabs, and whole blood, types of specimens may vary among individual animals.

## B.4 What opportunities for training and professional development has the project provided? *required

For each relevant activity, please include information about the topic, time (month/month), number of attendees (gender if available), organizations, if possible.

In July 2022, Mr. Spencer Sterling (USU) provided instructional training on the serologic techniques used to detect binding antibodies. Participants of the training included Dr. Krongkan Srimuang (KCMH-EIDcc) and Ms. Sasiprapa Ninwattana (KCMH-EIDcc). Included in the training were the topics of antigen design, assay techniques and testing strategies, and preliminary data analysis.

5U01AI151797                                              PI: Daszak, Peter

Christopher Broder, Ph.D., Site Investigator
Eric Laing, Ph.D., Co-Investigator
Spencer Sterling, MS, Scientific Project Coordinator
Uniformed Services University of the Health Sciences
The Henry M. Jackson Foundation

From October 20-21, 2022, Mr. Sterling participated in the "Technical Workshop – Bat Surveillance in the Mekong Region" hosted by King Chulalongkorn Memorial Hospital and the World Health Organization in Bangkok, Thailand. Mr. Sterling presented research work and participated as a rapporteur.

From November 7-10, 2022, Mr. Sterling attended the World One Health Congress in Singapore. He presented a poster and participated in project meetings.

On November 15, 2022, Dr. Laing was invited to present a seminar, "*Antibody durability, vaccine-related symptoms, and omicron neutralization after BNT162b2 mRNA COVID-19 vaccination in the Prospective Assessment of SARS-CoV-2 Seroconversion (PASS) Study*" to the Department of Medicine, Chulalongkorn University, Bangkok, Thailand.

On January 24, 2023, Mr. Sterling participated as a rapporteur in the Prince Mahidol Award Ceremony – School of Global Health Side Meeting on "Addressing Ecosystem Change and Pandemic Emergence through Strengthening One Health Implementation" in Bangkok, Thailand.

On March 23, 2023, Mr. Sterling presented "Next Generation Serology for Pathogen Discovery: Multiplex Immunoassays (MIA)" at the Thai Red Cross Emerging Infectious Diseases Clinical Center EID Conference 2023 in Bangkok, Thailand

**B.5 How have the results been disseminated to communities of interest ?** *required

- Government and inter-government agency briefings

- Panels, workshop, webinars

- Conference and university lectures

- Public outreach

**B.6 What do you plan to do during the next reporting period to accomplish the goals (by Aims)?** *required

**Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.**

**Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays.**

**Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts.**

**C.1 Publications** *required

5U01AI151797                                                  PI: Daszak, Peter

Christopher Broder, Ph.D., Site Investigator
Eric Laing, Ph.D., Co-Investigator
Spencer Sterling, MS, Scientific Project Coordinator
Uniformed Services University of the Health Sciences
The Henry M. Jackson Foundation

None

## C.2 Website(s) or other Internet site(s)
None

## C.3 Technologies or techniques *required to check and confirm
Identify technologies or techniques that have resulted from the research activities. Describe the technologies or techniques and how they are being shared. Please select the appropriate category(ies) from the following list and provide a brief description. If the product(s) has been reported or shared through a publication, please include the full reference and/or PubMed ID in the product description. Limit the response to this reporting period.  None

## C.4 Inventions, patent applications, and/or licenses *required to confirm
- Have inventions, patent applications and/or licenses resulted from the award during this reporting period?   None
- If yes, has this information been previously provided to the PHS or to the official responsible for patent matters at the grantee organization?   N/A

## D. Participants
If you would like to add any key/senior personnel to this project, please send us this person's
None

## E.2 What is the impact on physical, institutional, or information resources that form infrastructure?
No


## F.2 Actual or anticipated challenges or delays and actions or plans to resolve them
No

## F.3.d Select Agents *required to confirm
If the possession, use, or transfer of Select Agents is or will be different from that proposed in the previous submission, including any change in the select agent research location and/or the required level of biocontainment, provide a description and explanation of the differences. If
the use of Select Agents was proposed in the previous submission but has not been approved by regulatory authorities, provide an explanation. If studies involving Select Agents are planned and were not part of the originally proposed research design, provide a description of the proposed use, possession, transfer, and research location as described in the competing application instructions.

U.S. Select Agent Registry information: http://www.selectagents.gov/SelectAgentsandToxins.html
No Change

## Human Subjects *required
No Change

| From: | Tamera Porter Wilmot on behalf of Tamera Porter Wilmot <TPorterWilmot@hjf.org> |
|---|---|
| To: | Hongying Li |
| Cc: | Yongkang Qiu; Kimberly Boxley; Christopher Broder; Laing, Eric; Spencer Sterling |
| Subject: | RE: [EXTERNAL] NIH EID-SEARCH Year 3 Progress Report_by March 24, 2023 |
| Date: | Friday, March 24, 2023 3:31:29 PM |
| Attachments: | NIH_EID-SEARCH Y3 Annual Report.pdf |
| | image001.png |

Good Afternoon,

Please find the annual progress report attached for the project titled: "Understanding Risk of
Zoonotic Virus Emergence in Eid Hotspots of Southeast Asia"
Please let us know if you have any questions.
Thank you,

*Tammy*

Tamera Porter Wilmot - *Currently teleworking*
Grants Specialist - Office of Sponsored Programs
Research Administration and Innovation Management (RAIM)
Phone:  240-694-2008
Email:   tporterwilmot@hjf.org



Henry M. Jackson Foundation for the
Advancement of Military Medicine
6720A Rockledge Drive, Suite 100
Bethesda, MD 20817

---

**From:** Hongying Li <li@ecohealthalliance.org>
**Sent:** Wednesday, March 1, 2023 7:41 PM
**To:** Tom Hughes <tom@conservationmedicine.org>; Supaporn Wacharapluesadee
<spwa@hotmail.com>; wang linfa <linfa.wang@duke-nus.edu.sg>; Tan Chee Wah
<cheewah.tan@duke-nus.edu.sg>; Ong Xin Mei <xinmei_ong@duke-nus.edu.sg>; eric.laing_usuhs
<eric.laing@usuhs.edu>; Spencer Sterling <spencer.sterling.ctr@usuhs.edu>; Broder, Christopher
<christopher.broder@usuhs.edu>; Baric, Ralph S <rbaric@email.unc.edu>; Gralinski, Lisa E
<lgralins@email.unc.edu>; Marc Valitutto <valitutto@ecohealthalliance.org>; Cadhla Firth
<firth@ecohealthalliance.org>; Cecilia Sanchez <sanchez@ecohealthalliance.org>; Sasiprapa
Ninwattana <sasiprapa.n@outlook.com>
**Cc:** Peter Daszak <daszak@ecohealthalliance.org>; Kevin Olival <olival@ecohealthalliance.org>;
Siyeun Kim <kim@ecohealthalliance.org>; Samantha Lee <samantha.lee@duke-nus.edu.sg>; Baric,
Toni C <antoinette_baric@med.unc.edu>; Joanne Pang <joannepang@duke-nus.edu.sg>; Loh Jian
Yun <jianyun.loh@duke-nus.edu.sg>; Mei-Ho Lee <mei-ho@conservationmedicine.org>; Jimmy Lee
<jimmy@conservationmedicine.org>; Luke Hamel <hamel@ecohealthalliance.org>; Alison Andre

<andre@ecohealthalliance.org>; Aleksei Chmura <chmura@ecohealthalliance.org>; Vanessa Chuo Kher Sing <vanessa.chuo@duke-nus.edu.sg>; McGlaughon, Ben <benmcg@email.unc.edu>; Garcia, Martha <garcim22@unc.edu>; Williams, Colleen Anne <colleen_williams@unc.edu>; Yongkang Qiu <yqiu@hjf.org>; Kimberly Boxley <kimberly.boxley.ctr@usuhs.edu>
**Subject:** [EXTERNAL] NIH EID-SEARCH Year 3 Progress Report_by March 24, 2023

ATTENTION: This email originated from outside of the organization. Do not open attachments or click on links unless you recognize the sender and know the content is safe.

Dear EID-SEARCH Members,

The NIH Research Performance Progress Report (reporting period **06/01/2022-05/31/2023**) for EID-SEARCH (U01AI151797) is due on **April 1, 2023**.

I've attached a template with the different sections we would like to get updates from you as part of the report. All relevant work for any section is welcomed (the more detailed, the better, don't worry about the languages or word limits); I also labeled some sections as *required* where are the most important to concentrate.

And as part of the CREID Network, we also need to highlight the cross-Research Center activities, which are now KPIs to evaluate each Research Center's performance by the funder. So if you have anything relevant to report, please provide information on the Word document and fill in the *Excel file* I've attached.

The information required for this report is majorly focused on the research findings and plans and very minimal on administration/finance unless you have any significant changes on project key/senior personnel or budget.

We would greatly appreciate it if you could send us updates by **Friday, March 24, 2023,** so we can have a few days to consolidate everything to submit.

Please do not hesitate to let me know if you have any questions. Thank you very much!

Sincerely,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Senior Research Scientist*

EcoHealth Alliance
520 Eighth Avenue, Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1,*], Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily S Gurley[4], M. Jahangir Hossain[6,11], Hume. E. Field[7], Gary Crameri[7], Lin-Fa Wang[7,8], Stephen P. Luby[9], Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]

1. EcoHealth Alliance, New York, New York, USA
2. Imperial College, London, UK
3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA
4. Bloomberg School of Public Health, Johns Hopkins University, Baltimore, Maryland, USA
5. [check Jahangir affiliation]
6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh
7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia
8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore
9. Division of Infectious Diseases and Geographic Medicine, Stanford University, Stanford California, USA
10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA
11. Medical Research Council Unit The Gambia at the London School of Hygiene & Tropical Medicine, Banjul, The Gambia

* Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host viral interactions result in very different viral circulation patterns in the same individual bats and environments.

Keywords: bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in

# Summary of Comments on Email 5 - Attachment 1 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl_eg_JH (002).pdf

## Page: 1

Number: 1        Author: Emily Gurley Date: 9/9/2022 7:21:00 PM
Surprised not to see other icddr,b co-authors from the first paper - Rajib? Salah Uddin?

Number: 2        Author: Hume Field   Date: 8/24/2022 9:20:00 AM
Pls add my UQ affiliation Noam.
'School of Veterinary Science, The University of Queensland, Gatton 4343 Australia'

Number: 3        Author: Wang Linfa   Date: 8/21/2022 10:57:00 AM
It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

Number: 4        Author: Noam Ross   Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

Number: 5        Author: Emily Gurley Date: 9/9/2022 7:25:00 PM
Consider providing years of the study

Number: 6        Author: Emily Gurley Date: 9/9/2022 7:23:00 PM
Or, viral families?

Number: 7        Author: Emily Gurley Date: 9/9/2022 7:24:00 PM
Evidence that this is just one virus?

Number: 8        Author: Steve Luby   Date: 9/2/2022 9:33:00 AM
This seems an odd sentence to close with. The last sentence is usually a conclusion, but I can't see how the data presented in the abstract supports this conclusion.

Number: 9        Author: Steve Luby   Date: 9/2/2022 9:36:00 AM
True, but since the new data presented here don't address this issue, I don't see this as central to the introduction, i.e. Error 3.12

the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14]. *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various surveillance efforts have found diverse viruses from with the same viral family in various bat species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity within individual bat species[9,11,18-21].

Studies of viral diversity in a single taxonomic host group can inform evolutionary history of viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However, detection of a zoonotic virus in an animal host is insufficient to determine whether the associated host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other species, including domestic animals and humans[24]. For these, more detailed demographic and longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27]. Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been observed to have annual shedding patterns[28], whereas Hendra virus, which is closely related to Nipah virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-periodic cycles which appear to be influenced by localized factors such as specific bat species abundance and climatic factors[29]. Bi-annual pulses of Marburg virus shedding were observed in Uganda, coinciding with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often valuable in understanding disease dynamics and transmission[31-33], especially in cases where direct detection and incidence rates of viruses are low[34].

*Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India, *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38]. Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The epidemiology of these other viruses is far less characterized, and little is known about their interactions or zoonotic potential.

Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus, a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-year studies for comparative seasonal data. These studies enable us to develop a detailed picture of the seasonal and demographic serological patterns, and infer the extent and periodicity of viral circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality, while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal inheritance.

## 2. Results

*Bat Dynamics and Demographics*

We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats monthly from roosts in Charbhoria and Ramnagar of Faridpur district, Bangladesh.   In the five-year study, we sampled and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles (captured attached to adult females) over 19 sampling events (Figure 1). During the one-year studies, 919 bats were sampled: 435 in Charbhoria (251 adults, 144 free-flying juveniles and 40 weaning juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure S1). Nearly all juveniles (as determined by examination of maturation of sex organs)

## Page: 2

Number: 1        Author: Emily Gurley Date: 9/9/2022 7:28:00 PM
Sentence seems much broader than public health concerns

Number: 2        Author: Emily Gurley Date: 9/9/2022 7:29:00 PM
Meaning unclear - are there any species that don't host multiple viruses?

Number: 3        Author: Emily Gurley Date: 9/9/2022 7:31:00 PM
Suggest adding in what we know about seasonal shedding of Nipah already

Number: 4        Author: Emily Gurley Date: 9/9/2022 7:30:00 PM
And perhaps not Mojiang

Number: 5        Author: Steve Luby  Date: 9/2/2022 9:41:00 AM
I don't believe this adjective applies to Cedar virus.

Number: 6        Author: Hume Field  Date: 8/24/2022 9:29:00 AM
Don't think this should be here.

Number: 7        Author: Wang Linfa  Date: 8/21/2022 10:37:00 AM
To be consistent with other section headings in Results

Number: 8        Author: Jahangir Hossain        Date: 9/10/2022 12:28:00 PM
Give time period in years as Emily indicated belwo

Number: 9        Author: Emily Gurley Date: 9/9/2022 7:35:00 PM
Some indication of the frequency of sampling would also be useful to add here

Number: 10       Author: Emily Gurley Date: 9/9/2022 7:33:00 PM
Please include the years of data collection

Number: 11       Author: Jahangir Hossain        Date: 9/10/2022 12:27:00 PM
I think both Chakhoria and Ramnagar are in Faridpur district

Number: 12       Author: Steve Luby  Date: 9/2/2022 10:29:00 AM
it would be helpful to clarify how far apart these places are, as you have a considerable section exploring spatial comparisons.

95  were 14 months old or less and could be assigned to a birth cohort based on size. Pregnant and
96  juvenile bats were captured more frequently during the late spring and summer months. Mother-
97  pup pairs were all captured during April and May in the five-year study whilst in the one-year-
98  studies a small number were also captured in June and July. Pregnant females were captured between
99  November and April/May. Lactating females were found between April and July.
100



101  **Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
102  in months from November to June, lactating females were captured in months from April to July.
103  Females with pre-weaning juveniles attached were found from April to May.

104  *Patterns of Immunity and Co-immunity*

105  We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
106  filovirus (EbVsero+), and a rubulavirus (MenVsero+). Among adult bats, antibodies against the
107  rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
108  or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
109  juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
110  juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
111  Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
112  antibodies against more than one of the three viruses, and 493 had antibodies against all three.
113  Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
114  38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.
115  We found correlations between serostatus between all three pairs of viruses in a model
116  accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
117  more than would be expected than if they were distributed independently among bats. Nipah virus
118  and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
119  Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
120  0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).

Page: 3

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:48:00 AM
I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods

Number: 2          Author: Steve Luby   Date: 9/2/2022 10:01:00 AM
Include percentages for all of these comparisons.

Number: 3          Author: Emily Gurley Date: 9/9/2022 7:36:00 PM
Agree with Linfa - unclear how many viruses, better to treat as groups

Number: 4          Author: Steve Luby   Date: 9/2/2022 10:03:00 AM
Again, including percentages for all of these comparisons would make this much easier to understand.

Number: 5          Author: Emily Gurley Date: 9/9/2022 7:37:00 PM
Some kind of general cross-reactivity, non-specificity of the assay?

Number: 6          Author: Steve Luby   Date: 9/2/2022 10:03:00 AM
I did not see this described in the methods section.



121  **Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*:** Venn
122  diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus,
123  filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers
124  in overlapping areas represent number of bats detected with multiple viruses.

125  *Serodynamics*

126  Dynamics of population seroprevalence were different across the viral types. In adults,
127  population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%)
128  to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-
129  annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very
130  weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al. [34]).
131



133  **Figure 3. Inter-annual serodynamics in adult bats.** Top: Measured and modeled population
134  seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey
135  points and bars represent measured population seroprevalence from individual sampling events on
136  and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual
137  (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics
138  and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when
139  modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



**Figure 4. Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.

## Page: 5

Number: 1          Author: Steve Luby    Date: 9/2/2022 10:18:00 AM
What is the y axis for these curves?

Number: 2          Author: Emily Gurley Date: 9/9/2022 8:45:00 PM
Also from the last paper, right? Or are these new data?



**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

## Page: 6

Number: 1          Author: Steve Luby   Date: 9/2/2022 10:19:00 AM
As above. What is the y axis?

Number: 2          Author: Steve Luby   Date: 9/2/2022 10:22:00 AM
Is this appropriate to call out when it is not identified by the GAMM splines?

Number: 3          Author: Steve Luby   Date: 9/2/2022 10:24:00 AM
Consider including a figure in the appendix that illustrates this.

193 the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to
194 60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over
195 the same period. The trend in juveniles was as described for the five-year study.

196     For the filovirus, the seroprevalence in the one-year studies was higher than the reported
197 average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-
198 91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of
199 distinct increase in spring/summer 2010 was described in the five-year study which overlaps the
200 timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the
201 serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria,
202 there were two periods of increasing seroprevalence in adults over the course of the year. The first of
203 these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August
204 2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the
205 study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%)
206 between early March 2011 to late April 2011.

207     Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from
208 50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in
209 Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December
210 2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high
211 seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as
212 described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80%
213 (28%-99%) in both locations.

214     Comparison of the seroprevalence trends within each age group and virus between the two one-
215 year study locations did not support spatial differences in the timing of changes in seroprevalence
216 (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between
217 locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at
218 the end of 2010.



219
220 **Figure 7. Comparison of splines for seroprevalence trends between locations in adults and**
221 **juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference
222 in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero.
223 Where the confidence interval excludes zero, there is evidence for a significant difference in the
224 serodynamics between the Ramnagar and Chakhoria populations over that period.

225 *Maternal Inheritance of antibodies*

226     We examined the relationship between mother and pup antibody titers, as measured by our
227 Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

Page: 7

Number: 1          Author: Emily Gurley Date: 9/9/2022 8:50:00 PM
Are these ranges or credible intervals around estimates?

228  the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1
229  relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-
230  linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in
231  mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of
232  antibodies against the filovirus relative to the other two viruses.



233

234  **Figure 8. Maternal inheritance of antibodies**. In each plot, points are measured log-MFI values for
235  adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the
236  predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

238  We found serological evidence for regular circulation of multiple viruses in *P. medius*
239  populations in Bangladesh. These included Nipah virus, which spills over from bat populations to
240  humans in the region, as well as a filovirus and a rubulavirus. It was common for bats to have
241  antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity
242  patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance
243  patterns. Patterns of co-immunity were not random, with antibodies against all three virus types
244  being positively correlated within bats.

245  The dynamic patterns in population seroprevalence were distinct for the three viral groups. The
246  rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations
247  inherit maternal antibodies against the rubulavirus, which wane over the first six months of their life,
248  after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in
249  juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the
250  consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence
251  drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating
252  the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of
253  the rubulavirus to be strongest in the late winter and early spring months in these populations.
254  Mortlock et al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via
255  PCR detection in pooled urine samples), including a peak during a period of presumed antibody
256  waning, though only within a one-year study.

257  An outstanding question is how the rubulavirus is maintained in the population despite high
258  seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent
259  infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in
260  *P. alecto and P. poliocephalus*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42].
261  Another possibility is re-importation.  In concurrent work with this study, we found that bat home

Page: 8

Number: 1          Author: Emily Gurley Date: 9/9/2022 8:59:00 PM
I thought maybe not with the filos?

Number: 2          Author: Emily Gurley Date: 9/9/2022 9:00:00 PM
Something about individual bat risk or strange bat immune responses?

262  ranges overlapped with nearby colonies so as to form a meta-population[34], allowing occasional
263  infection from outside bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].

264  The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
265  virus, which has been found in multiple *Pteropus* species in Australia[45,46]. At least 11 distinct
266  Paramyxoviruses have been found in *P. medius* in Bangladesh alone: Nipah virus and ten
267  uncharacterized species, including six Rubulaviruses closely related to Menangle virus and the
268  Tioman virus[9,47]. It is possible that the serological patterns observed represent antibodies against a
269  complex of multiple Rubulaviruses, though the regular interannual patterns in seroprevalence would
270  indicate that they are operating similarly.

271  Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
272  little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
273  maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
274  comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
275  experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
276  rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
277  virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
278  strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
279  Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
280  the palm-sap consumption, the most frequently implicated spillover pathway[48].

281  We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
282  virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
283  been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
284  unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
285  extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
286  in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis, C.
287  brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have
288  been detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
289  been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
290  China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
291  host ranges for filoviruses.

292  Several components of the serological patterns of filovirus antibodies are of interest. Young
293  juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
294  all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
295  these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
296  seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
297  of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
298  among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
299  transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
300  It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
301  immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
302  found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
303  similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
304  regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
305  following the peak is consistent with this explanation.

306  However, if adults remain immune to the filovirus despite low antibody titers, this immunity
307  does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
308  circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
309  filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
310  differential maternally derived immunity. If pups derive weaker immunity from dams than for other
311  viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
312  in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
313  temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

Page: 9

| Number: 1 | Author: Hume Field | Date: 8/24/2022 9:59:00 AM |

And recently in Australia.
Barr et al. J Gen Virol. 2022 Aug;103(8).
doi: 10.1099/jgv.0.001785.

314 However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
315 relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
316 exhibit differential sensitivity by age.

317 Serodynamics in our two one-year studies were broadly similar to those found in the five-year
318 study. We found weak evidence for differences in serodynamics between sites for the filovirus in
319 adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
320 shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
321 we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
322 roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
323 km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
324 that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
325 environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
326 sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

327 Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
328 viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
329 infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
330 transmission, via competition for host nutritional or cellular resources, or via immune-mediation
331 involving cross-immunity or antibody-dependent enhancement, and these interactions structure
332 viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
333 population[27]. Here, we found positive correlations between serostatus against different viruses.
334 External factors may also affect these relationships. For instance, all three viruses appear to have
335 circulated in adults in mid-2010. It is possible that common factors like population density and/or
336 nutrition availability[62] affected transmission of multiple viruses.

337 While rich observational serological data reveal these patterns, greater study is required to
338 characterize these viruses and their effects on the host population and potential for spillover, as well
339 as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
340 optimal sub-populations and times to sample this population to detect viral shedding and isolate
341 these viruses, and potentially capture co-infected hosts.

342 Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
343 studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
344 shedding, but establishing patterns or variation in seasonality requires extended, multi-year
345 sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
346 apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
347 consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
348 Similarly, we were able to understand these patterns far better by separating juvenile and adult
349 patterns, which we would be unable to distinguish in pooled samples.

350 While such extended individual-capture longitudinal studies are resource-intense,
351 understanding the joint circulation of multiple viruses can be accomplished via multiplex
352 immunoassays such as those used here. The continuous measures from these assays also have the
353 potential to identify key patterns such as the differential inheritance of filovirus antibodies we
354 identified here. Interpretation of these values is challenging and the relationship between immune
355 status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
356 light on mechanistic drivers of disease circulation.

357 **Methods**

358 *Field collection*

359 We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
360 year studies in different locations, sampling monthly. All capture and sampling methods were
361 approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
362 2006-012). For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
363 previously described in Epstein, et al. [34] The area of the roost complex consists of patchy forest

Page: 10

---

Number: 1        Author: Steve Luby    Date: 9/2/2022 10:41:00 AM

As noted above, this important detail needs to be mentioned sooner.

---

Number: 2        Author: Steve Luby    Date: 9/2/2022 10:44:00 AM

In addition to uncertainty over which specific viruses these assays are detecting antibodies against, which is addressed earlier in the discussion, other limitations to scientific inference that seem to me important to discuss include:
 there were only two sites to assess spatial heterogeneity. A more robust assessment would require more sites.
Although five years is longer than usually studied, it is too short of a time for measuring temporal dynamics that might play out over longer time periods.

---

Number: 3        Author: Emily Gurley Date: 9/9/2022 9:07:00 PM

Agree

---

Number: 4        Author: Steve Luby    Date: 9/2/2022 10:43:00 AM

Seems a weak concluding statement. I recommend a stronger statement of implications and way forward. To my mind, identification of the specific viruses that are driving these antibody responses would be the highest priority.

---

Number: 5        Author: Steve Luby    Date: 9/2/2022 9:47:00 AM

I recommend listing the local IRB first.

364   interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
365   2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
366   roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest
367   occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
368   across consecutive sampling nights if required to capture a sufficient number of individuals.

369        Approximately 100 bats were captured at each sampling event, over 7-10 days. We captured bat[1]
370   with a 10x15m mist net between 11pm and 5am each night as bats returned from foraging until the
371   count of 100 was reached.

372        In the one-year longitudinal studies, sampling was undertaken in two roost complexes in
373   Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of
374   approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details
375   of collection are otherwise as described for the five-year study.

376        For each study, we recorded each bat's age class, reproductive status, weight, size, and body
377   condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
378   serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
379   and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
380   placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
381   Cryogenics, NJ, USA).

382        As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
383   swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
384   [34]

## Serological Assays

386        Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
387   gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
388   antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
389   protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
390   were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
391   machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
392   here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
393   positive results.

394        While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
395   is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
396   and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

## Data Analysis

398        We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
399   across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability
400   between the smallest and second-smallest cluster of equal distributions for each assay.

401        To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
402   multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each
403   virus) and the correlation between the outcomes. We included age and sex variables to account for
404   these effects on serostatus.

405        To examine time-varying changes in population seroprevalence, we fit binomial generalized
406   additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year
407   study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit
408   a model for seroprevalence dynamics over the course of the whole study. This treats the adult
409   population as a single unit, though individuals within the population may turn over via migration,
410   death and recruitment. We included both long-term and annual cyclic components for the multi-year
411   time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate
412   populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile
413   cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

## Page: 11

Number: 1          Author: Steve Luby   Date: 9/2/2022 9:49:00 AM
Error 5.4

Number: 2          Author: Emily Gurley Date: 9/9/2022 8:54:00 PM
If data from this aren't included here, does it need to be in the methods?

Number: 3          Author: Wang Linfa   Date: 8/21/2022 10:50:00 AM
I am not 100% sure about this.  All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

Number: 4          Author: Emily Gurley Date: 9/9/2022 8:56:00 PM
How has it been done in other similar studies? Using the beads from USU now, we see more than one cluster of MFI values below what we're considering positive.

Number: 5          Author: Steve Luby   Date: 9/2/2022 9:53:00 AM
Why should we assume that the second smallest cluster is associated with the genuine presence or absence of antibody?

over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N.R., L-FW and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L-FW….; resources, X.X.; data curation, N.R and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, HEF, X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, J.H.E.; funding acquisition, P.D., L-FW and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

## References

1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org:10.1038/nature22975

2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases*   (eds L. F. Wang & C. Cowled)   (Wiley-Blackwell, 2015).

3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535-+ (2013). https://doi.org:10.1038/nature12711

5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org:10.1093/ve/vex012

Page: 12

---

Number: 1          Author: Steve Luby    Date: 9/2/2022 9:57:00 AM

How did you assess model fit?

---

Number: 2          Author: Noam Ross    Date: 8/10/2022 12:19:00 PM

All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

462    6    Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature*
463    *Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

464    7    Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of
465    infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

466    8    Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens
467    pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-
468    2920.12766

469    9    Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513
470    (2013). https://doi.org/10.1128/mBio.00598-13

471    10    Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011).
472    https://doi.org/10.1371/journal.pone.0025275

473    11    Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J.*
474    *Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

475    12    Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in
476    Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC*
477    *Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

478    13    Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS*
479    *Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

480    14    Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in
481    Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015).
482    https://doi.org/10.7589/2015-02-044

483    15    Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection*
484    **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

485    16    Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

486    17    Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-*
487    *Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

488    18    Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a
489    chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013).
490    https://doi.org/10.1016/j.virol.2013.03.014

491    19    Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral
492    Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010).
493    https://doi.org/10.1128/jvi.01255-10

494    20    Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses
495    in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

496    21    He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples
497    Reveals    More    Novel    Mammalian    Viruses.    *PLoS    One*    **8**    (2013).
498    https://doi.org/10.1371/journal.pone.0061950

499    22    Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and
500    diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

501    23    Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

502    24    Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population.
503    *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org/10.1111/ele.12418

26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015). https://doi.org/10.1038/ncomms9147

27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl. Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org/10.1073/pnas.1801095115

28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic Diseases* **10**, 183-190 (2010). https://doi.org/10.1089/vbz.2008.0105

29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across pteropodid bat populations in Australia. *Epidemiol. Infect.* **145**, 3143-3153 (2017). https://doi.org/10.1017/S0950268817002138

30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012). https://doi.org/10.1371/journal.ppat.1002877

31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife. *Ecohealth* **10**, 298-313 (2013). https://doi.org/10/f5mc5f

33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org/10.1017/S0950268811000033

34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings of the National Academy of Sciences of the United States of America* **117**, 29100-29201 (2020). https://doi.org/10/gjqsw4

35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011). https://doi.org/10.4269/ajtmh.2011.10-0567

36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8** (2012). https://doi.org/10.1371/journal.ppat.1002836

37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.* **20**, 1064-1066 (2014). https://doi.org/10.3201/eid2006.131022

38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission, Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org/10.3201/eid2309.161922

39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses* **11** (2019). https://doi.org/10.3390/v11010037

40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org/10.1017/S0950268811000550

41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013). https://doi.org/10.1371/journal.pone.0080430

42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org/10.1038/s41598-018-22236-6

547  43   Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics
548       in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021).
549       https://doi.org/10.1071/zo20094

550  44   Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The
551       emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-*
552       *Biological Sciences* **278**, 3703-3712 (2011). https://doi.org/10/bz39s3

553  45   Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust.*
554       *Vet. J.* **86**, 449-454 (2008). https://doi.org/10.1111/j.1751-0813.2008.00361.x

555  46   Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of
556       Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-
557       373 (2001). https://doi.org/10.1006/viro.2001.0893

558  47   Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus:
559       characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005).
560       https://doi.org/10/d369wm

561  48   Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007.
562       *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org/10.3201/eid1508.081237

563  49   Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013).
564       https://doi.org/10.3201/eid1902.120524

565  50   Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses.
566       *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org/10.1038/s41564-018-0227-2

567  51   Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat*
568       *Microbiol* (2019). https://doi.org/10.1038/s41564-018-0328-y

569  52   Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107
570       (2015). https://doi.org/10.1186/s12985-015-0331-3

571  53   McNeil, D. G., Jr. in *The New York Times*     (2018).

572  54   Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000
573       people in West Africa. *Science* (2019). https://doi.org/10.1126/science.aaw7647

574  55   Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005).
575       https://doi.org/10.1038/438575a

576  56   Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat
577       viruses. *PLoS One* **5**, e11978 (2010). https://doi.org/10.1371/journal.pone.0011978

578  57   Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg.*
579       *Infect. Dis.* **24**, 114-117 (2018). https://doi.org/10.3201/eid2401.170401

580  58   Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
581       https://doi.org/10.1186/1743-422X-9-236

582  59   Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The*
583       *Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org/10.1093/infdis/jiz648

584  60   Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
585       infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org/10.1038/s41598-017-
586       07824-2

587  61   Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
588       in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
589       https://doi.org/10.3390/v10020073

62    Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New York Academy of Sciences* **1429**, 78-99 (2018). https://doi.org:10.1111/nyas.13910

63    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

64    Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int. J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

65    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in review). *Science Advances* (2019).

66    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein Array Systems. *Journal of Virological Methods* **142**, 29-40 (2007). https://doi.org:10.1016/j.jviromet.2007.01.003

67    Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011). https://doi.org:10.1371/journal.pntd.0001175

68    Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

69    Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife: Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303 (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

70    Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat. Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

71    Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.    (2018).

72    Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition*.    (CRC Press, 2017).

73    Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

74    Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular reference to Scotland, UK. *Geochimica et Cosmochimica Acta* **82**, 113-135 (2012). https://doi.org:10.1016/j.gca.2010.12.026


© 2019 by the authors. Submitted for possible open access publication under the terms and conditions of the Creative Commons Attribution (CC BY) license (http://creativecommons.org/licenses/by/4.0/).

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1],*, Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily S Gurley[4], M. Jahangir Hossein, Hume. E. Field[7], Gary Crameri[7], Lin-Fa Wang[7,8], Stephen P. Luby[9] Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]


1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Bloomberg School of Public Health, Johns Hopkins University, Baltimore, Maryland, USA

5. [check Jahangir affiliation]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Division of Infectious Diseases and Geographic Medicine, Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA


*   Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].

Summary of Comments on Email 5 - Attachment 2 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl_eg.pdf

Page: 1

Number: 1     Author: Emily Gurley     Date: 9/9/2022 7:21:00 PM
Surprised not to see other icddr,b co-authors from the first paper - Rajib? Salah Uddin?

Number: 2     Author: Hume Field     Date: 8/24/2022 9:20:00 AM
Pls add my UQ affiliation Noam.
'School of Veterinary Science, The University of Queensland, Gatton 4343 Australia'

Number: 3     Author: Wang Linfa     Date: 8/21/2022 10:57:00 AM
It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

Number: 4     Author: Noam Ross     Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

Number: 5     Author: Emily Gurley     Date: 9/9/2022 7:25:00 PM
Consider providing years of the study

Number: 6     Author: Emily Gurley     Date: 9/9/2022 7:23:00 PM
Or, viral families?

Number: 7     Author: Emily Gurley     Date: 9/9/2022 7:24:00 PM
Evidence that this is just one virus?

Number: 8     Author: Steve Luby     Date: 9/2/2022 9:33:00 AM
This seems an odd sentence to close with. The last sentence is usually a conclusion, but I can't see how the data presented in the abstract supports this conclusion.

Number: 9     Author: Steve Luby     Date: 9/2/2022 9:36:00 AM
True, but since the new data presented here don't address this issue, I don't see this as central to the introduction, i.e. Error 3.12

46  *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to
47  carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
48  surveillance efforts have found diverse viruses from with the same viral family in various bat
49  species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
50  within individual bat species[9,11,18-21].

51      Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
52  viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
53  detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
54  host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
55  abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
56  species, including domestic animals and humans[24]. For these, more detailed demographic and
57  longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
58  interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
59  Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
60  infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
61  observed to have annual shedding patterns[28], whereas Hendra virus, which is closely related to Nipah
62  virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-periodic
63  cycles which appear to be influenced by localized factors such as specific bat species abundance and
64  climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in Uganda, coinciding
65  with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often valuable in understanding
66  disease dynamics and transmission[31-33], especially in cases where direct detection and incidence rates
67  of viruses are low[34].

68      *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
69  viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
70  *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
71  Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
72  epidemiology of these other viruses is far less characterized, and little is known about their
73  interactions or zoonotic potential.

74      Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
75  a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
76  Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
77  year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
78  the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
79  circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
80  while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by
81  waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
82  circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
83  inheritance.

## 2. Results

*Bat Dynamics and Demographics*

86      We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost
87  complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats
88  monthly from roosts in Chakhoria and Ramnagar, Bangladesh.   In the five-year study, we sampled
89  and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles
90  (captured attached to adult females) over 19 sampling events (Figure 1). During the-one-year studies,
91  919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles and 40 weaning
92  juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure
93  S1). Nearly all juveniles (as determined by examination of maturation of sex organs) were 14 months
94  old or less and could be assigned to a birth cohort based on size. Pregnant and juvenile bats were
95  captured more frequently during the late spring and summer months. Mother-pup pairs were all

Page: 2

Number: 1     Author: Emily Gurley     Date: 9/9/2022 7:28:00 PM
Sentence seems much broader than public health concerns

Number: 2     Author: Emily Gurley     Date: 9/9/2022 7:29:00 PM
Meaning unclear - are there any species that don't host multiple viruses?

Number: 3     Author: Emily Gurley     Date: 9/9/2022 7:31:00 PM
Suggest adding in what we know about seasonal shedding of Nipah already

Number: 4     Author: Emily Gurley     Date: 9/9/2022 7:30:00 PM
And perhaps not Mojiang

Number: 5     Author: Steve Luby     Date: 9/2/2022 9:41:00 AM
I don't believe this adjective applies to Cedar virus.

Number: 6     Author: Hume Field     Date: 8/24/2022 9:29:00 AM
Don't think this should be here.

Number: 7     Author: Wang Linfa     Date: 8/21/2022 10:37:00 AM
To be consistent with other section headings in Results

Number: 8     Author: Emily Gurley     Date: 9/9/2022 7:35:00 PM
Some indication of the frequency of sampling would also be useful to add here

Number: 9     Author: Emily Gurley     Date: 9/9/2022 7:33:00 PM
Please include the years of data collection

Number: 10     Author: Steve Luby     Date: 9/2/2022 10:29:00 AM
it would be helpful to clarify how far apart these places are, as you have a considerable section exploring spatial comparisons.

96   captured during April and May in the five-year study whilst in the one-year-studies a small number
97   were also captured in June and July. Pregnant females were captured between November and
98   April/May. Lactating females were found between April and July.
99



100   **Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
101   in months from November to June, lactating females were captured in months from April to July.
102   Females with pre-weaning juveniles attached were found from April to May.

103   *Patterns of Immunity and Co-immunity*

104       We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
105   filovirus (EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the
106   rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
107   or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
108   juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
109   juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
110       Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
111   antibodies against more than one of the three viruses, and 493 had antibodies against all three.
112   Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
113   38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.
114       We found correlations between serostatus between all three pairs of viruses in a model
115   accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
116   more than would be expected than if they were distributed independently among bats. Nipah virus
117   and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
118   Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
119   0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).

Page: 3

Number: 1    Author: Wang Linfa    Date: 8/21/2022 10:48:00 AM
I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods

Number: 2    Author: Steve Luby    Date: 9/2/2022 10:01:00 AM
Include percentages for all of these comparisons.

Number: 3    Author: Emily Gurley    Date: 9/9/2022 7:36:00 PM
Agree with Linfa - unclear how many viruses, better to treat as groups

Number: 4    Author: Steve Luby    Date: 9/2/2022 10:03:00 AM
Again, including percentages for all of these comparisons would make this much easier to understand.

Number: 5    Author: Emily Gurley    Date: 9/9/2022 7:37:00 PM
Some kind of general cross-reactivity, non-specificity of the assay?

Number: 6    Author: Steve Luby    Date: 9/2/2022 10:03:00 AM
I did not see this described in the methods section.



120    **Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*:** Venn
121    diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus,
122    filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers
123    in overlapping areas represent number of bats detected with multiple viruses.

124    *Serodynamics*

125    Dynamics of population seroprevalence were different across the viral types. In adults,
126    population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%)
127    to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-
128    annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very
129    weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al. [34]).
130



131

132    **Figure 3. Inter-annual serodynamics in adult bats**. Top: Measured and modeled population
133    seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey
134    points and bars represent measured population seroprevalence from individual sampling events on
135    and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual
136    (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics
137    and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when
138    modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



**Figure 4. Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.

Page: 5

Number: 1     Author: Steve Luby     Date: 9/2/2022 10:18:00 AM
What is the y axis for these curves?

Number: 2     Author: Emily Gurley     Date: 9/9/2022 8:45:00 PM
Also from the last paper, right? Or are these new data?



158

**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

Page: 6

Number: 1    Author: Steve Luby    Date: 9/2/2022 10:19:00 AM
As above. What is the y axis?

Number: 2    Author: Steve Luby    Date: 9/2/2022 10:22:00 AM
Is this appropriate to call out when it is not identified by the GAMM splines?

Number: 3    Author: Steve Luby    Date: 9/2/2022 10:24:00 AM
Consider including a figure in the appendix that illustrates this.

192   the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to
193   60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over
194   the same period. The trend in juveniles was as described for the five-year study.

195   For the filovirus, the seroprevalence in the one-year studies was higher than the reported
196   average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-
197   91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of
198   distinct increase in spring/summer 2010 was described in the five-year study which overlaps the
199   timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the
200   serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria,
201   there were two periods of increasing seroprevalence in adults over the course of the year. The first of
202   these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August
203   2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the
204   study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%)
205   between early March 2011 to late April 2011.

206   Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from
207   50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in
208   Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December
209   2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high
210   seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as
211   described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80%
212   (28%-99%) in both locations.

213   Comparison of the seroprevalence trends within each age group and virus between the two one-
214   year study locations did not support spatial differences in the timing of changes in seroprevalence
215   (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between
216   locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at
217   the end of 2010.



218

219   **Figure 7. Comparison of splines for seroprevalence trends between locations in adults and**
220   **juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference
221   in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero.
222   Where the confidence interval excludes zero, there is evidence for a significant difference in the
223   serodynamics between the Ramnagar and Chakhoria populations over that period.

224   *Maternal Inheritance of antibodies*

225   We examined the relationship between mother and pup antibody titers, as measured by our
226   Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

Page: 7

Number: 1     Author: Emily Gurley     Date: 9/9/2022 8:50:00 PM
Are these ranges or credible intervals around estimates?

227   the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1
228   relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-
229   linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in
230   mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of
231   antibodies against the filovirus relative to the other two viruses.



232

233   **Figure 8. Maternal inheritance of antibodies.** In each plot, points are measured log-MFI values for
234   adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the
235   predicted mean relationship between the two and their associated 95% confidence intervals.

236 **3. Discussion**

237     We found serological evidence for regular circulation of multiple viruses in *P. medius*
238   populations in Bangladesh. These included Nipah virus, which spills over from bat populations to
239   humans in the region, as well as a filovirus and a rubulavirus. It was common for bats to have
240   antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity
241   patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance
242   patterns. Patterns of co-immunity were not random, with antibodies against all three virus types
243   being positively correlated within bats.

244     The dynamic patterns in population seroprevalence were distinct for the three viral groups. The
245   rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations
246   inherit maternal antibodies against the rubulavirus, which wane over the first six months of their life,
247   after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in
248   juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the
249   consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence
250   drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating
251   the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of
252   the rubulavirus to be strongest in the late winter and early spring months in these populations.
253   Mortlock et al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via
254   PCR detection in pooled urine samples), including a peak during a period of presumed antibody
255   waning, though only within a one-year study.

256     An outstanding question is how the rubulavirus is maintained in the population despite high
257   seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent
258   infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in
259   *P. alecto and P. poliocephalus*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42].
260   Another possibility is re-importation.  In concurrent work with this study, we found that bat home

Page: 8

---

Number: 1     Author: Emily Gurley     Date: 9/9/2022 8:59:00 PM
I thought maybe not with the filos?

---

Number: 2     Author: Emily Gurley     Date: 9/9/2022 9:00:00 PM
Something about individual bat risk or strange bat immune responses?

261    ranges overlapped with nearby colonies so as to form a meta-population[34], allowing occasional
262    infection from outside bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].
263        The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
264    virus, which has been found in multiple *Pteropus* species in Australia[45,46]. At least 11 distinct
265    Paramyxoviruses have been found in *P. medius* in Bangladesh alone: Nipah virus and ten
266    uncharacterized species, including six Rubulaviruses closely related to Menangle virus and the
267    Tioman virus[9,47]. It is possible that the serological patterns observed represent antibodies against a
268    complex of multiple Rubulaviruses, though the regular interannual patterns in seroprevalence would
269    indicate that they are operating similarly.
270        Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
271    little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
272    maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
273    comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
274    experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
275    rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
276    virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
277    strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
278    Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
279    the palm-sap consumption, the most frequently implicated spillover pathway[48].
280        We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
281    virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
282    been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
283    unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
284    extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
285    in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis, C.
286    brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been
287    detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
288    been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
289    China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
290    host ranges for filoviruses.
291        Several components of the serological patterns of filovirus antibodies are of interest. Young
292    juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
293    all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
294    these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
295    seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
296    of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
297    among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
298    transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
299    It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
300    immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
301    found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
302    similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
303    regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
304    following the peak is consistent with this explanation.
305        However, if adults remain immune to the filovirus despite low antibody titers, this immunity
306    does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
307    circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
308    filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
309    differential maternally derived immunity. If pups derive weaker immunity from dams than for other
310    viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
311    in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
312    temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

Page: 9

Number: 1    Author: Hume Field    Date: 8/24/2022 9:59:00 AM
And recently in Australia.
Barr et al. J Gen Virol. 2022 Aug;103(8).
doi: 10.1099/jgv.0.001785.

313  However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
314  relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
315  exhibit differential sensitivity by age.

316      Serodynamics in our two one-year studies were broadly similar to those found in the five-year
317  study. We found weak evidence for differences in serodynamics between sites for the filovirus in
318  adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
319  shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
320  we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
321  roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
322  km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
323  that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
324  environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
325  sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

326      Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
327  viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
328  infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
329  transmission, via competition for host nutritional or cellular resources, or via immune-mediation
330  involving cross-immunity or antibody-dependent enhancement, and these interactions structure
331  viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
332  population[27]. Here, we found positive correlations between serostatus against different viruses.
333  External factors may also affect these relationships. For instance, all three viruses appear to have
334  circulated in adults in mid-2010. It is possible that common factors like population density and/or
335  nutrition availability[62] affected transmission of multiple viruses.

336      While rich observational serological data reveal these patterns, greater study is required to
337  characterize these viruses and their effects on the host population and potential for spillover, as well
338  as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
339  optimal sub-populations and times to sample this population to detect viral shedding and isolate
340  these viruses, and potentially capture co-infected hosts.

341      Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
342  studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
343  shedding, but establishing patterns or variation in seasonality requires extended, multi-year
344  sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
345  apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
346  consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
347  Similarly, we were able to understand these patterns far better by separating juvenile and adult
348  patterns, which we would be unable to distinguish in pooled samples.

349      While such extended individual-capture longitudinal studies are resource-intense,
350  understanding the joint circulation of multiple viruses can be accomplished via multiplex
351  immunoassays such as those used here. The continuous measures from these assays also have the
352  potential to identify key patterns such as the differential inheritance of filovirus antibodies we
353  identified here. Interpretation of these values is challenging and the relationship between immune
354  status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
355  light on mechanistic drivers of disease circulation.

356  **Methods**

357  *Field collection*

358      We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
359  year studies in different locations, sampling monthly. All capture and sampling methods were
360  approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
361  2006-012).   For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
362  previously described in Epstein, et al. [34]  The area of the roost complex consists of patchy forest

Page: 10

Number: 1    Author: Steve Luby    Date: 9/2/2022 10:41:00 AM
As noted above, this important detail needs to be mentioned sooner.

Number: 2    Author: Steve Luby    Date: 9/2/2022 10:44:00 AM
In addition to uncertainty over which specific viruses these assays are detecting antibodies against, which is addressed earlier in the discussion, other limitations to scientific inference that seem to me important to discuss include:
there were only two sites to assess spatial heterogeneity. A more robust assessment would require more sites.
Although five years is longer than usually studied, it is too short of a time for measuring temporal dynamics that might play out over longer time periods.

Number: 3    Author: Emily Gurley    Date: 9/9/2022 9:07:00 PM
Agree

Number: 4    Author: Steve Luby    Date: 9/2/2022 10:43:00 AM
Seems a weak concluding statement. I recommend a stronger statement of implications and way forward. To my mind, identification of the specific viruses that are driving these antibody responses would be the highest priority.

Number: 5    Author: Steve Luby    Date: 9/2/2022 9:47:00 AM
I recommend listing the local IRB first.

363  interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
364  2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
365  roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest
366  occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
367  across consecutive sampling nights if required to capture a sufficient number of individuals.

368      Approximately 100 bats were captured at each sampling event, over 7-10 days. We captured bats
369  with a 10x15m mist net between 11pm and 5am each night as bats returned from foraging until the
370  count of 100 was reached.

371      In the one-year longitudinal studies, sampling was undertaken in two roost complexes in
372  Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of
373  approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details
374  of collection are otherwise as described for the five-year study.

375      For each study, we recorded each bat's age class, reproductive status, weight, size, and body
376  condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
377  serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
378  and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
379  placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
380  Cryogenics, NJ, USA).

381      As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
382  swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
383  [34]

### Serological Assays

385      Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
386  gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
387  antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
388  protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
389  were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
390  machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
391  here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
392  positive results.

393      While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
394  is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
395  and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

### Data Analysis

397      We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
398  across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability
399  between the smallest and second-smallest cluster of equal distributions for each assay.

400      To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
401  multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each
402  virus) and the correlation between the outcomes. We included age and sex variables to account for
403  these effects on serostatus.

404      To examine time-varying changes in population seroprevalence, we fit binomial generalized
405  additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year
406  study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit
407  a model for seroprevalence dynamics over the course of the whole study. This treats the adult
408  population as a single unit, though individuals within the population may turn over via migration,
409  death and recruitment. We included both long-term and annual cyclic components for the multi-year
410  time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate
411  populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile
412  cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

Page: 11

---

Number: 1     Author: Steve Luby     Date: 9/2/2022 9:49:00 AM
Error 5.4

---

Number: 2     Author: Emily Gurley     Date: 9/9/2022 8:54:00 PM
If data from this aren't included here, does it need to be in the methods?

---

Number: 3     Author: Wang Linfa     Date: 8/21/2022 10:50:00 AM
I am not 100% sure about this. All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

---

Number: 4     Author: Emily Gurley     Date: 9/9/2022 8:56:00 PM
How has it been done in other similar studies? Using the beads from USU now, we see more than one cluster of MFI values below what we're considering positive.

---

Number: 5     Author: Steve Luby     Date: 9/2/2022 9:53:00 AM
Why should we assume that the second smallest cluster is associated with the genuine presence or absence of antibody?

---

over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N,R., L-FW and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L-FW….; resources, X.X.; data curation, N.R and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, HEF, X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, J.H.E.; funding acquisition, P.D., L-FW and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org:10.1038/nature22975

2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases*   (eds L. F. Wang & C. Cowled)   (Wiley-Blackwell, 2015).

3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535-+ (2013). https://doi.org:10.1038/nature12711

5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org:10.1093/ve/vex012

Page: 12

---

Number: 1    Author: Steve Luby    Date: 9/2/2022 9:57:00 AM

How did you assess model fit?

---

Number: 2    Author: Noam Ross    Date: 8/10/2022 12:19:00 PM

All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

6   Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

7   Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

8   Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-2920.12766

9   Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513 (2013). https://doi.org/10.1128/mBio.00598-13

10  Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011). https://doi.org/10.1371/journal.pone.0025275

11  Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J. Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

12  Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

13  Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

14  Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015). https://doi.org/10.7589/2015-02-044

15  Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection* **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

16  Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

17  Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

18  Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013). https://doi.org/10.1016/j.virol.2013.03.014

19  Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010). https://doi.org/10.1128/jvi.01255-10

20  Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

21  He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples Reveals More Novel Mammalian Viruses. *PLoS One* **8** (2013). https://doi.org/10.1371/journal.pone.0061950

22  Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

23  Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

24  Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population. *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

503    25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community
504          composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org:10.1111/ele.12418

505    26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015).
506          https://doi.org:10.1038/ncomms9147

507    27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl.*
508          *Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org:10.1073/pnas.1801095115

509    28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei
510          Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic*
511          *Diseases* **10**, 183-190 (2010). https://doi.org:10.1089/vbz.2008.0105

512    29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across
513          pteropodid bat populations in Australia. *Epidemiol. Infect.* **145**, 3143-3153 (2017).
514          https://doi.org:10.1017/S0950268817002138

515    30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats
516          coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012).
517          https://doi.org:10.1371/journal.ppat.1002877

518    31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION
519          MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

520    32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife.
521          *Ecohealth* **10**, 298-313 (2013). https://doi.org:10/f5mc5f

522    33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar
523          in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org:10.1017/S0950268811000033

524    34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings*
525          *of the National Academy of Sciences of the United States of America* **117**, 29100-29201 (2020).
526          https://doi.org:10/gjqsw4

527    35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A
528          Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011).
529          https://doi.org:10.4269/ajtmh.2011.10-0567

530    36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8**
531          (2012). https://doi.org:10.1371/journal.ppat.1002836

532    37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.*
533          **20**, 1064-1066 (2014). https://doi.org:10.3201/eid2006.131022

534    38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission,
535          Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org:10.3201/eid2309.161922

536    39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion
537          Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses*
538          **11** (2019). https://doi.org:10.3390/v11010037

539    40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive
540          Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org:10.1017/S0950268811000550

541    41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports
542          Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013).
543          https://doi.org:10.1371/journal.pone.0080430

544    42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal
545          immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org:10.1038/s41598-018-22236-6

546  43  Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics
547      in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021).
548      https://doi.org:10.1071/zo20094

549  44  Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The
550      emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-*
551      *Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

552  45  Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust.*
553      *Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

554  46  Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of
555      Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-
556      373 (2001). https://doi.org:10.1006/viro.2001.0893

557  47  Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus:
558      characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005).
559      https://doi.org:10/d369wm

560  48  Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007.
561      *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

562  49  Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013).
563      https://doi.org:10.3201/eid1902.120524

564  50  Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses.
565      *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

566  51  Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat*
567      *Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

568  52  Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107
569      (2015). https://doi.org:10.1186/s12985-015-0331-3

570  53  McNeil, D. G., Jr. in *The New York Times*      (2018).

571  54  Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000
572      people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7604

573  55  Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005).
574      https://doi.org:10.1038/438575a

575  56  Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat
576      viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

577  57  Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg.*
578      *Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

579  58  Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
580      https://doi.org:10.1186/1743-422X-9-236

581  59  Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The*
582      *Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

583  60  Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
584      infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-
585      07824-2

586  61  Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
587      in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
588      https://doi.org:10.3390/v10020073

589    62    Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New*
590          *York Academy of Sciences* **1429**, 78-99 (2018). https://doi.org:10.1111/nyas.13910

591    63    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein
592          array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

593    64    Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous
594          detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int.*
595          *J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

596    65    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in
597          review). *Science Advances* (2019).

598    66    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein
599          Array        Systems.        *Journal        of        Virological        Methods*        **142**,        29-40        (2007).
600          https://doi.org:10.1016/j.jviromet.2007.01.003

601    67    Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG
602          Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011).
603          https://doi.org:10.1371/journal.pntd.0001175

604    68    Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General*
605          *Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

606    69    Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife:
607          Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303
608          (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

609    70    Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat.*
610          *Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

611    71    Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.    (2018).

612    72    Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*    (CRC Press, 2017).

613    73    Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an
614          introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

615    74    Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer
616          of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular
617          reference        to        Scotland,        UK.        *Geochimica        et        Cosmochimica        Acta*        **82**,        113-135        (2012).
618          https://doi.org:10.1016/j.gca.2010.12.026
619


© 2019 by the authors. Submitted for possible open access publication under the terms
and conditions of the Creative Commons Attribution (CC BY) license
(http://creativecommons.org/licenses/by/4.0/).
620

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1,*], Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily Gurley[4], M. Jahangir Hossein, Hume. E. Field[2], Gary Crameri[7], Lin-Fa Wang[2,7,§], Stephen P. Luby[9] Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]

1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Johns Hopkins School Bloomberg School of Public Health, Baltimore, Maryland, USA

5. [check Jahangir affiliation?]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA

*    Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles with a lower seroprevalence amongst adults suggesting limited circulation or immunity despite low antibody titers. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** Chiroptera; Nipah virus; Ebola Zaire; Menangle virus; flying fox; Bangladesh; serology; longitudinal surveillance; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and

# Summary of Comments on Email 5 - Attachment 3 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_KJO.pdf

## Page: 1

**Number: 1**          Author: Hume Field   Date: 8/24/2022 9:20:00 AM
Pls add my UQ affiliation Noam.
'School of Veterinary Science, The University of Queensland, Gatton 4343 Australia'

**Number: 2**          Author: Wang Linfa   Date: 8/21/2022 10:57:00 AM
It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

**Number: 3**          Author: Noam Ross   Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

**Number: 4**          Author: Kevin Olival   Date: 9/6/2022 12:02:00 AM
Per comments from Linfa and Hume, I think we may want to change the way we describe these throughout given the potential for cross-reactivity with all assays (in fact most serological assays!). At the moment, it's really only when you get to the methods or later in the discussion that it's clear the assays are for Menangle virus and Ebola Zaire viruses specifically. Also, weren't there other Filos in the panel? If so, curious about cross reactivity with any other Filos, e.g. Reston?

How about instead of "a rubulavirus" or "a filovirus" we just go with: Nipah-like, Meangle-like and Ebola-Zaire-like? OR Nipah-related, Menangle-related, and Ebola-Zaire-related viruses? Or we just use the nomenclature you have below, e.g. MenVsero+, EbVsero+… and then later in the discussion have a section about the implications of cross reactivity, i.e. that these may be novel viruses or even multiple related viruses, and not exactly EboV or MenV.

**Number: 5**          Author: Kevin Olival   Date: 9/6/2022 12:10:00 AM
Always good to go with keywords not in the title already, or even abstract, to maximize search optimization.

**Number: 6**          Author: Kevin Olival   Date: 9/6/2022 12:15:00 AM
The Letko et al. 2020 Nature Review Microb. is a good one to cite too. Also check out the section on adaptive immunity for some relevant discussion about filos vs henipas, etc. https://doi.org/10.1038/s41579-020-0394-z

46  pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].
47  *Eidolon helvum*, another pteropodid bat with a broad geographic range in Africa, has been found to
48  carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
49  surveillance efforts have found diverse viruses from with the same viral family in various bat
50  species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
51  within individual bat species[9,11,18-21].

52      Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
53  viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
54  detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
55  host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
56  abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
57  species, including domestic animals and humans[24]. For these, more detailed demographic and
58  longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
59  interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
60  Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
61  infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
62  observed to have annual shedding patterns [28], whereas Hendra virus, which is closely related to
63  Nipah virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-
64  periodic cycles which appear to be influenced by localized factors such as specific bat species
65  abundance and climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in
66  Uganda, coinciding with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often
67  valuable in understanding disease dynamics and transmission[31-33], especially in cases where direct
68  detection and incidence rates of viruses are low[34].

69      *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
70  viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
71  *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
72  Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
73  epidemiology of these other viruses is far less characterized, and little is known about their
74  interactions or zoonotic potential.

75      Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
76  a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
77  Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
78  year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
79  the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
80  circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
81  while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by
82  waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
83  circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
84  inheritance.

85  **2. Results**

86  *Bat Dynamics and Demographics*

87      We conducted a five-year longitudinal study (2007-2012) sampling *P. medius* bats quarterly from
88  a roost complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies (2010-
89  2011) sampling bats monthly from roosts in Chakhoria and Ramnagar, Bangladesh.   In the five-year
90  study, we sampled and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39
91  weaning juveniles (captured attached to adult females) over 19 sampling events (Figure 1). During
92  the one-year studies, 919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles
93  and 40 weaning juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning
94  juveniles (Figure S1). Nearly all juveniles (as determined by examination of maturation of sex organs)
95  were 14 months old or less and could be assigned to a birth cohort based on size. Pregnant and

Page: 2

---

Number: 1          Author: Hume Field   Date: 8/24/2022 9:29:00 AM

Don't think this should be here.

---

Number: 2          Author: Kevin Olival  Date: 9/6/2022 12:21:00 AM

Agree. Delete or move to results or discussion if not repetitive.

---

Number: 3          Author: Wang Linfa   Date: 8/21/2022 10:37:00 AM

To be consistent with other section headings in Results

96   juvenile bats were captured more frequently during the late spring and summer months. Mother-
97   pup pairs were all captured during April and May in the five-year study whilst in the one-year-
98   studies a small number were also captured in June and July. Pregnant females were captured between
99   November and April/May. Lactating females were found between April and July.
100



101   **Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
102   in months from November to June, lactating females were captured in months from April to July.
103   Females with pre-weaning juveniles attached were found from April to May.

104   *Patterns of Immunity and Co-immunity*

105   We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
106   filovirus (EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the
107   rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
108   or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
109   juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
110   juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
111   Co-exposure to multiple viruses was common (Figure 2). Two-thirds (1,173) of the 1752 adults
112   had antibodies against more than one of the three viruses, and 493 (28%) had antibodies against all
113   three. Among the 921 juveniles, 210 (23%) had antibodies against more than one, and 39 had
114   antibodies all three. Almost a third, 38 of 122 pre-weaned juveniles, had more than one of the three
115   antibodies, with seven having all three.
116   We found correlations between serostatus between all three pairs of viruses in a model
117   accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
118   more than would be expected than if they were distributed independently among bats. Nipah virus
119   and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
120   Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
121   0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had the highest covariance of 0.23 (0.17-0.29).

Page: 3

---

Number: 1          Author: Kevin Olival  Date: 9/6/2022 12:24:00 AM

Minor: but consider separating out figure legend, one for adult panel and one key for the juv panel, as colors repeat and a little confusing.

---

Number: 2          Author: Kevin Olival  Date: 9/6/2022 12:05:00 AM

Just flagging as we aren't consistent with using these "sero+" nomenclatures on seropositivity later, as we keep referring generically to rubula and filo throughout.

---

Number: 3          Author: Wang Linfa  Date: 8/21/2022 10:48:00 AM

I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods



**Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*:** Venn diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus, filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers in overlapping areas represent number of bats detected with multiple viruses.

*Serodynamics*

Dynamics of population seroprevalence were different across the viral types. In adults, population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%) to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al. [34]).



**Figure 3. Inter-annual serodynamics in adult bats.** Top: Measured and modeled population seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.

Page: 4

---

Number: 1          Author: Kevin Olival   Date: 9/10/2022 4:42:00 AM

Don't see tick marks on the axis itself, but do see the gridlines which are nice to guide the interpretation, just show up super faint and didn't even show on my print version.



141

**Figure 4. Timing and strength of seasonality of viral circulation in adults over five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



151

**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.

160



161

**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). Filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline (Fig 3). There were distinct periods of increasing circulation in early 2010 and early 2012 (Fig 3). Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1) (Fig 4).

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%). The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16) (Fig 5).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

Page: 6

Number: 1          Author: Kevin Olival   Date: 9/10/2022 4:48:00 AM
Didn't see this one in the file. Also, seems there's no Supp Figure 1?

the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to 60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over the same period. The trend in juveniles was as described for the five-year study.

For the filovirus, the seroprevalence in the one-year studies was higher than the reported average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of distinct increase in spring/summer 2010 was described in the five-year study which overlaps the timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria, there were two periods of increasing seroprevalence in adults over the course of the year. The first of these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August 2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%) between early March 2011 to late April 2011.

Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from 50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December 2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80% (28%-99%) in both locations.

Comparison of the seroprevalence trends within each age group and virus between the two one-year study locations did not support spatial differences in the timing of changes in seroprevalence (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at the end of 2010.



**Figure 7. Comparison of splines for seroprevalence trends between locations in adults and juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero. Where the confidence interval excludes zero, there is evidence for a significant difference in the serodynamics between the Ramnagar and Chakhoria populations over that period.

*Maternal Inheritance of antibodies*

We examined the relationship between mother and pup antibody titers, as measured by our Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1 relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of antibodies against the filovirus relative to the other two viruses.



**Figure 8. Maternal inheritance of antibodies.** In each plot, points are measured log-MFI values for adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

We found serological evidence for regular circulation of multiple viruses in *P. medius* populations in Bangladesh. These included Nipah virus, which spills over from bat populations to humans in the region, as well as a filovirus and a rubulavirus. It was common for bats to have antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance patterns. Patterns of co-immunity were not random, with antibodies against all three virus types being positively correlated within bats.

The dynamic patterns in population seroprevalence were distinct for the three viral groups. The rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations inherit maternal antibodies against the rubulavirus, which wane over the first six months of their life, after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of the rubulavirus to be strongest in the late winter and early spring months in these populations. Mortlock et al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via PCR detection in pooled urine samples), including a peak during a period of presumed antibody waning, though only within a one-year study.

An outstanding question is how the rubulavirus is maintained in the population despite high seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in *P. alecto and P. poliocephalus*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42]. Another possibility is the re-introduction of virus, or distinct viral strains, from outside bat populations. We have previously shown that bat home ranges overlapped with nearby colonies so as

Page: 8

Number: 1          Author: Kevin Olival  Date: 9/10/2022 4:52:00 AM
Just as example if we're changing nomenclature, this would be "how Menangle-related viruses are maintained"…

Number: 2          Author: Kevin Olival  Date: 9/10/2022 4:51:00 AM
Not clear what this means?

265  to form a meta-population[34], findings further supported by population genetic studies of *P. medius* in
266  Bangladesh [REF]. These metapopulation dynamics may allow for occasional infection of viruses or
267  novel viral strains from outside bats, as has been shown to maintain Hendra virus in *Pteropus*
268  populations[43,44].

269      The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
270  virus, which has been found in multiple *Pteropus* species in Australia[45,46]. At least 11 distinct
271  Paramyxoviruses have been found in *P. medius* in Bangladesh alone: Nipah virus and ten
272  uncharacterized species, including six Rubulaviruses closely related to Menangle virus and the
273  Tioman virus[9,47]. It is possible that the serological patterns observed represent antibodies against a
274  complex of multiple Rubulaviruses, though the regular interannual patterns in seroprevalence would
275  indicate that they are operating similarly. The development of more specific serological assays for the
276  six known rubulaviruses found in this species would help to further disentangle these patterns.

277      Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
278  little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
279  maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
280  comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
281  experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
282  rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
283  virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
284  strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
285  Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
286  the palm-sap consumption, the most likely spillover mechanism[48].

287      We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
288  virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
289  been found in *R. leschenaultii* in the country[49]. Interestingly, *P. medius* and *R. leschenaultii* have been
290  observed sharing a common food resources, i.e. data palm sap [REF] which represents a pathway for
291  cross-species EboV transmission and also a potential route of exposure to humans. There have been
292  several recent findings of new Ebola-like filoviruses in bats extending across Africa and Asia, and it's
293  likely the virus we are detecting is not Ebola-Zaire but rather a novel and related virus.  New bat
294  filovirus discoveries include Bombali virus in Sierra Leone[50], and Měnglà virus in *Rousettus* bats in
295  China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis*, *C. brachyotis* and *Ch.
296  plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been detected in Sierra
297  Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has been found in
298  multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57], China[58], as well as
299  Trinidad[59]. Our finding here adds to the evidence of broad host and geographic host ranges for
300  filoviruses.

301      Several components of the serological patterns of filovirus antibodies are of interest. Young
302  juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
303  all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
304  these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
305  seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
306  of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
307  among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
308  transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
309  It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
310  immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
311  found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
312  similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
313  regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
314  following the peak is consistent with this explanation.

315      However, if adults remain immune to the filovirus despite low antibody titers, this immunity
316  does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and

## Page: 9

---

Number: 1          Author: Kevin Olival  Date: 9/10/2022 4:57:00 AM

Olival et al 2019. DOI: 10.1111/mec.15288

---

Number: 2          Author: Kevin Olival  Date: 9/10/2022 5:10:00 AM

Khan SU, Gurley ES, Hossain MJ, Nahar N, Sharker MAY, et al. (2012) A Randomized Controlled Trial of Interventions to Impede Date Palm Sap Contamination by Bats to Prevent Nipah Virus Transmission in Bangladesh. PLoS ONE 7(8): e42689. doi:10.1371/journal.pone.0042689

---

Number: 3          Author: Kevin Olival  Date: 9/10/2022 5:15:00 AM

I wouldn't site news reports and also say "may have been detected" perhaps delete this?

---

Number: 4          Author: Hume Field  Date: 8/24/2022 9:59:00 AM

And recently in Australia.
Barr et al. J Gen Virol. 2022 Aug;103(8).
doi: 10.1099/jgv.0.001785.

---

Number: 5          Author: Kevin Olival  Date: 9/10/2022 6:15:00 AM

Random thought, and pretty speculative, but could expression of some endogenous viral elements cause a pattern like this (or any of the juvenile patterns we observed, as opposed to a strictly maternal antibody inheritance model)? I guess if so, all individuals would show antibodies.

---

Number: 6          Author: Kevin Olival  Date: 9/10/2022 5:16:00 AM

I think this 2010 finding is an interesting and understated finding of ours… namely that all 3 viruses showed significant viral circulation during this period. What inter-annual dyanmics could have led to this? Food shortage (ala some of Raina's work (a new paper coming out soon on this), other environmental or physiological stressors?

---

Number: 7          Author: Kevin Olival  Date: 9/10/2022 5:18:00 AM

We don't know much about this in bats I guess (maybe for Marburg) but Filos in people aren't spread very easily, so some intrinsically lower Rt for filos over other bat viruses?

317  circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
318  filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
319  differential maternally derived immunity. If pups derive weaker immunity from dams than for other
320  viruses, this may provide another mechanism for maintenance of the virus. It's also possible that
321  patterns in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and
322  that temporal trends are in part reflective of differential cross-reaction with viruses in this bat
323  population. However, while this may modify estimates of overall seroprevalence, the differential
324  pup/dam MFI relationship, and consistent rise in seroprevalence among young juveniles, would
325  require the test to exhibit differential sensitivity by age which we believe is unlikely.

326  Serodynamics in our two one-year studies were broadly similar to those found in the five-year
327  study. We found weak evidence for differences in serodynamics between sites for the filovirus in
328  adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
329  shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
330  we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
331  roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
332  km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
333  that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
334  environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
335  sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

336  Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
337  viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
338  infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
339  transmission, via competition for host nutritional or cellular resources, or via immune-mediation
340  involving cross-immunity or antibody-dependent enhancement, and these interactions structure
341  viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
342  population[27]. Here, we found positive correlations between serostatus against three different viruses.
343  Notably, all three viruses had a significant increase in viral circulation in adults in mid-2010.
344  External factors may explain these inter-annual viral circulation patterns, for example changes in
345  population density and/or physiological stress due to climate or nutrition availability[62] could
346  simultaneously affected transmission of multiple viruses.

347  While rich observational serological data reveal these patterns, further studies are required to
348  characterize these viruses and their effects on the host population and potential for spillover, as well
349  as the degree and mechanisms of interactions. Our model of longitudinal, serological data was able
350  to infer periods of increased viral circulation – providing a tool to more precisely target optimal sub-
351  populations and times to sample bats or other wildlife reservoirs to detect viral shedding, isolate
352  viruses, and potentially capture co-infected hosts.

353  Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
354  studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
355  shedding, but establishing patterns or variation in seasonality requires extended, multi-year
356  sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
357  apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
358  consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
359  Similarly, we were able to understand these patterns far better by separating juvenile and adult
360  patterns, which we would be unable to distinguish in pooled samples. Future work should examine
361  these inter-annual patterns in viral dynamics with ecological correlates and intrinsic health
362  parameters for bats in the population

363  While such extended individual-capture longitudinal studies are resource-intense,
364  understanding the joint circulation of multiple viruses can be accomplished via multiplex
365  immunoassays such as those used here. The continuous measures from these assays also have the
366  potential to identify key patterns such as the differential inheritance of filovirus antibodies we
367  identified here. Interpretation of these values is challenging and the relationship between immune

Page: 10

Number: 1        Author: Kevin Olival   Date: 9/10/2022 6:18:00 AM
Do we have other Filos on the Luminex panel we can compare the EBOV-Z data with? If so, maybe for next paper?

Number: 2        Author: Kevin Olival   Date: 9/10/2022 6:19:00 AM
Seems to be what we're implying here, but feel free to modify.

Number: 3        Author: Kevin Olival   Date: 9/6/2022 12:19:00 AM
This struck me as a really interesting finding I think we should make a bigger deal about. As per Fig 3, for two of our viruses this period in 2010 was the only with significant virus circulation. Made some edits here.

Number: 4        Author: Kevin Olival   Date: 9/6/2022 12:19:00 AM
This struck me as a really interesting finding I think we should make a bigger deal about. As per Fig 3, for two of our viruses this period in 2010 was the only with significant virus circulation.

Number: 5        Author: Kevin Olival   Date: 9/6/2022 12:18:00 AM
Also. Plowright, R. K. et al. Reproduction and nutritional
stress are risk factors for Hendra virus infection in little
red flying foxes (Pteropus scapulatus). Proc. Biol. Sci.
275, 861–869 (2008).
Raina has a new paper coming out around now that measures food availability and links w HeV shedding (as shown at BatID meeting)

368  status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
369  light on mechanistic drivers of disease circulation.

370  **Methods**

371  *Field collection*

372  We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
373  year studies in different locations, sampling monthly. All capture and sampling methods were
374  approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
375  2006-012).  For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
376  previously described in Epstein, et al. [34]  The area of the roost complex consists of patchy forest
377  interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
378  2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
379  roosts within the 80km$^2$ roost complex over the period of the study. Sampling occurred at the largest
380  occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
381  across consecutive sampling nights if required to capture a sufficient number of individuals.

382  Approximately 100 bats were captured at each sampling event, which lasted 7-10 days. We
383  captured bats with a 10x15m mist net between 11pm and 5am each night as bats returned from
384  foraging until the count of 100 was reached.

385  In the one-year longitudinal studies, sampling was undertaken in two roost complexes
386  approximately 225km apart in Ramnagar and Chakhoria, Bangladesh between April 2010 and May
387  2011. Monthly sampling of approximately 40 bats in each location was performed to obtain data at a
388  finer temporal scale. Details of collection are otherwise as described for the five-year study.

389  For each study, we recorded each bat's age class, reproductive status, weight, size, and body
390  condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
391  serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
392  and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
393  placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
394  Cryogenics, NJ, USA).

395  As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
396  swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
397  [34]

398  *Serological Assays*

399  Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
400  gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
401  antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
402  protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
403  were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
404  machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
405  here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
406  positive results.

407  While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
408  is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
409  and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

410  *Data Analysis*

411  We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
412  across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability
413  between the smallest and second-smallest cluster of equal distributions for each assay.

414  To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
415  multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each

## Page: 11

Number: 1          Author: Kevin Olival   Date: 9/10/2022 6:32:00 AM
Do we give GPS lat/long anywhere, even if rounded up some decimal points?

Number: 2          Author: Wang Linfa   Date: 8/21/2022 10:50:00 AM
I am not 100% sure about this.  All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

virus) and the correlation between the outcomes. We included age and sex variables to account for these effects on serostatus.

To examine time-varying changes in population seroprevalence, we fit binomial generalized additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit a model for seroprevalence dynamics over the course of the whole study. This treats the adult population as a single unit, though individuals within the population may turn over via migration, death and recruitment. We included both long-term and annual cyclic components for the multi-year time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N.R., L-F.W and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L–F.W….; resources, X.X.; data curation, N.R. and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, H.E.F., K.J.O., X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, J.H.E.; funding acquisition, P.D., L-F.W and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

Page: 12

Number: 1    Author: Noam Ross    Date: 8/10/2022 12:19:00 PM

All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org/10.1038/nature22975

2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases* (eds L. F. Wang & C. Cowled) (Wiley-Blackwell, 2015).

3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535-+ (2013). https://doi.org/10.1038/nature12711

5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org/10.1093/ve/vex012

6    Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

7    Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

8    Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-2920.12766

9    Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513 (2013). https://doi.org/10.1128/mBio.00598-13

10   Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011). https://doi.org/10.1371/journal.pone.0025275

11   Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J. Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

12   Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

13   Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

14   Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, Is Present in Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015). https://doi.org/10.7589/2015-02-044

15   Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection* **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

16   Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

17   Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

18   Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013). https://doi.org/10.1016/j.virol.2013.03.014

19   Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010). https://doi.org/10.1128/jvi.01255-10

20    Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org:10.1128/jvi.06671-11

21    He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples Reveals    More    Novel    Mammalian    Viruses. *PLoS    One* **8**    (2013). https://doi.org:10.1371/journal.pone.0061950

22    Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org:10.1111/mec.15288

23    Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org:10/gdnbxh

24    Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population. *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org:10.1098/rspb.2008.1732

25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org:10.1111/ele.12418

26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015). https://doi.org:10.1038/ncomms9147

27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl. Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org:10.1073/pnas.1801095115

28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic Diseases* **10**, 183-190 (2010). https://doi.org:10.1089/vbz.2008.0105

29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across pteropodid    bat    populations    in    Australia. *Epidemiol. Infect.* **145**,    3143-3153    (2017). https://doi.org:10.1017/S0950268817002138

30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012). https://doi.org:10.1371/journal.ppat.1002877

31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife. *Ecohealth* **10**, 298-313 (2013). https://doi.org:10/f5mc5f

33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org:10.1017/S0950268811000033

34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings of the National Academy of Sciences of the United States of America* **117**, 29190-29201 (2020). https://doi.org:10/gjqsw4

35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011). https://doi.org:10.4269/ajtmh.2011.10-0567

36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8** (2012). https://doi.org:10.1371/journal.ppat.1002836

37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.* **20**, 1064-1066 (2014). https://doi.org:10.3201/eid2006.131022

38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission, Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org:10.3201/eid2309.161922

39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses* **11** (2019). https://doi.org:10.3390/v11010037

40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org:10.1017/S0950268811000550

41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013). https://doi.org:10.1371/journal.pone.0080430

42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org:10.1038/s41598-018-22236-6

43    Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021). https://doi.org:10.1071/zo20094

44    Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

45    Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust. Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

46    Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-373 (2001). https://doi.org:10.1006/viro.2001.0893

47    Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus: characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005). https://doi.org:10/d369wm

48    Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007. *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

49    Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013). https://doi.org:10.3201/eid1902.120524

50    Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses. *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

51    Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

52    Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107 (2015). https://doi.org:10.1186/s12985-015-0331-3

53    McNeil, D. G., Jr. in *The New York Times*    (2018).

54    Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000 people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7864

55    Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005). https://doi.org:10.1038/438575a

56    Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

57    Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg. Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

593   58   Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
594        https://doi.org:10.1186/1743-422X-9-236

595   59   Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The*
596        *Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

597   60   Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
598        infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-
599        07824-2

600   61   Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
601        in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
602        https://doi.org:10.3390/v10020073

603   62   Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New*
604        *York Academy of Sciences* **1429**, 78-99 (2018). https://doi.org:10.1111/nyas.13910

605   63   Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein
606        array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

607   64   Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous
608        detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int.*
609        *J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

610   65   Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in
611        review). *Science Advances* (2019).

612   66   Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein
613        Array Systems. *Journal of Virological Methods* **142**, 29-40 (2007).
614        https://doi.org:10.1016/j.jviromet.2007.01.003

615   67   Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG
616        Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011).
617        https://doi.org:10.1371/journal.pntd.0001175

618   68   Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General*
619        *Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

620   69   Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife:
621        Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303
622        (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

623   70   Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat.*
624        *Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

625   71   Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.   (2018).

626   72   Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*   (CRC Press, 2017).

627   73   Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an
628        introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

629   74   Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer
630        of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular
631        reference    to    Scotland,    UK.    *Geochimica    et    Cosmochimica    Acta*    **82**,    113-135    (2012).
632        https://doi.org:10.1016/j.gca.2010.12.026

633


© 2019 by the authors. Submitted for possible open access publication under the terms
and conditions of the Creative Commons Attribution (CC BY) license
(http://creativecommons.org/licenses/by/4.0/).

634

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1,*], Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily Gurley[4], M. Jahangir Hossein, Hume. E. Field[1], Gary Crameri[7], Lin-Fa Wang[8], Stephen P. Luby[9]Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]


1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Johns Hopkins School Bloomberg School of Public Health, Baltimore, Maryland, USA

5. [check Jahangir affiliation]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, AUS

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA


*   Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].

# Summary of Comments on Email 5 - Attachment 4 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11.pdf

## Page: 1

Number: 1        Author: Noam Ross    Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

46  *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to
47  carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
48  surveillance efforts have found diverse viruses from with the same viral family in various bat
49  species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
50  within individual bat species[9,11,18-21].

51      Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
52  viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
53  detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
54  host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
55  abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
56  species, including domestic animals and humans[24]. For these, more detailed demographic and
57  longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
58  interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
59  Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
60  infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
61  observed to have annual shedding patterns [28], whereas Hendra virus, which is closely related to
62  Nipah virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-
63  periodic cycles which appear to be influenced by localized factors such as specific bat species
64  abundance and climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in
65  Uganda, coinciding with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often
66  valuable in understanding disease dynamics and transmission[31-33], especially in cases where direct
67  detection and incidence rates of viruses are low[34].

68      *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
69  viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
70  *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
71  Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
72  epidemiology of these other viruses is far less characterized, and little is known about their
73  interactions or zoonotic potential.

74      Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
75  a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
76  Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
77  year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
78  the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
79  circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
80  while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by
81  waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
82  circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
83  inheritance.

## 2. Results

*Bat dynamics and demographics*

86      We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost
87  complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats
88  monthly from roosts in Chakhoria and Ramnagar, Bangladesh.   In the five-year study, we sampled
89  and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles
90  (captured attached to adult females) over 19 sampling events (Figure 1). During the-one-year studies,
91  919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles and 40 weaning
92  juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure
93  S1). Nearly all juveniles (as determined by examination of maturation of sex organs) were 14 months
94  old or less and could be assigned to a birth cohort based on size. Pregnant and juvenile bats were
95  captured more frequently during the late spring and summer months. Mother-pup pairs were all

96  captured during April and May in the five-year study whilst in the one-year-studies a small number
97  were also captured in June and July. Pregnant females were captured between November and
98  April/May. Lactating females were found between April and July.
99



**Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
in months from November to June, lactating females were captured in months from April to July.
Females with pre-weaning juveniles attached were found from April to May.

*Patterns of Immunity and Co-immunity*

We found bats were seropositive for antibodies against the Nipah virus (NiVsero+), a filovirus
(EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the rubulavirus
were common; 1,314 of 1752 adult bats were MeNsero+. Antibodies against Nipah virus or filovirus
were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921 juveniles, 192 were
MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned juveniles, 43 were
MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.

Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
antibodies against more than one of the three viruses, and 493 had antibodies against all three.
Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.

We found correlations between serostatus between all three pairs of viruses in a model
accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
more than would be expected than if they were distributed independently among bats. Nipah virus
and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).



**Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*:** Venn diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus, filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers in overlapping areas represent number of bats detected with multiple viruses.

*Serodynamics*

Dynamics of population seroprevalence were different across the viral types. In adults, population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%) to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al.[34]).



**Figure 3. Inter-annual serodynamics in adult bats.** Top: Measured and modeled population seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



Figure 4. **Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



Figure 5. **Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.



**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to 60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over the same period. The trend in juveniles was as described for the five-year study.

For the filovirus, the seroprevalence in the one-year studies was higher than the reported average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of distinct increase in spring/summer 2010 was described in the five-year study which overlaps the timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria, there were two periods of increasing seroprevalence in adults over the course of the year. The first of these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August 2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%) between early March 2011 to late April 2011.

Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from 50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December 2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80% (28%-99%) in both locations.

Comparison of the seroprevalence trends within each age group and virus between the two one-year study locations did not support spatial differences in the timing of changes in seroprevalence (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at the end of 2010.



**Figure 7. Comparison of splines for seroprevalence trends between locations in adults and juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero. Where the confidence interval excludes zero, there is evidence for a significant difference in the serodynamics between the Ramnagar and Chakhoria populations over that period.

*Maternal Inheritance of antibodies*

We examined the relationship between mother and pup antibody titers, as measured by our Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1 relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of antibodies against the filovirus relative to the other two viruses.



**Figure 8. Maternal inheritance of antibodies.** In each plot, points are measured log-MFI values for adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

We found serological evidence for regular circulation of multiple viruses in *P. medius* populations in Bangladesh. These included Nipah virus, which spills over from bat populations to humans in the region, as well as a filovirus and a Rubulavirus. It was common for bats to have antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance patterns. Patterns of co-immunity were not random, with antibodies against all three virus types being positively correlated within bats.

The dynamic patterns in population seroprevalence were distinct for the three viral groups. The rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations inherit maternal antibodies against the Rubulavirus, which wane over the first six months of their life, after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of the rubulavirus to be strongest in the late winter and early spring months in these populations. Mortlock at al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via PCR detection in pooled urine samples), including a peak during a period of presumed antibody waning, though only within a one-year study.

An outstanding question is how the rubulavirus is maintained in the population despite high seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in *P. Medius*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42]. Another possibility is re-importation.   In concurrent work with this study, we found that bat home ranges overlapped

261 with nearby colonies so as to form a meta-population[34], allowing occasional infection from outside
262 bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].

263      The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
264 virus, which has been found in *P. medius* in Australia[45,46]. At least 11 distinct Paramyxoviruses have
265 been found in *P. medius* in Bangladesh alone: Nipah virus and ten uncharacterized species, including
266 six Rubulaviruses closely related to Menangle virus and the Tioman virus[9,47]. It is possible that the
267 serological patterns observed represent antibodies against a complex of multiple Rubulaviruses,
268 though the regular interannual patterns in seroprevalence would indicate that they are operating
269 similarly.

270      Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
271 little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
272 maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
273 comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
274 experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
275 rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
276 virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
277 strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
278 Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
279 the palm-sap consumption, the most likely spillover mechanism[48].

280      We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
281 virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
282 been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
283 unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
284 extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
285 in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis*, *C.
286 brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been
287 detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
288 been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
289 China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
290 host ranges for filoviruses.

291      Several components of the serological patterns of filovirus antibodies are of interest. Young
292 juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
293 all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
294 these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
295 seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
296 of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
297 among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
298 transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
299 It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
300 immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
301 found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
302 similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
303 regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
304 following the peak is consistent with this explanation.

305      However, if adults remain immune to the filovirus despite low antibody titers, this immunity
306 does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
307 circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
308 filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
309 differential maternally derived immunity. If pups derive weaker immunity from dams than for other
310 viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
311 in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
312 temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

313    However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
314    relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
315    exhibit differential sensitivity by age.

316    Serodynamics in our two one-year studies were broadly similar to those found in the five-year
317    study. We found weak evidence for differences in serodynamics between sites for the filovirus in
318    adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
319    shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
320    we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
321    roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
322    km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
323    that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
324    environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
325    sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

326    Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
327    viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
328    infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
329    transmission, via competition for host nutritional or cellular resources, or via immune-mediation
330    involving cross-immunity or antibody-dependent enhancement, and these interactions structure
331    viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
332    population[27]. Here, we found positive correlations between serostatus against different viruses.
333    External factors may also affect these relationships. For instance, all three viruses appear to have
334    circulated in adults in mid-2010. It is possible that common factors like population density and/or
335    nutrition availability[62] affected transmission of multiple viruses.

336    While rich observational serological data reveal these patterns, greater study is required to
337    characterize these viruses and their effects on the host population and potential for spillover, as well
338    as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
339    optimal sub-populations and times to sample this population to detect viral shedding and isolate
340    these viruses, and potentially capture co-infected hosts.

341    Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
342    studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
343    shedding, but establishing patterns or variation in seasonality requires extended, multi-year
344    sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
345    apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
346    consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
347    Similarly, we were able to understand these patterns far better by separating juvenile and adult
348    patterns, which we would be unable to distinguish in pooled samples.

349    While such extended individual-capture longitudinal studies are resource-intense,
350    understanding the joint circulation of multiple viruses can be accomplished via multiplex
351    immunoassays such as those used here. The continuous measures from these assays also have the
352    potential to identify key patterns such as the differential inheritance of filovirus antibodies we
353    identified here. Interpretation of these values is challenging and the relationship between immune
354    status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
355    light on mechanistic drivers of disease circulation.

356    **Methods**

357    *Field collection*

358    We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
359    year studies in different locations, sampling monthly. All capture and sampling methods were
360    approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
361    2006-012).   For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
362    previously described in Epstein, et al. [34]   The area of the roost complex consists of patchy forest

363  interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
364  2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
365  roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest
366  occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
367  across consecutive sampling nights if required to capture a sufficient number of individuals.

368  Approximately 100 bats were captured at each sampling event, which lasted 7-10 days. We
369  captured bats with a 10x15m mist net between 11pm and 5am each night as bats returned from
370  foraging until the count of 100 was reached.

371  In the one-year longitudinal studies, sampling was undertaken in two roost complexes in
372  Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of
373  approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details
374  of collection are otherwise as described for the five-year study.

375  For each study, we recorded each bat's age class, reproductive status, weight, size, and body
376  condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
377  serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
378  and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
379  placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
380  Cryogenics, NJ, USA).

381  As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
382  swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
383  [34]

*Serological Assays*

385  Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
386  gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
387  antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
388  protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
389  were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
390  machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
391  here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
392  positive results.

393  While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
394  is well-established [56], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
395  and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

*Data Analysis*

397  We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
398  across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability
399  between the smallest and second-smallest cluster of equal distributions for each assay.

400  To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
401  multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each
402  virus) and the correlation between the outcomes. We included age and sex variables to account for
403  these effects on serostatus.

404  To examine time-varying changes in population seroprevalence, we fit binomial generalized
405  additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year
406  study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit
407  a model for seroprevalence dynamics over the course of the whole study. This treats the adult
408  population as a single unit, though individuals within the population may turn over via migration,
409  death and recruitment. We included both long-term and annual cyclic components for the multi-year
410  time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate
411  populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile
412  cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N.R. and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and ….; resources, X.X.; data curation, N.R and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, N.R. and J.H.E.; funding acquisition, P.D. and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), and the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI).

**Acknowledgements:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

1       Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org:10.1038/nature22975

2       Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases*    (eds L. F. Wang & C. Cowled)    (Wiley-Blackwell, 2015).

3       Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531–+ (2006).

4       Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535–+ (2013). https://doi.org:10.1038/nature12711

5       Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org:10.1093/ve/vex012

Page: 12

Number: 1        Author: Noam Ross    Date: 8/10/2022 12:19:00 PM

All co-authors please insert yourselves as appropriate here. A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

460  6    Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature*
461       *Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

462  7    Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of
463       infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

464  8    Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens
465       pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-
466       2920.12766

467  9    Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513
468       (2013). https://doi.org/10.1128/mBio.00598-13

469  10   Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011).
470       https://doi.org/10.1371/journal.pone.0025275

471  11   Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J.*
472       *Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

473  12   Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in
474       Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC*
475       *Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

476  13   Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS*
477       *Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

478  14   Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in
479       Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015).
480       https://doi.org/10.7589/2015-02-044

481  15   Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection*
482       **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

483  16   Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

484  17   Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-*
485       *Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

486  18   Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a
487       chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013).
488       https://doi.org/10.1016/j.virol.2013.03.014

489  19   Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral
490       Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010).
491       https://doi.org/10.1128/jvi.01255-10

492  20   Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses
493       in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

494  21   He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples
495       Reveals More Novel Mammalian Viruses. *PLoS One* **8** (2013).
496       https://doi.org/10.1371/journal.pone.0061950

497  22   Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and
498       diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

499  23   Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

500  24   Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population.
501       *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

502    25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community
503         composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org:10.1111/ele.12418

504    26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015).
505         https://doi.org:10.1038/ncomms9147

506    27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl.*
507         *Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org:10.1073/pnas.1801095115

508    28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei
509         Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic*
510         *Diseases* **10**, 183-190 (2010). https://doi.org:10.1089/vbz.2008.0105

511    29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across
512         pteropodid    bat    populations    in    Australia.    *Epidemiol. Infect.*    **145**,    3143-3153    (2017).
513         https://doi.org:10.1017/S0950268817002138

514    30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats
515         coincide    with    periods    of    increased    risk    of    human    infection.    *PLoS Pathog.*    **8**,    e1002877    (2012).
516         https://doi.org:10.1371/journal.ppat.1002877

517    31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION
518         MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

519    32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife.
520         *Ecohealth* **10**, 298-313 (2013). https://doi.org:10/f5mc5f

521    33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar
522         in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org:10.1017/S0950268811000033

523    34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings*
524         *of the National Academy of Sciences of the United States of America* **117**, 29190-29201 (2020).
525         https://doi.org:10/gjqsw4

526    35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A
527         Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011).
528         https://doi.org:10.4269/ajtmh.2011.10-0567

529    36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8**
530         (2012). https://doi.org:10.1371/journal.ppat.1002836

531    37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.*
532         **20**, 1064-1066 (2014). https://doi.org:10.3201/eid2006.131022

533    38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission,
534         Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org:10.3201/eid2309.161922

535    39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion
536         Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses*
537         **11** (2019). https://doi.org:10.3390/v11010037

538    40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive
539         Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org:10.1017/S0950268811000550

540    41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports
541         Hendra    virus    persistence    in    Australian    flying-fox    populations.    *PLoS One* **8**,    e80430    (2013).
542         https://doi.org:10.1371/journal.pone.0080430

543    42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal
544         immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org:10.1038/s41598-018-22236-6

43    Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021). https://doi.org:10.1071/zo20094

44    Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

45    Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust. Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

46    Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-373 (2001). https://doi.org:10.1006/viro.2001.0893

47    Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus: characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005). https://doi.org:10/d369wm

48    Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007. *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

49    Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013). https://doi.org:10.3201/eid1902.120524

50    Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses. *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

51    Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

52    Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107 (2015). https://doi.org:10.1186/s12985-015-0331-3

53    McNeil, D. G., Jr. in *The New York Times*     (2018).

54    Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000 people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7601

55    Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005). https://doi.org:10.1038/438575a

56    Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

57    Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg. Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

58    Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012). https://doi.org:10.1186/1743-422X-9-236

59    Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

60    Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-07824-2

61    Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018). https://doi.org:10.3390/v10020073

62  Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New York Academy of Sciences* **1429**, 78-99 (2018). https://doi:10.1111/nyas.13910

63  Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

64  Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int. J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

65  Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in review). *Science Advances* (2019).

66  Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein Array Systems. *Journal of Virological Methods* **142**, 29-40 (2007). https://doi.org:10.1016/j.jviromet.2007.01.003

67  Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011). https://doi.org:10.1371/journal.pntd.0001175

68  Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

69  Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife: Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303 (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

70  Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat. Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

71  Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.  (2018).

72  Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*  (CRC Press, 2017).

73  Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

74  Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular reference to Scotland, UK. *Geochimica et Cosmochimica Acta* **82**, 113-135 (2012). https://doi.org:10.1016/j.gca.2010.12.026

© 2019 by the authors. Submitted for possible open access publication under the terms and conditions of the Creative Commons Attribution (CC BY) license (http://creativecommons.org/licenses/by/4.0/).

| | |
|---|---|
| **From:** | Jahangir Hossain on behalf of Jahangir Hossain <Jahangir.Hossain@lshtm.ac.uk> |
| **To:** | Emily Gurley; Kevin Olival; Noam Ross; Jon Epstein |
| **Cc:** | Steve Luby; Ariful Islam; Hayes, Sarah; A. Marm Kilpatrick; Dr. Jahangir Hossain; Gary Crameri; Linfa Wang; Chris Broder; Peter Daszak; Madeline Salino; Hume Field |
| **Subject:** | RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population |
| **Date:** | Saturday, September 10, 2022 9:07:32 AM |
| **Attachments:** | Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl_eg_JH.docx |

Hi Jon,
I have a few minor editions and comments with others.

Thank you,
Jahangir Hossain

**From:** Emily Gurley <egurley1@jhu.edu>
**Sent:** 10 September 2022 01:08
**To:** Kevin Olival olival@ecohealthalliance.org; Noam Ross ross@ecohealthalliance.org; Jon Epstein <epstein@ecohealthalliance.org>
**Cc:** Steve Luby <sluby@stanford.edu>; Ariful Islam <arif@ecohealthalliance.org>; Hayes, Sarah <sarah.hayes16@imperial.ac.uk>; A. Marm Kilpatrick <akilpatr@ucsc.edu>; Dr. Jahangir Hossain <jhossain@mrc.gm>; Gary Crameri <garycrameri1@gmail.com>; Linfa Wang <linfa.wang@duke-nus.edu.sg>; Chris Broder <christopher.broder@usuhs.edu>; Peter Daszak <daszak@ecohealthalliance.org>; Madeline Salino <salino@ecohealthalliance.org>; Hume Field <hume.field@ecohealthalliance.org>
**Subject:** RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population

*** This message originated outside MRCG @ LSHTM ***
Sorry to be late to the party – a few more comments attached to add to the insightful suggestions you've already received.

Jon – still think it would be great to link up so we can describe antibody dynamics over time in our recaptures!

Have a great weekend,
Emily

**From:** Kevin Olival <olival@ecohealthalliance.org>
**Sent:** Friday, September 9, 2022 5:39 PM
**To:** Noam Ross <ross@ecohealthalliance.org>; Jon Epstein <epstein@ecohealthalliance.org>
**Cc:** Steve Luby <sluby@stanford.edu>; Ariful Islam <arif@ecohealthalliance.org>; Hayes, Sarah <sarah.hayes16@imperial.ac.uk>; A. Marm Kilpatrick <akilpatr@ucsc.edu>; Emily Gurley <egurley1@jhu.edu>; Dr. Jahangir Hossain <jhossain@mrc.gm>; Gary Crameri <garycrameri1@gmail.com>; Linfa Wang <linfa.wang@duke-nus.edu.sg>; Chris Broder <christopher.broder@usuhs.edu>; Peter Daszak <daszak@ecohealthalliance.org>; Madeline Salino <salino@ecohealthalliance.org>; Hume Field <hume.field@ecohealthalliance.org>
**Subject:** Re: Draft manuscript: Co-circulation dynamics of viruses in a bat population

Noam and Jon,

Attached are my edits and comments. I started working on this using the version from Hume and Linfa, so my version here does not include Steve's valuable comments.

Great paper.

Cheers,
Kevin

**Kevin J. Olival, PhD**
*Vice President for Research*

EcoHealth Alliance
520 Eighth Avenue, Suite 1200
New York, NY 10018

1.212.380.4478 (direct)
1.212.380.4465 (fax)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

On Sep 3, 2022, at 2:54 AM, Steve Luby <sluby@stanford.edu> wrote:

Hi Jon,

Thanks for sharing this interesting work. Kudos to Noam and the team for pulling all of this together.

Attached are my comments.

To reduce the amount of my time and improve the thoroughness of my review, I use error codes when I identify common errors within a scientific document. A full description of the error and strategies for addressing it can be found in a scientific writing guide written by Dorothy Southern and I (Pathway to Publishing-A Guide to Quantitative Writing in the Health Sciences) published as an Open Access ebook through Springer. It can be downloaded from here: https://link.springer.com/book/10.1007/978-3-030-98175-4

Steve

hume.field@ecohealthalliance.org wrote on 8/23/2022 6:40 PM:

Great to see Jon, Noam. Reads well, nice graphics. Thanks for co-

authorship.. my edits added to Linfa's version.

Regards all
Hume

Hume Field PhD MSc BVSc MACVS
Adjunct Professor | **University of Queensland** | Australia
Science & Policy Advisor **| EcoHealth Alliance** | USA
Director | **Jeppesen Field Consulting** | Australia.

Phone:  +61448582311

---

**From:** Jon Epstein <epstein@ecohealthalliance.org>
**Sent:** Saturday, 20 August 2022 1:22 AM
**To:** Ariful Islam <arif@ecohealthalliance.org>; Hayes, Sarah <sarah.hayes16@imperial.ac.uk>; A. Marm Kilpatrick <akilpatr@ucsc.edu>; Kevin Olival, PhD <olival@ecohealthalliance.org>; Emily Gurley <egurley1@jhu.edu>; Dr. Jahangir Hossain <jhossain@mrc.gm>; Hume Field <hume.field@ecohealthalliance.org>; Gary Crameri <garycrameri1@gmail.com>; Linfa Wang <linfa.wang@duke-nus.edu.sg>; Stephen Luby <sluby@stanford.edu>; Christopher Broder <christopher.broder@usuhs.edu>; Peter Daszak <daszak@ecohealthalliance.org>
**Cc:** Noam Ross <ross@ecohealthalliance.org>; Madeline Salino <salino@ecohealthalliance.org>
**Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

Colleagues,
I hope you're all doing well. I'm excited to share a draft manuscript, led by Noam, that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a population of *Pteropus medius.* We plan to submit this to *Nature Communications* in September. Please send Noam and I your comments by **September 10th**.

Cheers,
Jon

--
**Jonathan H. Epstein DVM, MPH, PhD**
Vice President for Science and Outreach
EcoHealth Alliance

520 Eighth Avenue, Ste. 1200
New York, NY 10018


1.212.380.4467 (direct)

web:  ecohealthalliance.org

Twitter: @epsteinjon
*EcoHealth Alliance develops science-based solutions to prevent pandemics
and promote conservation*



--
Stephen Luby, MD
Professor of Medicine (Infectious Diseases & Geographic Medicine)
Director of Research, Center for Innovation in Global Health
Senior Fellow Woods Institute for the Environment
Senior Fellow Freeman Spogli Institute for International Studies
Stanford University

Mailing Address:
Stanford University
Y2E2, MC 4205
473 Via Ortega
Stanford, CA 94305

Phone: 1-650-723-4129
Fax: 1-650-725-3402
Email:  sluby@stanford.edu

<Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl.docx>

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1],*, Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily Gurley[4], M. Jahangir Hossein, Hume. E. Field[7], Gary Crameri[7], Lin-Fa Wang[2,§], Stephen P. Luby[9], Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]

1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Johns Hopkins School Bloomberg School of Public Health, Baltimore, Maryland, USA

5. [check Jahangir affiliation]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Division of Infectious Diseases and Geographic Medicine, Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA

*   Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].

# Summary of Comments on Email 6 - Attachment 1 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl (002).pdf

## Page: 1

**Number: 1**          Author: Hume Field   Date: 8/24/2022 9:20:00 AM

Pls add my UQ affiliation Noam.
'School of Veterinary Science, The University of Queensland, Gatton 4343 Australia'

**Number: 2**          Author: Wang Linfa   Date: 8/21/2022 10:57:00 AM

It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

**Number: 3**          Author: Noam Ross   Date: 8/10/2022 12:38:00 PM

Please check that your affiliation is as it should be!

**Number: 4**          Author: Steve Luby   Date: 9/2/2022 9:33:00 AM

This seems an odd sentence to close with. The last sentence is usually a conclusion, but I can't see how the data presented in the abstract supports this conclusion.

**Number: 5**          Author: Steve Luby   Date: 9/2/2022 9:36:00 AM

True, but since the new data presented here don't address this issue, I don't see this as central to the introduction, i.e. Error 3.12

46   *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to
47   carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
48   surveillance efforts have found diverse viruses from with the same viral family in various bat
49   species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
50   within individual bat species[9,11,18-21].

51        Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
52   viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
53   detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
54   host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
55   abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
56   species, including domestic animals and humans[24]. For these, more detailed demographic and
57   longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
58   interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
59   Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
60   infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
61   observed to have annual shedding patterns[28], whereas Hendra virus, which is closely related to Nipah
62   virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-periodic
63   cycles which appear to be influenced by localized factors such as specific bat species abundance and
64   climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in Uganda, coinciding
65   with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often valuable in understanding
66   disease dynamics and transmission[31-33], especially in cases where direct detection and incidence rates
67   of viruses are low[34].

68        *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
69   viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
70   *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
71   Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
72   epidemiology of these other viruses is far less characterized, and little is known about their
73   interactions or zoonotic potential.

74        Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
75   a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
76   Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
77   year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
78   the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
79   circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
80   while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by
81   waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
82   circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
83   inheritance.

## 2. Results

85   *Bat Dynamics and Demographics*

86        We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost
87   complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats
88   monthly from roosts in Chakhoria and Ramnagar, Bangladesh.   In the five-year study, we sampled
89   and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles
90   (captured attached to adult females) over 19 sampling events (Figure 1). During the-one-year studies,
91   919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles and 40 weaning
92   juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure
93   S1). Nearly all juveniles (as determined by examination of maturation of sex organs) were 14 months
94   old or less and could be assigned to a birth cohort based on size. Pregnant and juvenile bats were
95   captured more frequently during the late spring and summer months. Mother-pup pairs were all

Page: 2

---

Number: 1        Author: Steve Luby   Date: 9/2/2022 9:41:00 AM
I don't believe this adjective applies to Cedar virus.

---

Number: 2        Author: Hume Field   Date: 8/24/2022 9:29:00 AM
Don't think this should be here.

---

Number: 3        Author: Wang Linfa   Date: 8/21/2022 10:37:00 AM
To be consistent with other section headings in Results

---

Number: 4        Author: Steve Luby   Date: 9/2/2022 10:29:00 AM
it would be helpful to clarify how far apart these places are, as you have a considerable section exploring spatial comparisons.

96  captured during April and May in the five-year study whilst in the one-year-studies a small number
97  were also captured in June and July. Pregnant females were captured between November and
98  April/May. Lactating females were found between April and July.
99



**Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
in months from November to June, lactating females were captured in months from April to July.
Females with pre-weaning juveniles attached were found from April to May.

*Patterns of Immunity and Co-immunity*

104  We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
105  filovirus (EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the
106  rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
107  or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
108  juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
109  juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
110  Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
111  antibodies against more than one of the three viruses, and 493 had antibodies against all three.
112  Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
113  38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.
114  We found correlations between serostatus between all three pairs of viruses in a model
115  accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
116  more than would be expected than if they were distributed independently among bats. Nipah virus
117  and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
118  Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
119  0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).

Page: 3

Number: 1        Author: Wang Linfa   Date: 8/21/2022 10:48:00 AM
I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods

Number: 2        Author: Steve Luby   Date: 9/2/2022 10:01:00 AM
Include percentages for all of these comparisons.

Number: 3        Author: Steve Luby   Date: 9/2/2022 10:03:00 AM
Again, including percentages for all of these comparisons would make this much easier to understand.

Number: 4        Author: Steve Luby   Date: 9/2/2022 10:03:00 AM
I did not see this described in the methods section.



120    **Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius***: Venn
121    diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus,
122    filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers
123    in overlapping areas represent number of bats detected with multiple viruses.

124    *Serodynamics*

125    Dynamics of population seroprevalence were different across the viral types. In adults,
126    population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%)
127    to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-
128    annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very
129    weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al. 34).
130



131

132    **Figure 3. Inter-annual serodynamics in adult bats**. Top: Measured and modeled population
133    seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey
134    points and bars represent measured population seroprevalence from individual sampling events on
135    and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual
136    (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics
137    and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when
138    modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



**Figure 4. Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.

Page: 5

Number: 1          Author: Steve Luby     Date: 9/2/2022 10:18:00 AM
What is the y axis for these curves?



**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study.** Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

## Page: 6

Number: 1        Author: Steve Luby   Date: 9/2/2022 10:19:00 AM
As above. What is the y axis?

Number: 2        Author: Steve Luby   Date: 9/2/2022 10:22:00 AM
Is this appropriate to call out when it is not identified by the GAMM splines?

Number: 3        Author: Steve Luby   Date: 9/2/2022 10:24:00 AM
Consider including a figure in the appendix that illustrates this.

192   the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to
193   60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over
194   the same period. The trend in juveniles was as described for the five-year study.

195       For the filovirus, the seroprevalence in the one-year studies was higher than the reported
196   average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-
197   91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of
198   distinct increase in spring/summer 2010 was described in the five-year study which overlaps the
199   timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the
200   serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria,
201   there were two periods of increasing seroprevalence in adults over the course of the year. The first of
202   these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August
203   2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the
204   study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%)
205   between early March 2011 to late April 2011.

206       Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from
207   50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in
208   Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December
209   2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high
210   seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as
211   described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80%
212   (28%-99%) in both locations.

213       Comparison of the seroprevalence trends within each age group and virus between the two one-
214   year study locations did not support spatial differences in the timing of changes in seroprevalence
215   (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between
216   locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at
217   the end of 2010.



218

219   **Figure 7. Comparison of splines for seroprevalence trends between locations in adults and**
220       **juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference
221       in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero.
222       Where the confidence interval excludes zero, there is evidence for a significant difference in the
223       serodynamics between the Ramnagar and Chakhoria populations over that period.

224   *Maternal Inheritance of antibodies*

225       We examined the relationship between mother and pup antibody titers, as measured by our
226   Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1 relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of antibodies against the filovirus relative to the other two viruses.



**Figure 8. Maternal inheritance of antibodies**. In each plot, points are measured log-MFI values for adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

We found serological evidence for regular circulation of multiple viruses in *P. medius* populations in Bangladesh. These included Nipah virus, which spills over from bat populations to humans in the region, as well as a filovirus and a rubulavirus. It was common for bats to have antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance patterns. Patterns of co-immunity were not random, with antibodies against all three virus types being positively correlated within bats.

The dynamic patterns in population seroprevalence were distinct for the three viral groups. The rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations inherit maternal antibodies against the rubulavirus, which wane over the first six months of their life, after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of the rubulavirus to be strongest in the late winter and early spring months in these populations. Mortlock at al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via PCR detection in pooled urine samples), including a peak during a period of presumed antibody waning, though only within a one-year study.

An outstanding question is how the rubulavirus is maintained in the population despite high seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in *P. alecto and P. poliocephalus*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42]. Another possibility is re-importation.   In concurrent work with this study, we found that bat home

261 ranges overlapped with nearby colonies so as to form a meta-population[34], allowing occasional
262 infection from outside bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].

263     The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
264 virus, which has been found in multiple *Pteropus* species in Australia[45,46]. At least 11 distinct
265 Paramyxoviruses have been found in *P. medius* in Bangladesh alone: Nipah virus and ten
266 uncharacterized species, including six Rubulaviruses closely related to Menangle virus and the
267 Tioman virus[9,47]. It is possible that the serological patterns observed represent antibodies against a
268 complex of multiple Rubulaviruses, though the regular interannual patterns in seroprevalence would
269 indicate that they are operating similarly.

270     Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
271 little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
272 maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
273 comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
274 experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
275 rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
276 virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
277 strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
278 Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
279 the palm-sap consumption, the most frequently implicated spillover pathway[48].

280     We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
281 virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
282 been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
283 unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
284 extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
285 in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis*, *C.*
286 *brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been
287 detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
288 been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
289 China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
290 host ranges for filoviruses.

291     Several components of the serological patterns of filovirus antibodies are of interest. Young
292 juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
293 all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
294 these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
295 seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
296 of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
297 among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
298 transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
299 It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
300 immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
301 found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
302 similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
303 regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
304 following the peak is consistent with this explanation.

305     However, if adults remain immune to the filovirus despite low antibody titers, this immunity
306 does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
307 circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
308 filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
309 differential maternally derived immunity. If pups derive weaker immunity from dams than for other
310 viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
311 in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
312 temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

Page: 9

Number: 1          Author: Hume Field   Date: 8/24/2022 9:59:00 AM
And recently in Australia.
Barr et al. J Gen Virol. 2022 Aug;103(8).
doi: 10.1099/jgv.0.001785.

313 However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
314 relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
315 exhibit differential sensitivity by age.

316    Serodynamics in our two one-year studies were broadly similar to those found in the five-year
317 study. We found weak evidence for differences in serodynamics between sites for the filovirus in
318 adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
319 shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
320 we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
321 roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
322 km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
323 that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
324 environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
325 sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

326    Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
327 viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
328 infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
329 transmission, via competition for host nutritional or cellular resources, or via immune-mediation
330 involving cross-immunity or antibody-dependent enhancement, and these interactions structure
331 viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
332 population[27]. Here, we found positive correlations between serostatus against different viruses.
333 External factors may also affect these relationships. For instance, all three viruses appear to have
334 circulated in adults in mid-2010. It is possible that common factors like population density and/or
335 nutrition availability[62] affected transmission of multiple viruses.

336    While rich observational serological data reveal these patterns, greater study is required to
337 characterize these viruses and their effects on the host population and potential for spillover, as well
338 as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
339 optimal sub-populations and times to sample this population to detect viral shedding and isolate
340 these viruses, and potentially capture co-infected hosts.

341    Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
342 studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
343 shedding, but establishing patterns or variation in seasonality requires extended, multi-year
344 sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
345 apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
346 consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
347 Similarly, we were able to understand these patterns far better by separating juvenile and adult
348 patterns, which we would be unable to distinguish in pooled samples.

349    While such extended individual-capture longitudinal studies are resource-intense,
350 understanding the joint circulation of multiple viruses can be accomplished via multiplex
351 immunoassays such as those used here. The continuous measures from these assays also have the
352 potential to identify key patterns such as the differential inheritance of filovirus antibodies we
353 identified here. Interpretation of these values is challenging and the relationship between immune
354 status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
355 light on mechanistic drivers of disease circulation.

356 **Methods**

357 *Field collection*

358    We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
359 year studies in different locations, sampling monthly. All capture and sampling methods were
360 approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
361 2006-012).  For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
362 previously described in Epstein, et al. [34]  The area of the roost complex consists of patchy forest

Page: 10

Number: 1        Author: Steve Luby   Date: 9/2/2022 10:41:00 AM
As noted above, this important detail needs to be mentioned sooner.

Number: 2        Author: Steve Luby   Date: 9/2/2022 10:44:00 AM
In addition to uncertainty over which specific viruses these assays are detecting antibodies against, which is addressed earlier in the discussion, other limitations to scientific inference that seem to me important to discuss include:
there were only two sites to assess spatial heterogeneity. A more robust assessment would require more sites.
Although five years is longer than usually studied, it is too short of a time for measuring temporal dynamics that might play out over longer time periods.

Number: 3        Author: Steve Luby   Date: 9/2/2022 10:43:00 AM
Seems a weak concluding statement. I recommend a stronger statement of implications and way forward. To my mind, identification of the specific viruses that are driving these antibody responses would be the highest priority.

Number: 4        Author: Steve Luby   Date: 9/2/2022 9:47:00 AM
I recommend listing the local IRB first.

363 interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
364 2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
365 roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest
366 occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
367 across consecutive sampling nights if required to capture a sufficient number of individuals.

368 Approximately 100 bats were captured at each sampling event, over 7-10 days. We captured bats[1]
369 with a 10x15m mist net between 11pm and 5am each night as bats returned from foraging until the
370 count of 100 was reached.

371 In the one-year longitudinal studies, sampling was undertaken in two roost complexes in
372 Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of
373 approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details
374 of collection are otherwise as described for the five-year study.

375 For each study, we recorded each bat's age class, reproductive status, weight, size, and body
376 condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
377 serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
378 and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
379 placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
380 Cryogenics, NJ, USA).

381 As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
382 swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
383 [34]

### Serological Assays

385 Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
386 gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
387 antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
388 protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
389 were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
390 machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
391 here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
392 positive results.

393 While[2] the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
394 is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
395 and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

### Data Analysis

397 We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
398 across all three longitudinal studies, calculating a cutoff of log-MFI as the[3] point of equal probability
399 between the smallest and second-smallest cluster of equal distributions for each assay.

400 To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
401 multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each
402 virus) and the correlation between the outcomes. We included age and sex variables to account for
403 these effects on serostatus.

404 To examine time-varying changes in population seroprevalence, we fit binomial generalized
405 additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year
406 study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit
407 a model for seroprevalence dynamics over the course of the whole study. This treats the adult
408 population as a single unit, though individuals within the population may turn over via migration,
409 death and recruitment. We included both long-term and annual cyclic components for the multi-year
410 time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate
411 populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile
412 cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

## Page: 11

---

Number: 1          Author: Steve Luby   Date: 9/2/2022 9:49:00 AM

Error 5.4

---

Number: 2          Author: Wang Linfa   Date: 8/21/2022 10:50:00 AM

I am not 100% sure about this.  All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

---

Number: 3          Author: Steve Luby   Date: 9/2/2022 9:53:00 AM

Why should we assume that the second smallest cluster is associated with the genuine presence or absence of antibody?

over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N.R., L-FW and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L-FW….; resources, X.X.; data curation, N.R and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, HEF, X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, J.H.E.; funding acquisition, P.D., L-FW and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org:10.1038/nature22975

2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases*    (eds L. F. Wang & C. Cowled)   (Wiley-Blackwell, 2015).

3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535-+ (2013). https://doi.org:10.1038/nature12711

5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org:10.1093/ve/vex012

Page: 12

Number: 1          Author: Steve Luby    Date: 9/2/2022 9:57:00 AM
How did you assess model fit?

Number: 2          Author: Noam Ross    Date: 8/10/2022 12:19:00 PM
All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

6    Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

7    Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

8    Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-2920.12766

9    Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513 (2013). https://doi.org/10.1128/mBio.00598-13

10   Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011). https://doi.org/10.1371/journal.pone.0025275

11   Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J. Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

12   Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

13   Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

14   Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015). https://doi.org/10.7589/2015-02-044

15   Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection* **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

16   Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

17   Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

18   Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013). https://doi.org/10.1016/j.virol.2013.03.014

19   Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010). https://doi.org/10.1128/jvi.01255-10

20   Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

21   He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples Reveals More Novel Mammalian Viruses. *PLoS One* **8** (2013). https://doi.org/10.1371/journal.pone.0061950

22   Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

23   Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

24   Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population. *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

503    25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community
504          composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org:10.1111/ele.12418

505    26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015).
506          https://doi.org:10.1038/ncomms9147

507    27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl.*
508          *Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org:10.1073/pnas.1801095115

509    28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei
510          Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic*
511          *Diseases* **10**, 183-190 (2010). https://doi.org:10.1089/vbz.2008.0105

512    29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across
513          pteropodid bat populations in Australia. *Epidemiol. Infect.* **145**, 3143-3153 (2017).
514          https://doi.org:10.1017/S0950268817002138

515    30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats
516          coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012).
517          https://doi.org:10.1371/journal.ppat.1002877

518    31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION
519          MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

520    32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife.
521          *Ecohealth* **10**, 298-313 (2013). https://doi.org:10/f5mc5f

522    33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar
523          in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org:10.1017/S0950268811000033

524    34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings*
525          *of the National Academy of Sciences of the United States of America* **117**, 29190-29201 (2020).
526          https://doi.org:10/gjqsw4

527    35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A
528          Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011).
529          https://doi.org:10.4269/ajtmh.2011.10-0567

530    36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8**
531          (2012). https://doi.org:10.1371/journal.ppat.1002836

532    37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.*
533          **20**, 1064-1066 (2014). https://doi.org:10.3201/eid2006.131022

534    38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission,
535          Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org:10.3201/eid2309.161922

536    39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion
537          Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses*
538          **11** (2019). https://doi.org:10.3390/v11010037

539    40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive
540          Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org:10.1017/S0950268811000550

541    41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports
542          Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013).
543          https://doi.org:10.1371/journal.pone.0080430

544    42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal
545          immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org:10.1038/s41598-018-22236-6

546    43    Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics
547          in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021).
548          https://doi.org:10.1071/zo20094

549    44    Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The
550          emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-*
551          *Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

552    45    Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust.*
553          *Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

554    46    Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of
555          Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-
556          373 (2001). https://doi.org:10.1006/viro.2001.0893

557    47    Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus:
558          characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005).
559          https://doi.org:10/d369wm

560    48    Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007.
561          *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

562    49    Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013).
563          https://doi.org:10.3201/eid1902.120524

564    50    Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses.
565          *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

566    51    Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat*
567          *Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

568    52    Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107
569          (2015). https://doi.org:10.1186/s12985-015-0331-3

570    53    McNeil, D. G., Jr. in *The New York Times*    (2018).

571    54    Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000
572          people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7604

573    55    Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005).
574          https://doi.org:10.1038/438575a

575    56    Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat
576          viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

577    57    Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg.*
578          *Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

579    58    Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
580          https://doi.org:10.1186/1743-422X-9-236

581    59    Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The*
582          *Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

583    60    Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
584          infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-
585          07824-2

586    61    Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
587          in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
588          https://doi.org:10.3390/v10020073

589  62  Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New*
590      *York Academy of Sciences* **1429**, 78-99 (2018). https://doi:10.1111/nyas.13910

591  63  Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein
592      array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

593  64  Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous
594      detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int.*
595      *J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

596  65  Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in
597      review). *Science Advances* (2019).

598  66  Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein
599      Array     Systems.     *Journal     of     Virological     Methods*     **142**,     29-40     (2007).
600      https://doi.org:10.1016/j.jviromet.2007.01.003

601  67  Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG
602      Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011).
603      https://doi.org:10.1371/journal.pntd.0001175

604  68  Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General*
605      *Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

606  69  Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife:
607      Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303
608      (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

609  70  Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat.*
610      *Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

611  71  Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.   (2018).

612  72  Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*   (CRC Press, 2017).

613  73  Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an
614      introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

615  74  Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer
616      of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular
617      reference  to  Scotland,  UK.  *Geochimica  et  Cosmochimica  Acta*  **82**,  113-135  (2012).
618      https://doi.org:10.1016/j.gca.2010.12.026
619

 © 2019 by the authors. Submitted for possible open access publication under the terms
and  conditions  of  the  Creative  Commons  Attribution  (CC  BY)  license
(http://creativecommons.org/licenses/by/4.0/).
620

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1],*, Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily Gurley[4], M. Jahangir Hossein, Hume. E. Field[7], Gary Crameri[7], Lin-Fa Wang[7,§], Stephen P. Luby[9]Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]

1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Johns Hopkins School Bloomberg School of Public Health, Baltimore, Maryland, USA

5. [check Jahangir affiliation]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA

*   Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].

# Summary of Comments on Email 6 - Attachment 2 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF.pdf

## Page: 1

Number: 1     Author: Hume Field   Date: 8/24/2022 9:20:00 AM
Pls add my UQ affiliation Noam.
'School of Veterinary Science, The University of Queensland, Gatton 4343 Australia'

Number: 2     Author: Wang Linfa   Date: 8/21/2022 10:57:00 AM
It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

Number: 3     Author: Noam Ross   Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

46  *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to
47  carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
48  surveillance efforts have found diverse viruses from with the same viral family in various bat
49  species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
50  within individual bat species[9,11,18-21].

51      Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
52  viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
53  detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
54  host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
55  abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
56  species, including domestic animals and humans[24]. For these, more detailed demographic and
57  longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
58  interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
59  Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
60  infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
61  observed to have annual shedding patterns [28], whereas Hendra virus, which is closely related to
62  Nipah virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-
63  periodic cycles that appear to be influenced by localized factors such as specific bat species
64  abundance and climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in
65  Uganda, coinciding with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often
66  valuable in understanding disease dynamics and transmission[31-33], especially in cases where direct
67  detection and incidence rates of viruses are low[34].

68      *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
69  viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
70  *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
71  Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
72  epidemiology of these other viruses is far less characterized, and little is known about their
73  interactions or zoonotic potential.

74      Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
75  a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
76  Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
77  year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
78  the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
79  circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
80  while the rubulavirus exhibits strong annual dynamics characteristic of juvenile epidemics driven by
81  waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
82  circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
83  inheritance.

## 2. Results

*Bat Dynamics and Demographics[2]*

86      We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost
87  complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats
88  monthly from roosts in Chakhoria and Ramnagar, Bangladesh.   In the five-year study, we sampled
89  and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles
90  (captured attached to adult females) over 19 sampling events (Figure 1). During the-one-year studies,
91  919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles and 40 weaning
92  juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure
93  S1). Nearly all juveniles (as determined by examination of maturation of sex organs) were 14 months
94  old or less and could be assigned to a birth cohort based on size. Pregnant and juvenile bats were
95  captured more frequently during the late spring and summer months. Mother-pup pairs were all

Page: 2

Number: 1          Author: Hume Field   Date: 8/24/2022 9:29:00 AM
Don't think this should be here.

Number: 2          Author: Wang Linfa   Date: 8/21/2022 10:37:00 AM
To be consistent with other section headings in Results

96   captured during April and May in the five-year study whilst in the one-year-studies a small number
97   were also captured in June and July. Pregnant females were captured between November and
98   April/May. Lactating females were found between April and July.
99



**Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
in months from November to June, lactating females were captured in months from April to July.
Females with pre-weaning juveniles attached were found from April to May.

*Patterns of Immunity and Co-immunity*

104   We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
105   filovirus (EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the
106   rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
107   or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
108   juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
109   juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
110   Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
111   antibodies against more than one of the three viruses, and 493 had antibodies against all three.
112   Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
113   38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.
114   We found correlations between serostatus between all three pairs of viruses in a model
115   accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
116   more than would be expected than if they were distributed independently among bats. Nipah virus
117   and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
118   Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
119   0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).

Page: 3

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:48:00 AM
I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods



Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*: Venn diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus, filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers in overlapping areas represent number of bats detected with multiple viruses.

*Serodynamics*

Dynamics of population seroprevalence were different across the viral types. In adults, population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%) to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al. [34]).



Figure 3. Inter-annual serodynamics in adult bats. Top: Measured and modeled population seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



**Figure 4. Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.



**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to 60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over the same period. The trend in juveniles was as described for the five-year study.

For the filovirus, the seroprevalence in the one-year studies was higher than the reported average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of distinct increase in spring/summer 2010 was described in the five-year study which overlaps the timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria, there were two periods of increasing seroprevalence in adults over the course of the year. The first of these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August 2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%) between early March 2011 to late April 2011.

Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from 50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December 2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80% (28%-99%) in both locations.

Comparison of the seroprevalence trends within each age group and virus between the two one-year study locations did not support spatial differences in the timing of changes in seroprevalence (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at the end of 2010.



**Figure 7. Comparison of splines for seroprevalence trends between locations in adults and juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero. Where the confidence interval excludes zero, there is evidence for a significant difference in the serodynamics between the Ramnagar and Chakhoria populations over that period.

*Maternal Inheritance of antibodies*

We examined the relationship between mother and pup antibody titers, as measured by our Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1 relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of antibodies against the filovirus relative to the other two viruses.



**Figure 8. Maternal inheritance of antibodies.** In each plot, points are measured log-MFI values for adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

We found serological evidence for regular circulation of multiple viruses in *P. medius* populations in Bangladesh. These included Nipah virus, which spills over from bat populations to humans in the region, as well as a filovirus and a rubulavirus. It was common for bats to have antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance patterns. Patterns of co-immunity were not random, with antibodies against all three virus types being positively correlated within bats.

The dynamic patterns in population seroprevalence were distinct for the three viral groups. The rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations inherit maternal antibodies against the rubulavirus, which wane over the first six months of their life, after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of the rubulavirus to be strongest in the late winter and early spring months in these populations. Mortlock et al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via PCR detection in pooled urine samples), including a peak during a period of presumed antibody waning, though only within a one-year study.

An outstanding question is how the rubulavirus is maintained in the population despite high seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in *P. alecto and P. poliocephalus*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42]. Another possibility is re-importation. In concurrent work with this study, we found that bat home

261     ranges overlapped with nearby colonies so as to form a meta-population[34], allowing occasional
262     infection from outside bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].
263          The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
264     virus, which has been found in multiple *Pteropus* species in Australia[45,46]. At least 11 distinct
265     Paramyxoviruses have been found in *P. medius* in Bangladesh alone: Nipah virus and ten
266     uncharacterized species, including six Rubulaviruses closely related to Menangle virus and the
267     Tioman virus[9,47]. It is possible that the serological patterns observed represent antibodies against a
268     complex of multiple Rubulaviruses, though the regular interannual patterns in seroprevalence would
269     indicate that they are operating similarly.
270          Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
271     little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
272     maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
273     comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
274     experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
275     rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
276     virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
277     strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
278     Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
279     the palm-sap consumption, the most likely spillover mechanism[48].
280          We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
281     virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
282     been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
283     unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
284     extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
285     in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis, C.*
286     *brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been
287     detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
288     been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
289     China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
290     host ranges for filoviruses.
291          Several components of the serological patterns of filovirus antibodies are of interest. Young
292     juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
293     all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
294     these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
295     seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
296     of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
297     among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
298     transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
299     It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
300     immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
301     found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
302     similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
303     regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
304     following the peak is consistent with this explanation.
305          However, if adults remain immune to the filovirus despite low antibody titers, this immunity
306     does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
307     circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
308     filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
309     differential maternally derived immunity. If pups derive weaker immunity from dams than for other
310     viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
311     in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
312     temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

Page: 9

Number: 1          Author: Hume Field   Date: 8/24/2022 9:59:00 AM
And recently in Australia.
Barr et al. J Gen Virol. 2022 Aug;103(8).
doi: 10.1099/jgv.0.001785.

313  However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
314  relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
315  exhibit differential sensitivity by age.

316  Serodynamics in our two one-year studies were broadly similar to those found in the five-year
317  study. We found weak evidence for differences in serodynamics between sites for the filovirus in
318  adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
319  shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
320  we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
321  roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
322  km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
323  that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
324  environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
325  sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

326  Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
327  viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
328  infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
329  transmission, via competition for host nutritional or cellular resources, or via immune-mediation
330  involving cross-immunity or antibody-dependent enhancement, and these interactions structure
331  viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
332  population[27]. Here, we found positive correlations between serostatus against different viruses.
333  External factors may also affect these relationships. For instance, all three viruses appear to have
334  circulated in adults in mid-2010. It is possible that common factors like population density and/or
335  nutrition availability[62] affected transmission of multiple viruses.

336  While rich observational serological data reveal these patterns, greater study is required to
337  characterize these viruses and their effects on the host population and potential for spillover, as well
338  as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
339  optimal sub-populations and times to sample this population to detect viral shedding and isolate
340  these viruses, and potentially capture co-infected hosts.

341  Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
342  studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
343  shedding, but establishing patterns or variation in seasonality requires extended, multi-year
344  sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
345  apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
346  consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
347  Similarly, we were able to understand these patterns far better by separating juvenile and adult
348  patterns, which we would be unable to distinguish in pooled samples.

349  While such extended individual-capture longitudinal studies are resource-intense,
350  understanding the joint circulation of multiple viruses can be accomplished via multiplex
351  immunoassays such as those used here. The continuous measures from these assays also have the
352  potential to identify key patterns such as the differential inheritance of filovirus antibodies we
353  identified here. Interpretation of these values is challenging and the relationship between immune
354  status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
355  light on mechanistic drivers of disease circulation.

356  **Methods**

357  *Field collection*

358  We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
359  year studies in different locations, sampling monthly. All capture and sampling methods were
360  approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
361  2006-012).   For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
362  previously described in Epstein, et al. [34]   The area of the roost complex consists of patchy forest

363    interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July
364    2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst
365    roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest
366    occupied roost found each quarterly sampling trip, sampling at different roosts within the complex
367    across consecutive sampling nights if required to capture a sufficient number of individuals.

368    Approximately 100 bats were captured at each sampling event, which lasted 7-10 days. We
369    captured bats with a 10x15m mist net between 11pm and 5am each night as bats returned from
370    foraging until the count of 100 was reached.

371    In the one-year longitudinal studies, sampling was undertaken in two roost complexes in
372    Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of
373    approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details
374    of collection are otherwise as described for the five-year study.

375    For each study, we recorded each bat's age class, reproductive status, weight, size, and body
376    condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with
377    serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box
378    and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and
379    placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton
380    Cryogenics, NJ, USA).

381    As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal
382    swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.
383    [34]

*Serological Assays*

385    Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and
386    gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects
387    antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each
388    protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE
389    were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex
390    machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report
391    here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular
392    positive results.

393    While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test
394    is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola
395    and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

*Data Analysis*

397    We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data
398    across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability
399    between the smallest and second-smallest cluster of equal distributions for each assay.

400    To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian
401    multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each
402    virus) and the correlation between the outcomes. We included age and sex variables to account for
403    these effects on serostatus.

404    To examine time-varying changes in population seroprevalence, we fit binomial generalized
405    additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year
406    study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit
407    a model for seroprevalence dynamics over the course of the whole study. This treats the adult
408    population as a single unit, though individuals within the population may turn over via migration,
409    death and recruitment. We included both long-term and annual cyclic components for the multi-year
410    time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate
411    populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile
412    cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

Page: 11

---

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:50:00 AM

I am not 100% sure about this.  All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

over their first year. To estimate periods of peak viral circulation within the population, we calculated the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior distributions and classified periods with >95% of samples with positive derivatives - that is, increasing population seroprevalence - as periods of viral circulation. We also calculated strength and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date at which this maximum occurred, again sampling these values from the model posterior, and calculating mean and high-density posterior interval (HDPI) values.

For the one-year studies, we fit models primarily to detect differences in time-varying changes between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus measurements with separate models for each immunoassay. We included a separate, fixed-term spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in serodynamics for each virus in each age group were compared between locations to test for spatial differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the analysis.

To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI between adult lactating females and their attached pups for each viral assay. We limited these to data from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N.R., L-FW and J.H.E.; software, N.R. and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L-FW....; resources, X.X.; data curation, N.R and J.H.E.; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, HEF, X.X.; visualization, N.R. supervision, N.R. and J.H.E.; project administration, J.H.E.; funding acquisition, P.D., L-FW and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to publish the results.

# References

1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650 (2017). https://doi.org/10.1038/nature22975

2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases* (eds L. F. Wang & C. Cowled)  (Wiley-Blackwell, 2015).

3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor. *Nature* **503**, 535-+ (2013). https://doi.org/10.1038/nature12711

5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017). https://doi.org/10.1093/ve/vex012

Page: 12

Number: 1        Author: Noam Ross   Date: 8/10/2022 12:19:00 PM
All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

6   Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

7   Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

8   Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-2920.12766

9   Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513 (2013). https://doi.org/10.1128/mBio.00598-13

10  Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011). https://doi.org/10.1371/journal.pone.0025275

11  Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J. Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

12  Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

13  Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

14  Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015). https://doi.org/10.7589/2015-02-044

15  Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection* **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

16  Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

17  Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

18  Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013). https://doi.org/10.1016/j.virol.2013.03.014

19  Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010). https://doi.org/10.1128/jvi.01255-10

20  Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

21  He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples Reveals More Novel Mammalian Viruses. *PLoS One* **8** (2013). https://doi.org/10.1371/journal.pone.0061950

22  Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

23  Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

24  Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population. *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

503    25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community
504        composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org:10.1111/ele.12418

505    26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015).
506        https://doi.org:10.1038/ncomms9147

507    27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl.*
508        *Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org:10.1073/pnas.1801095115

509    28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei
510        Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic*
511        *Diseases* **10**, 183-190 (2010). https://doi.org:10.1089/vbz.2008.0105

512    29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across
513        pteropodid bat populations in Australia. *Epidemiol. Infect.* **145**, 3143-3153 (2017).
514        https://doi.org:10.1017/S0950268817002138

515    30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats
516        coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012).
517        https://doi.org:10.1371/journal.ppat.1002877

518    31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION
519        MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

520    32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife.
521        *Ecohealth* **10**, 298-313 (2013). https://doi.org:10/f5mc5f

522    33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar
523        in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org:10.1017/S0950268811000033

524    34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings*
525        *of the National Academy of Sciences of the United States of America* **117**, 29190-29201 (2020).
526        https://doi.org:10/gjqsw4

527    35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A
528        Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011).
529        https://doi.org:10.4269/ajtmh.2011.10-0567

530    36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8**
531        (2012). https://doi.org:10.1371/journal.ppat.1002836

532    37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.*
533        **20**, 1064-1066 (2014). https://doi.org:10.3201/eid2006.131022

534    38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission,
535        Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org:10.3201/eid2309.161922

536    39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion
537        Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses*
538        **11** (2019). https://doi.org:10.3390/v11010037

539    40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive
540        Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org:10.1017/S0950268811000550

541    41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports
542        Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013).
543        https://doi.org:10.1371/journal.pone.0080430

544    42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal
545        immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org:10.1038/s41598-018-22236-6

546  43  Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics
547      in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021).
548      https://doi.org:10.1071/zo20094

549  44  Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The
550      emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-
551      Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

552  45  Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust.
553      Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

554  46  Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of
555      Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-
556      373 (2001). https://doi.org:10.1006/viro.2001.0893

557  47  Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus:
558      characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005).
559      https://doi.org:10/d369wm

560  48  Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007.
561      *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

562  49  Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013).
563      https://doi.org:10.3201/eid1902.120524

564  50  Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses.
565      *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

566  51  Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat
567      Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

568  52  Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107
569      (2015). https://doi.org:10.1186/s12985-015-0331-3

570  53  McNeil, D. G., Jr. in *The New York Times*    (2018).

571  54  Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000
572      people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7610

573  55  Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005).
574      https://doi.org:10.1038/438575a

575  56  Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat
576      viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

577  57  Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg.
578      Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

579  58  Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
580      https://doi.org:10.1186/1743-422X-9-236

581  59  Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The
582      Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

583  60  Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
584      infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-
585      07824-2

586  61  Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
587      in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
588      https://doi.org:10.3390/v10020073

62    Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New York Academy of Sciences* **1429**, 78-99 (2018). https://doi.org:10.1111/nyas.13910

63    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

64    Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int. J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

65    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in review). *Science Advances* (2019).

66    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein Array Systems. *Journal of Virological Methods* **142**, 29-40 (2007). https://doi.org:10.1016/j.jviromet.2007.01.003

67    Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG Antibodies to Five Species of Ebola Virus. *PLoS Neglected Tropical Diseases* **5** (2011). https://doi.org:10.1371/journal.pntd.0001175

68    Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

69    Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife: Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303 (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

70    Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat. Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

71    Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.  (2018).

72    Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*  (CRC Press, 2017).

73    Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

74    Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular reference to Scotland, UK. *Geochimica et Cosmochimica Acta* **82**, 113-135 (2012). https://doi.org:10.1016/j.gca.2010.12.026



© 2019 by the authors. Submitted for possible open access publication under the terms and conditions of the Creative Commons Attribution (CC BY) license (http://creativecommons.org/licenses/by/4.0/).

| | |
|---|---|
| **From:** | Broder, Christopher on behalf of Broder, Christopher <christopher.broder@usuhs.edu> |
| **To:** | epstein@ecohealthalliance.org |
| **Subject:** | Fwd: Draft manuscript: Co-circulation dynamics of viruses in a bat population |
| **Date:** | Saturday, September 3, 2022 2:11:17 PM |
| **Attachments:** | Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW_HF_sl.docx |

hi Jon,

Happy Labor day weekend.

What is the story on the screening here?  The
paper reads only NiV EBOV and MenV  attachment proteins used
so I am assuming all our proteins.  NiV-sG / EBO sGp / MeV-sHN  ?
What the entire panel of proteins used?  Linfa's comment about saying
heniv sero+  and not just NiV only matters if the other sG beads were used
and what the data looks like.

technically, sGp EBO trimer, is attachment+fusion Glycoprotein,
but the sHN if used this was a new project of both Eric and I working with Linda to construct and we
shipped to Ina Smith, Jenn and Gary in early 18'

I think we need to see all the raw data

Chris

---------- Forwarded message ---------
From: **Steve Luby** <sluby@stanford.edu>
Date: Fri, Sep 2, 2022 at 3:08 PM
Subject: Re: Draft manuscript: Co-circulation dynamics of viruses in a bat population
To: Jon Epstein <epstein@ecohealthalliance.org>
Cc: Ariful Islam <arif@ecohealthalliance.org>, Hayes, Sarah
<sarah.hayes16@imperial.ac.uk>, A. Marm Kilpatrick <akilpatr@ucsc.edu>, Kevin Olival,
PhD <olival@ecohealthalliance.org>, Emily Gurley <egurley1@jhu.edu>, Dr. Jahangir
Hossain <jhossain@mrc.gm>, Gary Crameri <garycrameri1@gmail.com>, Linfa Wang
<linfa.wang@duke-nus.edu.sg>, Christopher Broder <christopher.broder@usuhs.edu>, Peter
Daszak <daszak@ecohealthalliance.org>, Noam Ross <ross@ecohealthalliance.org>,
Madeline Salino <salino@ecohealthalliance.org>, <hume.field@ecohealthalliance.org>


Hi Jon,

Thanks for sharing this interesting work. Kudos to Noam and the team for pulling all of this
together.

Attached are my comments.

To reduce the amount of my time and improve the thoroughness of my review,  I use error
codes when I identify common errors within a scientific document. A full description of the
error and strategies for addressing it can be found in a scientific writing guide written by
Dorothy Southern and I (Pathway to Publishing-A Guide to Quantitative Writing in the Health

Sciences) published as an Open Access ebook through Springer. It can be downloaded from here: https://link.springer.com/book/10.1007/978-3-030-98175-4

Steve

hume.field@ecohealthalliance.org wrote on 8/23/2022 6:40 PM:

> Great to see Jon, Noam. Reads well, nice graphics. Thanks for co-authorship.. my edits added to Linfa's version.
>
>
>
> Regards all
>
> Hume
>
>
>
> Hume Field PhD MSc BVSc MACVS
>
> Adjunct Professor | **University of Queensland** | Australia
>
> Science & Policy Advisor | **EcoHealth Alliance** | USA
>
> Director | **Jeppesen Field Consulting** | Australia.
>
>
>
> Phone: +61448582311
>
>
>
> _____
>
> **From:** Jon Epstein <epstein@ecohealthalliance.org>
> **Sent:** Saturday, 20 August 2022 1:22 AM
> **To:** Ariful Islam <arif@ecohealthalliance.org>; Hayes, Sarah <sarah.hayes16@imperial.ac.uk>; A. Marm Kilpatrick <akilpatr@ucsc.edu>; Kevin Olival, PhD <olival@ecohealthalliance.org>; Emily Gurley <egurley1@jhu.edu>; Dr. Jahangir Hossain <jhossain@mrc.gm>; Hume Field <hume.field@ecohealthalliance.org>; Gary Crameri <garycrameri1@gmail.com>; Linfa Wang <linfa.wang@duke-nus.edu.sg>; Stephen Luby <sluby@stanford.edu>; Christopher Broder <christopher.broder@usuhs.edu>; Peter Daszak <daszak@ecohealthalliance.org>
> **Cc:** Noam Ross <ross@ecohealthalliance.org>; Madeline Salino <salino@ecohealthalliance.org>
> **Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

Colleagues,

I hope you're all doing well. I'm excited to share a draft manuscript, led by Noam, that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a population of *Pteropus medius*. We plan to submit this to *Nature Communications* in September. Please send Noam and I your comments by **September 10th**.

Cheers,

Jon

--

**Jonathan H. Epstein DVM, MPH, PhD**

Vice President for Science and Outreach

EcoHealth Alliance
520 Eighth Avenue, Ste. 1200

New York, NY 10018

1.212.380.4467 (direct)

web: ecohealthalliance.org

Twitter: @epsteinjon

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

--

Stephen Luby, MD
Professor of Medicine (Infectious Diseases & Geographic Medicine)
Director of Research, Center for Innovation in Global Health
Senior Fellow Woods Institute for the Environment
Senior Fellow Freeman Spogli Institute for International Studies
Stanford University

Mailing Address:
Stanford University
Y2E2, MC 4205
473 Via Ortega
Stanford, CA 94305

Phone: 1-650-723-4129
Fax: 1-650-725-3402

Email:  sluby@stanford.edu

--

**Christopher C. Broder, Ph.D.**
Professor and Chair
Department of Microbiology and Immunology
Uniformed Services University, B4152
4301 Jones Bridge Rd,  Bethesda, MD  20814-4799

**USU is "America's Medical School"**
Email: christopher.broder@usuhs.edu
https://www.usuhs.edu/node/11132
https://medschool.usuhs.edu/mic
https://medschool.usuhs.edu/mic/research/broder-lab

TEL:     301-295-3401
FAX:     301-295-3773



(b) (6)

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this e-mail and destroy all copies of the original message. (Uniformed Services University)

# Co-circulation dynamics of henipaviruses, filoviruses and rubulaviruses in a bat population

Noam Ross[1,*], Ariful Islam[1], Sarah Hayes[2], A. Marm Kilpatrick[3], Kevin J. Olival[1], Emily Gurley[4], M. Jahangir Hossein, Hume. E. Field[1], Gary Crameri[7], Lin-Fa Wang[7,8], Stephen P. Luby[9] Christopher C. Broder[10], Peter Daszak[1] and Jonathan H. Epstein[1]

1. EcoHealth Alliance, New York, New York, USA

2. Imperial College, London, UK

3. Department of Ecology and Evolutionary Biology, University of California, Santa Cruz, California, USA

4. Johns Hopkins School Bloomberg School of Public Health, Baltimore, Maryland, USA

5. [check Jahangir affiliation]

6. International Centre for Diarrheal Diseases Research, Bangladesh, Dhaka, Bangladesh

7. CSIRO Australian Animal Health Laboratory, Geelong, VIC, Australia

8. Programme in Emerging Infectious Diseases, Duke-NUS Medical School, Singapore

9. Stanford University, Stanford California, USA

10. Department of Microbiology and Immunology, Uniformed Services University, Bethesda, Maryland, USA

*    Correspondence: N.R.: ross@ecohealthalliance.org; J.H.E.: epstein@ecohealthalliance.org

**Abstract:** Bats are hosts for a variety of viruses, some with potential to cause human disease. *Pteropus medius* are fruit bats that live in close association with humans in Bangladesh and are a known source of Nipah virus and other viruses of unknown pathogenic risk. Here we report on dynamics of seroprevalence against multiple viruses in a population of *P. medius* in Bangladesh over five years. We found evidence of regular circulation of Nipah virus, a rubulavirus, and a filovirus. Nipah virus circulated primarily among adult bats, with no seasonal patterns. The rubulavirus exhibited annual cycles in juveniles and near universal seroprevalence in adults. The filovirus exhibited annual cycles and antibody waning in juveniles and little circulation but lower seroprevalence amongst adults. We found no evidence for spatial differences in Nipah virus dynamics, but weak evidence for differences with other viruses. Host-viral interactions result in very different viral circulation patterns in the same individual bats and environments.

**Keywords:** bats; Nipah virus; filovirus; Rubulavirus; *Pteropus medius*; Bangladesh; serology; disease dynamics; generalized additive models

## Introduction

Bats have been associated with a large diversity of viruses, several of which have been linked to human epidemics [1-3]. The discovery of Severe Acute Respiratory Syndrome (SARS)-related coronaviruses (CoVs) in Chinese horseshoe bats (*Rhinolophus spp.*) in 2004 and subsequent discoveries of related viruses[4,5] including close relatives of SARS-CoV-2[6], along with studies of other high consequence pathogens such as Ebola virus, Marburg virus, Nipah virus, Hendra virus have led to questions about whether and why bats were disproportionately represented among mammals as reservoirs for zoonotic viruses[1,2,7].

Bat species can carry diverse viruses which circulate simultaneously within single populations [8-11]. *Rousettus aegyptiacus* is a natural reservoir of Marburg virus, and IgG antibodies against Ebola Zaire virus have also been detected in this bat in Central Africa, suggesting that it may play a role in the circulation of multiple filoviruses[12,13]. In addition to these filoviruses, a novel zoonotic and pathogenic paramyxovirus, Sosuga virus, was also found in Ugandan *R. aegyptiacus* populations[14].

# Summary of Comments on Email 7 - Attachment 1 - Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW (002).pdf

## Page: 1

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:57:00 AM
It's better to include my CSIRO affiliation here as the work started when I was still associated with AAHL

Number: 2          Author: Noam Ross   Date: 8/10/2022 12:38:00 PM
Please check that your affiliation is as it should be!

46  *Eidolon helvum,* another pteropodid bat with a broad geographic range in Africa, has been found to
47  carry a lyssavirus, a henipavirus, and several other viruses of unknown pathogenicity[15]. Various
48  surveillance efforts have found diverse viruses from with the same viral family in various bat
49  species[5,16,17], and other studies have used metagenomic approaches to look broadly at viral diversity
50  within individual bat species[9,11,18-21].

51      Studies of viral diversity in a single taxonomic host group can inform evolutionary history of
52  viruses and their relationships to specific hosts[6,22] and inform public health strategies[23]. However,
53  detection of a zoonotic virus in an animal host is insufficient to determine whether the associated
54  host species is a natural reservoir for the virus, or to characterize the demographic, physiological, or
55  abiotic factors that may influence the timing of viral shedding and therefore risk of spillover to other
56  species, including domestic animals and humans[24]. For these, more detailed demographic and
57  longitudinal studies are required, especially in cases of multiple viruses, as direct or indirect
58  interactions between multiple pathogens may affect disease presence, prevalence, and dynamics[25-27].
59  Some longitudinal studies of zoonotic viruses in bats have provided insight into the timing of viral
60  infection and shedding, generally of single viruses. Nipah virus in *Pteropus lylei* in Thailand has been
61  observed to have annual shedding patterns [28], whereas Hendra virus, which is closely related to
62  Nipah virus and is carried by multiple pteropid bat species in Australia, has asynchronous and non-
63  periodic cycles that appear to be influenced by localized factors such as specific bat species
64  abundance and climatic factors [29]. Bi-annual pulses of Marburg virus shedding were observed in
65  Uganda, coinciding with synchronous birth pulses in *R. aegyptiacus*[30]. Serological data is often
66  valuable in understanding disease dynamics and transmission[31-33], especially in cases where direct
67  detection and incidence rates of viruses are low[34].

68      *Pteropus sp.* are reservoirs of henipaviruses, a group of mostly zoonotic, lethal neurotropic
69  viruses that include Nipah, Hendra, Cedar, Ghana and Mojiang virus[35-37]. In Bangladesh and India,
70  *P. medius* is a reservoir of Nipah virus, which has spilled over to human populations repeatedly[38].
71  Viruses from eight other viral families have been detected in *P. medius* in Bangladesh[9]. The
72  epidemiology of these other viruses is far less characterized, and little is known about their
73  interactions or zoonotic potential.

74      Here, we report on the dynamics of seroprevalence against three types of viruses - Nipah virus,
75  a filovirus, and a rubulavirus - circulating simultaneously in *P. medius* populations in three sites in
76  Bangladesh. We conducted a longitudinal study over a period of five years, and two shorter, one-
77  year studies for comparative seasonal data. These studies enable us to develop a detailed picture of
78  the seasonal and demographic serological patterns, and infer the extent and periodicity of viral
79  circulation. We find that Nipah virus circulates primarily among adults without distinct seasonality,
80  while the rubulavirus exhibits strong annual dynamics characteristic of juvenile populations driven by
81  waning maternal antibodies. The filovirus, the first detected in *P. medius* in Bangladesh, also
82  circulated in juveniles but exhibited distinct patterns antibody waning and limited maternal
83  inheritance.

## 2. Results

*Bat Dynamics and Demographics[1]*

86      We conducted a five-year longitudinal study sampling *P. medius* bats quarterly from a roost
87  complex in the vicinity of Faridpur, Bangladesh, and also two parallel one-year studies sampling bats
88  monthly from roosts in Chakhoria and Ramnagar, Bangladesh.    In the five-year study, we sampled
89  and tested serology of 1,886 bats: 1,224 adults, 623 free-flying juveniles, and 39 weaning juveniles
90  (captured attached to adult females) over 19 sampling events (Figure 1). During the-one-year studies,
91  919 bats were sampled: 435 in Chakhoria (251 adults, 144 free-flying juveniles and 40 weaning
92  juveniles) and 484 in Ramnagar (277 adults, 164 free-flying juveniles and 43 weaning juveniles (Figure
93  S1). Nearly all juveniles (as determined by examination of maturation of sex organs) were 14 months
94  old or less and could be assigned to a birth cohort based on size. Pregnant and juvenile bats were
95  captured more frequently during the late spring and summer months. Mother-pup pairs were all

Page: 2

Number: 1        Author: Wang Linfa   Date: 8/21/2022 10:37:00 AM
To be consistent with other section headings in Results

96  captured during April and May in the five-year study whilst in the one-year-studies a small number
97  were also captured in June and July. Pregnant females were captured between November and
98  April/May. Lactating females were found between April and July.
99



100  **Figure 1.** Demographics of bats captured in longitudinal sampling. Pregnant females were captured
101  in months from November to June, lactating females were captured in months from April to July.
102  Females with pre-weaning juveniles attached were found from April to May.

103  *Patterns of Immunity and Co-immunity*

104  We found bats were seropositive for antibodies against the henipavirus (HenipVsero+), a
105  filovirus (EbVsero+), and a rubulavirus (MenVsero+).. Among adult bats, antibodies against the
106  rubulavirus were common; 1,314 of 1752 adult bats were MenVsero+. Antibodies against Nipah virus
107  or filovirus were less common – 1,031 were NiVsero+ and 921 were EbVsero+. Among the 921
108  juveniles, 192 were MenVsero+, 311 were NiVsero+ and 348 were EbVsero+. Of the 122 pre-weaned
109  juveniles, 43 were MenVsero+, 52 were NiVsero+, and 32 were EbVsero+.
110  Co-exposure to multiple viruses was common (Figure 2). Over half (1,173) of the 1752 adults had
111  antibodies against more than one of the three viruses, and 493 had antibodies against all three.
112  Among the 921 juveniles, 210 had antibodies against more than one, and 39 had antibodies all three.
113  38 of 122 pre-weaned juveniles had more than one of the three antibodies, with seven having all three.
114  We found correlations between serostatus between all three pairs of viruses in a model
115  accounting for bat age, sex, and study location, with all viruses tending to co-occur with each other
116  more than would be expected than if they were distributed independently among bats. Nipah virus
117  and filovirus antibodies had a standardized covariance of 0.13 (95% posterior interval 0.08-0.20).
118  Nipah virus and rubulavirus antibodies were also more likely to occur together, with a covariance of
119  0.15 (0.09-0.21). Filovirus and rubulavirus antibodies had a covariance of 0.23 (0.17-0.29).

Page: 3

---

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:48:00 AM

I think it is better to treat the three group of viruses equally as you have done for the title. It makes no difference whether we use NiV or Henipavirus in the context of the current study. Luminex-based assays targeting binding antibodies will in theory detect cross-RX antibodies in all three cases. See also comments in Methods



120    **Figure 2. Detection of IgG antibodies against multiple viruses in individual *Pteropus medius*:** Venn
121    diagrams for adult, juvenile, and pre-weaned bats testing positive for antibodies against Nipah virus,
122    filovirus, and Rubulavirus. Numbers under labels are counts of bats with only those viruses, numbers
123    in overlapping areas represent number of bats detected with multiple viruses.

124    *Serodynamics*

125    Dynamics of population seroprevalence were different across the viral types. In adults,
126    population seroprevalence against Nipah virus decreased over the study period from 78% (66%-88%)
127    to 50% (40-62%) (Figure 3). Three periods of distinct increase in seroprevalence stood out in the inter-
128    annual signal: early 2008, early 2009, and the second half of 2010. Nipah seroprevalence showed very
129    weak seasonal patterns (Figure 4). (Nipah dynamics were previously reported in Epstein, et al.[34]).
130



131

132    **Figure 3. Inter-annual serodynamics in adult bats**. Top: Measured and modeled population
133    seroprevalence in adults over the term of the study. X-axis ticks mark the first day of the year. Grey
134    points and bars represent measured population seroprevalence from individual sampling events on
135    and 95% exact binomial confidence intervals. Thick lines and shaded areas represent the inter-annual
136    (non-seasonal) spline component of a generalized additive mixed model (GAMM) of serodynamics
137    and 95% confidence intervals for the mean pattern over time. Bottom: Circulation periods, when
138    modeled slopes of the GAMM splines are positive for >95% of 1000 draws from the model posterior.



**Figure 4. Timing and strength of seasonality of viral circulation in adults**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for adult bats, drawn from GAMM models of seasonality. Densities are of these quantities derived from 1000 samples of model posteriors.

Among juveniles, we examined the dynamics of each cohort over their first year. For Nipah virus, the average cohort had 44% (32%-58%) seroprevalence in June, which consistently decreased over the course of the year to 20% (10%-36%) (Fig. 5). Year-to-year dynamics varied little, with overall declining seroprevalence in all years. No part of the year exhibited regular increases in seroprevalence for juveniles; the maximum rate of increase was indistinguishable from zero (Fig. 6).



**Figure 5. Serodynamics in juvenile bats in five-year study.** Measured and modeled population seroprevalence in juvenile bats caught over their first year of life. Sampling events from multiple years are transposed onto a single year starting June (the earliest month free-flying young-of-the-year juveniles were captured). X-axis ticks mark the first day of each month. Grey points and bars represent measured population seroprevalence from individual sampling events on and 95% exact binomial confidence intervals. Thick lines and shaded areas represent GAMM-modeled average serodynamics across all years and 95% confidence intervals for the mean effect. Thin lines represent individual-year deviations from the average year pattern.



158

**Figure 6. Timing and strength of seasonality of viral circulation in juveniles over the five-year study**. Plots show posterior densities of the date for which increase in seroprevalence is greatest (left), and the rate of increase (right), for juvenile bats. Densities are of these quantities derived from 1000 samples of model posteriors.

Filovirus seroprevalence exhibited different patterns. Among adults, seroprevalence against filovirus was lower than for Nipah virus or Rubulavirus. As with Nipah virus, filovirus seroprevalence decreased over the study period, from 64% (50%-76%) to 20% (12%-30%), and had periods of distinct increases in spring/summer 2010 (concurrently with a circulation period for Nipah virus) (Fig. 3). filovirus seroprevalence did not exhibit cyclic annual patterns in adults (Fig. 4).

Among juveniles within the average year, filovirus seroprevalence started very low in June  at 8% (2%-40%), but increased to a peak of 44% (32%-58%) in juveniles approximately six months of age before declining. (Fig 5). This pattern was consistent across years; though the peak varied in size, it consistently occurred in December or January. The average date with the greatest rate of seroprevalence increase was Oct 31 (Jul 14-Nov 25), and the maximum rate of increase was 7.1%/day (4.5%/day-9.9%/day).

Rubulavirus seroprevalence had a distinct dynamic pattern. Among adults, rubulavirus seroprevalence was high at 92% (82%-98%), and remained high through the end of the period at 74% (62%-84%), though there were some temporary periods of decline. There were distinct periods of increasing circulation in early 2010 and early 2012. Only for the rubulavirus did adult seroprevalence exhibit patterns of seasonality. Periods of increasing seroprevalence in adults exhibited strong seasonality of 1.6%/day (1.0%/day-2.4%/day) increase on peak days, with the mean peak date occurring on Dec 15 (Oct 15-Feb 1)

In juveniles, seroprevalence against the rubulavirus in the average year was 22% (4%-62%) in the youngest bats in June, though in individual years this could range from 7%-43%. In all years juvenile seroprevalence declined to a low of 1.7% (0.6%, 8.3%) that occurred between Oct 9 and Dec 11, then increased starting in winter, reaching high values in yearling juveniles of 88% (56%-99%) The peak rate of increase for juvenile rubulavirus seroprevalence was 6.4%/day (4.2%-8.8%) and occurred Jan 9 (Dec 21-Mar 16).

*Spatial Comparisons*

Seroprevalence trends in both adult and juvenile bats within the one-year studies in Chakhoria and Ramnagar broadly mirrored those in the five-year study in Faridpur (Supplementary Figure 2). In adults, Nipah virus seroprevalence increased in both Ramnagar and Chakhoria over the course of April 2010-May 2011, consistent with the period of increased seroprevalence observed in late 2010 in

192    the Faridpur. In Ramnagar, the seroprevalence in adults was 41% (24%-61%) in April 2010, rising to
193    60% (36%-81%) in May 2011 whilst in Chakhoria it rose from 26% (10%-48%) to 60% (36%-81%) over
194    the same period. The trend in juveniles was as described for the five-year study.
195        For the filovirus, the seroprevalence in the one-year studies was higher than the reported
196    average in the five-year study, with seroprevalence ranging between 41% (21%-64%) and 75% (51%-
197    91%) in Ramnagar and between 48% (26%-70%) and 100% (83%-100%) in Chakhoria. A period of
198    distinct increase in spring/summer 2010 was described in the five-year study which overlaps the
199    timing of the one-year studies and may explain this difference in seroprevalence. In Ramnagar the
200    serodynamics in both adults and juveniles were as described for the five-year study. In Chakhoria,
201    there were two periods of increasing seroprevalence in adults over the course of the year. The first of
202    these occurred in late 2010 when the adult seroprevalence increased from 48% (28%-69%) in August
203    2010 to 100% (83%-100%) in October 2010. The second period of increase occurred at the end of the
204    study period in Spring 2011 with seroprevalence rising from 48% (26%-70%) to 75% (51%-91%)
205    between early March 2011 to late April 2011.
206        Rubulavirus seroprevalence was high in adults throughout the one-year studies, ranging from
207    50% (27%-73%) to 95% (76%-100%) in Ramnagar and 29% (11%-52%) to 100% (83%-100%) in
208    Chakhoria, with the lowest values observed in September 2010 in Ramnagar and December
209    2010/January 2011 in Chakhoria. These decreases were followed by rapid increases back to high
210    seroprevalence, coincident with increasing levels in juveniles. The pattern in juveniles was as
211    described in the five-year study, with seroprevalence estimates in yearlings in April 2011 of 80%
212    (28%-99%) in both locations.
213        Comparison of the seroprevalence trends within each age group and virus between the two one-
214    year study locations did not support spatial differences in the timing of changes in seroprevalence
215    (Figure 7). Only for the filovirus in adults was there some evidence of a difference in trend between
216    locations coinciding with the period of increased seroprevalence observed in adults in Chakhoria at
217    the end of 2010.



218
219    **Figure 7. Comparison of splines for seroprevalence trends between locations in adults and**
220        **juveniles over one-year study.** Thick lines and shaded errors represent the estimated difference
221        in trends and their associated 95% confidence intervals. The horizontal dashed line is set at zero.
222        Where the confidence interval excludes zero, there is evidence for a significant difference in the
223        serodynamics between the Ramnagar and Chakhoria populations over that period.

224    *Maternal Inheritance of antibodies*

225        We examined the relationship between mother and pup antibody titers, as measured by our
226    Luminex assays (see Methods). This relationship varied between viruses (Figure 7). For Nipah virus,

the relationship was nonlinear due to clustering at high and low values, but largely followed a 1:1 relationship between mother and pup antibody titers. For the rubulavirus the relationship was near-linear and near 1:1. For the filovirus, though, the relationship between MFI values measured in mothers and their pups fell well below the 1:1 line, indicating pups having low inheritance of antibodies against the filovirus relative to the other two viruses.



**Figure 8. Maternal inheritance of antibodies.** In each plot, points are measured log-MFI values for adults and juveniles in mother-pup pairs for each of the three antibody tests. Lines represent the predicted mean relationship between the two and their associated 95% confidence intervals.

## 3. Discussion

We found serological evidence for regular circulation of multiple viruses in *P. medius* populations in Bangladesh. These included Nipah virus, which spills over from bat populations to humans in the region, as well as a filovirus and a Rubulavirus. It was common for bats to have antibodies against multiple viruses, and more common in adults than juveniles. Co-immunity patterns among pre-weaned juveniles mirrored those in adults, reflecting maternal inheritance patterns. Patterns of co-immunity were not random, with antibodies against all three virus types being positively correlated within bats.

The dynamic patterns in population seroprevalence were distinct for the three viral groups. The rubulavirus exhibited the most regular and consistent patterns. Some juveniles in these populations inherit maternal antibodies against the Rubulavirus, which wane over the first six months of their life, after which a regular annual epidemic occurs in the juvenile population, causing a steep rise in juvenile seroprevalence by the end of their first year. High adult seroprevalence is likely the consequence of most bats being exposed to the disease as juveniles. When adult seroprevalence drops, as it did in 2009 to 2011, it rapidly rebounds during the same season as juveniles, indicating the same regular epidemics affect both adults and juveniles. We expect circulation and shedding of the rubulavirus to be strongest in the late winter and early spring months in these populations. Mortlock et al.[39] found irregular patterns of rubulavirus shedding in *Rousettus* bats over one year (via PCR detection in pooled urine samples), including a peak during a period of presumed antibody waning, though only within a one-year study.

An outstanding question is how the rubulavirus is maintained in the population despite high seroprevalence in inter-epidemic periods. Recrudescence is one possibility. Evidence for latent infections and recrudescence has been found for Nipah virus in *Pteropus vampyrus*[40], Hendra virus in *P. Medius*[41], and Lagos bat lyssavirus and African henipavirus in *Eidolon helvum*[42]. Another possibility is re-importation. In concurrent work with this study, we found that bat home ranges overlapped

261    with nearby colonies so as to form a meta-population[34], allowing occasional infection from outside
262    bats, as has been shown to maintain Hendra virus in *Pteropus* populations[43,44].

263        The identity of the rubulavirus in this population is unclear. Our test was designed for Menangle
264    virus, which has been found in *P. medius* in Australia[45,46]. At least 11 distinct Paramyxoviruses have
265    been found in *P. medius* in Bangladesh alone: Nipah and ten uncharacterized species, including
266    six Rubulaviruses closely related to Menangle virus and the Tioman virus[9,47]. It is possible that the
267    serological patterns observed represent antibodies against a complex of multiple Rubulaviruses,
268    though the regular interannual patterns in seroprevalence would indicate that they are operating
269    similarly.

270        Nipah virus serodynamics exhibited a different pattern. We found serodynamics consistent with
271    little to no circulation amongst juveniles. Instead, each cohort of juveniles appeared to inherit some
272    maternal antibodies - maternal inheritance was most consistent for Nipah virus in our mother-pup
273    comparisons - and population seroprevalence declined over their first year for all cohorts. Adults
274    experienced several outbreaks, but Nipah virus serodynamics did not exhibit any seasonal patterns,
275    rather, circulation events occurred in irregular intervals one to two years apart. In Thailand, Nipah
276    virus shedding in *Pteropus lylei* was found to vary in time over two years and this pattern varied by
277    strain; Bangladesh-strain Nipah virus shedding clustered in spring months, but only over two years[28].
278    Human Nipah virus outbreaks in Bangladesh, on the other hand, exhibit seasonality associated with
279    the palm-sap consumption, the most likely spillover mechanism[48].

280        We had repeated positive detections of filovirus antibodies, using a test designed for Ebola-Zaire
281    virus. This is the first detection of filovirus antibodies in *P. medius* in Bangladesh, though they have
282    been found in *R. leschenaultii* in the country[49]. This could be one of several known filoviruses or an
283    unknown species. There have been several recent findings of new Ebola-like filoviruses in bats
284    extending across Africa and Asia. These include Bombali virus in Sierra Leone[50], and Měnglà virus
285    in *Rousettus* bats in China[51]. Ebola-Reston virus was found in multiple bat species (*M. australis*, *C.
286    brachyotis* and *Ch. plicata*) in the Philippines[52]. Marburg virus and Ebola-Zaire virus may have been
287    detected in Sierra Leone and Liberia (unpublished,[53,54]). Serological evidence of filoviruses in bats has
288    been found in multiple bat species in Central[12,55] and Western[56] African countries, Singapore [57],
289    China[58], as well as Trinidad[59]. Our finding here adds to the evidence of broad host and geographic
290    host ranges for filoviruses.

291        Several components of the serological patterns of filovirus antibodies are of interest. Young
292    juveniles were almost all seronegative, and seroprevalence rose over the course of the first six months
293    all years, then declined in the latter half of the year. Adult seroprevalence remained steady despite
294    these regular juvenile outbreaks near 50% over the course of the five-year study. Adult
295    seroprevalence against the filovirus also did not exhibit regular annual cycles, though the one period
296    of detectable increase, in mid-2010, coincided with one of the regular seasonal periods of increase
297    among juveniles. One possible hypothesis explaining this pattern is that the filovirus may exhibit low
298    transmissibility in this system, only circulating when seroprevalence is near zero in young juveniles.
299    It is also possible that bats may exhibit weak or waning filovirus antibody response but remain
300    immune. In *R. aegyptiacus*, infected with the Marburg virus, antibody waning post-infection was
301    found to be rapid, but bats retained protective immunity even with very low antibody titers[60,61]. If a
302    similar mechanism occurs in this population, this could explain low seroprevalence in adults despite
303    regular apparent periods of circulation in juveniles. The regular drop of seroprevalence in juveniles
304    following the peak is consistent with this explanation.

305        However, if adults remain immune to the filovirus despite low antibody titers, this immunity
306    does not appear to transfer to juveniles, as seroprevalence is near-zero among newborns and
307    circulation in juveniles begins soon after birth. The relationship of pup/dam MFI found for the
308    filovirus antibodies suggests that there may be differential inheritance of antibodies and possibly
309    differential maternally derived immunity. If pups derive weaker immunity from dams than for other
310    viruses, this may provide another mechanism for maintenance of the virus. It possible that patterns
311    in filovirus antibody detection are an artifact of our test, specific to Ebola-Zaire virus, and that
312    temporal trends are in part reflective of differential cross-reaction with viruses in this bat population.

313 However, while this may modify estimates of overall seroprevalence, the differential pup/dam MFI
314 relationship, and consistent rise in seroprevalence among young juveniles, would require the test to
315 exhibit differential sensitivity by age.

316 Serodynamics in our two one-year studies were broadly similar to those found in the five-year
317 study. We found weak evidence for differences in serodynamics between sites for the filovirus in
318 adults, and the rubulavirus for adults and juveniles. However, limited sample numbers and the
319 shorter study period limit our ability to generalize about seasonal patterns. In a concurrent study[34],
320 we found that flying foxes home ranges in Bangladesh extended an average of 50 km from their
321 roosts. The roosts at Chakoria and Ramnagar, the sites of the one-year studies, are approximately 225
322 km apart. Thus, we would not expect the dynamics of these sites to be strongly coupled. It is plausible
323 that inter- and even intra-annual dynamics of these viruses could be similar if weak coupling and/or
324 environmental factors drive some of the dynamics. More detailed and longer-term studies at multiple
325 sites in parallel are needed to better understand spatiotemporal variation in viral circulation.

326 Regular co-circulation of these viruses indicates the potential for viral interactions to affect host-
327 viral dynamics. Viral interactions in hosts – whether direct during co-infection or indirect from
328 infection in different periods – can enhance or suppress pathogen mortality, fecundity, or
329 transmission, via competition for host nutritional or cellular resources, or via immune-mediation
330 involving cross-immunity or antibody-dependent enhancement, and these interactions structure
331 viral communities[26]. These interactions can have complex, even opposite effects when scaled to the
332 population[27]. Here, we found positive correlations between serostatus against different viruses.
333 External factors may also affect these relationships. For instance, all three viruses appear to have
334 circulated in adults in mid-2010. It is possible that common factors like population density and/or
335 nutrition availability[62] affected transmission of multiple viruses.

336 While rich observational serological data reveal these patterns, greater study is required to
337 characterize these viruses and their effects on the host population and potential for spillover, as well
338 as the degree and mechanisms of interactions. Our inferred periods of viral circulation point to
339 optimal sub-populations and times to sample this population to detect viral shedding and isolate
340 these viruses, and potentially capture co-infected hosts.

341 Extended longitudinal sampling also sheds light on viral dynamics not found in short-term
342 studies. One- to two-year studies can identify temporal patterns in serology or viral prevalence and
343 shedding, but establishing patterns or variation in seasonality requires extended, multi-year
344 sampling. In our case, while Nipah virus outbreaks occurred in the same season in two years, it was
345 apparent from the longer time series that there was no distinct seasonal pattern in dynamics. The
346 consistency of the filovirus and rubulavirus patterns required repeated years of sampling to establish.
347 Similarly, we were able to understand these patterns far better by separating juvenile and adult
348 patterns, which we would be unable to distinguish in pooled samples.

349 While such extended individual-capture longitudinal studies are resource-intense,
350 understanding the joint circulation of multiple viruses can be accomplished via multiplex
351 immunoassays such as those used here. The continuous measures from these assays also have the
352 potential to identify key patterns such as the differential inheritance of filovirus antibodies we
353 identified here. Interpretation of these values is challenging and the relationship between immune
354 status, antibody titer, and measured fluorescence is complex[32], but they have much potential to shed
355 light on mechanistic drivers of disease circulation.

356 **Methods**

357 *Field collection*

358 We conducted a five-year longitudinal study sampling *P. medius* bats quarterly and two one-
359 year studies in different locations, sampling monthly. All capture and sampling methods were
360 approved by Tufts University IACUC protocol #G929-07 and icddr,b animal ethical review (protocol
361 2006-012). For the five-year study, we sampled from a roost complex near Faridpur, Bangladesh, as
362 previously described in Epstein, et al. [34] The area of the roost complex consists of patchy forest

interspersed with agrarian human settlements and large rice paddies. Sampling occurred from July 2007 to November 2012 approximately every three months. The bat colony regularly shifted amongst roosts within the 80km² roost complex over the period of the study. Sampling occurred at the largest occupied roost found each quarterly sampling trip, sampling at different roosts within the complex across consecutive sampling nights if required to capture a sufficient number of individuals.

Approximately 100 bats were captured at each sampling event, which lasted 7-10 days. We captured bats with a 10x15m mist net between 11pm and 5am each night as bats returned from foraging until the count of 100 was reached.

In the one-year longitudinal studies, sampling was undertaken in two roost complexes in Ramnagar and Chakhoria, Bangladesh between April 2010 and May 2011. Monthly sampling of approximately 40 bats in each location was performed to obtain data at a finer temporal scale. Details of collection are otherwise as described for the five-year study.

For each study, we recorded each bat's age class, reproductive status, weight, size, and body condition. We collected up to 3.0 mL of blood from each bat's brachial vein into serum tubes with serum clot activator (Vaccutainer, USA). Blood tubes were stored vertically on ice packs in a cold box and serum was allowed to separate overnight. Serum was drawn from the tube after 24 hours and placed in a screw-top cryovial (Corning, USA) and stored in a liquid nitrogen dewar (Princeton Cryogenics, NJ, USA).

As part of a larger study to detect viral RNA, we also collected urine, rectal, and oropharyngeal swabs and pooled urine samples from under colonies. Further details can be found in Epstein, et al.[34]

### Serological Assays

Sera from the longitudinal studies were sent to the Australian Animal Health Laboratory and gamma irradiated upon receipt. We used a bead-based microsphere assay that specifically detects antibodies to the soluble attachment glycoproteins[57,63,64] for a panel of viruses. Beads coated with each protein were mixed with sera at a dilution of 1:100. Biotinylated Protein A/G and Streptavidin-PE were then used to detect bound antibody. Beads were interrogated by lasers in a BioRad BioPlex machine and the results recorded as the Median Fluorescent Intensity (MFI) of 100 beads. We report here results for Nipah, Ebola-Zaire, and Menangle, the only three for which we established regular positive results.

While the Nipah virus has been detected in this population[65] and the specificity of the Nipah test is well-established [66], the Ebola-Zaire and Menangle virus tests are cross-reactive with other Ebola and rubulavirus species[67,68]. Thus we refer to these as tests for filovirus and Rubulavirus.

### Data Analysis

We determined individual bat serostatus using Bayesian mixture models[69] fit on pooled data across all three longitudinal studies, calculating a cutoff of log-MFI as the point of equal probability between the smallest and second-smallest cluster of equal distributions for each assay.

To determine correlations of serostatus in bats across the three viruses, we fit a Bayesian multivariate probit model[70,71] which allows estimation of the joint outcomes (serostatus against each virus) and the correlation between the outcomes. We included age and sex variables to account for these effects on serostatus.

To examine time-varying changes in population seroprevalence, we fit binomial generalized additive mixed models (GAMMs)[72,73] to the time-series of serostatus measurements. For the five-year study, we fit separate models for adults and juveniles and for each immunoassay. For adults, we fit a model for seroprevalence dynamics over the course of the whole study. This treats the adult population as a single unit, though individuals within the population may turn over via migration, death and recruitment. We included both long-term and annual cyclic components for the multi-year time series of measurements. For juveniles, we treated each year's cohort of new recruits as separate populations with commonalities in overall first-year dynamics. The dynamics of each year's juvenile cohort were modeled as random-effect splines, deviating from an overall mean splines for juveniles

Page: 11

Number: 1          Author: Wang Linfa   Date: 8/21/2022 10:50:00 AM
I am not 100% sure about this.  All serological tests (the NiV test included) will detect cross-RX antibodies from related viruses. For NiV, you can argue that
longitudinal surveillance has NOT detected any related viruses in the study populations, but we can't say that the Ab test is specific to NiV.

413  over their first year. To estimate periods of peak viral circulation within the population, we calculated
414  the derivatives of model-derived seroprevalence over time. We sampled these from GAMM posterior
415  distributions and classified periods with >95% of samples with positive derivatives - that is,
416  increasing population seroprevalence - as periods of viral circulation. We also calculated strength
417  and timing seasonality for each virus as the maximum rate of seroprevalence increase and the date
418  at which this maximum occurred, again sampling these values from the model posterior, and
419  calculating mean and high-density posterior interval (HDPI) values.

420  For the one-year studies, we fit models primarily to detect differences in time-varying changes
421  between sites. We fit binomial generalized additive models (GAMs) to the monthly serostatus
422  measurements with separate models for each immunoassay. We included a separate, fixed-term
423  spline in each model for age (adult or juvenile) and location (Chakhoria or Ramnagar). The trends in
424  serodynamics for each virus in each age group were compared between locations to test for spatial
425  differences[74]. Juveniles identified as being from the previous year's cohort were excluded from the
426  analysis.

427  To examine patterns of maternal inheritance, we used GAMs to fit a relationship of log-MFI
428  between adult lactating females and their attached pups for each viral assay. We limited these to data
429  from the five-year longitudinal study.

**Data Availability:** Raw data from this study and reproducible code used to perform analyses is available at the
Zenodo Scientific Archive [Zenodo DOI to be generated] and also on GitHub at
https://github.com/ecohealthalliance/bangladesh-bat-serodynamics

**Author Contributions:** Conceptualization: N.R. and J.H.E.; methodology, N,R., L-FW and J.H.E.; software, N.R.
and S.H.; formal analysis, N.R. and S.H.; investigation, J.H.E., A.I. and L-FW….; resources, X.X.; data curation,
N.R and J.H.E; writing—original draft preparation, N.R. J.H.E., and S.H.; writing—review and editing, X.X.;
visualization, N.R. supervision, N.R. and J.H.E.; project administration, N.R and J.H.E.; funding acquisition, P.D., L-FW
and J.H.E

**Funding:** This study was funded by an NIH NIAID awards to JHE (AI153420) and CCB (AI054715), an NIH
Fogarty International Center Ecology and Evolution of Infectious Diseases (EEID) award to PD (TW005869) a
NSF-NIH EEID award to AMK (EF-0914866), the US Agency for International Development Emerging Pandemic
Threats: PREDICT program (NR, PD, JHE , AI), and grants from CSIRO (OCE Science Leader Award) the
Singapore National Research Foundation (NRF2012NRF-CRP001-056) to L-FW.

**Acknowledgments:** We thank Pitu Biswas, Md. Sheikh Gofur, Abdul Hai, Ausraful Islam, and Craig Smith for
assistance in the field, Eric J. Pedersen, Gavin L. Simpson and David Miller for technical input, Jennifer Barr and
Mohammad Ziadur for laboratory diagnostic and technical support, and the Government of Bangladesh for
permits and logistical support that made this work possible.

**Conflicts of Interest:** The authors declare no conflict of interest. The funders had no role in the design of the
study; in the collection, analyses, or interpretation of data; in the writing of the manuscript, or in the decision to
publish the results.

## References

451  1    Olival, K. J. *et al.* Host and viral traits predict zoonotic spillover from mammals. *Nature* **546**, 646–650
452       (2017). https://doi.org/10.1038/nature22975

453  2    Epstein, J. H. & Field, H. E. in *Bats and Viruses: A New Frontier of Emerging Infectious Diseases*   (eds L.
454       F. Wang & C. Cowled)   (Wiley-Blackwell, 2015).

455  3    Calisher, C. H., Childs, J. E., Field, H. E., Holmes, K. V. & Schountz, T. Bats: Important reservoir hosts
456       of emerging viruses. *Clin. Microbiol. Rev.* **19**, 531-+ (2006).

457  4    Ge, X.-Y. *et al.* Isolation and characterization of a bat SARS-like coronavirus that uses the ACE2 receptor.
458       *Nature* **503**, 535-+ (2013). https://doi.org/10.1038/nature12711

459  5    Anthony, S. J. *et al.* Global patterns in coronavirus diversity. *Virus Evolution* **3**, vex012-vex012 (2017).
460       https://doi.org/10.1093/ve/vex012

Page: 12

Number: 1    Author: Noam Ross    Date: 8/10/2022 12:19:00 PM

All co-authors please insert yourselves as appropriate here.  A summary of contribution types can be found here: https://img.mdpi.org/data/contributor-role-instruction.pdf

6    Latinne, A. *et al.* Origin and cross-species transmission of bat coronaviruses in China. *Nature Communications* **11** (2020). https://doi.org/10.1038/s41467-020-17687-3

7    Smith, I. & Wang, L. F. Bats and their virome: an important source of emerging viruses capable of infecting humans. *Curr. Opin. Virol.* **3**, 84-91 (2013). https://doi.org/10.1016/j.coviro.2012.11.006

8    Dietrich, M. *et al.* Leptospira and paramyxovirus infection dynamics in a bat maternity enlightens pathogen maintenance in wildlife. *Environ. Microbiol.* **17**, 4280-4289 (2015). https://doi.org/10.1111/1462-2920.12766

9    Anthony, S. J. *et al.* A strategy to estimate unknown viral diversity in mammals. *MBio* **4**, e00598-00513 (2013). https://doi.org/10.1128/mBio.00598-13

10   Smith, I. *et al.* Identifying Hendra virus diversity in pteropid bats. *PLoS One* **6**, e25275 (2011). https://doi.org/10.1371/journal.pone.0025275

11   Baker, K. S. *et al.* Co-circulation of diverse paramyxoviruses in an urban African fruit bat population. *J. Gen. Virol.* **93**, 850-856 (2012). https://doi.org/10.1099/vir.0.039339-0

12   Pourrut, X. *et al.* Large serological survey showing cocirculation of Ebola and Marburg viruses in Gabonese bat populations, and a high seroprevalence of both viruses in Rousettus aegyptiacus. *BMC Infect. Dis.* **9** (2009). https://doi.org/10.1186/1471-2334-9-159

13   Towner, J. S. *et al.* Isolation of Genetically Diverse Marburg Viruses from Egyptian Fruit Bats. *PLoS Pathog.* **5** (2009). https://doi.org/10.1371/journal.ppat.1000536

14   Amman, B. R. *et al.* A Recently Discovered Pathogenic Paramyxovirus, Sosuga Virus, is Present in Rousettus aegyptiacus Fruit Bats at Multiple Locations in Uganda. *J. Wildl. Dis.* **51**, 774-779 (2015). https://doi.org/10.7589/2015-02-044

15   Hayman, D. T. S. *et al.* Endemic Lagos bat virus infection inEidolon helvum. *Epidemiology and Infection* **140**, 2163-2171 (2012). https://doi.org/10.1017/s0950268812000167

16   Drexler, J. F. *et al.* Bats host major mammalian paramyxoviruses. *Nat. Commun.* **3**, 796 (2012).

17   Olival, K. J. & Hayman, D. T. S. Filoviruses in Bats: Current Knowledge and Future Directions. *Viruses-Basel* **6**, 1759-1788 (2014). https://doi.org/10.3390/v6041759

18   Baker, K. S. *et al.* Metagenomic study of the viruses of African straw-coloured fruit bats: Detection of a chiropteran poxvirus and isolation of a novel adenovirus. *Virology* **441**, 95-106 (2013). https://doi.org/10.1016/j.virol.2013.03.014

19   Donaldson, E. F. *et al.* Metagenomic Analysis of the Viromes of Three North American Bat Species: Viral Diversity among Different Bat Species That Share a Common Habitat. *J. Virol.* **84**, 13004-13018 (2010). https://doi.org/10.1128/jvi.01255-10

20   Ge, X. Y. *et al.* Metagenomic Analysis of Viruses from Bat Fecal Samples Reveals Many Novel Viruses in Insectivorous Bats in China. *J. Virol.* **86**, 4620-4630 (2012). https://doi.org/10.1128/jvi.06671-11

21   He, B. *et al.* Virome Profiling of Bats from Myanmar by Metagenomic Analysis of Tissue Samples Reveals More Novel Mammalian Viruses. *PLoS One* **8** (2013). https://doi.org/10.1371/journal.pone.0061950

22   Olival, K. J. *et al.* Population genetics of fruit bat reservoir informs the dynamics, distribution and diversity of Nipah virus. *Molecular Ecology* **29**, 970-985 (2019). https://doi.org/10.1111/mec.15288

23   Carroll, D. *et al.* The Global Virome Project. *Science* **359**, 872-874 (2018). https://doi.org/10/gdnbxh

24   Begon, M. *et al.* Seasonal host dynamics drive the timing of recurrent epidemics in a wildlife population. *Proc. Biol. Sci.* **276**, 1603-1610 (2009). https://doi.org/10.1098/rspb.2008.1732

25    Seabloom, E. W. *et al.* The community ecology of pathogens: coinfection, coexistence and community composition. *Ecol. Lett.* **18**, 401-415 (2015). https://doi.org/10.1111/ele.12418

26    Anthony, S. J. *et al.* Non-random patterns in viral diversity. *Nat. Commun.* **6**, 8147 (2015). https://doi.org/10.1038/ncomms9147

27    Gorsich, E. E. *et al.* Opposite outcomes of coinfection at individual and population scales. *Proc. Natl. Acad. Sci. U. S. A.* **115**, 7545-7550 (2018). https://doi.org/10.1073/pnas.1801095115

28    Wacharapluesadee, S. *et al.* A Longitudinal Study of the Prevalence of Nipah Virus in Pteropus lylei Bats in Thailand: Evidence for Seasonal Preference in Disease Transmission. *Vector-Borne and Zoonotic Diseases* **10**, 183-190 (2010). https://doi.org/10.1089/vbz.2008.0105

29    Páez, D. J. *et al.* Conditions affecting the timing and magnitude of Hendra virus shedding across pteropodid bat populations in Australia. *Epidemiol. Infect.* **145**, 3143-3153 (2017). https://doi.org/10.1017/S0950268817002138

30    Amman, B. R. *et al.* Seasonal pulses of Marburg virus circulation in juvenile Rousettus aegyptiacus bats coincide with periods of increased risk of human infection. *PLoS Pathog.* **8**, e1002877 (2012). https://doi.org/10.1371/journal.ppat.1002877

31    Heisey, D. M., Joly, D. O. & Messier, F. THE FITTING OF GENERAL FORCE-OF-INFECTION MODELS TO WILDLIFE DISEASE PREVALENCE DATA. *Ecology* **87**, 2356-2365 (2006).

32    Gilbert, A. T. *et al.* Deciphering serology to understand the ecology of infectious diseases in wildlife. *Ecohealth* **10**, 298-313 (2013). https://doi.org/10/f5mc5f

33    Pannwitz, G. *et al.* A long-term serological survey on Aujeszky's disease virus infections in wild boar in East Germany. *Epidemiol. Infect.* **140**, 348-358 (2012). https://doi.org/10.1017/S0950268811000033

34    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for spillover to humans. *Proceedings of the National Academy of Sciences of the United States of America* **117**, 29190-29201 (2020). https://doi.org/10/gjqsw4

35    Halpin, K. *et al.* Pteropid Bats are Confirmed as the Reservoir Hosts of Henipaviruses: A Comprehensive Experimental Study of Virus Transmission. *Am. J. Trop. Med. Hyg.* **85**, 946-951 (2011). https://doi.org/10.4269/ajtmh.2011.10-0567

36    Marsh, G. A. *et al.* Cedar Virus: A Novel Henipavirus Isolated from Australian Bats. *PLoS Pathog.* **8** (2012). https://doi.org/10.1371/journal.ppat.1002836

37    Wu, Z. *et al.* Novel Henipa-like Virus, Mojiang Paramyxovirus, in Rats, China, 2012. *Emerg. Infect. Dis.* **20**, 1064-1066 (2014). https://doi.org/10.3201/eid2006.131022

38    Gurley, E. S. *et al.* Convergence of Humans, Bats, Trees, and Culture in Nipah Virus Transmission, Bangladesh. *Emerg. Infect. Dis.* **23**, 1446-1453 (2017). https://doi.org/10.3201/eid2309.161922

39    Mortlock, M., Dietrich, M., Weyer, J., Paweska, J. T. & Markotter, W. Co-Circulation and Excretion Dynamics of Diverse Rubula- and Related Viruses in Egyptian Rousette Bats from South Africa. *Viruses* **11** (2019). https://doi.org/10.3390/v11010037

40    Sohayati, A. R. *et al.* Evidence for Nipah virus recrudescence and serological patterns of captive Pteropus vampyrus. *Epidemiol. Infect.* **139**, 1570-1579 (2011). https://doi.org/10.1017/S0950268811000550

41    Wang, H.-H., Kung, N. Y., Grant, W. E., Scanlan, J. C. & Field, H. E. Recrudescent infection supports Hendra virus persistence in Australian flying-fox populations. *PLoS One* **8**, e80430 (2013). https://doi.org/10.1371/journal.pone.0080430

42    Peel, A. J. *et al.* Support for viral persistence in bats from age-specific serology and models of maternal immunity. *Sci. Rep.* **8**, 3859 (2018). https://doi.org/10.1038/s41598-018-22236-6

546  43  Jeong, J. & McCallum, H. The persistence of a SIR disease in a metapopulation: Hendra virus epidemics
547     in Australian black flying foxes (Pteropus alecto). *Australian Journal of Zoology* **69** (2021).
548     https://doi.org:10.1071/zo20094

549  44  Plowright, R. K. *et al.* Urban habituation, ecological connectivity and epidemic dampening: The
550     emergence of Hendra virus from flying foxes (*Pteropus* species). *Proceedings of the Royal Society B-*
551     *Biological Sciences* **278**, 3703-3712 (2011). https://doi.org:10/bz39s3

552  45  Philbey, A. W. *et al.* Infection with Menangle virus in flying foxes (Pteropus spp.) in Australia. *Aust.*
553     *Vet. J.* **86**, 449-454 (2008). https://doi.org:10.1111/j.1751-0813.2008.00361.x

554  46  Bowden, T. R., Westenberg, M., Wang, L. F., Eaton, B. T. & Boyle, D. B. Molecular characterization of
555     Menangle virus, a novel paramyxovirus which infects pigs, fruit bats, and humans. *Virology* **283**, 358-
556     373 (2001). https://doi.org:10.1006/viro.2001.0893

557  47  Bowden, T. R. & Boyle, D. B. Completion of the full-length genome sequence of Menangle virus:
558     characterisation of the polymerase gene and genomic 5' trailer region. *Arch. Virol.* **150**, 2125-2137 (2005).
559     https://doi.org:10/d369wm

560  48  Luby, S. P. *et al.* Recurrent Zoonotic Transmission of Nipah Virus into Humans, Bangladesh, 2001-2007.
561     *Emerg. Infect. Dis.* **15**, 1229-1235 (2009). https://doi.org:10.3201/eid1508.081237

562  49  Olival, K. J. *et al.* Ebola virus antibodies in fruit bats, bangladesh. *Emerg. Infect. Dis.* **19**, 270-273 (2013).
563     https://doi.org:10.3201/eid1902.120524

564  50  Goldstein, T. *et al.* The discovery of Bombali virus adds further support for bats as hosts of ebolaviruses.
565     *Nat Microbiol* **3**, 1084-1089 (2018). https://doi.org:10.1038/s41564-018-0227-2

566  51  Yang, X.-L. *et al.* Characterization of a filovirus (Měnglà virus) from Rousettus bats in China. *Nat*
567     *Microbiol* (2019). https://doi.org:10.1038/s41564-018-0328-y

568  52  Jayme, S. I. *et al.* Molecular evidence of Ebola Reston virus infection in Philippine bats. *Virol. J.* **12**, 107
569     (2015). https://doi.org:10.1186/s12985-015-0331-3

570  53  McNeil, D. G., Jr. in *The New York Times*     (2018).

571  54  Kupferschmidt, K. This bat species may be the source of the Ebola epidemic that killed more than 11,000
572     people in West Africa. *Science* (2019). https://doi.org:10.1126/science.aaw7604

573  55  Leroy, E. M. *et al.* Fruit bats as reservoirs of Ebola virus. *Nature* **438**, 575-576 (2005).
574     https://doi.org:10.1038/438575a

575  56  Hayman, D. T. S. *et al.* Long-term survival of an urban fruit bat seropositive for Ebola and Lagos bat
576     viruses. *PLoS One* **5**, e11978 (2010). https://doi.org:10.1371/journal.pone.0011978

577  57  Laing, E. D. *et al.* Serologic Evidence of Fruit Bat Exposure to Filoviruses, Singapore, 2011-2016. *Emerg.*
578     *Infect. Dis.* **24**, 114-117 (2018). https://doi.org:10.3201/eid2401.170401

579  58  Yuan, J. *et al.* Serological evidence of ebolavirus infection in bats, China. *Virol. J.* **9**, 236 (2012).
580     https://doi.org:10.1186/1743-422X-9-236

581  59  Munster, V. J. *et al.* Serological Evidence for Henipa-like and Filo-like Viruses in Trinidad Bats. *The*
582     *Journal of Infectious Diseases* **221**, S375-S382 (2020). https://doi.org:10.1093/infdis/jiz648

583  60  Schuh, A. J. *et al.* Egyptian rousette bats maintain long-term protective immunity against Marburg virus
584     infection despite diminished antibody levels. *Sci. Rep.* **7**, 8763 (2017). https://doi.org:10.1038/s41598-017-
585     07824-2

586  61  Storm, N., Jansen Van Vuren, P., Markotter, W. & Paweska, J. T. Antibody Responses to Marburg Virus
587     in Egyptian Rousette Bats and Their Role in Protection against Infection. *Viruses* **10** (2018).
588     https://doi.org:10.3390/v10020073

589    62    Kessler, M. K. *et al.* Changing resource landscapes and spillover of henipaviruses. *Annals of the New*
590          *York Academy of Sciences* **1429**, 78-99 (2018). https://doi:10.1111/nyas.13910

591    63    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex protein
592          array systems. *J. Virol. Methods* **142**, 29-40 (2007). https://doi.org:10/cvcfvn

593    64    Laing, E., Yan, L., Sterling, S. & Broder, C. A Luminex-based multiplex assay for the simultaneous
594          detection of glycoprotein specific antibodies to ebolaviruses, marburgviruses, and henipaviruses. *Int.*
595          *J. Infect. Dis.* **53**, 108-109 (2016). https://doi.org:10.1016/j.ijid.2016.11.272

596    65    Epstein, J. H. *et al.* Nipah virus dynamics in bats and implications for zoonotic spillover to humans (in
597          review). *Science Advances* (2019).

598    66    Bossart, K. N. *et al.* Neutralization assays for differential henipavirus serology using Bio-Plex Protein
599          Array      Systems.      *Journal      of      Virological      Methods*      **142**,      29-40      (2007).
600          https://doi.org:10.1016/j.jviromet.2007.01.003

601    67    Geisbert, T. W., MacNeil, A., Reed, Z. & Rollin, P. E. Serologic Cross-Reactivity of Human IgM and IgG
602          Antibodies   to   Five   Species   of   Ebola   Virus.   *PLoS   Neglected   Tropical   Diseases*   **5**   (2011).
603          https://doi.org:10.1371/journal.pntd.0001175

604    68    Barr, J. *et al.* Isolation of multiple novel paramyxoviruses from pteropid bat urine. *Journal of General*
605          *Virology* **96**, 24-29 (2015). https://doi.org:10.1099/vir.0.068106-0

606    69    Peel, A. J. *et al.* Use of cross-reactive serological assays for detecting novel pathogens in wildlife:
607          Assessing an appropriate cutoff for henipavirus assays in African bats. *J. Virol. Methods* **193**, 295-303
608          (2013). https://doi.org:10.1016/j.jviromet.2013.06.030

609    70    Albert, J. H. & Chib, S. Bayesian Analysis of Binary and Polychotomous Response Data. *J. Am. Stat.*
610          *Assoc.* **88**, 669-679 (1993). https://doi.org:10.2307/2290350

611    71    Stan Development, T. Stan Modeling Language Users Guide and Reference Manual.    (2018).

612    72    Wood, S. N. *Generalized Additive Models: An Introduction with R, Second Edition.*    (CRC Press, 2017).

613    73    Pedersen, E. J., Miller, D. L., Simpson, G. L. & Ross, N. Hierarchical generalized additive models: an
614          introduction with mgcv. Report No. e27320v1, (PeerJ Preprints, 2018).

615    74    Rose, N. L., Yang, H., Turner, S. D. & Simpson, G. L. An assessment of the mechanisms for the transfer
616          of lead and mercury from atmospherically contaminated organic soils to lake sediments with particular
617          reference   to   Scotland,   UK.   *Geochimica   et   Cosmochimica   Acta*   **82**,   113-135   (2012).
618          https://doi.org:10.1016/j.gca.2010.12.026
619


© 2019 by the authors. Submitted for possible open access publication under the terms
and  conditions  of  the  Creative  Commons  Attribution  (CC  BY)  license
(http://creativecommons.org/licenses/by/4.0/).
620

| | |
|---|---|
| **From:** | Wang Linfa on behalf of Wang Linfa <linfa.wang@duke-nus.edu.sg> |
| **To:** | Jon Epstein; Ariful Islam; Hayes, Sarah; A. Marm Kilpatrick; Kevin Olival, PhD; Emily Gurley; Dr. Jahangir Hossain; Hume Field; Gary Crameri; Stephen Luby; Christopher Broder; Peter Daszak |
| **Cc:** | Noam Ross; Madeline Salino |
| **Subject:** | RE: Draft manuscript: Co-circulation dynamics of viruses in a bat population |
| **Date:** | Sunday, August 21, 2022 1:47:19 AM |
| **Attachments:** | Ross-et-al_bangladesh-bats-cocirculation-serology_2022-08-11_LW.docx |

Dear Jon and all,

It is great to see this in a ready to go form after so much effort put into this longitudinal study.

See my edits/comments in the attached. My main suggestion is to treat all three groups the same, i.e., at the genus level.

@Steve @Emily: I finally made my trip to Bangladesh (and icddr,b) working on a BMGF-funded pathogen genomics project. I "challenged" the new ED to host the Nipah@25 in 2024 there and he said he will do his best to make sure it happens. So hopefully we an all meet again in Bangladesh in 2024.

Cheers,

LF

**_Linfa (Lin-Fa) WANG, PhD FTSE FAAM_**
**Professor**
**Programme in Emerging Infectious Disease**
**Duke-NUS Medical School,**
**8 College Road, Singapore 169857**
**Tel: +65 6516 8397**

---

**From:** Jon Epstein <epstein@ecohealthalliance.org>
**Sent:** Friday, 19 August 2022 11:22 PM
**To:** Ariful Islam <arif@ecohealthalliance.org>; Hayes, Sarah <sarah.hayes16@imperial.ac.uk>; A. Marm Kilpatrick <akilpatr@ucsc.edu>; Kevin Olival, PhD <olival@ecohealthalliance.org>; Emily Gurley <egurley1@jhu.edu>; Dr. Jahangir Hossain <jhossain@mrc.gm>; Hume Field <hume.field@ecohealthalliance.org>; Gary Crameri <garycrameri1@gmail.com>; Wang Linfa <linfa.wang@duke-nus.edu.sg>; Stephen Luby <sluby@stanford.edu>; Christopher Broder <christopher.broder@usuhs.edu>; Peter Daszak <daszak@ecohealthalliance.org>
**Cc:** Noam Ross <ross@ecohealthalliance.org>; Madeline Salino <salino@ecohealthalliance.org>
**Subject:** Draft manuscript: Co-circulation dynamics of viruses in a bat population

- External Email -

Colleagues,

I hope you're all doing well. I'm excited to share a draft manuscript, led by Noam, that details the serodynamics of henipaviruses, filoviruses and rubulaviruses in a population of *Pteropus medius*. We plan to submit this to *Nature Communications* in September. Please send Noam and I your comments by **September 10th**.

Cheers,
Jon

--

Jonathan H. Epstein DVM, MPH, PhD
Vice President for Science and Outreach
EcoHealth Alliance
520 Eighth Avenue, Ste. 1200
New York, NY 10018

1.212.380.4467 (direct)

web:  ecohealthalliance.org

Twitter: @epsteinjon
*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation*

---

Important: This email is confidential and may be privileged. If you are not the intended recipient, please delete it and notify us immediately; you should not copy or use it for any purpose, nor disclose its contents to any other person. Thank you.




# Centers for Research in Emerging Infectious Diseases (CREID) Network

# Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH)

# 2022 Report to the External Advisory Committee

# August 19, October



## Table of Contents

Section 1. Executive Summary ........................................................................................................... 3

Section 2: Research Center Overview ............................................................................................... 3

    A.   Specific Aims .......................................................................................................................... 3

    B.   Partners and Staffing ............................................................................................................. 3

    C.   Research Sites ......................................................................................................................... 3

Section 3: Research Center Progress and Accomplishments ............................................................ 4

    A.   Projects and Studies .............................................................................................................. 4

    B.   Dissemination of Results ....................................................................................................... 7

    C.   Training and Capacity Building Activities .............................................................................. 7

    D.   Challenges and Proposed Solutions ...................................................................................... 8

    E.   Examples of Network Collaboration ..................................................................................... 8

Section 4: Future Directions ............................................................................................................. 8

Appendix A: 2021 EAC Report ........................................................................................................ 11

Appendix B: NIAID CREID Network Program Priorities (April 2022) ............................................. 14




***Guidance: 7-page limit for EAC Report***
***(excluding cover page and TOC)***

# Section 1. Executive Summary

The Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is a multidisciplinary center focused on analyzing zoonotic disease risk in a key EID hotspot region. Our aims are to 1) characterize diverse coronaviruses, paramyxoviruses, filoviruses, and other viral pathogens in wildlife; 2) assess the frequency and causes of their spillover; & 3) identify viral etiologies of undiagnosed 'cryptic' outbreaks in Thailand, Malaysia, and Singapore. Highlights of research and significant findings during the reporting period (October 2021 – August 2022) include:

<mark>To be updated with bullet points by Peter</mark>…

# Section 2: Research Center Overview

## A.  Specific Aims

The overarching goal of the Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is to characterize the diversity of key viral pathogens in wildlife, assess the frequency and causes of their spillover, and identify viral etiologies of undiagnosed 'cryptic' outbreaks in people. The research goals of the EID-SEARCH follow three specific aims designed to advance our understanding of spillover and outbreak risk for novel viruses in a globally important EID hotspot, strengthen in-country research capacity, and enhance international collaboration:

- Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.
- Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays.
- Specific Aim 3: Identify and characterize the viral etiology of 'cryptic' outbreaks in clinical cohorts.

## B.  Partners and Staffing

EID-SEARCH includes leaders in the field of emerging viral pathogens at key US institutions (EcoHealth Alliance PI Peter Daszak; University of North Carolina Co-I Ralph Baric; Uniformed Service University Co-Is Christopher Broder and Eric Laing), and in Thailand (Chulalongkorn University Co-Is Supaporn Wacharapluesadee and Opass Putcharoen), Singapore (Duke-NUS Medical School Co-I Linfa Wang), and the three major Malaysian administrative regions (Conservation Medicine Co-I Tom Hughes). These organizations represent the 'hub' of the center, with an additional, more informal collaborative network spanning >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries. By enhancing and focusing research within the three hub countries, and coordinating communication among the network, we envision EID-SEARCH acting as an early warning system for outbreaks; a way to exchange information, reagents, samples, and technology; and a collaborative powerhouse for translational research. EID-SEARCH is supported by a multidisciplinary team of researchers at our partner institutions, with skills in epidemiology, clinical management, molecular biology, virology, wildlife biology, and advanced data and statistical analyses. The long collaborative history between the key personnel and partner institutions is a significant asset that can be deployed to support outbreak research response in the region.

## C.  Research Sites

The three core (hub) countries for the EID-SEARCH are Thailand, Malaysia, and Singapore, *expanded to Viet Nam and Cambodia through the CREID Pilot Research Program*. These stretch through one of the



most significant foci of EID risk globally. Additionally, we have assembled a greater network of EID-SEARCH partners that includes >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries – stretching from Nepal to the Philippines. Our targeted field research includes sampling wildlife and people in Thailand, Peninsular Malaysia, Sarawak, Sabah, Viet Nam, and Cambodia. The central location of our hub countries in mainland Southeast Asia allows us to sample representative wildlife species that occur in other countries across the greater biogeographic region, including India, Bangladesh, Myanmar, Southwest China, Laos, Cambodia, Philippines, and Indonesia.

## Section 3: Research Center Progress and Accomplishments

Progress and Accomplishments
- Organized by Aim
- Focus on key accomplishments
- Address outbreak research response if applicable
- Address how the 2021 EAC recommendations have been incorporated (*see Appendix A for 2021 EAC report*)

### A. Projects and Studies

- Have you reverted to your original (pre-pandemic) CREID research agenda in the last year? If not, how has your research agenda changed in the last year due to the ongoing impact of SARS-CoV-2?
- What additional changes to your CREID research agenda have taken place in the last year?

**Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife**
- **Field surveillance among wild bats, rodents, and non-human primates.** We have collected 14,302 specimens from 2,055 animals of 31 bat species, one non-human primate (NHP) species, and five rodent species from six sites at high-risk human-wildlife interfaces in Malaysia and Thailand. (Table 1)

|  | Thailand | Malaysia |
|---|---|---|
| No. of collected specimens | 3,862 | 14,171 |
| No. of individuals | 454 bats, 106 rodents | 2,000 bats |
| No. of species | 6 (bats), 5 (rodents) | 24 (bats) |
| No. of sites | 5 | 4 |
| No. of tested individuals | 407 | 1,332 |
| No. PCR tests for coronaviruses (CoVs), paramyxoviruses (PMVs), filoviruses (FLVs), influenza viruses (IVs) | 4,070 | 9,228 |
| Identified viruses | 3 new CoVs from 11 bats<br>3 known PMVs from 4 rodents<br>4 new PMVs from 11 bats | 5 new CoVs from 112 bats<br>4 new PMVs from 10 bats<br>2 known PMVs from 2 bats |
| No. of specimen for multiplex immunoassay for FLVs, CoV and Henipavirus | 100 macaques<br>92 rodents | 720 bats |

**Table 1.** EID-SEARCH viral surveillance in wildlife in Malaysia and Thailand.
- **Discovery of novel SARS-like beta-coronavirus in bats in Thailand**. The whole genomes revealed a 91.72% nucleotide similarity to SARS-CoV-2. Phylogenetic analysis suggested that this virus is closer to pangolin CoV-GD-1 than to SARS-CoV-2; however, the RBD is more similar to that of bat-CoV RaTG13, suggesting that this new virus may also bind to mammalian ACE2 receptors. Whole-genome sequencing of other new CoVs from Thailand and Malaysia is ongoing.

# Summary of Comments on Email 8 - Attachment 1 - 2022 EAC Report_EID-SEARCH_draft v01-EDL-KR-SN_15Aug22 (002).pdf

## Page: 4

**Number: 1**     Author: Microsoft Office User     Date: 8/2/2022 8:27:00 AM
Footnote about what "specimens" includes, how were 14,000 specimens obtained from 2,000 bats. 1 bat -> blood sample, oral swab, rectal swab, body swab, ectoparasite removed, wing puncture, etc…

**Number: 2**     Author: Microsoft Office User     Date: 8/2/2022 8:23:00 AM
I'm not a mol. evol. geneticist but the way this is laid out in the table gives equal weight to a full genome, Thailand 1 new CoV, and distinct RdRp NT sequences that are used to create phylogenetic trees. I don't think I'll ever understand how the virology field uses small NT reads to discover new viruses. I suggest adding another row for "full virus genome sequenced" and a footnote about the methods used to determine how a new virus has been genetically identified.

**Number: 3**     Author: Sasiprapa Ninwattana     Date: 8/15/2022 5:48:00 PM
Based on complete whole genome sequences (3 samples) and partial whole genome sequences (8 samples)

**Number: 4**     Author: Microsoft Office User     Date: 8/2/2022 9:56:00 AM
Same species? Details.

**Number: 5**     Author: Sasiprapa Ninwattana     Date: 8/13/2022 11:22:00 AM
Samples collected in year 1 (31 March 2021)

**Number: 6**     Author: Microsoft Office User     Date: 8/2/2022 8:30:00 AM
Check ICTV guideline, I thought it was established to use, e.g., bat SARS-related coronavirus (bat SARSr-CoV). The use of beta-coronavirus widens the focus away from sarbecoviruses.




- **Genome-wide CRISPR knockout screen identifies essential factor for HKU2/SADS-CoV infection.**
  Using a genome-wide CRISPR knockout screen, we identified placenta-associated 8 protein (PLAC8) as an essential host factor for SADS-CoV infection of human cells. Infection is prevented in PLAC8 knockouts and can be restored by transiently transfecting PLAC8 from multiple species, including human, pig, mouse, and bat. Trypsin treatment of SADS-CoV bypasses the PLAC8-dependent pathway and partially rescues SADS-CoV infection. PLAC8 is involved in both early entry and later dissemination of SADS-CoV infection and PLAC8 KO cells have: 1) delayed and reduced viral subgenomic RNA expression and 2) diminished cell-to-cell viral spreading of infected cells. *These results suggest that PLAC8 is a promising target for antiviral development for the potential pandemic SADS-CoV virus*.

- **Host range, transmissibility, and antigenicity of a pangolin coronavirus.** Using a synthetically derived infectious cDNA clone, we recovered the wildtype pangolin (Pg) CoV-GD and derivatives encoding indicator genes. Like SARS-CoV-2, PgCoV-GD virus efficiently uses human and many other orthologous mammalian ACE2 receptors for entry, shares a similarly broad host range *in vitro*, and displays altered sensitivity to host proteases. PgCoV-GD replicates to slightly higher to lower titers in primary human cells derived from the proximal to distal lung, respectively, and with reduced fitness compared to SARS-CoV-2. PgCoV-GD also replicates efficiently in hamsters and could transmit via the ==aerosol route==, but at a lower frequency than SARS-CoV2. Efficient PgCoV-GD replication in primary nasal airway epithelial cells and transmission in the hamster 5 highlights the high emergence potential of this virus. However, PgCoV-GD is efficiently neutralized by COVID-19 patient sera and many commercially available SARS-CoV-2 therapeutic antibodies, but not by human antibodies targeting the spike N-terminal domain. Furthermore, a pan-sarbecovirus antibody, ADG-2, and a SARS-CoV-2 prefusion stabilized spike protein (S2P) recombinant protein vaccine protected mice in a PgCoV-GD replication model. Lastly, we showed that cross-neutralizing antibodies in pre-immune SARS-CoV-2 humans and the benefit of current COVID-19 countermeasures should impede its ability to emerge and spread globally in humans. *This research helps build FDA-approved therapeutic antibodies against a range of CoVs with emergence potential and shows that FDA-approved SARS-CoV-2 vaccines also protect animals from PgCoV-GD when challenged in vivo*.

**Aims 2 & 3: Identify evidence and analyze risk factors for viral spillover in high-risk communities and clinical cohorts, and characterize viral etiology of 'cryptic' outbreaks**

- **Incorporation our bat-CoV spike proteins into the multi-family multiplex-based immunoassay (MMIA)**. Specific bat-CoV spike proteins including bat SARSr-CoVs RaT13, bat SARSr-CoV ZXC21, bat MERSr-CoV PDF2180, and HKU9 were designed as pre-fusion stabilized spike glycoprotein ectodomain trimers (S-2P). These were spike protein antigens were incorporated into our 17-plex henipavirus/filovirus-focused serology assay expanding the representation of virus targets to include priority coronaviruses such as SARS-CoV-2 and bat SARSr-CoVs/bat MERSr-CoV. SOPs were revised and updated to reflect best practices that were optimized during Year 1.

- **Community serology surveillance.** We initiated the human surveillance work in Thailand, with 56 participants enrolled at one at-risk community site, and 2 individuals from a clinic site, with a total of 58 participants enrolled. Serology testing of samples from 56 participants from the community site showed positive for henipaviruses (HNVs) (family *Paramyxoviridae*), filoviruses (FLVs), and CoVs (Fig. 1). Human sera were tested in the multi-family MMIA for serologic evidence of previous infection by Asiatic FLVs, HNVs, and CoV. ==We observed minimal reactivity and IgG binding with the NiV receptor-binding protein (RBP),== implying that subclinical cryptic NiV infections had not occurred in these

# Page: 5

Number: 1     Author: Microsoft Office User     Date: 8/2/2022 8:29:00 AM
The fusion data Chee Wah presented indicated that it does bind to and mediate cellular entry/fusion via the human ACE-2 orthologue.

Number: 2     Author: Microsoft Office User     Date: 8/2/2022 8:35:00 AM
? not sure what this means. Were there lower viral loads in the respiratory tract? Is aerosol route correct, or should it be respiratory secretions? There is a lot of data in this section, is there a reference to a pre-print or article?

Number: 3     Author: Microsoft Office User     Date: 8/2/2022 8:33:00 AM
List these?

Number: 4     Author: Microsoft Office User     Date: 8/2/2022 8:37:00 AM
This is pretty nuanced. Do the commercially available mAbs that neutralized PgCoV-GD target the RBD or Q neutralizing epitopes in the S glycoprotein and not the NTD?

Number: 5     Author: Microsoft Office User     Date: 8/2/2022 8:33:00 AM
Is this an FDA EUA or authorized treatment?

Number: 6     Author: Microsoft Office User     Date: 8/2/2022 8:32:00 AM
This is something not FDA EUA? Will stakeholders understand what S-2P etc means? This is what NovaVax is making.

Number: 7     Author: Microsoft Office User     Date: 8/2/2022 8:39:00 AM
Replication, not infection or disease model? What did these mAb and vaccine protect from, infection?

Number: 8     Author: Microsoft Office User     Date: 8/2/2022 8:41:00 AM
What does this mean, sera from humans with memory to seasonal beta-human coronaviruses can cross-neutralize PgCoV-GD, by binding recognition to the S2 fusion domains?

Number: 9     Author: Microsoft Office User     Date: 8/2/2022 8:43:00 AM
I didn't see any mention of FDA-approved antibody therapies or vaccine countermeasures being tested in the sentences before.

Tighten this up with explicit details.



participants (Figure 1B). One human serum sample possessed IgG that was reactive with envelope glycoproteins (GP) from Ebola virus, Bundibugyo virus, Bombali virus, Sudan virus, and Lloviu virus, consistent with a serologic pattern of cross-reactivity among phylogenetically-related ebolaviruses (Figure 1A). A diversity of genetically and antigenically uncharacterized Asiatic filoviruses is likely to exist, and this serology results is consistent with other serology-focused projects in the region. The antigenic relationships and contribution of glycoepitopes to heterotypic cross-reactions among ebolaviruses and broadly within FLVs remains poorly understood, follow-up testing will explore whether broad cross-reactions with FLVs antigens is driven by glycosylated epitopes that may be more conserved across the ebolaviruses than protein sequence similarity/identify would imply.

Lastly, human sera displayed maximum preferential reactivity with SARS-CoV-2 spike protein, consistent with COVID-19 vaccination status of participants. At the low testing titer, cross-reactions with phylogenetically-related bat sarbecoviruses was expectedly observed (Figure 1C). Interestingly, two participants had sera IgG that bound to the bat MERSr-CoV PDF2180, which does not utilize the orthologous human DPP4/CD20 receptor for cellular entry, and it quite distinct from the sarbecoviruses.



Fig. 1 Serology testing results for FLVs, HNVs, and CoVs among community participants in Thailand (n=56).

- **Design and application of pan-sarbecovirus multiplex surrogate virus neutralization test (sVNT)**
  that covers SARS-CoV-2 and variants of concern (Alpha, Beta, Gamma, Delta, Mu, Lambda, Omicron BA.1 and BA.2), clade-2 sarbecoviruses (BANAL-52, BANAL-263, GD-1, RaTG13, GX-P5L), clade-1 sarbecoviruses (Rs2018B, LYRa11, WIV-1, RsSHC014, Rs4231), SARS-CoV-1, and *the newly discovered bat SARSr-CoV we recently sequenced from Thailand.* This assay allows for the discrimination of past SARS-CoV-2 infection from that of other sarbecoviruses in human and animal samples, which will be critical for identifying cryptic spillover of sarbecoviruses in people. It also has the potential to aid in identifying the progenitor of SARS-CoV-2 in animals.

- **Optimization and establishment of pan-henipavirus multiplex sVNT at Chulalongkorn University.**
  We also optimized an sVNT for Nipah virus and provided enough material to characterize Nipah virus IgG positive serum samples for neutralizing antibodies via a virus-free/cell-culture free bead-based serology assay.

## Page: 6

Number: 1    Author: Microsoft Office User    Date: 8/2/2022 8:45:00 AM
What does this mean?

Number: 2    Author: Sasiprapa Ninwattana    Date: 8/15/2022 5:50:00 PM
I re-tested the two serum samples that were weakly positive for NiV and it turned out that both of them showed seronegative.

Number: 3    Author: Microsoft Office User    Date: 8/2/2022 8:45:00 AM
These panels are showing the same thing, pick one format and make these bigger. I prefer the "connected" lines because it shows the that it's the same individual.

Number: 4    Author: Sasiprapa Ninwattana    Date: 8/15/2022 5:53:00 PM
I plotted new graphs because I re-tested some of samples that were positive to confirm the results.

Number: 5    Author: Microsoft Office User    Date: 8/2/2022 2:54:00 PM
Needs a proper legend.




**Outbreak investigation and preparedness in Thailand**

- The Ministry of Public Health in Thailand requested support from EID-SEARCH for a viral diarrhea outbreak investigation in Chanthaburi province. We received samples from both Prapokklao Hospital (regional hospital) and Khlong Khut Health-Promoting hospital collected from 59 healthcare workers and students who had diarrhea during Dec. 2021-Feb. 2022. PCR tests were conducted for six gastrointestinal viruses causing gastrointestinal tract infections including adenovirus, astrovirus, norovirus GI, norovirus GII, rotavirus, and sapovirus. 32 samples **(54.24%)** were positive for norovirus GII. Further genomic characterization of the detected norovirus GII will be performed, allowing for comparison with noroviruses found in other provinces in Thailand.
- In preparedness for Monkeypox outbreaks, EID-SEARCH's lab partner in Thailand coordinated with the Department of Medical Science, MOPH, National lab to establish the Monkeypox testing platform in April 2022 and detected the first Monkeypox case in Thailand in July 2022.

## B. Dissemination of Results

- Summarize dissemination plan
- Include number of peer-reviewed publications; highlight those in high-impact journals
- Number and content of presentations on CREID research, including audience

EID-SEARCH members were invited to present the project work at government and inter-government briefings (> 10), conference and university lectures (>13), panels and webinars (>18), and public interviews (>6) in Thailand, Malaysia, the US, regionally and internationally on the trends in global disease emergence, zoonotic surveillance, pandemic control and prevention, and research results from this project research activities. Nine (9) peer-reviewed paper has been published or with preprint available from EID-SEARCH work, two (2) manuscripts are currently under revision, and three (3) manuscripts are in preparation for submission, *including papers on.. please highlight the high-impact ones*. We organized a workshop with 55 scientists and government officials from Thailand, Malaysia, Singapore, Bangladesh, Cambodia, Indonesia, Lao PDR, Myanmar, Nepal, Vietnam, USA, and Australia to present EID-SEARCH work, share knowledge, strengthen research capacity, and foster scientific collaborations in Southeast Asia.

## C. Training and Capacity Building Activities

- Summarize capacity building plan
- Include number of training activities and number of participants for each training
- Address how capacity building activities were adapted due to COVID-19 and long-term changes as a result of the pandemic

During this reporting period, XX training sessions with a total of XX participants were conducted by EID-SEARCH partners in Thailand, Malaysia, and Vietnam for project members, local government partners, universities, research institutes, and NGOs. These training focused on biosafety (x training x participants by x), applying new technologies (x training x participants by x), and field and laboratory SOPs (x training x participants by x), to strengthen in-country research capacity and improve information sharing. Both in-person and online training was conducted to accommodate COVID conditions. As travel and COVID-19 restrictions have begun to be lifted, students, postdocs, and all EID-SEARCH research staff have been provided with professional development opportunities to travel to attend conferences, workshops, and other in-person training activities. *To be updated with numbers….*

Page: 7

Number: 1        Author: Sasiprapa Ninwattana   Date: 8/15/2022 5:28:00 PM
As mentioned earlier, I re-tested the two serum samples that were weakly positive for NiV and it turned out that both of them showed seronegative. So I'm not sure that should this part still be included.

Number: 2        Author: Microsoft Office User    Date: 8/2/2022 8:51:00 AM
If not including the PMID, I'd at least add the Surrname, First Initial, et al. J. Infect Dis. 2022.

Number: 3        Author: Sasiprapa Ninwattana   Date: 8/13/2022 11:02:00 AM
1. Our paper "Rapid and Simultaneous Detection of Omicron and Other Concerned SARS-CoV-2 Variants (Alpha, Beta, and Delta) in Clinical Specimens Using Multiplex PCR MassARRAY Technology" is under revision

2. "Homologous or Heterologous COVID-19 Booster Regimens Significantly Impact Sero-Neutralization of SARS-CoV-2 Virus and its Variants" has been accepted for publication in vaccines journal



### D. Challenges and Proposed Solutions

- Bottlenecks to CREID-related research that might be like those that you could face when pivoting research activities in direct response to an EID outbreak. What solutions could be or have you put in place in advance to solve those challenges? How is being part of the CREID Network mitigating those or not?

The significant challenges we encountered during the reporting period were travel restrictions to our field partner countries and within countries, as well as a large number of hospitalized patients in local hospitals in Thailand and Malaysia due to COVID-19 that delayed human participant enrollment at targeted community and hospital sites and the subsequent laboratory analysis we anticipated in Year 2. To address these issues, we worked closely with in-country partners and stakeholders to continue assessing the situations (i.e., safety and research priorities of study sites) to ensure a rapid start of enrollment and focused on the refinement of assays to be ready for human surveillance. Meanwhile, to prevent a possible supply shortage of PPE and swabs as happened in early Year 2, we have identified supply sources to ensure we can procure the necessary consumables without significant delays. With travel restrictions in Southeast Asian countries now beginning to be lifted, international travel of US-based staff to our field sites has begun (April 2022).

### E. Examples of Network Collaboration

- How has the work/research of your RC been affected by or involved collaboration with other members of the CREID Network?
- Examples: highlight joint publications, joint activities, sharing materials and data, benefits of Working Groups, etc.

Through the participation of different CREID Working Groups, EID-SEARCH members participated in the network's outbreak responses, capacity building, and cross-center collaboration by sharing existing local partnerships, techniques, and relevant resources.

- For outbreak responses, EID-SEARCH has been actively participating in the network's response to Monkeypox by providing local partnerships and monitoring platforms in DRC and Thailand.
- For lab assay sharing, EID-SEARCH partner Uniformed Services University is working with UWARN PIs, Dr. Robert Cross and Dr. Scott Weaver, to establish a MTA with UTMB and regional partners in Liberia and Nigeria for the multi-family FLV/HNV MMIA for anti-EBOV serology testing. Enquiries has been made with Dr. Mark Page and the National Institute for Biological Standards and Control (NIBSC) regarding additional MARV and NiV serology standards.
- We are contacted by multiple Research Centers regarding the Field Biosafety Manual presented at the CREID Scientific Meeting by EID-SEARCH senior field veterinarian, the Manual and corresponding training resources will be made available to all CREID members once it's completed with peer review. Marc, please feel to edit…
- EID-SEARCH are also committed to providing our expertise on CCHF, Henipavirus, RVF related research by connecting CREID members with our research partners.

## Section 4: Future Directions

- Plan for the next reporting period.
- How is your Research Center adapting to the April 2022 NIAID Program Priorities and how does this change (or not) your planned activities in the next year? *See Appendix B for NIAID Program Priorities.*




- Moving forward, what is the greatest opportunity your RC has to advance the knowledge base for emerging infectious diseases? What are the significant knowledge gaps that the RC can advance research on?

In the next reporting period, we will follow the research plans laid out in our proposal with the specific actions to **continue expanding our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats that align with the CREID network research priorities:**

**Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.**

- Wildlife (bats, rodents, and non-human primates) sampling at selected sites, with increased efforts for rodents and non-human primates and potential longitudinal sampling at a few selected sites to analyze patterns of viral shedding and spillover risk.
- Continue to develop predictive host-range models and spatial risk models to prioritize sampling sites and species in Years 3-5 of the project.
- Conduct viral family-level molecular screening of collected wildlife samples for coronaviruses, filoviruses, and paramyxoviruses.
- Perform serology testing on the wildlife samples or coronaviruses, filoviruses, and henipavirus.
- Continue developing a more comprehensive multiplex CoV RBD-based sVNT covering newly identified sarboviruses and additional merbecoviruses to allow the evaluation of neutralizing activity in serum samples against a much broader and more comprehensive range of RBDs.
- Conduct whole-genome and spike glycoprotein sequencing in countries with newly identified viruses.
- Continue research to further characterize a subset of novel viruses including virus isolation, human cell infection experiments, and animal modeling for viral pathogenesis studies, including pangolin GD strain, BANAL-52, and other significant viruses identified in Y1-2.
- Develop zoonotic risk analyses for relevant viruses, including the analysis of Spike and whole-genome sequences to predict host range using a variety of in silico approaches, model the host range, geographic distribution, extent of overlap with high-density human populations, etc. using existing apps/models to assess potential zoonotic disease risk

**Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays**

- Increase the number of sites and enrolled participants for community surveillance among at-risk populations for biological and behavioral data collection in Thailand, Peninsular Malaysia, and Sabah Malaysia
- Continue to identify community sites concurrent with animal surveillance sites (Specific Aim 1).
- Perform serology testing of collected human samples with optimized multiplex assays for coronaviruses, filoviruses, and paramyxoviruses
- Begin epidemiological analyses of biological and behavioral data.

**Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts**

- Start enrolling participants at selected hospital/clinic sites for syndromic surveillance at two sites in Thailand, and identified sites in Sabah, Malaysia and Peninsular Malaysia, Malaysia
- Continue to identify potential clinical cohorts and sites in the catchment of the community (Specific Aim 2) and animal surveillance (Specific Aim 1) sites.




- Start serological and molecular testing on collected human samples.
- Start viral characterization work if any novel viruses are identified.

*Through the work under Specific Aims 2&3, we are engaging multiple disciplines of social science, anthropology, health policy, and behavioral science towards EID risk mitigation strategies on key human-animal interfaces, we will share relevant research methods (e.g., behavioral questionnaires) and best practices with the CREID Network members.*

**Training and capacity-building activities among in-country team members, especially young EIDs researchers, to strengthen domestic, regional, and international capacity and readiness to efficiently undertake the research required in response to emerging or re-emerging threats. Available training materials or resources will be made available to the CREID Network.**

- Conduct annual field biosafety and animal surveillance training (bats, rodents, non-human primates) with lectures and discussion as well as hands-on guidance.
- Conduct training in enriched RNAseq protocols for coronavirus whole-genome sequencing.
- Conduct training in traditional viral whole-genome sequencing using primer walking for paramyxoviruses.
- Conduct virtual and in-person viral phylogenetic and metagenomics analysis training.
- Trial the use of the portable Oxford Nanopore MinION platform as an in-house sequencing solution in Malaysia.
- Continue training on multiplex microsphere immunoassay (MMIA) data analysis and interpretation.
- Conduct refresh training on human research regarding survey design, interview skills, and data analysis.
- Finalize the standard operating procedures (SOP) manual for emerging infectious disease research field biosafety for peer-review, publication, and broad distribution.
- Continue sharing research resources (protocols, SOPs, technologies) and results within the scientific community and local government in a timely manner.
- Organize meetings and workshops with scientists from Southeast Asia to identify common challenges and opportunities for emerging infectious disease research in the region (November 2022).
- Initiate exchange training for young researchers among EID-SEARCH partners for NGS and other laboratory technology transfers.
- Support in-country outbreak research and response.

Page: 10

Number: 1          Author: Sasiprapa Ninwattana   Date: 8/15/2022 5:31:00 PM
Would it be possible to propose training on RBD and/or spike glycoprotein design and coupling?





## Appendix A: 2021 EAC Report

**Centers for Research in Emerging Infectious Diseases (CREID)**
**CREID External Advisory Committee (EAC) Summary**
**In follow up to the CREID Network Annual Meeting**
**November 3-5, 2021 (virtual meeting)**

Prepared by Mark Feinberg, MD, PhD on behalf of the CREID EAC

**Overview of EAC Perspectives and Recommendations**

The EAC members were unanimous in their assessment that the CREID Network team made very impressive and positive progress in their first year of this very important and timely new NIAID/DMID initiative. While the amount of progress realized in starting up a new global collaborative research network would be highly laudable overall in any circumstance, the EAC members were even further impressed by the fact that the initiation of the CREID Network coincided with the emergence of the COVID-19 pandemic (with all of its attendant challenges). This coincidence provided a clear initial focus of many of the CREID efforts on SARS-CoV-2-related topics, but it also provided very strong validation for the original rationale for establishment of the CREID Network by the NIAID/DMID leadership as a means of fostering global networks for research collaboration on emerging infectious disease threats.

While the EAC members identified a number of areas where additional attention and effort will be beneficial to maximize the impact of the CREID Network, and key to fostering the sustainability of its efforts, our expectations for what the Network has the potential to accomplish were raised by the strong foundation that the CREID PIs and collaborators have already put in place in their first year. We were also very impressed with the clear commitment, thoughtfulness and inclusive approach of the CC leadership, and with the expertise, passion, and experience of the broader CREID Network community of scientists. At the heart of the CREID is a commitment to new models of collaborative science that links investigators from around the world to understand, prepare for, and respond to emerging infectious disease threats. As such, the extent to which CREID utilizes current best practices for collaborative research and pioneers new ones; embraces the essential role played by investigators working in countries at risk for disease emergence (including resource-limited settings); partners in new and more effective and mutually trusting ways with governments, normative agencies and other emerging infectious disease-focused research organizations; exemplifies and communicates the value of scientific research in providing solutions to emerging infectious disease threats to governments and the public; and delivers on its commitment to genuine research capacity strengthening and sustainability will be critical measures for evaluating the future success of the CREID. The EAC recognizes that this is a very ambitious agenda filled with often challenging objectives, and that the inherent nature of time-limited NIH funding mechanisms presents additional challenges to their potential realization.

In considering these issues, the EAC felt that significant progress has been made in the first year of the CREID Network, but that additional opportunities exist for the PIs and CREID investigators to be even more intentional and strategic about their collaborative research efforts. The CREID Network has the opportunity to establish a number of positive precedents in models of effective global collaborative science where the "whole is truly greater than the sum of its parts"; by demonstrating new approaches for the "decolonization" of international research; and by delivering on a strong commitment to diversity and inclusion in all of its endeavors. In many ways, achieving these goals will require innovation in collaborative research models within a large global network, and not just in delivering innovative, high quality scientific research results. The EAC members recognize the challenge of finding the right balance between investigator- and RC-initiated science with broader strategies and shared goals of a large collaborative network, but also note that doing so will require an overarching strategy, effective



communication tools and ongoing performance monitoring and adjustment. The EAC members also recognize that the important Network goals of research capacity strengthening and sustainability are not trivial undertakings and that they are very promising, but also rather novel objectives, within the context of NIH-supported research programs. These are additional important areas where the CREID CC and RC leadership can further articulate a respectful, inclusive, realistic, achievable and measurable strategy.

In all of these areas, the EAC recommends that the CREID investigators further develop and implement (a) a clear, well-defined and shared set of Network priorities (that links the work across RCs) and key performance indicators (KPIs) to measure performance toward realizing them, (b) a shared strategic vision and plan that connects the research efforts being prioritized and conducted across the Network centers, (c) a mechanism to share best practices across the Coordinating Center (CC) and Research Centers and (d) a proactive approach to identify collaborative research opportunities, fill gaps, avoid duplication and pursue synergies both within the CREID Network and, importantly, with the large and growing number of other organization working on preparing for and responding to emerging infectious disease outbreaks. Clarity and specificity in these efforts will be beneficial, as well as adopting an appropriate sense of realism about what can be accomplished by the CREID Network itself and where the new partnerships it implements with other organizations working in the emerging infectious disease arena will be essential. In this regard, given the complexity of the emerging infectious disease landscape, the CREID Network's ability to have the most significant impact will likely depend on the connections it establishes with other stakeholders and the innovation it drives in conceptualizing and delivering on effective new collaborative endeavors it develops with other capable partners. Towards this end, the Network would benefit from developing a thorough understanding of the ecosystem of potential partners and a defined approach to engage with the most relevant and promising ones. In addition, while the CREID Network includes collaborators from many centers and countries, its true global scope is limited by gaps in its geographic coverage (eg, countries in Asia, the Middle East, Northern Africa, Australia, etc...including those where risk of pathogen emergence are significant). Understanding if the CREID Network will be limited by its current geographic reach or plans to work to build additional connections (perhaps via strategic partnerships) in other regions will be beneficial from both practical and strategic levels.

Given that the readiness of the CREID Network for future outbreak response (and to be able to perform research in the midst of an outbreak when many challenges prevail) and for pandemic preparedness is a priority for NIAID/DMID, it will be important for the Network to clearly define how they best proactively plan to be able to promptly implement critical research programs when a new pathogen emerges or a previously known one reemerges.  It will also be beneficial for the CREID CC and RCs to develop a clear plan (including protocols for coordination, implementation, data sharing and communication) to enable the Network to be able to respond expeditiously to an emerging infectious disease threat. Towards this end, tabletop exercises (or similar) to "pressure test" Network approaches and identify gaps/opportunities for improvement are worth considering.

The EAC is excited about what the CREID CC and RCs, and all of the collaborating CREID investigators, have accomplished in their first year of work and look forward to seeing the innovations and insights the Network will deliver in the future. The EAC recognizes that the CREID Network cannot realistically be "all things for all people", and should not strive to be. WE therefore also look forward to seeing how your Network priorities are further articulated, implemented and measured moving forward.

**Additional EAC Impressions**




The EAC felt that the Executive Summary of the CREID Network Annual Meeting provided an accurate overview of the meeting proceedings and of the EAC feedback provided at the end of the meeting proceedings.  Some specific additional impressions/requests shared by EAC members include:

- Gaining a better understanding of how CREID investigators are interfacing with local governments and ministries, public health authorities (eg, WHO, US CDC, Africa CDC, etc), normative agencies will be helpful, and how learnings of effective approaches should be shared across the Network. In addition, optimization of engagements with other research organizations, enabling disciplines (eg, social science, health economics, health policy, ethics), as well as the medical countermeasures community, will be helpful
- Gaining a better understanding of the experience to date in data sharing efforts and how these can be optimized
- Gaining a better understanding of how bilateral sharing of research materials and specimens can be optimized (given the role of host institutions and government policies) and how these might operate during an outbreak/pandemic
- How the CREID investigators view and are approaching their educational efforts with governments, political leaders and the public, and sharing of best practices for engagement and trust-building
- How the CREID Network is engaging with industry partners that both supply enabling tools and technologies and who may also assist in the development and commercialization of CREID-advanced innovations (eg, diagnostics)
- Opportunities exist to demonstrate the CREID commitment to decolonization of global health (with increased attention to having the voices from LMIC-based investigators better balanced with those of US-based investigators)
- Opportunities exist to better model the Network's and the NIH's commitment to DEI objectives (with increased attention to full representation in all aspects of the work…including presentations, leadership groups, pilot research awards)
- Opportunities for enhancing epidemiology, bioinformatics, digital tools and modeling capacity
- Gaining a better understanding of the role of social and cultural aspects of the outbreak response and communication, and exploring innovative approaches to address them
- Understanding how engagement with governments and other local stakeholders is being pursued to advance capacity strengthening and sustainability goals
- Further articulation of rapid response collaboration frameworks
- Gaining a better understanding of how local priorities influence the prioritization decisions of the CC and RCs
- Gaining a better understanding/"needs assessment" of capacity gaps (eg, BSL-3 training and labs) and how these are being addressed via strategic connections or focused investment
- How "parachute or safari research" is avoided, and how local researchers are engaged as full partners/leaders
- Definition of opportunities to maximize speed and efficiency in research implementation efforts (eg, US permits and in-country regulations, IRB delays, key relationship gaps) needed for prompt outbreak responses
- Value of developing a clear vision and plan for sustainability that maximizes the connection with and contributions of other partners and local governments
- South-South collaboration should be applauded and fostered
- Shared EAC interest in seeing the CREID Network's progress in ongoing database and biorepository workstreams




## Appendix B: NIAID CREID Network Program Priorities (April 2022)

*(4 main priorities all carry equal weight and are intended to cover research and activities to prepare for and respond to emerging and re-emerging threats.)*

- **Conduct innovative research to expand our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats**
  - Research Priorities:
    - Pathogen discovery & characterization
    - Pathogen/host surveillance
    - Pathogen transmission
    - Pathogenesis & immunologic responses in the host
    - Natural history & contemporary clinical disease
    - Develop reagents & diagnostic/detection assays
  - Engage in coordinated, Network wide outbreak/pandemic research readiness, differentiated from standard public health responses
- **Establish a collaborative, strategic, and preemptive research Network to ensure coordination of efforts across the Network**
  - Centralize communication
  - Conduct Network wide capacity inventory
  - Establish effective data harmonization and platforms for sharing
  - Harmonize sample collection, biorepositories, and network sharing/agreements
  - Share laboratory assay best practices and protocols
  - Share reagents, diagnostic/detection assays, and other resources
- **Develop and expand flexible domestic and international capacity and readiness to efficiently undertake research required in response to emerging or re-emerging threats**
  - Prioritize and engage with key stakeholders that will enhance network capabilities and integrate into the global health landscape
  - Strengthen and enhance research collaboration and partnerships globally
  - Pivot programmatic priorities and resources when needed for a timely response to emerging or re-emerging pathogen threats
    - Develop protocols for coordination, implementation, data sharing, and communication.
    - Execute tabletop exercises to test, refine, and maintain Network readiness
  - Formulate novel strategies to detect, control, and prevent outbreaks
    - Translate findings to downstream partners to facilitate development of medical countermeasures or preventive interventions
    - Develop adaptable risk assessment tools for evaluating a pathogen threat's potential for significant emergence and impact
- **Contribute to the development of the next generation of emerging/re-emerging infectious disease scientists and leaders**
  - Develop and maintain a pilot research program
  - Foster a diverse and inclusive research environment and program




# Centers for Research in Emerging Infectious Diseases (CREID) Network

# Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH)

# 2022 Report to the External Advisory Committee

# August 19, October





## Table of Contents

Section 1. Executive Summary ........................................................................................................... 3

Section 2: Research Center Overview ................................................................................................ 3

    A.   Specific Aims ............................................................................................................................. 3

    B.   Partners and Staffing .............................................................................................................. 3

    C.   Research Sites .......................................................................................................................... 3

Section 3: Research Center Progress and Accomplishments ............................................................ 4

    A.   Projects and Studies ................................................................................................................ 4

    B.   Dissemination of Results ........................................................................................................ 7

    C.   Training and Capacity Building Activities ............................................................................... 7

    D.   Challenges and Proposed Solutions ....................................................................................... 8

    E.   Examples of Network Collaboration ...................................................................................... 8

Section 4: Future Directions ............................................................................................................. 8

Appendix A: 2021 EAC Report ......................................................................................................... 11

Appendix B: NIAID CREID Network Program Priorities (April 2022) .............................................. 14




***Guidance: 7-page limit for EAC Report***
***(excluding cover page and TOC)***

## Section 1. Executive Summary

The Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is a multidisciplinary center focused on analyzing zoonotic disease risk in a key EID hotspot region. Our aims are to 1) characterize diverse coronaviruses, paramyxoviruses, filoviruses, and other viral pathogens in wildlife; 2) assess the frequency and causes of their spillover; & 3) identify viral etiologies of undiagnosed 'cryptic' outbreaks in Thailand, Malaysia, and Singapore. Highlights of research and significant findings during the reporting period (October 2021 – August 2022) include:

<mark>To be updated with bullet points by Peter</mark>…

## Section 2: Research Center Overview

### A.   Specific Aims

The overarching goal of the Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is to characterize the diversity of key viral pathogens in wildlife, assess the frequency and causes of their spillover, and identify viral etiologies of undiagnosed 'cryptic' outbreaks in people. The research goals of the EID-SEARCH follow three specific aims designed to advance our understanding of spillover and outbreak risk for novel viruses in a globally important EID hotspot, strengthen in-country research capacity, and enhance international collaboration:

- Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.
- Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays.
- Specific Aim 3: Identify and characterize the viral etiology of 'cryptic' outbreaks in clinical cohorts.

### B.   Partners and Staffing

EID-SEARCH includes leaders in the field of emerging viral pathogens at key US institutions (EcoHealth Alliance PI Peter Daszak; University of North Carolina Co-I Ralph Baric; Uniformed Service University Co-Is Christopher Broder and Eric Laing), and in Thailand (Chulalongkorn University Co-Is Supaporn Wacharapluesadee and Opass Putcharoen), Singapore (Duke-NUS Medical School Co-I Linfa Wang), and the three major Malaysian administrative regions (Conservation Medicine Co-I Tom Hughes). These organizations represent the 'hub' of the center, with an additional, more informal collaborative network spanning >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries. By enhancing and focusing research within the three hub countries, and coordinating communication among the network, we envision EID-SEARCH acting as an early warning system for outbreaks; a way to exchange information, reagents, samples, and technology; and a collaborative powerhouse for translational research. EID-SEARCH is supported by a multidisciplinary team of researchers at our partner institutions, with skills in epidemiology, clinical management, molecular biology, virology, wildlife biology, and advanced data and statistical analyses. The long collaborative history between the key personnel and partner institutions is a significant asset that can be deployed to support outbreak research response in the region.

### C.   Research Sites

The three core (hub) countries for the EID-SEARCH are Thailand, Malaysia, and Singapore, *expanded to Viet Nam and Cambodia through the CREID Pilot Research Program*. These stretch through one of the



most significant foci of EID risk globally. Additionally, we have assembled a greater network of EID-SEARCH partners that includes >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries – stretching from Nepal to the Philippines. Our targeted field research includes sampling wildlife and people in Thailand, Peninsular Malaysia, Sarawak, Sabah, Viet Nam, and Cambodia. The central location of our hub countries in mainland Southeast Asia allows us to sample representative wildlife species that occur in other countries across the greater biogeographic region, including India, Bangladesh, Myanmar, Southwest China, Laos, Cambodia, Philippines, and Indonesia.

## Section 3: Research Center Progress and Accomplishments

Progress and Accomplishments
- Organized by Aim
- Focus on key accomplishments
- Address outbreak research response if applicable
- Address how the 2021 EAC recommendations have been incorporated (*see Appendix A for 2021 EAC report*)

### A. Projects and Studies

- Have you reverted to your original (pre-pandemic) CREID research agenda in the last year? If not, how has your research agenda changed in the last year due to the ongoing impact of SARS-CoV-2?
- What additional changes to your CREID research agenda have taken place in the last year?

**Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife**
- **Field surveillance among wild bats, rodents, and non-human primates.** We have collected 14,302 specimens from 2,055 animals of 31 bat species, one non-human primate (NHP) species, and five rodent species from six sites at high-risk human-wildlife interfaces in Malaysia and Thailand. (Table 1)

|  | Thailand | Malaysia |
|---|---|---|
| No. of collected specimens | 3,862 | 14,171 |
| No. of individuals | 454 bats, 106 rodents | 2,000 bats |
| No. of species | 6 (bats), 5 (rodents) | 24 (bats) |
| No. of sites | 5 | 4 |
| No. of tested individuals | 407 | 1,332 |
| No. PCR tests for coronaviruses (CoVs), paramyxoviruses (PMVs), filoviruses (FLVs), influenza viruses (IVs) | 4,070 | 9,228 |
| Identified viruses | 3 new CoVs from 11 bats<br>3 known PMVs from 4 rodents<br>4 new PMVs from 11 bats | 5 new CoVs from 112 bats<br>4 new PMVs from 10 bats<br>2 known PMVs from 2 bats |
| No. of specimen for multiplex immunoassay for FLVs, CoV and Henipavirus | 100 macaques<br>92 rodents | 720 bats |

**Table 1.** EID-SEARCH viral surveillance in wildlife in Malaysia and Thailand.
- **Discovery of novel SARS-like beta-coronavirus in bats in Thailand**. The whole genomes revealed a 91.72% nucleotide similarity to SARS-CoV-2. Phylogenetic analysis suggested that this virus is closer to pangolin CoV-GD-1 than to SARS-CoV-2; however, the RBD is more similar to that of bat-CoV RaTG13, suggesting that this new virus may also bind to mammalian ACE2 receptors. Whole-genome sequencing of other new CoVs from Thailand and Malaysia is ongoing.

# Summary of Comments on Email 8 - Attachment 2 - 2022 EAC Report_EID-SEARCH_draft v01-EDL-KR-SN_15Aug22.pdf

## Page: 4

Number: 1     Author: Microsoft Office User     Date: 8/2/2022 8:27:00 AM
Footnote about what "specimens" includes, how were 14,000 specimens obtained from 2,000 bats. 1 bat -> blood sample, oral swab, rectal swab, body swab, ectoparasite removed, wing puncture, etc…

Number: 2     Author: Microsoft Office User     Date: 8/2/2022 8:23:00 AM
I'm not a mol. evol. geneticist but the way this is laid out in the table gives equal weight to a full genome, Thailand 1 new CoV, and distinct RdRp NT sequences that are used to create phylogenetic trees. I don't think I'll ever understand how the virology field uses small NT reads to discover new viruses. I suggest adding another row for "full virus genome sequenced" and a footnote about the methods used to determine how a new virus has been genetically identified.

Number: 3     Author: Sasiprapa Ninwattana     Date: 8/15/2022 5:48:00 PM
Based on complete whole genome sequences (3 samples) and partial whole genome sequences (8 samples)

Number: 4     Author: Microsoft Office User     Date: 8/2/2022 9:56:00 AM
Same species? Details.

Number: 5     Author: Sasiprapa Ninwattana     Date: 8/13/2022 11:22:00 AM
Samples collected in year 1 (31 March 2021)

Number: 6     Author: Microsoft Office User     Date: 8/2/2022 8:30:00 AM
Check ICTV guideline, I thought it was established to use, e.g., bat SARS-related coronavirus (bat SARSr-CoV). The use of beta-coronavirus widens the focus away from sarbecoviruses.


EID-SEARCH
Emerging Infectious Diseases
South East Asia Research Collaboration Hub


CREID
Centers for Research in
Emerging Infectious Diseases

- **Genome-wide CRISPR knockout screen identifies essential factor for HKU2/SADS-CoV infection.**
  Using a genome-wide CRISPR knockout screen, we identified placenta-associated 8 protein (PLAC8) as an essential host factor for SADS-CoV infection of human cells. Infection is prevented in PLAC8 knockouts and can be restored by transiently transfecting PLAC8 from multiple species, including human, pig, mouse, and bat. Trypsin treatment of SADS-CoV bypasses the PLAC8-dependent pathway and partially rescues SADS-CoV infection. PLAC8 is involved in both early entry and later dissemination of SADS-CoV infection and PLAC8 KO cells have: 1) delayed and reduced viral subgenomic RNA expression and 2) diminished cell-to-cell viral spreading of infected cells. *These results suggest that PLAC8 is a promising target for antiviral development for the potential pandemic SADS-CoV virus*.

- **Host range, transmissibility, and antigenicity of a pangolin coronavirus.** Using a synthetically derived infectious cDNA clone, we recovered the wildtype pangolin (Pg) CoV-GD and derivatives encoding indicator genes. Like SARS-CoV-2, PgCoV-GD virus efficiently uses human and many other orthologous mammalian ACE2 receptors for entry, shares a similarly broad host range *in vitro*, and displays altered sensitivity to host proteases. PgCoV-GD replicates to slightly higher to lower titers in primary human cells derived from the proximal to distal lung, respectively, and with reduced fitness compared to SARS-CoV-2. PgCoV-GD also replicates efficiently in hamsters and could transmit via the ==aerosol route==, but at a lower frequency than SARS-CoV2. Efficient PgCoV-GD replication in primary nasal airway epithelial cells and transmission in the hamster 5highlights the high emergence potential of this virus. However, PgCoV-GD is efficiently neutralized by COVID-19 patient sera and many commercially available SARS-CoV-2 therapeutic antibodies, but not by human antibodies targeting the spike N-terminal domain. Furthermore, a pan-sarbecovirus antibody, ADG-2, and a SARS-CoV-2 prefusion stabilized spike protein (S2P) recombinant protein vaccine protected mice in a PgCoV-GD replication model. Lastly, we showed that cross-neutralizing antibodies in pre-immune SARS-CoV-2 humans and the benefit of current COVID-19 countermeasures should impede its ability to emerge and spread globally in humans. *This research helps build FDA-approved therapeutic antibodies against a range of CoVs with emergence potential and shows that FDA-approved SARS-CoV-2 vaccines also protect animals from PgCoV-GD when challenged in vivo*.

**Aims 2 & 3: Identify evidence and analyze risk factors for viral spillover in high-risk communities and clinical cohorts, and characterize viral etiology of 'cryptic' outbreaks**

- **Incorporation our bat-CoV spike proteins into the multi-family multiplex-based immunoassay (MMIA)**. Specific bat-CoV spike proteins including bat SARSr-CoVs RaT13, bat SARSr-CoV ZXC21, bat MERSr-CoV PDF2180, and HKU9 were designed as pre-fusion stabilized spike glycoprotein ectodomain trimers (S-2P). These were spike protein antigens were incorporated into our 17-plex henipavirus/filovirus-focused serology assay expanding the representation of virus targets to include priority coronaviruses such as SARS-CoV-2 and bat SARSr-CoVs/bat MERSr-CoV. SOPs were revised and updated to reflect best practices that were optimized during Year 1.

- **Community serology surveillance.** We initiated the human surveillance work in Thailand, with 56 participants enrolled at one at-risk community site, and 2 individuals from a clinic site, with a total of 58 participants enrolled. Serology testing of samples from 56 participants from the community site showed positive for henipaviruses (HNVs) (family *Paramyxoviridae*), filoviruses (FLVs), and CoVs (Fig. 1). Human sera were tested in the multi-family MMIA for serologic evidence of previous infection by Asiatic FLVs, HNVs, and CoV. ==We observed minimal reactivity and IgG binding with the NiV receptor-binding protein (RBP),== implying that subclinical cryptic NiV infections had not occurred in these

## Page: 5

Number: 1     Author: Microsoft Office User     Date: 8/2/2022 8:29:00 AM
The fusion data Chee Wah presented indicated that it does bind to and mediate cellular entry/fusion via the human ACE-2 orthologue.

Number: 2     Author: Microsoft Office User     Date: 8/2/2022 8:35:00 AM
? not sure what this means. Were there lower viral loads in the respiratory tract? Is aerosol route correct, or should it be respiratory secretions? There is a lot of data in this section, is there a reference to a pre-print or article?

Number: 3     Author: Microsoft Office User     Date: 8/2/2022 8:33:00 AM
List these?

Number: 4     Author: Microsoft Office User     Date: 8/2/2022 8:37:00 AM
This is pretty nuanced. Do the commercially available mAbs that neutralized PgCoV-GD target the RBD or Q neutralizing epitopes in the S glycoprotein and not the NTD?

Number: 5     Author: Microsoft Office User     Date: 8/2/2022 8:33:00 AM
Is this an FDA EUA or authorized treatment?

Number: 6     Author: Microsoft Office User     Date: 8/2/2022 8:32:00 AM
This is something not FDA EUA? Will stakeholders understand what S-2P etc means? This is what NovaVax is making.

Number: 7     Author: Microsoft Office User     Date: 8/2/2022 8:39:00 AM
Replication, not infection or disease model? What did these mAb and vaccine protect from, infection?

Number: 8     Author: Microsoft Office User     Date: 8/2/2022 8:41:00 AM
What does this mean, sera from humans with memory to seasonal beta-human coronaviruses can cross-neutralize PgCoV-GD, by binding recognition to the S2 fusion domains?

Number: 9     Author: Microsoft Office User     Date: 8/2/2022 8:43:00 AM
I didn't see any mention of FDA-approved antibody therapies or vaccine countermeasures being tested in the sentences before.

Tighten this up with explicit details.

participants (Figure 1B). One human serum sample possessed IgG that was reactive with envelope glycoproteins (GP) from Ebola virus, Bundibugyo virus, Bombali virus, Sudan virus, and Lloviu virus, consistent with a serologic pattern of cross-reactivity among phylogenetically-related ebolaviruses (Figure 1A). A diversity of genetically and antigenically uncharacterized Asiatic filoviruses is likely to exist, and this serology results is consistent with other serology-focused projects in the region. The antigenic relationships and contribution of glycoepitopes to heterotypic cross-reactions among ebolaviruses and broadly within FLVs remains poorly understood, follow-up testing will explore whether broad cross-reactions with FLVs antigens is driven by glycosylated epitopes that may be more conserved across the ebolaviruses than protein sequence similarity/identify would imply.

Lastly, human sera displayed maximum preferential reactivity with SARS-CoV-2 spike protein, consistent with COVID-19 vaccination status of participants. At the low testing titer, cross-reactions with phylogenetically-related bat sarbecoviruses was expectedly observed (Figure 1C). Interestingly, two participants had sera IgG that bound to the bat MERSr-CoV PDF2180, which does not utilize the orthologous human DPP4/CD20 receptor for cellular entry, and it quite distinct from the sarbecoviruses.



Fig. 1 Serology testing results for FLVs, HNVs, and CoVs among community participants in Thailand (n=56).

- **Design and application of pan-sarbecovirus multiplex surrogate virus neutralization test (sVNT)** that covers SARS-CoV-2 and variants of concern (Alpha, Beta, Gamma, Delta, Mu, Lambda, Omicron BA.1 and BA.2), clade-2 sarbecoviruses (BANAL-52, BANAL-263, GD-1, RaTG13, GX-P5L), clade-1 sarbecoviruses (Rs2018B, LYRa11, WIV-1, RsSHC014, Rs4231), SARS-CoV-1, and *the newly discovered bat SARSr-CoV we recently sequenced from Thailand.* This assay allows for the discrimination of past SARS-CoV-2 infection from that of other sarbecoviruses in human and animal samples, which will be critical for identifying cryptic spillover of sarbecoviruses in people. It also has the potential to aid in identifying the progenitor of SARS-CoV-2 in animals.

- **Optimization and establishment of pan-henipavirus multiplex sVNT at Chulalongkorn University.** We also optimized an sVNT for Nipah virus and provided enough material to characterize Nipah virus IgG positive serum samples for neutralizing antibodies via a virus-free/cell-culture free bead-based serology assay.

Page: 6

Number: 1        Author: Microsoft Office User    Date: 8/2/2022 8:45:00 AM
What does this mean?

Number: 2        Author: Sasiprapa Ninwattana    Date: 8/15/2022 5:50:00 PM
I re-tested the two serum samples that were weakly positive for NiV and it turned out that both of them showed seronegative.

Number: 3        Author: Microsoft Office User    Date: 8/2/2022 8:45:00 AM
These panels are showing the same thing, pick one format and make these bigger. I prefer the "connected" lines because it shows the that it's the same individual.

Number: 4        Author: Sasiprapa Ninwattana    Date: 8/15/2022 5:53:00 PM
I plotted new graphs because I re-tested some of samples that were positive to confirm the results.

Number: 5        Author: Microsoft Office User    Date: 8/2/2022 2:54:00 PM
Needs a proper legend.




**Outbreak investigation and preparedness in Thailand**

- The Ministry of Public Health in Thailand requested support from EID-SEARCH for a viral diarrhea outbreak investigation in Chanthaburi province. We received samples from both Prapokklao Hospital (regional hospital) and Khlong Khut Health-Promoting hospital collected from 59 healthcare workers and students who had diarrhea during Dec. 2021-Feb. 2022. PCR tests were conducted for six gastrointestinal viruses causing gastrointestinal tract infections including adenovirus, astrovirus, norovirus GI, norovirus GII, rotavirus, and sapovirus. 32 samples **(54.24%)** were positive for norovirus GII. Further genomic characterization of the detected norovirus GII will be performed, allowing for comparison with noroviruses found in other provinces in Thailand.
- In preparedness for Monkeypox outbreaks, EID-SEARCH's lab partner in Thailand coordinated with the Department of Medical Science, MOPH, National lab to establish the Monkeypox testing platform in April 2022 and detected the first Monkeypox case in Thailand in July 2022.

## B. Dissemination of Results

- Summarize dissemination plan
- Include number of peer-reviewed publications; highlight those in high-impact journals
- Number and content of presentations on CREID research, including audience

EID-SEARCH members were invited to present the project work at government and inter-government briefings (> 10), conference and university lectures (>13), panels and webinars (>18), and public interviews (>6) in Thailand, Malaysia, the US, regionally and internationally on the trends in global disease emergence, zoonotic surveillance, pandemic control and prevention, and research results from this project research activities. Nine (9) peer-reviewed paper has been published or with preprint available from EID-SEARCH work, two (2) manuscripts are currently under revision, and three (3) manuscripts are in preparation for submission, *including papers on.. please highlight the high-impact ones*. We organized a workshop with 55 scientists and government officials from Thailand, Malaysia, Singapore, Bangladesh, Cambodia, Indonesia, Lao PDR, Myanmar, Nepal, Vietnam, USA, and Australia to present EID-SEARCH work, share knowledge, strengthen research capacity, and foster scientific collaborations in Southeast Asia.

## C. Training and Capacity Building Activities

- Summarize capacity building plan
- Include number of training activities and number of participants for each training
- Address how capacity building activities were adapted due to COVID-19 and long-term changes as a result of the pandemic

During this reporting period, XX training sessions with a total of XX participants were conducted by EID-SEARCH partners in Thailand, Malaysia, and Vietnam for project members, local government partners, universities, research institutes, and NGOs. These training focused on biosafety (x training x participants by x), applying new technologies (x training x participants by x), and field and laboratory SOPs (x training x participants by x), to strengthen in-country research capacity and improve information sharing. Both in-person and online training was conducted to accommodate COVID conditions. As travel and COVID-19 restrictions have begun to be lifted, students, postdocs, and all EID-SEARCH research staff have been provided with professional development opportunities to travel to attend conferences, workshops, and other in-person training activities. *To be updated with numbers....*

Page: 7

Number: 1        Author: Sasiprapa Ninwattana   Date: 8/15/2022 5:28:00 PM
As mentioned earlier, I re-tested the two serum samples that were weakly positive for NiV and it turned out that both of them showed seronegative. So I'm not sure that should this part still be included.

Number: 2        Author: Microsoft Office User   Date: 8/2/2022 8:51:00 AM
If not including the PMID, I'd at least add the Surrname, First Initial, et al. J. Infect Dis. 2022.

Number: 3        Author: Sasiprapa Ninwattana   Date: 8/13/2022 11:02:00 AM
1. Our paper "Rapid and Simultaneous Detection of Omicron and Other Concerned SARS-CoV-2 Variants (Alpha, Beta, and Delta) in Clinical Specimens Using Multiplex PCR MassARRAY Technology" is under revision

2. "Homologous or Heterologous COVID-19 Booster Regimens Significantly Impact Sero-Neutralization of SARS-CoV-2 Virus and its Variants" has been accepted for publication in vaccines journal




## D. Challenges and Proposed Solutions

- Bottlenecks to CREID-related research that might be like those that you could face when pivoting research activities in direct response to an EID outbreak. What solutions could be or have you put in place in advance to solve those challenges? How is being part of the CREID Network mitigating those or not?

The significant challenges we encountered during the reporting period were travel restrictions to our field partner countries and within countries, as well as a large number of hospitalized patients in local hospitals in Thailand and Malaysia due to COVID-19 that delayed human participant enrollment at targeted community and hospital sites and the subsequent laboratory analysis we anticipated in Year 2. To address these issues, we worked closely with in-country partners and stakeholders to continue assessing the situations (i.e., safety and research priorities of study sites) to ensure a rapid start of enrollment and focused on the refinement of assays to be ready for human surveillance. Meanwhile, to prevent a possible supply shortage of PPE and swabs as happened in early Year 2, we have identified supply sources to ensure we can procure the necessary consumables without significant delays. With travel restrictions in Southeast Asian countries now beginning to be lifted, international travel of US-based staff to our field sites has begun (April 2022).

## E. Examples of Network Collaboration

- How has the work/research of your RC been affected by or involved collaboration with other members of the CREID Network?
- Examples: highlight joint publications, joint activities, sharing materials and data, benefits of Working Groups, etc.

Through the participation of different CREID Working Groups, EID-SEARCH members participated in the network's outbreak responses, capacity building, and cross-center collaboration by sharing existing local partnerships, techniques, and relevant resources.

- For outbreak responses, EID-SEARCH has been actively participating in the network's response to Monkeypox by providing local partnerships and monitoring platforms in DRC and Thailand.
- For lab assay sharing, EID-SEARCH partner Uniformed Services University is working with UWARN PIs, Dr. Robert Cross and Dr. Scott Weaver, to establish a MTA with UTMB and regional partners in Liberia and Nigeria for the multi-family FLV/HNV MMIA for anti-EBOV serology testing. Enquiries has been made with Dr. Mark Page and the National Institute for Biological Standards and Control (NIBSC) regarding additional MARV and NiV serology standards.
- We are contacted by multiple Research Centers regarding the Field Biosafety Manual presented at the CREID Scientific Meeting by EID-SEARCH senior field veterinarian, the Manual and corresponding training resources will be made available to all CREID members once it's completed with peer review. Marc, please feel to edit…
- EID-SEARCH are also committed to providing our expertise on CCHF, Henipavirus, RVF related research by connecting CREID members with our research partners.

# Section 4: Future Directions

- Plan for the next reporting period.
- How is your Research Center adapting to the April 2022 NIAID Program Priorities and how does this change (or not) your planned activities in the next year? *See Appendix B for NIAID Program Priorities.*




- Moving forward, what is the greatest opportunity your RC has to advance the knowledge base for emerging infectious diseases? What are the significant knowledge gaps that the RC can advance research on?

In the next reporting period, we will follow the research plans laid out in our proposal with the specific actions to **continue expanding our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats that align with the CREID network research priorities:**

**Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.**
- Wildlife (bats, rodents, and non-human primates) sampling at selected sites, with increased efforts for rodents and non-human primates and potential longitudinal sampling at a few selected sites to analyze patterns of viral shedding and spillover risk.
- Continue to develop predictive host-range models and spatial risk models to prioritize sampling sites and species in Years 3-5 of the project.
- Conduct viral family-level molecular screening of collected wildlife samples for coronaviruses, filoviruses, and paramyxoviruses.
- Perform serology testing on the wildlife samples or coronaviruses, filoviruses, and henipavirus.
- Continue developing a more comprehensive multiplex CoV RBD-based sVNT covering newly identified sarboviruses and additional merbecoviruses to allow the evaluation of neutralizing activity in serum samples against a much broader and more comprehensive range of RBDs.
- Conduct whole-genome and spike glycoprotein sequencing in countries with newly identified viruses.
- Continue research to further characterize a subset of novel viruses including virus isolation, human cell infection experiments, and animal modeling for viral pathogenesis studies, including pangolin GD strain, BANAL-52, and other significant viruses identified in Y1-2.
- Develop zoonotic risk analyses for relevant viruses, including the analysis of Spike and whole-genome sequences to predict host range using a variety of in silico approaches, model the host range, geographic distribution, extent of overlap with high-density human populations, etc. using existing apps/models to assess potential zoonotic disease risk

**Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays**
- Increase the number of sites and enrolled participants for community surveillance among at-risk populations for biological and behavioral data collection in Thailand, Peninsular Malaysia, and Sabah Malaysia
- Continue to identify community sites concurrent with animal surveillance sites (Specific Aim 1).
- Perform serology testing of collected human samples with optimized multiplex assays for coronaviruses, filoviruses, and paramyxoviruses
- Begin epidemiological analyses of biological and behavioral data.

**Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts**
- Start enrolling participants at selected hospital/clinic sites for syndromic surveillance at two sites in Thailand, and identified sites in Sabah, Malaysia and Peninsular Malaysia, Malaysia
- Continue to identify potential clinical cohorts and sites in the catchment of the community (Specific Aim 2) and animal surveillance (Specific Aim 1) sites.




- Start serological and molecular testing on collected human samples.
- Start viral characterization work if any novel viruses are identified.

*Through the work under Specific Aims 2&3, we are engaging multiple disciplines of social science, anthropology, health policy, and behavioral science towards EID risk mitigation strategies on key human-animal interfaces, we will share relevant research methods (e.g., behavioral questionnaires) and best practices with the CREID Network members.*

**Training and capacity-building activities among in-country team members, especially young EIDs researchers, to strengthen domestic, regional, and international capacity and readiness to efficiently undertake the research required in response to emerging or re-emerging threats. Available training materials or resources will be made available to the CREID Network.**
- Conduct annual field biosafety and animal surveillance training (bats, rodents, non-human primates) with lectures and discussion as well as hands-on guidance.
- Conduct training in enriched RNAseq protocols for coronavirus whole-genome sequencing.
- Conduct training in traditional viral whole-genome sequencing using primer walking for paramyxoviruses.
- Conduct virtual and in-person viral phylogenetic and metagenomics analysis training.
- Trial the use of the portable Oxford Nanopore MinION platform as an in-house sequencing solution in Malaysia.
- Continue training on multiplex microsphere immunoassay (MMIA) data analysis and interpretation.
- Conduct refresh training on human research regarding survey design, interview skills, and data analysis.
- Finalize the standard operating procedures (SOP) manual for emerging infectious disease research field biosafety for peer-review, publication, and broad distribution.
- Continue sharing research resources (protocols, SOPs, technologies) and results within the scientific community and local government in a timely manner.
- Organize meetings and workshops with scientists from Southeast Asia to identify common challenges and opportunities for emerging infectious disease research in the region (November 2022).
- Initiate exchange training for young researchers among EID-SEARCH partners for NGS and other laboratory technology transfers.
- Support in-country outbreak research and response.

Page: 10

---

Number: 1          Author: Sasiprapa Ninwattana   Date: 8/15/2022 5:31:00 PM
Would it be possible to propose training on RBD and/or spike glycoprotein design and coupling?





## Appendix A: 2021 EAC Report

**Centers for Research in Emerging Infectious Diseases (CREID)**
**CREID External Advisory Committee (EAC) Summary**
**In follow up to the CREID Network Annual Meeting**
**November 3-5, 2021 (virtual meeting)**

Prepared by Mark Feinberg, MD, PhD on behalf of the CREID EAC

**Overview of EAC Perspectives and Recommendations**

The EAC members were unanimous in their assessment that the CREID Network team made very impressive and positive progress in their first year of this very important and timely new NIAID/DMID initiative. While the amount of progress realized in starting up a new global collaborative research network would be highly laudable overall in any circumstance, the EAC members were even further impressed by the fact that the initiation of the CREID Network coincided with the emergence of the COVID-19 pandemic (with all of its attendant challenges). This coincidence provided a clear initial focus of many of the CREID efforts on SARS-CoV-2-related topics, but it also provided very strong validation for the original rationale for establishment of the CREID Network by the NIAID/DMID leadership as a means of fostering global networks for research collaboration on emerging infectious disease threats.

While the EAC members identified a number of areas where additional attention and effort will be beneficial to maximize the impact of the CREID Network, and key to fostering the sustainability of its efforts, our expectations for what the Network has the potential to accomplish were raised by the strong foundation that the CREID PIs and collaborators have already put in place in their first year. We were also very impressed with the clear commitment, thoughtfulness and inclusive approach of the CC leadership, and with the expertise, passion, and experience of the broader CREID Network community of scientists. At the heart of the CREID is a commitment to new models of collaborative science that links investigators from around the world to understand, prepare for, and respond to emerging infectious disease threats. As such, the extent to which CREID utilizes current best practices for collaborative research and pioneers new ones; embraces the essential role played by investigators working in countries at risk for disease emergence (including resource-limited settings); partners in new and more effective and mutually trusting ways with governments, normative agencies and other emerging infectious disease-focused research organizations; exemplifies and communicates the value of scientific research in providing solutions to emerging infectious disease threats to governments and the public; and delivers on its commitment to genuine research capacity strengthening and sustainability will be critical measures for evaluating the future success of the CREID. The EAC recognizes that this is a very ambitious agenda filled with often challenging objectives, and that the inherent nature of time-limited NIH funding mechanisms presents additional challenges to their potential realization.

In considering these issues, the EAC felt that significant progress has been made in the first year of the CREID Network, but that additional opportunities exist for the PIs and CREID investigators to be even more intentional and strategic about their collaborative research efforts. The CREID Network has the opportunity to establish a number of positive precedents in models of effective global collaborative science where the "whole is truly greater than the sum of its parts"; by demonstrating new approaches for the "decolonization" of international research; and by delivering on a strong commitment to diversity and inclusion in all of its endeavors. In many ways, achieving these goals will require innovation in collaborative research models within a large global network, and not just in delivering innovative, high quality scientific research results. The EAC members recognize the challenge of finding the right balance between investigator- and RC-initiated science with broader strategies and shared goals of a large collaborative network, but also note that doing so will require an overarching strategy, effective





communication tools and ongoing performance monitoring and adjustment. The EAC members also recognize that the important Network goals of research capacity strengthening and sustainability are not trivial undertakings and that they are very promising, but also rather novel objectives, within the context of NIH-supported research programs. These are additional important areas where the CREID CC and RC leadership can further articulate a respectful, inclusive, realistic, achievable and measurable strategy.

In all of these areas, the EAC recommends that the CREID investigators further develop and implement (a) a clear, well-defined and shared set of Network priorities (that links the work across RCs) and key performance indicators (KPIs) to measure performance toward realizing them, (b) a shared strategic vision and plan that connects the research efforts being prioritized and conducted across the Network centers, (c) a mechanism to share best practices across the Coordinating Center (CC) and Research Centers and (d) a proactive approach to identify collaborative research opportunities, fill gaps, avoid duplication and pursue synergies both within the CREID Network and, importantly, with the large and growing number of other organization working on preparing for and responding to emerging infectious disease outbreaks. Clarity and specificity in these efforts will be beneficial, as well as adopting an appropriate sense of realism about what can be accomplished by the CREID Network itself and where the new partnerships it implements with other organizations working in the emerging infectious disease arena will be essential. In this regard, given the complexity of the emerging infectious disease landscape, the CREID Network's ability to have the most significant impact will likely depend on the connections it establishes with other stakeholders and the innovation it drives in conceptualizing and delivering on effective new collaborative endeavors it develops with other capable partners. Towards this end, the Network would benefit from developing a thorough understanding of the ecosystem of potential partners and a defined approach to engage with the most relevant and promising ones. In addition, while the CREID Network includes collaborators from many centers and countries, its true global scope is limited by gaps in its geographic coverage (eg, countries in Asia, the Middle East, Northern Africa, Australia, etc...including those where risk of pathogen emergence are significant). Understanding if the CREID Network will be limited by its current geographic reach or plans to work to build additional connections (perhaps via strategic partnerships) in other regions will be beneficial from both practical and strategic levels.

Given that the readiness of the CREID Network for future outbreak response (and to be able to perform research in the midst of an outbreak when many challenges prevail) and for pandemic preparedness is a priority for NIAID/DMID, it will be important for the Network to clearly define how they best proactively plan to be able to promptly implement critical research programs when a new pathogen emerges or a previously known one reemerges.  It will also be beneficial for the CREID CC and RCs to develop a clear plan (including protocols for coordination, implementation, data sharing and communication) to enable the Network to be able to respond expeditiously to an emerging infectious disease threat. Towards this end, tabletop exercises (or similar) to "pressure test" Network approaches and identify gaps/opportunities for improvement are worth considering.

The EAC is excited about what the CREID CC and RCs, and all of the collaborating CREID investigators, have accomplished in their first year of work and look forward to seeing the innovations and insights the Network will deliver in the future. The EAC recognizes that the CREID Network cannot realistically be "all things for all people", and should not strive to be. WE therefore also look forward to seeing how your Network priorities are further articulated, implemented and measured moving forward.

**Additional EAC Impressions**




The EAC felt that the Executive Summary of the CREID Network Annual Meeting provided an accurate overview of the meeting proceedings and of the EAC feedback provided at the end of the meeting proceedings.  Some specific additional impressions/requests shared by EAC members include:

- Gaining a better understanding of how CREID investigators are interfacing with local governments and ministries, public health authorities (eg, WHO, US CDC, Africa CDC, etc), normative agencies will be helpful, and how learnings of effective approaches should be shared across the Network. In addition, optimization of engagements with other research organizations, enabling disciplines (eg, social science, health economics, health policy, ethics), as well as the medical countermeasures community, will be helpful
- Gaining a better understanding of the experience to date in data sharing efforts and how these can be optimized
- Gaining a better understanding of how bilateral sharing of research materials and specimens can be optimized (given the role of host institutions and government policies) and how these might operate during an outbreak/pandemic
- How the CREID investigators view and are approaching their educational efforts with governments, political leaders and the public, and sharing of best practices for engagement and trust-building
- How the CREID Network is engaging with industry partners that both supply enabling tools and technologies and who may also assist in the development and commercialization of CREID-advanced innovations (eg, diagnostics)
- Opportunities exist to demonstrate the CREID commitment to decolonization of global health (with increased attention to having the voices from LMIC-based investigators better balanced with those of US-based investigators)
- Opportunities exist to better model the Network's and the NIH's commitment to DEI objectives (with increased attention to full representation in all aspects of the work…including presentations, leadership groups, pilot research awards)
- Opportunities for enhancing epidemiology, bioinformatics, digital tools and modeling capacity
- Gaining a better understanding of the role of social and cultural aspects of the outbreak response and communication, and exploring innovative approaches to address them
- Understanding how engagement with governments and other local stakeholders is being pursued to advance capacity strengthening and sustainability goals
- Further articulation of rapid response collaboration frameworks
- Gaining a better understanding of how local priorities influence the prioritization decisions of the CC and RCs
- Gaining a better understanding/"needs assessment" of capacity gaps (eg, BSL-3 training and labs) and how these are being addressed via strategic connections or focused investment
- How "parachute or safari research" is avoided, and how local researchers are engaged as full partners/leaders
- Definition of opportunities to maximize speed and efficiency in research implementation efforts (eg, US permits and in-country regulations, IRB delays, key relationship gaps) needed for prompt outbreak responses
- Value of developing a clear vision and plan for sustainability that maximizes the connection with and contributions of other partners and local governments
- South-South collaboration should be applauded and fostered
- Shared EAC interest in seeing the CREID Network's progress in ongoing database and biorepository workstreams




## Appendix B: NIAID CREID Network Program Priorities (April 2022)

*(4 main priorities all carry equal weight and are intended to cover research and activities to prepare for and respond to emerging and re-emerging threats.)*

- **Conduct innovative research to expand our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats**
    - Research Priorities:
        - Pathogen discovery & characterization
        - Pathogen/host surveillance
        - Pathogen transmission
        - Pathogenesis & immunologic responses in the host
        - Natural history & contemporary clinical disease
        - Develop reagents & diagnostic/detection assays
    - Engage in coordinated, Network wide outbreak/pandemic research readiness, differentiated from standard public health responses
- **Establish a collaborative, strategic, and preemptive research Network to ensure coordination of efforts across the Network**
    - Centralize communication
    - Conduct Network wide capacity inventory
    - Establish effective data harmonization and platforms for sharing
    - Harmonize sample collection, biorepositories, and network sharing/agreements
    - Share laboratory assay best practices and protocols
    - Share reagents, diagnostic/detection assays, and other resources
- **Develop and expand flexible domestic and international capacity and readiness to efficiently undertake research required in response to emerging or re-emerging threats**
    - Prioritize and engage with key stakeholders that will enhance network capabilities and integrate into the global health landscape
    - Strengthen and enhance research collaboration and partnerships globally
    - Pivot programmatic priorities and resources when needed for a timely response to emerging or re-emerging pathogen threats
        - Develop protocols for coordination, implementation, data sharing, and communication.
        - Execute tabletop exercises to test, refine, and maintain Network readiness
    - Formulate novel strategies to detect, control, and prevent outbreaks
        - Translate findings to downstream partners to facilitate development of medical countermeasures or preventive interventions
        - Develop adaptable risk assessment tools for evaluating a pathogen threat's potential for significant emergence and impact
- **Contribute to the development of the next generation of emerging/re-emerging infectious disease scientists and leaders**
    - Develop and maintain a pilot research program
    - Foster a diverse and inclusive research environment and program



**CREID Network Annual Meeting**
September 21-23, 2022

## DRAFT AGENDA
Hybrid Meeting
Washington DC region and Zoom

| DAY 1 | Wednesday, September 21 | |
|---|---|
| **Time (ET)** | **Session** |
| 7:30-9:00 | **Research Center meetings**<br>*Participants: Research Center members* |
| 09:00-09:15 | **TableTop Exercise: Introduction**<br>*In-person Participants: External Advisory Committee (EAC), DMID, Network Leadership*<br>*Virtual Participants: Network members* |
| 09:15-12:00 | **Business Meeting**<br>*Participants: EAC, DMID, Network Leadership*<br>▪ Potential topics: Operationalizing vision to achieve Network priorities, key performance indicators, pivoting resources, mentorship/development |
| 12:00-13:00 | **Lunch** |
| 13:00-14:00 | **Opening, Priorities, and Vision**<br>*Participants: EAC, DMID, Network members, USG, and select external stakeholders*<br>▪ Welcome (Chris & Nikos)<br>▪ Opening, CREID Role and Network Priorities (DMID)<br>▪ CREID Network Shared Vision (SC reps x 2) |
| 14:00-14:15 | **Break** |
| 14:15-16:45 | **Collaboration and Engagement**<br>*Participants: EAC, DMID, Network members, USG, and select external stakeholders*<br>▪ Collaboration for Outbreak Research Response<br>▪ Cross-RC collaboration: Additional opportunities, benefits, and needs<br>▪ NIH Networks, USG, and External Collaborations<br>▪ Benefit sharing, preparing for downstream translation |
| 16:45-17:00 | **Day 1 Wrap up** (1 RC and/or 1 DMID rep) |



CREID Network Annual Meeting
September 21-23, 2022

| DAY 2 \| Thursday, September 23 | |
|---|---|
| Time (ET) | Session |
| 07:30-09:00 | **Research Center meetings**<br>*Participants: Research Center members* |
| 08:30-10:40 | **TableTop Exercise: Session II**<br>*Participants: EAC, DMID, Network members* |
| 10:40-11:00 | Break |
| 11:00-12:00 | **CREID Year 2 Review Panels**<br>5 RCs x 10 min ea., Q&A/discussion x 10 min<br>*Participants: EAC, DMID, Network members* |
| 12:00-13:00 | Lunch |
| 13:00-14:00 | **CREID Year 2 Review Panels (cont.)**<br>5 RCs x 10 min ea., Q&A/discussion x 10 min<br>*Participants: EAC, DMID, Network members* |
| 14:00-15:10 | **Abstract-Driven Session**<br>*Participants: EAC, DMID, Network members* |
| 15:10-15:30 | **Break** |
| 15:30-16:40 | **Abstract-Driven Session**<br>*Participants: EAC, DMID, Network members* |
| 16:40-17:00 | **Day 2 Takeaways** (1 RC and/or 1 DMID rep)<br>*Participants: EAC, DMID, Network members* |



CREID Network Annual Meeting
September 21-23, 2022

| DAY 3 \| Friday, September 23 | |
|---|---|
| Time (ET) | Session |
| 07:30-09:00 | Research Center meetings<br>*Participants: Research Center members* |
| 08:30-10:40 | TableTop Exercise: Session III<br>*Participants: EAC, DMID, Network members* |
| 10:40-11:00 | Break |
| 11:00-12:00 | Pilot Awardees Presentations (in-person and virtual)<br>*Participants: EAC, DMID, Network members* |
| 12:00-13:00 | Lunch |
| 13:00-15:10 | Abstract-Driven Session<br>*Participants: EAC, DMID, Network members* |
| 15:10-15:30 | Break |
| 15:30-16:00 | Abstract-Driven Session<br>*Participants: EAC, DMID, Network members* |
| 16:00-17:00 | DMID and EAC Wrap-Up<br>*Participants: EAC, DMID, Network members* |





# Centers for Research in Emerging Infectious Diseases (CREID) Network

# Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH)

# 2022 Report to the External Advisory Committee

# August 19, October



## Table of Contents

Section 1. Executive Summary .............................................................................................................. 3

Section 2: Research Center Overview .................................................................................................. 3

    A.   Specific Aims ............................................................................................................................ 3

    B.   Partners and Staffing .............................................................................................................. 3

    C.   Research Sites ........................................................................................................................... 3

Section 3: Research Center Progress and Accomplishments ............................................................ 4

    A.   Projects and Studies ............................................................................................................... 4

    B.   Dissemination of Results ........................................................................................................ 6

    C.   Training and Capacity Building Activities ............................................................................. 7

    D.   Challenges and Proposed Solutions ..................................................................................... 7

    E.   Examples of Network Collaboration .................................................................................... 7

Section 4: Future Directions ................................................................................................................ 8

Appendix A: 2021 EAC Report ........................................................................................................... 10

Appendix B: NIAID CREID Network Program Priorities (April 2022) ............................................. 13




*Guidance: 7-page limit for EAC Report*
*(excluding cover page and TOC)*

# Section 1. Executive Summary

The Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is a multidisciplinary center focused on analyzing zoonotic disease risk in a key EID hotspot region. Our aims are to 1) characterize diverse coronaviruses, paramyxoviruses, filoviruses, and other viral pathogens in wildlife; 2) assess the frequency and causes of their spillover; & 3) identify viral etiologies of undiagnosed 'cryptic' outbreaks in Thailand, Malaysia, and Singapore. Highlights of research and significant findings during the reporting period (October 2021 – August 2022) include:

<mark>To be updated with bullet points by Peter</mark>…

# Section 2: Research Center Overview

## A. Specific Aims

The overarching goal of the Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is to characterize the diversity of key viral pathogens in wildlife, assess the frequency and causes of their spillover, and identify viral etiologies of undiagnosed 'cryptic' outbreaks in people. The research goals of the EID-SEARCH follow three specific aims designed to advance our understanding of spillover and outbreak risk for novel viruses in a globally important EID hotspot, strengthen in-country research capacity, and enhance international collaboration:

- Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.
- Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays.
- Specific Aim 3: Identify and characterize the viral etiology of 'cryptic' outbreaks in clinical cohorts.

## B. Partners and Staffing

EID-SEARCH includes leaders in the field of emerging viral pathogens at key US institutions (EcoHealth Alliance PI Peter Daszak; University of North Carolina Co-I Ralph Baric; Uniformed Service University Co-Is Christopher Broder and Eric Laing), and in Thailand (Chulalongkorn University Co-Is Supaporn Wacharapluesadee and Opass Putcharoen), Singapore (Duke-NUS Medical School Co-I Linfa Wang), and the three major Malaysian administrative regions (Conservation Medicine Co-I Tom Hughes). These organizations represent the 'hub' of the center, with an additional, more informal collaborative network spanning >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries. By enhancing and focusing research within the three hub countries, and coordinating communication among the network, we envision EID-SEARCH acting as an early warning system for outbreaks; a way to exchange information, reagents, samples, and technology; and a collaborative powerhouse for translational research. EID-SEARCH is supported by a multidisciplinary team of researchers at our partner institutions, with skills in epidemiology, clinical management, molecular biology, virology, wildlife biology, and advanced data and statistical analyses. The long collaborative history between the key personnel and partner institutions is a significant asset that can be deployed to support outbreak research response in the region.

## C. Research Sites

The three core (hub) countries for the EID-SEARCH are Thailand, Malaysia, and Singapore, *expanded to Viet Nam and Cambodia through the CREID Pilot Research Program*. These stretch through one of the



most significant foci of EID risk globally. Additionally, we have assembled a greater network of EID-SEARCH partners that includes >50 clinics, laboratories, and research institutes across almost all Southeast Asian countries – stretching from Nepal to the Philippines. Our targeted field research includes sampling wildlife and people in Thailand, Peninsular Malaysia, Sarawak, Sabah, Viet Nam, and Cambodia. The central location of our hub countries in mainland Southeast Asia allows us to sample representative wildlife species that occur in other countries across the greater biogeographic region, including India, Bangladesh, Myanmar, Southwest China, Laos, Cambodia, Philippines, and Indonesia.

## Section 3: Research Center Progress and Accomplishments

Progress and Accomplishments

- Organized by Aim
- Focus on key accomplishments
- Address outbreak research response if applicable
- Address how the 2021 EAC recommendations have been incorporated (*see Appendix A for 2021 EAC report*)

### A. Projects and Studies

- Have you reverted to your original (pre-pandemic) CREID research agenda in the last year? If not, how has your research agenda changed in the last year due to the ongoing impact of SARS-CoV-2?
- What additional changes to your CREID research agenda have taken place in the last year?

**Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife**

- **Field surveillance among wild bats, rodents, and non-human primates.** We have collected 14,302 specimens from 2,055 animals of 31 bat species, one non-human primate (NHP) species, and five rodent species from six sites at high-risk human-wildlife interfaces in Malaysia and Thailand. (Table 1)

|  | Thailand | Malaysia |
|---|---|---|
| No. of collected specimens | 3,862 | 14,171 |
| No. of individuals | 454 bats, 106 rodents | 2,000 bats |
| No. of species | 6 (bats), 5 (rodents) | 24 (bats) |
| No. of sites | 5 | 4 |
| No. of tested individuals | 407 | 1,332 |
| No. PCR tests for coronaviruses (CoVs), paramyxoviruses (PMVs), filoviruses (FLVs), influenza viruses (IVs) | 4,070 | 9,228 |
| Identified viruses | 1 new CoV from 3 bats<br>3 known PMVs from 4 rodents<br>4 new PMVs from 11 bats | 5 new CoVs from 112 bats<br>4 new PMVs from 10 bats<br>2 known PMVs from 2 bats |
| No. of specimen for multiplex immunoassay for FLVs and Henipavirus | - | 720 bats |

**Table 1.** EID-SEARCH viral surveillance in wildlife in Malaysia and Thailand.

- **Discovery of novel SARS-like beta-coronavirus in bats in Thailand**. The whole genomes revealed a 91.72% nucleotide similarity to SARS-CoV-2. Phylogenetic analysis suggested that this virus is closer to pangolin CoV-GD-1 than to SARS-CoV-2; however, the RBD is more similar to that of bat-CoV RaTG13, suggesting that this new virus may also bind to mammalian ACE2 receptors. Whole-genome sequencing of other new CoVs from Thailand and Malaysia is ongoing.
- **Genome-wide CRISPR knockout screen identifies essential factor for HKU2/SADS-CoV infection.** Using a genome-wide CRISPR knockout screen, we identified placenta-associated 8 protein (PLAC8) as




an essential host factor for SADS-CoV infection of human cells. Infection is prevented in PLAC8 knockouts and can be restored by transiently transfecting PLAC8 from multiple species, including human, pig, mouse, and bat. Trypsin treatment of SADS-CoV bypasses the PLAC8-dependent pathway and partially rescues SADS-CoV infection. PLAC8 is involved in both early entry and later dissemination of SADS-CoV infection and PLAC8 KO cells have: 1) delayed and reduced viral subgenomic RNA expression and 2) diminished cell-to-cell viral spreading of infected cells. *These results suggest that PLAC8 is a promising target for antiviral development for the potential pandemic SADS-CoV virus*.

- **Host range, transmissibility, and antigenicity of a pangolin coronavirus.** Using a synthetically derived infectious cDNA clone, we recovered the wildtype pangolin (Pg) CoV-GD and derivatives encoding indicator genes. Like SARS-CoV-2, PgCoV-GD virus efficiently uses human and many other mammalian ACE2 receptors for entry, shares a similarly broad host range *in vitro*, and displays altered sensitivity to host proteases. PgCoV replicates to slightly higher to lower titers in primary human cells derived from the proximal to distal lung, respectively, and with reduced fitness compared to SARS-CoV-2. PgCoV also replicates efficiently in hamsters and could transmit via the aerosol route, but at a lower frequency than SARS-CoV2. PgCoV is efficiently neutralized by COVID-19 patient sera and many commercially available SARS-CoV-2 therapeutic antibodies, but not by human antibodies targeting the spike N-terminal domain. A pan-Sarbecovirus antibody ADG-2 and SARS-CoV-2 S2P recombinant protein vaccine protected mice in a PgCoV replication model; however, efficient PgCoV replication in primary nasal airway epithelial cells and transmission in the hamster highlights the high emergence potential of this virus. We showed that cross-neutralizing antibodies in pre-immune SARS-CoV-2 humans and the benefit of current COVID-19 countermeasures should impede its ability to emerge and spread globally in humans. *This research helps build FDA-approved therapeutic antibodies against a range of CoVs with emergence potential and shows that FDA-approved SARS-CoV-2 vaccines also protect animals from PgCoV when challenged in vivo*.

**Aims 2 & 3: Identify evidence and analyze risk factors for viral spillover in high-risk communities and clinical cohorts, and characterize viral etiology of 'cryptic' outbreaks**

- **Community serology surveillance.** We initiated the human surveillance work in Thailand, with 56 participants enrolled at one at-risk community site, and 2 individuals from a clinic site, with a total of 58 participants enrolled. Serology testing of samples from 56 participants from the community site showed positive for PMVs, Henipavirus, and CoVs (Fig. 1)



Fig. 1 Serology testing results for FLVs, Henipavirus, and CoVs among community participants in Thailand (n=56)

- **Design and application of multiplex surrogate virus neutralization test (sVNT) platform** that covers SARS-CoV-2 and variants of concern (Alpha, Beta, Gamma, Delta, Mu, Lambda, Omicron BA.1 and




BA.2), clade-2 sarbecoviruses (BANAL-52, BANAL-263, GD-1, RaTG13, GX-P5L), clade-1 sarbecoviruses (Rs2018B, LYRa11, WIV-1, RsSHC014, Rs4231), SARS-CoV-1, and *the newly discovered bat CoV we recently sequenced from Thailand.* This assay allows for the discrimination of past SARS-CoV-2 infection from that of other sarbecoviruses in human and animal samples, which will be critical for identifying cryptic spillover of sarbecoviruses in people. It also has the potential to aid in identifying the progenitor of SARS-CoV-2 in animals.

- **Designed and secured the expression of bat-CoV spike proteins for incorporation into our multiplex (multi-family) serological assay**. Specific bat-borne CoV spike proteins include bat SARSr-CoVs RaT13, ZXC21, bat MERSr-CoV PDF2180, and HKU9. These were incorporated into our 17-plex henipavirus/filovirus-focused serology assay to include SARS-CoV-2 and bat-borne CoV antigens. We also optimized an sVNT for Nipah virus and provided enough material to characterize Nipah virus IgG positive serum samples neutralizing antibodies. SOPs were revised and updated to reflect best practices that were optimized during Year 1.

**Outbreak investigation and preparedness in Thailand**

- The Ministry of Public Health in Thailand requested support from EID-SEARCH for a viral diarrhea outbreak investigation in Chanthaburi province. We received samples from both Prapokklao Hospital (regional hospital) and Khlong Khut Health-Promoting hospital collected from 59 healthcare workers and students who had diarrhea during Dec. 2021-Feb. 2022. PCR tests were conducted for six gastrointestinal viruses causing gastrointestinal tract infections including adenovirus, astrovirus, norovirus GI, norovirus GII, rotavirus, and sapovirus. 32 samples **(54.24%)** were positive for norovirus GII. Further genomic characterization of the detected norovirus GII will be performed, allowing for comparison with noroviruses found in other provinces in Thailand.

- In preparedness for Monkeypox outbreaks, EID-SEARCH's lab partner in Thailand coordinated with the Department of Medical Science, MOPH, National lab to establish the Monkeypox testing platform in April 2022 and detected the first Monkeypox case in Thailand in July 2022.

## B. Dissemination of Results
- Summarize dissemination plan
- Include number of peer-reviewed publications; highlight those in high-impact journals
- Number and content of presentations on CREID research, including audience

EID-SEARCH members were invited to present the project work at government and inter-government briefings (> 10), conference and university lectures (>13), panels and webinars (>18), and public interviews (>6) in Thailand, Malaysia, the US, regionally and internationally on the trends in global disease emergence, zoonotic surveillance, pandemic control and prevention, and research results from this project research activities. Nine (9) peer-reviewed paper has been published or with preprint available from EID-SEARCH work, two (2) manuscripts are currently under revision, and three (3) manuscripts are in preparation for submission*, including papers on.. please highlight the high-impact ones*. We organized a workshop with 55 scientists and government officials from Thailand, Malaysia, Singapore, Bangladesh, Cambodia, Indonesia, Lao PDR, Myanmar, Nepal, Vietnam, USA, and Australia to present EID-SEARCH work, share knowledge, strengthen research capacity, and foster scientific collaborations in Southeast Asia.




## C. Training and Capacity Building Activities

- Summarize capacity building plan
- Include number of training activities and number of participants for each training
- Address how capacity building activities were adapted due to COVID-19 and long-term changes as a result of the pandemic

During this reporting period, XX training sessions with a total of XX participants were conducted by EID-SEARCH partners in Thailand, Malaysia, and Vietnam for project members, local government partners, universities, research institutes, and NGOs. These training focused on biosafety (x training x participants by x), applying new technologies (x training x participants by x), and field and laboratory SOPs (x training x participants by x), to strengthen in-country research capacity and improve information sharing. Both in-person and online training was conducted to accommodate COVID conditions. As travel and COVID-19 restrictions have begun to be lifted, students, postdocs, and all EID-SEARCH research staff have been provided with professional development opportunities to travel to attend conferences, workshops, and other in-person training activities. *To be updated with numbers.…*

## D. Challenges and Proposed Solutions

- Bottlenecks to CREID-related research that might be like those that you could face when pivoting research activities in direct response to an EID outbreak. What solutions could be or have you put in place in advance to solve those challenges? How is being part of the CREID Network mitigating those or not?

The significant challenges we encountered during the reporting period were travel restrictions to our field partner countries and within countries, as well as a large number of hospitalized patients in local hospitals in Thailand and Malaysia due to COVID-19 that delayed human participant enrollment at targeted community and hospital sites and the subsequent laboratory analysis we anticipated in Year 2. To address these issues, we worked closely with in-country partners and stakeholders to continue assessing the situations (i.e., safety and research priorities of study sites) to ensure a rapid start of enrollment and focused on the refinement of assays to be ready for human surveillance. Meanwhile, to prevent a possible supply shortage of PPE and swabs as happened in early Year 2, we have identified supply sources to ensure we can procure the necessary consumables without significant delays. With travel restrictions in Southeast Asian countries now beginning to be lifted, international travel of US-based staff to our field sites has begun (April 2022).

## E. Examples of Network Collaboration

- How has the work/research of your RC been affected by or involved collaboration with other members of the CREID Network?
- Examples: highlight joint publications, joint activities, sharing materials and data, benefits of Working Groups, etc.

Through the participation of different CREID Working Groups, EID-SEARCH members participated in the network's outbreak responses, capacity building, and cross-center collaboration by sharing existing local partnerships, techniques, and relevant resources.

- For outbreak responses, EID-SEARCH has been actively participating in the network's response to Monkeypox by providing local partnerships and monitoring platforms in DRC and Thailand.
- For lab assay sharing, EID-SEARCH partner Uniformed Services University is working with UWAEN to share the multiplex microsphere immunoassay (MMIA) with the regional partners for EBOV serology testing, and plan to work with the National Institute for Biological Standards and Control (NIBSC) to… Eric, please feel free to edit to add more info




- ▪ We are contacted by multiple Research Centers regarding the Field Biosafety Manual presented at the CREID Scientific Meeting by EID-SEARCH senior field veterinarian, the Manual and corresponding training resources will be made available to all CREID members once it's completed with peer review. Marc, please feel to edit…
- EID-SEARCH are also committed to providing our expertise on CCHF, Henipavirus, RVF related research by connecting CREID members with our research partners.

## Section 4: Future Directions

- Plan for the next reporting period.
- How is your Research Center adapting to the April 2022 NIAID Program Priorities and how does this change (or not) your planned activities in the next year? *See Appendix B for NIAID Program Priorities*.
- Moving forward, what is the greatest opportunity your RC has to advance the knowledge base for emerging infectious diseases? What are the significant knowledge gaps that the RC can advance research on?

In the next reporting period, we will follow the research plans laid out in our proposal with the specific actions to **continue expanding our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats that align with the CREID network research priorities:**

**Specific Aim 1: Identify, characterize, and rank spillover risk of high zoonotic potential viruses from wildlife.**
- Wildlife (bats, rodents, and non-human primates) sampling at selected sites, with increased efforts for rodents and non-human primates and potential longitudinal sampling at a few selected sites to analyze patterns of viral shedding and spillover risk.
- Continue to develop predictive host-range models and spatial risk models to prioritize sampling sites and species in Years 3-5 of the project.
- Conduct viral family-level molecular screening of collected wildlife samples for coronaviruses, filoviruses, and paramyxoviruses.
- Perform serology testing on the wildlife samples or coronaviruses, filoviruses, and henipavirus.
- Continue developing a more comprehensive multiplex CoV RBD-based sVNT covering newly identified sarboviruses and additional merbecoviruses to allow the evaluation of neutralizing activity in serum samples against a much broader and more comprehensive range of RBDs.
- Conduct whole-genome and spike glycoprotein sequencing in countries with newly identified viruses.
- Continue research to further characterize a subset of novel viruses including virus isolation, human cell infection experiments, and animal modeling for viral pathogenesis studies, including pangolin GD strain, BANAL-52, and other significant viruses identified in Y1-2.
- Develop zoonotic risk analyses for relevant viruses, including the analysis of Spike and whole-genome sequences to predict host range using a variety of in silico approaches, model the host range, geographic distribution, extent of overlap with high-density human populations, etc. using existing apps/models to assess potential zoonotic disease risk

**Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays**



- Increase the number of sites and enrolled participants for community surveillance among at-risk populations for biological and behavioral data collection in Thailand, Peninsular Malaysia, and Sabah Malaysia
- Continue to identify community sites concurrent with animal surveillance sites (Specific Aim 1).
- Perform serology testing of collected human samples with optimized multiplex assays for coronaviruses, filoviruses, and paramyxoviruses
- Begin epidemiological analyses of biological and behavioral data.

**Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts**
- Start enrolling participants at selected hospital/clinic sites for syndromic surveillance at two sites in Thailand, and identified sites in Sabah, Malaysia and Peninsular Malaysia, Malaysia
- Continue to identify potential clinical cohorts and sites in the catchment of the community (Specific Aim 2) and animal surveillance (Specific Aim 1) sites.
- Start serological and molecular testing on collected human samples.
- Start viral characterization work if any novel viruses are identified.

*Through the work under Specific Aims 2&3, we are engaging multiple disciplines of social science, anthropology, health policy, and behavioral science towards EID risk mitigation strategies on key human-animal interfaces, we will share relevant research methods (e.g., behavioral questionnaires) and best practices with the CREID Network members.*

**Training and capacity-building activities among in-country team members, especially young EIDs researchers, to strengthen domestic, regional, and international capacity and readiness to efficiently undertake the research required in response to emerging or re-emerging threats. Available training materials or resources will be made available to the CREID Network.**
- Conduct annual field biosafety and animal surveillance training (bats, rodents, non-human primates) with lectures and discussion as well as hands-on guidance.
- Conduct training in enriched RNAseq protocols for coronavirus whole-genome sequencing.
- Conduct training in traditional viral whole-genome sequencing using primer walking for paramyxoviruses.
- Conduct virtual and in-person viral phylogenetic and metagenomics analysis training.
- Trial the use of the portable Oxford Nanopore MinION platform as an in-house sequencing solution in Malaysia.
- Continue training on multiplex microsphere immunoassay (MMIA) data analysis and interpretation.
- Conduct refresh training on human research regarding survey design, interview skills, and data analysis.
- Finalize the standard operating procedures (SOP) manual for emerging infectious disease research field biosafety for peer-review, publication, and broad distribution.
- Continue sharing research resources (protocols, SOPs, technologies) and results within the scientific community and local government in a timely manner.
- Organize meetings and workshops with scientists from Southeast Asia to identify common challenges and opportunities for emerging infectious disease research in the region (November 2022).
- Initiate exchange training for young researchers among EID-SEARCH partners for NGS and other laboratory technology transfers.
- Support in-country outbreak research and response.




## Appendix A: 2021 EAC Report

**Centers for Research in Emerging Infectious Diseases (CREID)**
**CREID External Advisory Committee (EAC) Summary**
**In follow up to the CREID Network Annual Meeting**
**November 3-5, 2021 (virtual meeting)**

Prepared by Mark Feinberg, MD, PhD on behalf of the CREID EAC

**Overview of EAC Perspectives and Recommendations**

The EAC members were unanimous in their assessment that the CREID Network team made very impressive and positive progress in their first year of this very important and timely new NIAID/DMID initiative. While the amount of progress realized in starting up a new global collaborative research network would be highly laudable overall in any circumstance, the EAC members were even further impressed by the fact that the initiation of the CREID Network coincided with the emergence of the COVID-19 pandemic (with all of its attendant challenges). This coincidence provided a clear initial focus of many of the CREID efforts on SARS-CoV-2-related topics, but it also provided very strong validation for the original rationale for establishment of the CREID Network by the NIAID/DMID leadership as a means of fostering global networks for research collaboration on emerging infectious disease threats.

While the EAC members identified a number of areas where additional attention and effort will be beneficial to maximize the impact of the CREID Network, and key to fostering the sustainability of its efforts, our expectations for what the Network has the potential to accomplish were raised by the strong foundation that the CREID PIs and collaborators have already put in place in their first year. We were also very impressed with the clear commitment, thoughtfulness and inclusive approach of the CC leadership, and with the expertise, passion, and experience of the broader CREID Network community of scientists. At the heart of the CREID is a commitment to new models of collaborative science that links investigators from around the world to understand, prepare for, and respond to emerging infectious disease threats. As such, the extent to which CREID utilizes current best practices for collaborative research and pioneers new ones; embraces the essential role played by investigators working in countries at risk for disease emergence (including resource-limited settings); partners in new and more effective and mutually trusting ways with governments, normative agencies and other emerging infectious disease-focused research organizations; exemplifies and communicates the value of scientific research in providing solutions to emerging infectious disease threats to governments and the public; and delivers on its commitment to genuine research capacity strengthening and sustainability will be critical measures for evaluating the future success of the CREID. The EAC recognizes that this is a very ambitious agenda filled with often challenging objectives, and that the inherent nature of time-limited NIH funding mechanisms presents additional challenges to their potential realization.

In considering these issues, the EAC felt that significant progress has been made in the first year of the CREID Network, but that additional opportunities exist for the PIs and CREID investigators to be even more intentional and strategic about their collaborative research efforts. The CREID Network has the opportunity to establish a number of positive precedents in models of effective global collaborative science where the "whole is truly greater than the sum of its parts"; by demonstrating new approaches for the "decolonization" of international research; and by delivering on a strong commitment to diversity and inclusion in all of its endeavors. In many ways, achieving these goals will require innovation in collaborative research models within a large global network, and not just in delivering innovative, high quality scientific research results. The EAC members recognize the challenge of finding the right balance between investigator- and RC-initiated science with broader strategies and shared goals of a large collaborative network, but also note that doing so will require an overarching strategy, effective




communication tools and ongoing performance monitoring and adjustment. The EAC members also recognize that the important Network goals of research capacity strengthening and sustainability are not trivial undertakings and that they are very promising, but also rather novel objectives, within the context of NIH-supported research programs. These are additional important areas where the CREID CC and RC leadership can further articulate a respectful, inclusive, realistic, achievable and measurable strategy.

In all of these areas, the EAC recommends that the CREID investigators further develop and implement (a) a clear, well-defined and shared set of Network priorities (that links the work across RCs) and key performance indicators (KPIs) to measure performance toward realizing them, (b) a shared strategic vision and plan that connects the research efforts being prioritized and conducted across the Network centers, (c) a mechanism to share best practices across the Coordinating Center (CC) and Research Centers and (d) a proactive approach to identify collaborative research opportunities, fill gaps, avoid duplication and pursue synergies both within the CREID Network and, importantly, with the large and growing number of other organization working on preparing for and responding to emerging infectious disease outbreaks. Clarity and specificity in these efforts will be beneficial, as well as adopting an appropriate sense of realism about what can be accomplished by the CREID Network itself and where the new partnerships it implements with other organizations working in the emerging infectious disease arena will be essential. In this regard, given the complexity of the emerging infectious disease landscape, the CREID Network's ability to have the most significant impact will likely depend on the connections it establishes with other stakeholders and the innovation it drives in conceptualizing and delivering on effective new collaborative endeavors it develops with other capable partners. Towards this end, the Network would benefit from developing a thorough understanding of the ecosystem of potential partners and a defined approach to engage with the most relevant and promising ones. In addition, while the CREID Network includes collaborators from many centers and countries, its true global scope is limited by gaps in its geographic coverage (eg, countries in Asia, the Middle East, Northern Africa, Australia, etc...including those where risk of pathogen emergence are significant). Understanding if the CREID Network will be limited by its current geographic reach or plans to work to build additional connections (perhaps via strategic partnerships) in other regions will be beneficial from both practical and strategic levels.

Given that the readiness of the CREID Network for future outbreak response (and to be able to perform research in the midst of an outbreak when many challenges prevail) and for pandemic preparedness is a priority for NIAID/DMID, it will be important for the Network to clearly define how they best proactively plan to be able to promptly implement critical research programs when a new pathogen emerges or a previously known one reemerges. It will also be beneficial for the CREID CC and RCs to develop a clear plan (including protocols for coordination, implementation, data sharing and communication) to enable the Network to be able to respond expeditiously to an emerging infectious disease threat. Towards this end, tabletop exercises (or similar) to "pressure test" Network approaches and identify gaps/opportunities for improvement are worth considering.

The EAC is excited about what the CREID CC and RCs, and all of the collaborating CREID investigators, have accomplished in their first year of work and look forward to seeing the innovations and insights the Network will deliver in the future. The EAC recognizes that the CREID Network cannot realistically be "all things for all people", and should not strive to be. WE therefore also look forward to seeing how your Network priorities are further articulated, implemented and measured moving forward.

**Additional EAC Impressions**




The EAC felt that the Executive Summary of the CREID Network Annual Meeting provided an accurate overview of the meeting proceedings and of the EAC feedback provided at the end of the meeting proceedings.  Some specific additional impressions/requests shared by EAC members include:

- Gaining a better understanding of how CREID investigators are interfacing with local governments and ministries, public health authorities (eg, WHO, US CDC, Africa CDC, etc), normative agencies will be helpful, and how learnings of effective approaches should be shared across the Network. In addition, optimization of engagements with other research organizations, enabling disciplines (eg, social science, health economics, health policy, ethics), as well as the medical countermeasures community, will be helpful
- Gaining a better understanding of the experience to date in data sharing efforts and how these can be optimized
- Gaining a better understanding of how bilateral sharing of research materials and specimens can be optimized (given the role of host institutions and government policies) and how these might operate during an outbreak/pandemic
- How the CREID investigators view and are approaching their educational efforts with governments, political leaders and the public, and sharing of best practices for engagement and trust-building
- How the CREID Network is engaging with industry partners that both supply enabling tools and technologies and who may also assist in the development and commercialization of CREID-advanced innovations (eg, diagnostics)
- Opportunities exist to demonstrate the CREID commitment to decolonization of global health (with increased attention to having the voices from LMIC-based investigators better balanced with those of US-based investigators)
- Opportunities exist to better model the Network's and the NIH's commitment to DEI objectives (with increased attention to full representation in all aspects of the work…including presentations, leadership groups, pilot research awards)
- Opportunities for enhancing epidemiology, bioinformatics, digital tools and modeling capacity
- Gaining a better understanding of the role of social and cultural aspects of the outbreak response and communication, and exploring innovative approaches to address them
- Understanding how engagement with governments and other local stakeholders is being pursued to advance capacity strengthening and sustainability goals
- Further articulation of rapid response collaboration frameworks
- Gaining a better understanding of how local priorities influence the prioritization decisions of the CC and RCs
- Gaining a better understanding/"needs assessment" of capacity gaps (eg, BSL-3 training and labs) and how these are being addressed via strategic connections or focused investment
- How "parachute or safari research" is avoided, and how local researchers are engaged as full partners/leaders
- Definition of opportunities to maximize speed and efficiency in research implementation efforts (eg, US permits and in-country regulations, IRB delays, key relationship gaps) needed for prompt outbreak responses
- Value of developing a clear vision and plan for sustainability that maximizes the connection with and contributions of other partners and local governments
- South-South collaboration should be applauded and fostered
- Shared EAC interest in seeing the CREID Network's progress in ongoing database and biorepository workstreams




## Appendix B: NIAID CREID Network Program Priorities (April 2022)

*(4 main priorities all carry equal weight and are intended to cover research and activities to prepare for and respond to emerging and re-emerging threats.)*

- **Conduct innovative research to expand our knowledge of emerging and re-emerging infectious diseases and better prepare to respond to outbreak/pandemic threats**
  - Research Priorities:
    - Pathogen discovery & characterization
    - Pathogen/host surveillance
    - Pathogen transmission
    - Pathogenesis & immunologic responses in the host
    - Natural history & contemporary clinical disease
    - Develop reagents & diagnostic/detection assays
  - Engage in coordinated, Network wide outbreak/pandemic research readiness, differentiated from standard public health responses
- **Establish a collaborative, strategic, and preemptive research Network to ensure coordination of efforts across the Network**
  - Centralize communication
  - Conduct Network wide capacity inventory
  - Establish effective data harmonization and platforms for sharing
  - Harmonize sample collection, biorepositories, and network sharing/agreements
  - Share laboratory assay best practices and protocols
  - Share reagents, diagnostic/detection assays, and other resources
- **Develop and expand flexible domestic and international capacity and readiness to efficiently undertake research required in response to emerging or re-emerging threats**
  - Prioritize and engage with key stakeholders that will enhance network capabilities and integrate into the global health landscape
  - Strengthen and enhance research collaboration and partnerships globally
  - Pivot programmatic priorities and resources when needed for a timely response to emerging or re-emerging pathogen threats
    - Develop protocols for coordination, implementation, data sharing, and communication.
    - Execute tabletop exercises to test, refine, and maintain Network readiness
  - Formulate novel strategies to detect, control, and prevent outbreaks
    - Translate findings to downstream partners to facilitate development of medical countermeasures or preventive interventions
    - Develop adaptable risk assessment tools for evaluating a pathogen threat's potential for significant emergence and impact
- **Contribute to the development of the next generation of emerging/re-emerging infectious disease scientists and leaders**
  - Develop and maintain a pilot research program
  - Foster a diverse and inclusive research environment and program

| | |
|---|---|
| **From:** | Sasiprapa Ninwattana on behalf of Sasiprapa Ninwattana <sasiprapa.n@outlook.com> |
| **To:** | Hongying Li |
| **Cc:** | Laing, Eric; Supaporn Wacharapluesadee; Kevin Olival; Cadhla Firth; Broder, Christopher; Opass ID; Peter Daszak; Aleksei Chmura |
| **Subject:** | Re: For you to edit and review by August 15 Monday_CREID EAC report |
| **Date:** | Monday, August 15, 2022 7:47:58 AM |
| **Attachments:** | 2022 EAC Report_EID-SEARCH_draft v01-EDL-KR-SN_15Aug22.docx |

Dear Hongying,

Apologies for the delayed response.
Attached please find the edited report from our side. Here are some changes that we have made, further detail can be found in the report.

- Number of identified viruses
- Number of specimens for MMIA
- Serology testing graphs (I repeated some of the samples that were positive to confirm the results, most of the samples are still positive **except** the two samples that were weakly positive for NiV)
- Number of manuscripts

Please let me know if you require any further information/clarification.

Best regards,
Bow

Sasiprapa Ninwattana
Research coordinator,
Thai Red Cross Emerging Infectious Diseases Clinical Centre,
King Chulalongkorn Memorial Hospital
Faculty of Medicine, Chulalongkorn University
Rama4 road, Patumwan, Bangkok, Thailand 10330

> On 9 Aug BE 2565, at 01:20, Hongying Li <li@ecohealthalliance.org> wrote:
>
> Thank you so much, Eric, for your quick response!
>
> Sending a reminder that please review and edit the document **by August 15 next Monday.** Or if you don't have anything to add, please simply reply to approve the content for submission. Thank you very much!!
>
> Best regards,
> Hongying
>
> **Hongying Li, MPH**
> *Senior Program Manager & Research Scientist*
>
> EcoHealth Alliance
> 520 Eighth Avenue, Ste. 1200

New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

On Tue, Aug 2, 2022 at 3:36 PM Laing, Eric <eric.laing@usuhs.edu> wrote:
> Hi Hongying,
>
> Some edits and suggestions are attached.
>
> - Eric
>
> Eric D. Laing, Ph.D.
> Assistant Professor
> Department of Microbiology and Immunology
> Uniformed Services University
> 4301 Jones Bridge Road
> Bethesda, MD 20814
> cell: (301) 980-8192
> office: (301) 295-3419
> lab: (301) 295-9618
>
> eric.laing@usuhs.edu
>
>
> On Tue, Aug 2, 2022 at 1:23 AM Hongying Li <li@ecohealthalliance.org>
> wrote:
>> Dear All,
>>
>> As mentioned at the EID-SEARCH meeting in July, we'll submit an External
>> Advisory Committee (EAC) report for our Research Center in August, so the
>> EAC can evaluate our work as an individual Research Center and the overall
>> CREID Network to give feedback at the CREID annual meeting with DMID,
>> USG, and other stakeholders in September.
>>
>> Attached please find the very first draft report for your edit and review. We'll
>> greatly appreciate everyone's input on incorporating the EAC
>> recommendations and aligning with NIAID CREID Network Program
>> Priorities as described in the Appendix.
>>
>> For unpublished data, I tried to keep the information general, will also make
>> sure the CREID keeps all information for internal use only (to the EAC), but
>> please let me know if you have any concerns.
>>
>> We hope to submit the report on August 19, and your feedback **by August 15
>> Monday** will be appreciated! Thank you all very much in advance!

All the best,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Research Scientist*

EcoHealth Alliance
520 Eighth Avenue,  Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

| | |
|---|---|
| **From:** | Hongying Li on behalf of Hongying Li <li@ecohealthalliance.org> |
| **To:** | Spencer Sterling |
| **Cc:** | Laing, Eric; Broder, Christopher; Peter Daszak; Kevin Olival; Cadhla Firth |
| **Subject:** | Re: CREID 2022 Annual Meeting: Call for Abstracts |
| **Date:** | Wednesday, May 4, 2022 9:51:09 AM |

Thank you, Eric and Spencer, for the information!

Wonderful to hear all these results, we should encourage Bow to submit an abstract and present. I'll take note of this and remind you all to discuss it at the lab meeting next Wednesday.

- Hongying

On Tue, May 3, 2022 at 8:11 PM Spencer Sterling <spencer.sterling.ctr@usuhs.edu> wrote:
> Chu's guano farmer set has baseline (pre-vaccination, not sure if it's pre-pandemic) and two yearly follow up points. I think it's about 54 farmers, all have been vaccinated. I want to say they are mostly Sinovac but some are Astra, and I don't know if there were any cross-vaccinations.
>
> I recall Chu talking about a separate healthcare worker cohort at one point but I don't know if that is still on the table.
>
> -S
>
>
>> On May 3, 2022, at 7:55 PM, Laing, Eric <eric.laing@usuhs.edu> wrote:
>>
>>
>> Hi Hongying,
>>
>> I can focus on the bat-cov multiplex development, but we only have SARS-CoV-2 validated sera and research studies outside the scope of EID-SEARCH. We'd need some data from Bow (who should be the lead), and it can be data related to guano farmers, pre-COVID-19, or vaccine recipients.
>>
>> There are 3 virus families being screened in the multiplex - there should be at least 2 stories (filo/henipa and sars-2/covid) coming from Bow/Chu's team a Chula. I've been meaning to email Chu about their covid-19 cohort, I have this memory that they have some vaccine recipients (Spencer, am I remembering this correctly?). My research team has been involved in Pfizer vaccine response research, and head-head comparison with Moderna. Thailand is mostly vaccinated with AZ and Sinovax, a product comparison would be pretty easy to write-up since the assay is a bridge.
>>
>>
>>
>> - Eric

Eric D. Laing, Ph.D.
Assistant Professor
Department of Microbiology and Immunology
Uniformed Services University
4301 Jones Bridge Road
Bethesda, MD 20814
cell: (301) 980-8192
office: (301) 295-3419
lab: (301) 295-9618

eric.laing@usuhs.edu

On Mon, May 2, 2022 at 9:52 PM Hongying Li <li@ecohealthalliance.org> wrote:

> Thank you, Eric.
>
> Assay development related to EID-SEARCH may fit into the topic of "New techniques, or novel approaches, to sampling, detection, and characterization of pathogen risk" if you would like to present the methodology, but understand it's better to present with sample testing results from the project.
>
> As you suggested, we have shared this with the teams at CM and Chulalongkorn, hope to hear from them soon and work together with you on the abstracts if they're interested to present some preliminary findings from the serological testing. We may check in with Tom about this next Wednesday at the lab meeting (if you and Cadhla agree).
>
> Thanks,
> Hongying
>
> On Mon, May 2, 2022 at 9:09 PM Laing, Eric <eric.laing@usuhs.edu> wrote:
>> Hi Hongying,
>>
>> Serology testing is underway in Chulalongkorn, but I think that Chu's lead, Bow, would be the appropriate SEARCH researcher to draft an abstract. Spencer mentioned that at the previous month's 'lab meeting', Tom had concluded testing some serologies.
>>
>> Spencer and I are happy to help with results analysis and drafting abstracts from either Chulalongkorn or CM, LLC/EHA, but we don't have access to any data from our side.
>>
>> - Eric
>>
>> Eric D. Laing, Ph.D.
>> Assistant Professor
>> Department of Microbiology and Immunology
>> Uniformed Services University
>> 4301 Jones Bridge Road

Bethesda, MD 20814
cell: (301) 980-8192
office: (301) 295-3419
lab: (301) 295-9618

eric.laing@usuhs.edu


On Mon, May 2, 2022 at 9:54 AM Hongying Li
<li@ecohealthalliance.org> wrote:
> Good Morning, Chris, Eric, and Spencer,
>
> The CREID Network is holding the annual meeting on September 21-23
> in Washington DC, there will be sessions to present scientific findings
> supported by the CREID, and we need to submit abstracts for the
> presentations.
>
> Please see the Call for Abstraction information below, it would be great if
> anyone from your team can submit an abstract for presentation, if you are
> busy, it will be a terrific opportunity for graduate students or postdocs,
> too. Please consider this and feel free to contact me if any questions.
>
> The meeting will be hybrid, and we'll let you know once we received the
> final agenda, so we can discuss travel and meeting in person if you will be
> available during that time.
>
> Best,
> Hongying
> ---------- Forwarded message ---------
> From: **Macoubray, Aaron** <amacoubray@rti.org>
> Date: Wed, Apr 27, 2022 at 3:12 PM
> Subject: CREID 2022 Annual Meeting: Call for Abstracts
> To: amy.aegypti <amy.aegypti@gmail.com>, Anavaj SAKUNTABHAI
> <anavaj.sakuntabhai@pasteur.fr>, Christine Kreuder Johnson
> <ckjohnson@ucdavis.edu>, Christopher M Barker
> <cmbarker@ucdavis.edu>, Eva HARRIS <eharris@berkeley.edu>,
> Michael J Gale <mgale@uw.edu>, colomaj <colomaj@berkeley.edu>,
> Kathryn Hanley <khanley@nmsu.edu>, Kristian G. Andersen
> <kga1978@gmail.com>, Lark L A Coffey <lcoffey@ucdavis.edu>,
> Njenga, M. Kariuki <mkariuki.njenga@wsu.edu>, Pardis Sabeti
> <pardis@broadinstitute.org>, Peter Daszak
> <daszak@ecohealthalliance.org>, Peter Rabinowitz <peterr7@uw.edu>,
> Garry, Robert F <rfgarry@tulane.edu>, Tierra Smiley Evans
> <tsmevans@ucdavis.edu>, WVanVoorhis
> <WVanVoorhis@medicine.washington.edu>, Vasilakis, Nikolaos
> <nivasila@utmb.edu>, Wang, David <davewang@wustl.edu>, Judith N
> Wasserheit <jwasserh@uw.edu>, Weaver, Scott <sweaver@utmb.edu>
> Cc: Aleksei Chmura <chmura@ecohealthalliance.org>, Lynn K. Barrett
> <lynnbob@uw.edu>, Claudia Sanchez San Martin
> <csanchezsanmartin@berkeley.edu>, Dawa, Jeanette

<jeanette.dawa@wsu.edu>, Hongying Li <li@ecohealthalliance.org>,
Michelle McGraw <mmcgraw@scripps.edu>, Nicole R Gardner
<nrgardner@ucdavis.edu>, Paredes, Anne <anneparedes@wustl.edu>,
Kelly PRIFTI <kelly.prifti@pasteur.fr>, Weldon, Caroline
<caweldon@utmb.edu>, Van Vliet, Gretchen <gvanvliet@rti.org>,
Vandergrift, Nathan <nvandergrift@rti.org>, Gregory Sempowski
<greg.sempowski@duke.edu>, Wagner, Danielle <wagner@rti.org>,
Hilary Bouton-Verville <hilary.bouton-verville@duke.edu>, Heather
Lynch, Ph.D. <heather.lynch@duke.edu>, Reithinger, Richard
<reithinger@rti.org>, Hemingway-Foday, Jennifer
<hemingway@rti.org>, Beaubien, Candice (NIH/NIAID) [E]
<candice.beaubien@nih.gov>, Dyall, Julie (NIH/NIAID) [E]
<dyallj@niaid.nih.gov>, Florese, Ruth (NIH/NIAID) [E]
<ruth.florese@nih.gov>, Patterson, Jean (NIH/NIAID) [E]
<jean.patterson@nih.gov>, Woodson, Sara (NIH/NIAID) [E]
<sara.woodson@nih.gov>, Batsuli, Nefer <nbatsuli@rti.org>, Megan
Averill <megan.averill@duke.edu>

Dear CREID Network Leadership,

Thanks to your feedback, we will not be placing any limits on the number
of allowed abstract submissions. Any submissions not selected for a
rapid, virtual poster presentations or longer oral presentations will have
the opportunity to create e-posters/slides to be shared with the CREID
Network.

Below, please find the updated call for abstracts for the CREID
Network's 2022 Annual Meeting. The meeting will include multiple
abstract-driven scientific sessions. Each CREID Research Center is
requested to submit at least one abstract by May 17, per the guidelines
below.

Thank you,

CREID Network 2022 Annual Meeting Organizing Committee

## 2022 Annual Meeting: Call for Abstracts

The CREID Network 2022 Annual Meeting (September 21-23, in person and online) will include multiple abstract-driven scientific sessions. Each CREID Research Center is requested to submit at least one abstract, per the guidelines below. Abstracts will be assigned for rapid/lightning talks, longer oral presentations, or e-posters/slides that will be shared with the CREID Network. A committee will convene to review the content of the abstracts and determine the assigned format. More information on the review committee process is forthcoming. Submission template is attached.

| | |
|---|---|
| Due | May 17, 2022 |
| Length | Abstract body (excluding title and authors): 250 words max |
| Focus | Abstracts should focus on work supported by CREID, including but not limited to:<br><br>▪ Innovative research on pathogen discovery and characterization, pathogen/host surveillance, transmission, pathogenesis, host immunological response, natural history, or related assays or reagents;<br><br>▪ New techniques, or novel approaches, to sampling, detection, and characterization of pathogen risk;<br><br>▪ Preparation for, or results of, research conducted in response to an outbreak;<br><br>▪ Novel strategies to translate related findings downstream<br><br>Selected abstracts will be grouped into sessions based on content/focus. |
| Format | As the 2022 Meeting will be hybrid, both in-person and virtual presentations are welcome. Abstracts may be selected for a rapid, virtual poster presentation, a full (>10 min) oral presentation, or for e-posters/slides to be shared with the CREID Network. Assigned format and presentation times will be determined based on the content and number of submissions. |
| Authors/ Presenters | Authors may include investigators and staff from CREID Research Centers, sites, and partners. Women and those from low- and middle-income countries (LMICs) are strongly encouraged to author and present. |

| | Submissions with authors from multiple Research Centers are welcome. |
|---|---|
| Submissions | Each Research Center is asked to submit 1-4 abstracts. Each abstracts should include a title, presenters/authors (names, institutional affiliations, emails, and CREID Research Center), and body (250 words max). See basic template, attached.<br><br>Send to info@creid-network.org by May 17, 2022. |

------------------------------------------------------

Aaron Macoubray

**RTI International**

Public Health Analyst

Global Public Health Impact Center

amacoubray@rti.org | 301.770.8228

**Disclaimer**

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.

**Disclaimer**

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you

received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.

**Disclaimer**

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.

# A. COVER PAGE

| | |
|---|---|
| **Project Title:** Understanding Risk of Zoonotic Virus Emergence in EID Hotspots of Southeast Asia | |
| **Grant Number:** 5U01AI151797-03 | **Project/Grant Period:** 06/17/2020 - 05/31/2025 |
| **Reporting Period:** 06/01/2021 - 05/31/2022 | **Requested Budget Period:** 06/01/2022 - 05/31/2023 |
| **Report Term Frequency:** Annual | **Date Submitted:** 04/01/2022 |
| **Program Director/Principal Investigator Information:**<br>PETER DASZAK , PHD BS<br><br>**Phone Number:** 212 380 4460<br>**Email:** daszak@ecohealthalliance.org | **Recipient Organization:**<br>ECOHEALTH ALLIANCE, INC.<br>ECOHEALTH ALLIANCE, INC. 520 EIGHTH AVENUE<br>NEW YORK, NY 100181620<br><br>**DUNS:** 077090066<br>**EIN:** 1311726494A1<br><br>**RECIPIENT ID:** |
| **Change of Contact PD/PI:** NA | |
| **Administrative Official:**<br>ALEKSEI CHMURA<br>460 W 34th St., 17th Floor<br>New York, NY 10001<br><br>**Phone number:** 1.212.380.4473<br>**Email:** chmura@ecohealthalliance.org | **Signing Official:**<br>ALEKSEI CHMURA<br>460 W 34th St., 17th Floor<br>New York, NY 10001<br><br>**Phone number:** 1.212.380.4473<br>**Email:** chmura@ecohealthalliance.org |
| **Human Subjects:** Yes<br>**HS Exempt:** NA<br>**Exemption Number:**<br>**Phase III Clinical Trial:** NA | **Vertebrate Animals:** Yes |
| **hESC:** No | **Inventions/Patents:** No |

# B. ACCOMPLISHMENTS

## B.1 WHAT ARE THE MAJOR GOALS OF THE PROJECT?

Southeast Asia is one of the world's highest-risk EID hotspots, and the origin of the SARS pandemic, repeated outbreaks of novel influenza strains, and the spillover of dangerous viral pathogens such as the Nipah virus. It is a wildlife 'megadiversity' region, where a rapidly expanding human population is increasing contact with wildlife, and increasing the risk of zoonotic disease outbreaks. The overarching goal of this proposal is to launch the Emerging Infectious Diseases - South East Asia Research Collaboration Hub (EID-SEARCH) to analyze the diversity of key viral pathogens in wildlife, the frequency and causes of their spillover, and to identify viral etiologies of undiagnosed 'cryptic' outbreaks in people. EID-SEARCH includes leaders in the field of emerging viral pathogens at key US institutions, and in Thailand, Singapore, and the 3 major Malaysian administrative regions, whose collaborative networks span >50 clinics, laboratories, and research institutes across almost all SE Asian countries. This hub, and the network, will act as an early warning system for outbreaks - a way to exchange information, reagents, samples, and technology, and a collaborative power-house for translational research. The long-term collaboration among the key personnel and multidisciplinary skillsets from epidemiology, clinical management, lab analysis, through wildlife biology and data analysis will act as significant assets when deployed to help counter outbreaks in the region. The research goals of this EIDRC follow three specific aims:

Specific Aim 1: Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife. We will: 1) analyze some of the tens of thousands of archived wildlife samples at our disposal, conduct geographically- and taxonomically-targeted field surveillance in wild mammals (bats, rodents, primates), and use serological & PCR assays to identify known high-profile zoonotic pathogens, or close relatives with potential to infect people; 2) biologically characterize novel viruses that our analyses suggest have high spillover and pandemic potential; and 3) conduct in vitro receptor binding assays and cell culture experiments, and in vivo animal model infections using humanized mice and the collaborative cross mouse to assess their potential to infect people and cause disease.

Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays. Assessing the spillover of rare or novel zoonotic agents will require targeted surveillance of high-risk communities and approaches that can deal with the low statistical probability of identifying rare events. To achieve this, we will 1) conduct targeted cross-sectional serological surveys of human communities with extremely high geographic and cultural, occupational, and behavioral exposure to wildlife-origin viruses; 2) design and deploy novel serological assays to identify baseline spillover of known or novel CoVs, PMVs, and FVs in these populations; and 3) analyze and test hypotheses on the occupational, cultural and other risk factors for spillover (e.g. hunting wildlife).

Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts. Our prior work provides substantial evidence of spillover leading to undiagnosed illness in people in the region. To test if these represent 'cryptic' outbreaks of novel viruses, we will conduct syndromic surveillance at regional clinics for the communities sampled in SA2. We will: 1) enroll and collect biological samples, and detailed survey data on risk factors, from patients presenting with influenza-like illness, severe respiratory illness, encephalitis, and other specific symptoms; and 2) conduct molecular and follow-up serological diagnostic assays to test causal links between their syndromes and known and novel viral agents identified in SA1. Where viruses are identified, we will attempt to isolate and characterize them, then use the survey data, ecological and phylogenetic analyses to identify likely reservoir hosts/spillover pathways and inform intervention programs.

This research will advance our understanding of the risk of novel viral emergence in a uniquely important region. It will strengthen in-country research capacity by linking local infectious disease scientists with an international collaborative network that has proven capacity to conduct this work and produce significant findings. These include testing of tens of thousands of samples from wildlife, humans, and livestock in the region; discovery of hundreds of novel viruses from zoonotic viral families in wildlife; outbreak investigations in rural communities across SE Asia; discovery of the bat-origin of SARSr-CoVs; discovery of a novel bat-origin SADS-CoV killing >25,000 pigs in S. China; and development of novel serological and molecular assays for high-impact viruses, and state-of-the-art in vitro and in vivo assays to characterize viral pathogenic potential. This body of collaborative research provides proof-of-concept that EID-SEARCH has the background, collaborative network, experience, and skillset to act as a unique early warning system for novel EIDs of any etiology threatening to emerge in this hottest of the EID

| |
|---|
| hotspots. |

**B.1.a Have the major goals changed since the initial competing award or previous report?**

No

**B.2 WHAT WAS ACCOMPLISHED UNDER THESE GOALS?**

File Uploaded : B.2 Accomplishments_Final.pdf

**B.3 COMPETITIVE REVISIONS/ADMINISTRATIVE SUPPLEMENTS**

**For this reporting period, is there one or more Revision/Supplement associated with this award for which reporting is required?**

No

**B.4 WHAT OPPORTUNITIES FOR TRAINING AND PROFESSIONAL DEVELOPMENT HAS THE PROJECT PROVIDED?**

File Uploaded : B.4 Training and Professional Development_Final.pdf

**B.5 HOW HAVE THE RESULTS BEEN DISSEMINATED TO COMMUNITIES OF INTEREST?**

PI Daszak, and Co-investigators Wacharapluesadee, Hughes, Olival, Wang, Baric, Broder, Laing, and other key personnel from the EID-SEARCH were invited to give lectures, keynote speeches, government and inter-government briefings, and public interviews in Thailand, Malaysia, US, Southeast Asia, and internationally on the trends in global disease emergence, zoonotic surveillance, pandemic control and prevention, and research results from this project research activities.

Government and inter-government agency briefings
• Advising US GAO on risks and benefits of viral characterization
• Advising US GAO on drivers of emerging infectious diseases
• Meeting with the Bureau of Epidemiology, Department of Disease Control of Thailand on COVID detection and outbreak investigation.
• Meeting with the Sabah Wildlife Department (SWD) in Malaysia for project briefing and ongoing collaboration.
• Meeting with the Deputy Director General at Ministry of Health (MOH) in Malaysia for project briefing and human research planning
• Meeting with the new US Ambassador in Malaysia to discuss project and relevant research in Malaysia.
• Report to the World Health Organization (WHO) on how to utilize this moment to improve genomic sequencing for CoVs worldwide.
• Report to Newham City Council in the UK on the emergence of new zoonotic diseases to advise on new policies set forth in the wake of COVID-19.
• Meeting with the Wildlife Health Genetic and Forensic Laboratory and Economic Officer of U.S. Embassy in Malaysia for project briefing and planning.
• Meeting with the Wildlife Health Genetic and Forensic Laboratory and Director of Sabah State Health Department and Director of Kota Kinabalu Public Health Lab for ongoing collaboration and syndromic surveillance in Malaysia.

Panels, workshop, webinars discussion
• Organized a regional workshop with scientists from Thailand, Malaysia, Singapore, Bangladesh, Cambodia, Indonesia, Lao PDR, Myanmar, Nepal, Vietnam, USA, Australia on the challenges and opportunities for emerging infectious diseases research in Southeast Asia.

• Wildlife Crime Panel at the Wilson Center, "Emerging zoonoses and the wildlife trade"
• The Association of Medical Technologist of Thailand, "COVID-19 variants"
• Australasian Society for Infectious Diseases Zoonoses, "Lessons for the next zoonotic pandemic"
• PREZODE International scientific workshop, "Introduction of the CREID Network and EID-SEARCH"
• The Science and Practice of Networks at the National Academy of Sciences
• Global Research and Innovation Forum, WHO, "Increasing risks at the human-animal interface: Research needs for risk reduction and prevention"
• World Zoonoses Day webinar by UPM, MyoHUN and USAID, Malaysia

Conference and university lectures
• Thailand One Health University Network International - Short Course on Ecosystem Health, "One Health Social Innovations for EIDs research"
• Global Bat Network of Networks (GBatNet), "Scientific priority setting for bat disease surveillance and research"
• Chulalongkorn University, "All about COVID-19 detection, multidisciplinary team"
• American Society of Tropical Medicine and Hygiene's annual meeting, "Surveillance for zoonotic coronavirus discovery"
• University of Rochester to the Goergen Institute, "How can we analyze pandemics to predict and prevent the next one"
• Duke-NUS Emerging Infectious Diseases (EID) Programme Seminar, "SARS-related CoVs provide a unique test-case of a global strategy to predict & prevent pandemics"
• Mahidol University, "One Health for emerging infectious diseases"
• CU-TU-BUU-BSRU, Burapha University (Thailand), "Roles of medical technologist in Disease X"
• Global Health Program, University of Geneva, "Understand zoonotic risk at human-wildlife interaction"
• Ecology and Evolution of Infectious Diseases Conference, "A strategy to assess spillover risk of bat SARS-related coronaviruses in Southeast Asia"
• American Public Health Association annual meeting, "Behavioral-biological surveillance of emerging infectious diseases among a dynamic cohort in Thailand"
• Columbia University, "Understanding zoonotic spillover and risk"

Public outreach and interviews
• Interview with Dr. Sanjay Gupta for an upcoming documentary on COVID-19 origins on the risk of viruses emerging from wildlife and how we can prepare for the next pandemic through modeling and surveillance to address hotspots for disease
• Podcast with Viertausendhertz on the strategy to assess spillover risk of bat SARS-related coronaviruses in Southeast Asia https://viertausendhertz.de/pan31/
• Closest known relatives of virus behind COVID-19 found in Laos https://www.nature.com/articles/d41586-021-02596-2
• Bats carrying coronaviruses closely related to the one that causes Covid-19 found outside China https://www.straitstimes.com/singapore/health/bats-carrying-coronaviruses-closely-related-to-virus-which-causes-covid-19-found
• Study finds coronavirus-related bat viruses in Thailand https://www.modernhealthcare.com/safety-quality/study-finds-coronavirus-related-bat-viruses-thailand
• Bat coronaviruses may infect up to 400,000 people in China and Southeast Asia every year https://www.telegraph.co.uk/global-health/science-and-disease/bat-coronaviruses-may-infect-400000-people-china-southeast-asia/

## B.6 WHAT DO YOU PLAN TO DO DURING THE NEXT REPORTING PERIOD TO ACCOMPLISH THE GOALS?

In the next reporting period, we will follow the research plans laid out in our proposal with the specific actions as follows (no modifications of the scope of work):

Specific Aim 1: Identify, characterize and rank spillover risk of high zoonotic potential viruses from wildlife
1.1 Wildlife (bats, rodents, non-human primates) sampling at selected sites.
1.1.1 First 6 months, testing and analysis of all samples; refine sampling strategies to target under-sampled species; 2nd 6 months, targeted sampling.
1.1.2 Increase sampling efforts for rodents and non-human primates.

1.1.3 Conduct longitudinal sampling at few selected sites to analyze patterns of viral shedding and spillover risk.

1.2 Continue to develop predictive host-range models and spatial risk models to prioritize sampling sites and species in Years 3-5 of the project.

1.3 Conduct viral family-level molecular screening of collected wildlife samples for coronaviruses, filoviruses, and paramyxoviruses.

1.4 Perform serology testing on the wildlife samples collected in Y1-3.

1.4.1 Perform serological characterization of Sarbecovirus-positive samples using surrogate virus neutralization test (sVNT) RBD-based assay.

1.4.2 Perform additional serological characterization of Henipavirus-positive samples using sVNT glycoprotein-based assay.

1.4.3 Continue developing a more comprehensive multiplex CoV RBD-based sVNT covering newly identified sarboviruses and additional merbecoviruses to allow the evaluation of neutralizing activity in
serum samples against a much broader and more comprehensive range of RBDs.

1.4.4 Validate, and initiate in-country use of Filovirus sVNT glycoprotein RBD assay.

1.5 Conduct whole-genome and spike glycoprotein sequencing in countries with newly identified viruses.

1.6 Continue research to further characterize a subset of novel viruses including virus isolation, human cell infection experiments, and animal modeling for viral pathogenesis studies.

1.6.1 Rescue additional pangolin viruses that are genetically more distant from SARS-CoV-2 and the pangolin GD strain, as well as synthetically reconstruct and characterize the BANAL-52 isolate using in
vitro and in vivo approaches.

1.6.2 Review novel bat sarbecovirus full genomes that have been identified in Y1-2 for synthetic recovery.

1.7 Develop zoonotic risk analyses for relevant viruses

1.7.1 Analyze Spike and whole-genome sequences to predict host range using a variety of in silico approaches

1.7.2 Model the host range, geographic distribution, extent of overlap with high-density human populations, etc. using existing apps/models to assess potential zoonotic disease risk

1.7.3 Improve data workflow to integrate viral characterization results into zoonotic virus prediction models.


Specific Aim 2: Identify evidence and analyze risk factors for viral spillover in high-risk communities using novel serological assays

2.1 Increase the number of sites and enrolled participants for community surveillance among at-risk populations collect biological and behavioral data collection.

2.1.1 Enroll human participants from a site in Thailand where Henipavirus serology positives were identified among bats

2.1.2 Continue enrolling human participants from bat guano collection site(s) in Thailand.

2.1.3 Enroll human participants from high wildlife exposure communities, Peninsular Malaysia.

2.1.4 Enroll human participants from high wildlife exposure communities, Kinabatangan, Sabah, Malaysia

2.2 Continue to identify community sites concurrent with animal surveillance sites (Specific Aim 1).

2.3 Perform serology testing of collected human samples with optimized multiplex assays for coronaviruses, filoviruses, and paramyxoviruses (1.3.1 - 1.3.4).

2.3.1 Perform additional serological characterization using virus family-specific svNTs for positive samples

2.4 Begin epidemiological analyses of biological and behavioral data.


Specific Aim 3: Identify and characterize viral etiology of 'cryptic' outbreaks in clinical cohorts

3.1 Start enrolling participants at selected hospital/clinic sites for syndromic surveillance.

3.1.1 Continue enrolling human participants at King Chulalongkorn Memorial Hospital, Thailand

3.1.2 Enroll human participants in Sabah, Malaysia

3.1.3 Enroll human participants in Peninsular Malaysia, Malaysia

3.2 Continue to identify potential clinical cohorts and sites in the catchment of the community (Specific Aim 2) and animal surveillance (Specific Aim 1) sites.

3.3 Start serological and molecular testing on collected human samples.

3.4 Start viral characterization work if any novel viruses are identified.


Training and capacity building activities to achieve project goals

• Conduct annual field biosafety and animal surveillance training (bats, rodents, non-human primates) with lectures and

discussion as well as hands-on guidance. In situ training for in-country teams is planned in 2022 to accommodate the ease of COVID-19 travel restrictions. (1.1)
• Conduct training in enriched RNAseq protocols for coronavirus whole-genome sequencing (1.5)
• Conduct training in traditional viral whole-genome sequencing using primer walking for paramyxoviruses (1.5)
• Conduct virtual and in-person viral phylogenetic and metagenomics analysis training (1.5)
• Trial the use of the portable Oxford Nanopore MinION platform as an in-house sequencing solution in Malaysia (1.5)
• Continue training on multiplex microsphere immunoassay (MMIA) data analysis and interpretation (1.3)
• Conduct refresh training on human research regarding survey design, interview skills, and data analysis (2.1, 2.3, 3.1)

Additional activities
• Finalize the standard operating procedures (SOP) manual for emerging infectious disease research field biosafety for peer-review, publication, and broad distribution.
• Continue sharing research resources (protocols, SOPs, technologies) and results within the scientific community and local government in a timely manner.
• Organize meetings and workshops with scientists from Southeast Asia to identify common challenges and opportunities for emerging infectious disease research in the region.
• Continue supporting in-country outbreak research and response as requested.

B-2 (B23-Accomplishments_Final.pdf)

5U01AI151797                                                              PI: Daszak, Peter

The Emerging Infectious Diseases – South East Asia Research Collaboration Hub (EID-SEARCH) is a multidisciplinary research center with aims to: 1) characterize diverse coronaviruses, paramyxoviruses, filoviruses, and other viral pathogens in wildlife; 2) assess the frequency and causes of their spillover; & 3) identify viral etiologies of undiagnosed 'cryptic' outbreaks. Despite COVID-19 lockdowns and restrictions, we have fulfilled our project goals for the period of 06/01/2021 – 05/31/2022, with the following highlighted accomplishments:

## Targeted Surveillance

| | Thailand | Malaysia |
|---|---|---|
| **Animal** | | |
| No. of collected specimens | 3,862 | 14,171 |
| No. of individuals | 454 bats, 106 rodents | 2,000 bats |
| No. of species | 6 (bats), 5 (rodents) | 24 (bats) |
| No. of sites | 5 | 4 |
| No. of tested individuals | 407 | 1,332 |
| No. PCR tests for coronaviruses (CoVs), paramyxoviruses (PMVs), filoviruses (FLVs), influenza viruses (IVs) | 4,070 | 9,228 |
| Identified viruses | 1 new CoV from 3 bats; 3 known PMVs from 4 rodents; 4 new PMVs from 11 bats | 5 new CoVs from 112 bats; 4 new PMVs from 10 bats; 2 known PMVs from 2 bats |
| No. of specimen for multiplex immunoassay for FLVs and henipavirus | - | 720 (bats) |
| **Human** | | |
| No. of enrolled human participants | 56 community; 2 clinic; 59 outbreak | - |
| No. of site | 1(community), 1(clinic) | - |

- Human surveillance began during this reporting period in Thailand, but overall was delayed due to COVID-19 travel restrictions and safety concerns at community sites, and limited human resources at hospital sites. Testing of previously collected human specimens is ongoing.

## Viral Characterization

- Analysis of one complete and two near-complete whole genome sequences of a novel SARS-like betacoronavirus identified in three bat specimens collected in Thailand revealed a 91.72% nucleotide similarity to SARS-CoV-2. Phylogenetic analysis suggested that this virus is closer to pangolin CoV-GD-1 than to SARS-CoV-2; however, the RBD is more similar to that of bat-CoV RaTG13, suggesting that this new virus may also bind to mammalian ACE2 receptors. Whole-genome sequencing of other new CoVs is ongoing. (Fig. 1)



**Figure 1**. Close similarity of a newly discovered bat SARSr-CoV from Thailand to SARS-CoV-2 and relatives, including RaTG13.

- **Genome-wide CRISPR knockout screen identifies essential factor for HKU2/SADS-CoV infection.** Using a genome-wide CRISPR knockout screen, we identified placenta-associated 8 protein (PLAC8) as an essential host factor for SADS-CoV infection of human cells. Infection is prevented in PLAC8 knockouts and can be restored by transiently transfecting PLAC8 from multiple species, including human, pig, mouse, and bat. Trypsin treatment of SADS-CoV bypasses the PLAC8 dependent pathway and partially rescues SADS-CoV infection. PLAC8 is involved in both early entry and later dissemination of SADS-CoV infection and PLAC8 KO cells have: 1) delayed and reduced viral subgenomic RNA expression and 2) diminished cell-to-cell viral spreading of infected cells. These results suggest that PLAC8 **is a promising target for antiviral development for the potential pandemic SADS-CoV virus.**
- **Host Range, Transmissibility and Antigenicity of a Pangolin Coronavirus.** Using a synthetically derived infectious cDNA clone, we recovered the wildtype pangolin (Pg) CoV-GD and derivatives encoding

indicator genes. Like SARS-CoV-2, PgCoV-GD virus efficiently uses human and many other mammalian ACE2 receptors for entry, shares a similarly broad host range *in vitro*, and displays altered sensitivity to host proteases. PgCoV replicates to slightly higher to lower titers in primary human cells derived from the proximal to distal lung, respectively, and with reduced fitness compared to SARS-CoV-2. PgCoV also replicates efficiently in hamsters and could transmit via the aerosol route, but at a lower frequency than SARS-CoV2. PgCoV is efficiently neutralized by COVID-19 patient sera and many commercially available SARS-CoV-2 therapeutic antibodies, but not by human antibodies targeting the spike N-terminal domain. A pan-Sarbecovirus antibody ADG-2 and SARS-CoV-2 S2P recombinant protein vaccine protected mice in a PgCoV replication model; however, efficient PgCoV replication in primary nasal airway epithelial cells and transmission in the hamster highlights the high emergence potential of this virus. We showed that cross-neutralizing antibodies in pre-immune SARS-CoV-2 humans and the benefit of current COVID-19 countermeasures should impede its ability to emerge and spread globally in humans. **This research helps build FDA-approved therapeutic antibodies against a range of CoVs with emergence potential, and shows that FDA-approved SARS-CoV-2 vaccines also protect animals from PgCoV when challenged *in vivo*.**

## Assay Development

- We established a **multiplex surrogate virus neutralization test (sVNT) platform** that covers SARS-CoV-2 and variants of concern (Alpha, Beta, Gamma, Delta, Mu, Lambda, Omicron BA.1 and BA.2), clade-2 sarbecoviruses (BANAL-52, BANAL-263, GD-1, RaTG13, GX-P5L), clade-1 sarbecoviruses (Rs2018B, LYRa11, WIV-1, RsSHC014, Rs4231), SARS-CoV-1, and *the newly discovered bat CoV we recently sequenced from Thailand*. This assay allows for the discrimination of past SARS-CoV-2 infection from that of other sarbecoviruses in human and animal samples, which will be critical for identifying cryptic spillover of sarbecoviruses in people. It also has potential to aid in identifying the progenitor of SARS-CoV-2 in animals.
- We designed and secured the expression of **bat-CoV spike proteins for incorporation into our multiplex (multi-family) serological assay**. Specific bat-borne CoV spike proteins include bat SARSr-CoVs RaT13, ZXC21, bat MERSr-CoV PDF2180, and HKU9. These were incorporated into our 17-plex henipavirus/filovirus-focused serology assay to include SARS-CoV-2 and bat-borne CoV antigens. We also optimized an sVNT for Nipah virus and provided enough material to characterize Nipah virus IgG positive serum samples neutralizing antibodies. SOPs were revised and updated to reflect best practices that were optimized during Year 1.

## Outbreak Investigation in Thailand

- The Ministry of Public Health in Thailand requested our support for a viral diarrhea outbreak investigation in Chanthaburi province. We received samples from both Prapokklao Hospital (regional hospital) and Khlong Khut Health-Promoting hospital collected from 59 healthcare workers and students who had diarrhea during Dec. 2021-Feb. 2022. PCR test were conducted for six gastrointestinal viruses causing gastrointestinal tract infections including adenovirus, astrovirus, norovirus GI, norovirus GII, rotavirus and sapovirus. 32 samples **(54.24%)** were positive for norovirus GII. Further genomic characterization of the detected norovirus GII will be performed, allowing for comparison with noroviruses found in other provinces in Thailand.

## Research Network and Capacity Building

- To fulfill the goal of building a regional EID research and response network and capacity, we have worked with scientists and government officials from Thailand, Malaysia, Singapore, Bangladesh, Cambodia, Indonesia, Lao PDR, Myanmar, Nepal, Vietnam, USA, and Australia via meetings, workshops, training, pilot research project development, data analysis, and knowledge exchange, to strengthen research capacity and foster scientific collaborations in Southeast Asia. *(Section B.4 and B.5)*
- The collaborations under this project have generated 14 scientific articles for peer-review journals (six published, five under review/revision, three in preparation) during the reporting period, field and lab research protocols, training materials, and technologies that are shared and transferred beyond this project in the region. *(Section C.1 and C.3)*

Case 1:23-cv-01198-JMB-SJB

5U01AI151797                                                    PI: Daszak, Peter

During this reporting period, we conducted a series of trainings with EID-SEARCH project partners and in-country stakeholders in Thailand, Malaysia, and Vietnam from local government, universities, research institutes, and NGOs. These focused on biosafety, applying new technologies, and field and laboratory SOPs to strengthen in-country research capacity and improve information sharing. As travel and COVID-19 restrictions have begun to be lifted, students, postdocs, and all EID-SEARCH research staff have been provided with professional development opportunities to travel to attend conferences, workshops, and other in-person training activities. Highlighted trainings are as follows:

**June - July 2021** Biosafety training at the Molecular Zoonosis Lab in the National Wildlife Forensic Lab (NWFL) and Wildlife Health, Genetic and Forensic Laboratory (WHGFL) focusing on biosafety guidelines and all biosafety documents (lab and field SOPs, risk assessments, and safety manual) for EID-SEARCH project biosafety lab evaluation. Risk assessment training was conducted based on the WHO lab biosafety manual 4th edition was conducted for 11 Conservation Medicine and three other local NGO staff. The training was provided by Prof Stuart Blacksell of MORU, Thailand.

The Wildlife Health, Genetic and Forensic Laboratory (WHGFL) in Sabah was certified for the eighth year in a row as a BSL- 2 laboratory (July 2021), the molecular Zoonosis Laboratory at the Department of Wildlife and National Parks of Peninsular Malaysia (PERHILITAN)'s new National Wildlife Forensic Laboratory (NWFL) was certified for the fifth year in a row as a BSL-2 laboratory (September 2021), in accordance with the Biosafety in Microbiological and Biomedical Laboratories (BMBL) 6th Edition (June 2020) which is the US standard for laboratory specifications.

**June 2021** Online training among Conservation Medicine staff regarding advancement in wireless temperature monitoring in Malaysia for clinical syndromic surveillance.

**September 2021** Online biosafety training session among field team members from Conservation Medicine (Malaysia), Chulalongkorn University (Thailand) focusing on:
- Identification of health risks (disease, routes of exposure, field equipment, medical supplies, climate, trauma, etc.)
- Understanding how to mitigate risks (personal health, immuniztions, site risk analysis, personal protective equipment [selection, donning, doffing], disinfection, & disposal)
- Responding to health threats (pathogen exposure, trauma, envenomation, physical exhaustion)

**September 2021** Training of EID-SEARCH Thailand team on using Airtable to facilitate real-time project data sharing.

**September 2021** User training with standard operating procedures and safe use of biosafety cabinets among 18 members from Conservation Medicine, Universiti Malaysia Sabah, PERHILITAN, and a local NGO in Malaysia.

**October 2021** Serology data analysis training was provided to Conservation Medicine staff, Wildlife Health, Genetics and Forensic Laboratory (WHGFL), Chulalongkorn University laboratory team members on using R Studio to analyze laboratory data from multiplex microsphere immunoassay (MMIA) testing.

**November 2021** On-site lectures and hands-on training on biosafety, human safety, safe animal handling and sampling, safe sample transportation training for 3 PERHILITAN Science Officers at National Wildlife Forensic Laboratory. The objective of this training was to build capacity for those involved with the bio-surveillance of wildlife species and for them to better understand the distribution of these pathogens and train researchers on how to collect samples safely and securely in the field with a focus on biosafety and biosecurity.

Case 5:23-cv-01028-OSP Document 37-2 Filed 11/20/24

5U01AI151797                                                PI: Daszak, Peter

**November 2021** Virtual training among Conservation Medicine staff on nanopore sequencing. This training explores the functions of nanopore sequencing, a technology that enables direct, real-time analysis of long DNA or RNA fragments.

**January 2022** Room differential pressure training for three Conservation Medicine staff in Malaysia. The objective of this training was how to use manometers in a laboratory to help us monitor room pressures at PERHILITAN and Sabah Wildlife Department (SWD) laboratories.

**March 2022** Training among two PERHILITAN Science Officers on Bio-Plex/Luminex that consists of theories on lab safety, introduction to Bio-Plex and multiplex immunoassay, Bio-Plex best practices and maintenance and raw data handling, and practical training on operating the Bio-Plex machine and running the filovirus and Henipavirus multiplex immunoassay on samples collected in Malaysia.

**April 2022** On-site lectures and hands-on training to members from Oxford University Clinical Research Unit (OUCRU) and Institute of Ecology and Biological Resources (IEBR) (Vietnam) on:
- Field biosafety
- Site assessment
- Bat handling and sampling

**Regular meetings and training** on serologic testing were provided to Thailand and Malaysia partners on using surrogate virus neutralization test (sVNT) and multiplex microsphere immunoassay (MMIA) developed by EID-SEARCH partners.

# C. PRODUCTS

## C.1 PUBLICATIONS

**Are there publications or manuscripts accepted for publication in a journal or other publication (e.g., book, one-time publication, monograph) during the reporting period resulting directly from this award?**

Yes

**Publications Reported for this Reporting Period**

| Public Access Compliance | Citation |
| --- | --- |
| Complete | Edwards CE, Yount BL, Graham RL, Leist SR, Hou YJ, Dinnon KH 3rd, Sims AC, Swanstrom J, Gully K, Scobey TD, Cooley MR, Currie CG, Randell SH, Baric RS. Swine acute diarrhea syndrome coronavirus replication in primary human cells reveals potential susceptibility to infection. Proceedings of the National Academy of Sciences of the United States of America. 2020 October 27;117(43):26915-26925. PubMed PMID: 33046644; PubMed Central PMCID: PMC7604506; DOI: 10.1073/pnas.2001046117. |
| Complete | Putcharoen O, Wacharapluesadee S, Chia WN, Paitoonpong L, Tan CW, Suwanpimolkul G, Jantarabenjakul W, Ruchisrisarod C, Wanthong P, Sophonphan J, Chariyavilaskul P, Wang LF, Hemachudha T. Early detection of neutralizing antibodies against SARS-CoV-2 in COVID-19 patients in Thailand. PloS one. 2021;16(2):e0246864. PubMed PMID: 33577615; PubMed Central PMCID: PMC7880427; DOI: 10.1371/journal.pone.0246864. |
| N/A: Not Journal | Wells HL, Loh E, Nava A, Lee M, Lee J, Sukor JR, Navarrete-Macias I, Liang E, Firth C, Epstein J, Rostal M, Zambrana-Torrelio C, Murray K, Daszak P, Goldstein T, Mazet JA, Lee B, Hughes T, Durigon E, Anthony SJ. Taxonomic classification methods reveal a new subgenus in the paramyxovirus subfamily Orthoparamyxovirinae. bioRxiv [Preprint]. 2021 October 13. Available from: https://www.biorxiv.org/content/10.1101/2021.10.12.464153v1.abstract. |
| Complete | Wacharapluesadee S, Tan CW, Maneeorn P, Duengkae P, Zhu F, Joyjinda Y, Kaewpom T, Chia WN, Ampoot W, Lim BL, Worachotsueptrakun K, Chen VC, Sirichan N, Ruchisrisarod C, Rodpan A, Noradechanon K, Phaichana T, Jantarat N, Thongnumchaima B, Tu C, Crameri G, Stokes MM, Hemachudha T, Wang LF. Evidence for SARS-CoV-2 related coronaviruses circulating in bats and pangolins in Southeast Asia. Nature communications. 2021 February 9;12(1):972. PubMed PMID: 33563978; PubMed Central PMCID: PMC7873279; DOI: 10.1038/s41467-021-21240-1. |
| Complete | Esther CR Jr, Kimura KS, Mikami Y, Edwards CE, Das SR, Freeman MH, Strickland BA, Brown HM, Wessinger BC, Gupta VC, Von Wahlde K, Sheng Q, Huang LC, Bacon DR, Kimple AJ, Ceppe AS, Kato T, Pickles RJ, Randell SH, Baric RS, Turner JH, Boucher RC. Pharmacokinetic-based failure of a detergent virucidal for SARS-COV-2 nasal infections. Research square. 2021 May 14. PubMed PMID: 34013253; PubMed Central PMCID: PMC8132247; DOI: 10.21203/rs.3.rs-500168/v1. |
| Complete | Wacharapluesadee S, Ghai S, Duengkae P, Manee-Orn P, Thanapongtharm W, Saraya AW, Yingsakmongkon S, Joyjinda Y, Suradhat S, Ampoot W, Nuansrichay B, Kaewpom T, Tantilertcharoen R, Rodpan A, Wongsathapornchai K, Ponpinit T, Buathong R, Bunprakob S, Damrongwatanapokin S, Ruchiseesarod C, Petcharat S, Kalpravidh W, Olival KJ, Stokes MM, Hemachudha T. Two decades of one health surveillance of Nipah virus in Thailand. One health outlook. 2021 July 5;3(1):12. PubMed PMID: 34218820; PubMed Central PMCID: PMC8255096; DOI: 10.1186/s42522-021-00044-9. |
| Complete | Sánchez CA, Li H, Phelps KL, Zambrana-Torrelio C, Wang LF, Olival KJ, Daszak P. A strategy |

| | |
|---|---|
| | to assess spillover risk of bat SARS-related coronaviruses in Southeast Asia. medRxiv : the preprint server for health sciences. 2021 September 14. PubMed PMID: 34545371; PubMed Central PMCID: PMC8452109; DOI: 10.1101/2021.09.09.21263359. |
| Complete | Carlson CJ, Farrell MJ, Grange Z, Han BA, Mollentze N, Phelan AL, Rasmussen AL, Albery GF, Bett B, Brett-Major DM, Cohen LE, Dallas T, Eskew EA, Fagre AC, Forbes KM, Gibb R, Halabi S, Hammer CC, Katz R, Kindrachuk J, Muylaert RL, Nutter FB, Ogola J, Olival KJ, Rourke M, Ryan SJ, Ross N, Seifert SN, Sironen T, Standley CJ, Taylor K, Venter M, Webala PW. The future of zoonotic risk prediction. Philosophical transactions of the Royal Society of London. Series B, Biological sciences. 2021 November 8;376(1837):20200358. PubMed PMID: 34538140; PubMed Central PMCID: PMC8450624; DOI: 10.1098/rstb.2020.0358. |
| Complete | Phumee A, Wacharapluesadee S, Petcharat S, Siriyasatien P. A new cluster of rhabdovirus detected in field-caught sand flies (Diptera: Psychodidae: Phlebotominae) collected from southern Thailand. Parasites & vectors. 2021 November 8;14(1):569. PubMed PMID: 34749797; PubMed Central PMCID: PMC8576998; DOI: 10.1186/s13071-021-05047-z. |
| Complete | Hunsawong T, Fernandez S, Buathong R, Khadthasrima N, Rungrojchareonkit K, Lohachanakul J, Suthangkornkul R, Tayong K, Huang AT, Klungthong C, Chinnawirotpisan P, Poolpanichupatam Y, Jones AR, Lombardini ED, Wacharapluesadee S, Putcharoen O. Limited and Short-Lasting Virus Neutralizing Titers Induced by Inactivated SARS-CoV-2 Vaccine. Emerging infectious diseases. 2021 December;27(12):3178-3180. PubMed PMID: 34559045; PubMed Central PMCID: PMC8632161; DOI: 10.3201/eid2712.211772. |
| Complete | Becker J, Stanifer ML, Leist SR, Stolp B, Maiakovska O, West A, Wiedtke E, Börner K, Ghanem A, Ambiel I, Tse LV, Fackler OT, Baric RS, Boulant S, Grimm D. Ex vivo and in vivo suppression of SARS-CoV-2 with combinatorial AAV/RNAi expression vectors. Molecular therapy : the journal of the American Society of Gene Therapy. 2022 January 14. PubMed PMID: 35038579; PubMed Central PMCID: PMC8758558; DOI: 10.1016/j.ymthe.2022.01.024. |
| In Process at NIHMS | Esther CR Jr, Kimura KS, Mikami Y, Edwards CE, Das SR, Freeman MH, Strickland BA, Brown HM, Wessinger BC, Gupta VC, Von Wahlde K, Sheng Q, Huang LC, Bacon DR, Kimple AJ, Ceppe AS, Kato T, Pickles RJ, Randell SH, Baric RS, Turner JH, Boucher RC. Pharmacokinetic-based failure of a detergent virucidal for severe acute respiratory syndrome-coronavirus-2 (SARS-CoV-2) nasal infections: A preclinical study and randomized controlled trial. International forum of allergy & rhinology. 2022 January 18. PubMed PMID: 35040594; DOI: 10.1002/alr.22975. |
| Non-Compliant | Tse LV, Meganck RM, Yount BL, Hou YJ, Munt JE, Adams LE, Dong S, Baric RS. Genome-wide CRISPR Knockout Screen Identified PLAC8 as an Essential Factor for SADS-CoVs Infection. The Proceedings of the National Academy of Sciences. Forthcoming. |

## C.2 WEBSITE(S) OR OTHER INTERNET SITE(S)

NOTHING TO REPORT

## C.3 TECHNOLOGIES OR TECHNIQUES

| Category | Explanation |
|---|---|
| Protocols | Protocols regarding surrogate virus neutralization test Tan CW, Chia WN, Qin X, Liu P, Chen MI, Tiu C, Hu Z, Chen VC, Young BE, Sia WR, Tan YJ, Foo R, Yi Y, Lye DC, Anderson DE, Wang LF. A SARS-CoV-2 surrogate virus |

|  | neutralization test based on antibody-mediated blockage of ACE2-spike protein-protein interaction. Nature Biotechnology 2020, 38: 1073-1078.<br>Tan CW, Chia WN, Young BE, Zhu F, Lim BL, Sia WR, Thein TL, Chen MIC, Leo YS, Lye D, Wang LF. Pan-sarbecovirus neutralizing antibodies in BNT162b2-immunized SARS-CoV-2 survivors. New England Journal of Medicine 2021385:1401-1406.<br>Wang LF, Tan CW, Chia WN, Zhu F, Young BE, Chantarsrisawad N, Hwa SH, Yeoh AYY, Lim BL, Yap WC, Pada SK, Tan SY, Jantarabenjakul W, Chen S, Zhang J, Mah YY, Chen V, Chen MIC, Wacharapluesadee S, Commit-Kzn Team, Putcharoen O, Lye D. Differential escape of neutralizing antibodies by SARS-CoV-2 Omicron and pre-emergent sarbecoviruses. Researchsquare 2022, doi:10.21203/rs.3-1362541/v1 (preprint). |
|---|---|
| Protocols | Field biosafety guidance<br>EID-SEARCH is developing a comprehensive field biosafety manual that provides explicit direction on protection measures in the field accounting for differences across field projects in local contexts. The areas of focus include:<br>Identification of health risks (disease, routes of exposure, field equipment, medical supplies, climate, trauma, etc.)<br>Understanding how to mitigate risks (personal health, immunizations, site risk analysis, personal protective equipment [selection, donning, doffing], disinfection, & disposal)<br>Responding to health threats (pathogen exposure, trauma, envenomation, physical exhaustion)<br>Field biosafety information is being collated for sharing in several forms of documents and media including 1) A comprehensive standard operating procedure (SOP) manual that is under internal peer-review, that will be shared broadly with the CREID network in Y3 of our project; 2) Lecture presentations with recorded voiceovers; 3) Quick reference guides for field use; 4) Video demonstrations, and 5) Web-based photo guides with descriptors. |
| Protocols | Standard protocols for the preservation of voucher bat specimens, including guidance on:<br>Circumstances in which an individual should be euthanized and preserved as a voucher specimen to confirm host species identification, document new locality information for a species, or if a new species is suspected based on the opinion of wildlife experts involved with fieldwork<br>Euthanasia methods for different taxonomic groups that are approved by the American Veterinary Medical Association<br>Preparation techniques, including "wet" (alcohol) preparation which is most appropriate under field conditions<br>Proper specimen labeling conventions and management of associated metadata |

| | Deposition of voucher specimens at in-country natural history museums<br>An expanded version is under development to include additional host taxa that is anticipated to be shared with the CREID Network. |
|---|---|

**C.4 INVENTIONS, PATENT APPLICATIONS, AND/OR LICENSES**

**Have inventions, patent applications and/or licenses resulted from the award during the reporting period?** No

**If yes, has this information been previously provided to the PHS or to the official responsible for patent matters at the grantee organization?** No

**C.5 OTHER PRODUCTS AND RESOURCE SHARING**

NOTHING TO REPORT

| | |
|---|---|
| **From:** | Hongying Li on behalf of Hongying Li <li@ecohealthalliance.org> |
| **To:** | Tom Hughes; Supaporn Wacharapluesadee; Sasiprapa Ninwattana; eric.laing_usuhs; Broder, Christopher; Baric, Ralph S; Baric, Toni C; wang linfa; Tan Chee Wah |
| **Cc:** | Boxley, Kimberly; Omotunde (Mo) Osilesi - Henry Jackson; Jennifer Jackson; Ong Xin Mei; Loh Jian Yun; Peter Daszak; Kevin Olival; Aleksei Chmura; Cadhla Firth; Parrish, Kalyn; McGlaughon, Ben; Su Yadana |
| **Subject:** | NIH EID-SEARCH Year 2 Progress Report_submitted |
| **Date:** | Sunday, April 3, 2022 11:16:43 PM |
| **Attachments:** | RPPR10427219 Y2 Annual Report As Submitted_short.pdf |

Dear All,

Attached please find a copy of the submitted Year 2 Progress Report (technical part), thank you very much for your wonderful work, and for sending updates to complete the report!

As we are approaching the end of Year 2 on May 31, we will follow up closely on the Year 2 funding expenses and invoices in the next couple of weeks.

Sincerely,
Hongying

**Hongying Li, MPH**
*Senior Program Manager & Research Scientist*

EcoHealth Alliance
520 Eighth Avenue, Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

On Mon, Feb 7, 2022 at 2:02 PM Hongying Li <li@ecohealthalliance.org> wrote:
    Dear Partners,

    The NIH Research Performance Progress Report (reporting period 06/01/2021-05/31/2022) for EID-SEARCH (No. 5U01AI151797) is due on April 1, 2022. I'm sending this email as an initial notification in case your institution needs some time to proceed and prepare a report, but the information required for this report is majorly focused on the research findings and plans, very minimal on administration unless you have any major changes on key/senior personnel.

    Attached please find a template with the different sections we would like to get updates from you as part of the report to submit. Any relevant work for each section is welcomed (don't worry about the languages or word limits), but I labeled some sections as *required where are the most important to concentrate.

    We would greatly appreciate it if you can send us updates by **March 21, 2022, Monday** so that we can have a few days to edit and combine all things together to submit.

    Please feel free to let me know if you have any questions. You will also receive reminders

from me on March 01 and March 14 if it's still too early and you're waiting for more results to include in the report. Thank you very much!!

Sincerely,
Hongying

**Hongying Li, MPH**
*Senior Program Coordinator & Research Scientist*

EcoHealth Alliance
520 Eighth Avenue,  Ste. 1200
New York, NY 10018

1.917.573.2178 (mobile)
www.ecohealthalliance.org

*EcoHealth Alliance develops science-based solutions to prevent pandemics and promote conservation.*

Disclaimer

This communication, together with any attachment, may contain confidential and/or proprietary information (including without limitation copyright material and/or other intellectual property) and is intended only for the person(s) and/or entity(ies) to whom it is addressed. If you are not the intended recipient of this communication, or if you received it in error, you should not disseminate, distribute or copy this communication and you are asked to kindly delete it and promptly notify us. Any copying, use, disclosure or distribution of any part of this communication or taking any action in reliance on the contents of this communication, unless duly authorized by or on behalf of EcoHealth Alliance, is strictly prohibited and may be unlawful.