DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:   (202) 861-5251
Facsimile:   (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:   (510) 900-9502
Facsimile:   (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>         Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>         Defendant. | Case No. 23-CV-02956-TSH<br><br>**EXHIBIT F**<br><br>***TO***<br><br>**DECLARATION OF DANIEL C. SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

USRTK v. USU (809)

Attorney Time Report

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 4/25/2023 | Rev FOIA materials, draft Complaint | 1.20 | 878.00 | $1,053.60 |
| 6/7/2023 | Rev edits, accept, emails re: same | 0.40 | 878.00 | $351.20 |
| 6/14/2023 | Email update to LR | 0.20 | 878.00 | $175.60 |
| 6/15/2023 | Emails re: filings and service | 0.30 | 878.00 | $263.40 |
| 7/5/2023 | File PHV (bill @ paralegal) | 0.30 | 239.00 | $71.70 |
| 7/19/2023 | Emails w/ Lily Rivo GFL re: notices of unavailability | 0.20 | 878.00 | $175.60 |
| 8/7/2023 | Prep and hold call w/ AUSA, notes to file, email to client | 0.70 | 878.00 | $614.60 |
| 8/7/2023 | Phone call w/ Sai (.2); emails w/ client and cocounsel re: call and extension | 0.40 | 878.00 | $351.20 |
| 8/8/2023 | Deal with ADR Certificates, bill @ paralegal | 0.10 | 239.00 | $23.90 |
| 8/23/2023 | email/call with Ekta re: case management | 0.30 | 878.00 | $263.40 |
| 8/29/2023 | Emails w/ Ekta, calls to USRTK re: search terms | 0.40 | 878.00 | $351.20 |
| 8/30/2023 | Rev emails re: motion from Ekta re: moving CMC, consider and respond | 0.20 | 878.00 | $175.60 |
| 9/1/2023 | email to USRTK re: extension | 0.10 | 878.00 | $87.80 |
| 9/5/2023 | Emails w/ team and DOJ re: modification of search terms | 0.30 | 878.00 | $263.40 |
| 9/8/2023 | Email w/ client, then email to Ekta re: search terms | 0.20 | 878.00 | $175.60 |
| 9/11/2023 | Compare answer against complaint, email re: same | 0.40 | 878.00 | $351.20 |
| 9/20/2023 | Emails w/ Ekta and team re: search terms; then emails re: possible CMO and provide examples | 0.60 | 878.00 | $526.80 |
| 9/25/2023 | Emails re: search terms and exclusion of drafts | 0.20 | 878.00 | $175.60 |
| 9/26/2023 | Emails re: CMO, rev and edit CMO, emails re: same, then back to Ekta for filing. Add'l email re: typo. | 0.50 | 878.00 | $439.00 |
| 11/28/2023 | Emails with client and AUSA re: extension, USAfx, review | 0.40 | 878.00 | $351.20 |
| 11/30/2023 | Access USAfx and download production, send to client, bill at paralegal | 0.30 | 239.00 | $71.70 |
| 12/1/2023 | Quick review of records, then email w/ USRTK re: same on review | 0.30 | 878.00 | $263.40 |
| 12/11/2023 | Email to client re: checking in | 0.20 | 878.00 | $175.60 |

1

USRTK v. USU (809)

Attorney Time Report

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 12/21/2023 | Initial review of USRTK exemption and content review notes, consider | 0.50 | 878.00 | $439.00 |
| 1/2/2024 | Check email from Ekta, check agreement, respond re: additional time | 0.20 | 878.00 | $175.60 |
| 1/2/2024 | Finish up exemption analysis and challenge list draft (2.9), emails w/ USRTK re: same (.3) | 3.20 | 878.00 | $2,809.60 |
| 1/18/2024 | Emails w/ Ekta re: setting time to talk | 0.20 | 878.00 | $175.60 |
| 1/23/2024 | Prep and participate in call w/ Ekta re: redactions (.7), research re: consultant corollary (1.0); f/u comms to client, then email to Ekta re: call (1.0) | 2.70 | 878.00 | $2,370.60 |
| 1/24/2024 | Email to Ekta re: confirmation on agreement | 0.10 | 878.00 | $87.80 |
| 2/29/2024 | Deal with failed logins and frustration, 2x emails re: same. Bill @ Paralegal rate | 0.40 | 239.00 | $95.60 |
| 3/4/2024 | Deal with downloading from USAFx Bill @ Paralegal rate. | 0.40 | 239.00 | $95.60 |
| 3/5/2024 | Phone call w/ VS (.2), check with USRTK and discuss (.3); email to VS (.1). | 0.60 | 878.00 | $526.80 |
| 3/15/2024 | Quick review on Vaughn for compliance with legal reqs, then email to client re: same | 0.50 | 878.00 | $439.00 |
| 3/19/2024 | Rev USU exemption letter, carefully evaluate new production for exemption application (1.8); legal research on consultant corollary as invoked by USU (1.3); draft letter for VS consideration (.4). | 3.50 | 878.00 | $3,073.00 |
| 4/3/2024 | Rev CMS, emails w/ Lily and Valerie | 0.30 | 878.00 | $263.40 |
| 4/30/2024 | Confer w/ USRTK, then write back to VS re: plan moving forward | 0.40 | 878.00 | $351.20 |
| 6/5/2024 | Rev case file (.1); email to LR (.1); email to VS (.1); call with USRTK (.2) | 0.50 | 878.00 | $439.00 |
| 7/8/2024 | Emails re: newest production & USAFx issue, then download. Bill @ paralegal | 0.40 | 239.00 | $95.60 |
| 7/8/2024 | Rev newest re-production for continued exemption usage | 1.70 | 878.00 | $1,492.60 |
| 7/10/2024 | Call with USRTK client rep re newest production | 0.20 | 878.00 | $175.60 |

2

USRTK v. USU (809)

Attorney Time Report

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 7/11/2024 | Email w/ VS (.1); check internal records and docket (.2); email to cocounsel re: fee and cost demand (.1) | 0.40 | 878.00 | $351.20 |
| 7/16/2024 | Emails w/ KM re: fee and cost needs (.1); rev initial timesheet (.2) | 0.30 | 878.00 | $263.40 |
| 7/17/2024 | Prepare fee and cost demand, review GFL timesheets | 0.80 | 878.00 | $702.40 |
| 7/22/2024 | Final review of demand, then finalize and send | 0.50 | 878.00 | $439.00 |
| 8/21/2024 | prep for meeting, then try calling/emailing VS after no show | 0.30 | 878.00 | $263.40 |
| 8/27/2024 | Respond to VS re: fees | 0.10 | 878.00 | $87.80 |
| 9/5/2024 | Check docket (.1); emails re: status report and delays | 0.40 | 878.00 | $351.20 |
| 9/26/2024 | Rev email from VS, email to cocounsel re: same | 0.20 | 878.00 | $175.60 |
| 10/1/2024 | Rev USU counterproposal in detail (.5); legal research re: same (.2); draft proposed response (.9); add'l legal research (.7) | 2.30 | 878.00 | $2,019.40 |
| 10/1/2024 | Rev emails from local counsel, finalize and serve response | 0.20 | 878.00 | $175.60 |
| 10/9/2024 | Rev email from VS, respond on fees | 0.30 | 878.00 | $263.40 |
| 10/23/2024 | Emails with LR (.1); edit message and send to VS (.3) | 0.40 | 878.00 | $351.20 |
| 11/1/2024 | Email to VS re: settlement | 0.20 | 878.00 | $175.60 |
| 11/4/2024 | Emails w/ Lily and Rachel, then call w/ Rachel (.4); emails back to Valerie (.2) | 0.60 | 878.00 | $526.80 |
| 11/5/2024 | Rev USU Rule 68 offer, consider (.2); research re: same (.4); respond to VS (.2); email to team (.1) | 0.90 | 878.00 | $790.20 |
| 11/6/2024 | Add'l legal research on Rule 68 offers of judgment, motions to strike | 1.00 | 878.00 | $878.00 |
| 11/6/2024 | Call re: legal strategy for petition | 0.20 | 878.00 | $175.60 |
| 11/6/2024 | Call with potential expert on fees and costs strategy (.6); f/u with team and USRTK (.3) | 0.90 | 878.00 | $790.20 |
| 11/7/2024 | Assemble relevant docs for experts (.4); draft expert services agreement (.4) | 0.80 | 878.00 | $702.40 |
| 11/21/2024 | Email to GR re: upcoming fee petition and needs, risks, outcomes | 0.30 | 878.00 | $263.40 |
| 11/22/2024 | Transmit relevant USU records to experts, bill at paralegal | 0.40 | 239.00 | $95.60 |
| 11/25/2024 | Confer w/ Lily on fee petition strategy and timing | 0.30 | 878.00 | $263.40 |

USRTK v. USU (809)

Attorney Time Report

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 11/27/2024 | Phone conferral with GFL re: litigation on fees and costs, planning, experts | 1.00 | 878.00 | $878.00 |
| 12/3/2024 | Research on hourly rates (.7); emails to GR (.1) email to Dave Bahr (.1); email to GFL (.1) | 1.00 | 878.00 | $878.00 |
| 12/4/2024 | Emails w/ team re: scheduling (.2); email w/ Kathy re: updated timesheet | 0.30 | 878.00 | $263.40 |
| 12/5/2024 | Rev GR declaration, consider (.4); update and edit declaration w/ exhibits (2.0); emails re: same with GR (.4); begin work on DS decl (.7) | 3.50 | 878.00 | $3,073.00 |
| 12/6/2024 | Rev email re: potential conferral, email to GR re: same | 0.20 | 878.00 | $175.60 |
| 12/6/2024 | Continue work on DCS declaration (2.7); calls/emails re: fee petition, f/u re: call with Rachel (.5) | 3.20 | 878.00 | $2,809.60 |
| 12/9/2024 | Wrap up DCS declaration (1.0); update billing records (.7); email to team re: same (.2) | 1.90 | 878.00 | $1,668.20 |
| 12/10/2024 | Begin work on fees and costs motion - drafting, editing, refining (4.2); legal resarch re: same - eligibility, entitlement, update case law (2.3) | 6.50 | 878.00 | $5,707.00 |
| 12/11/2024 | Continue work on drafting fee motion (1.7), legal resarch re: change of agency position re: exemptions (.5) | 2.20 | 878.00 | $1,931.60 |
| 12/16/2024 | Rev edits from RD on fee motion, more work on same (.4); email re: same (.2); email to DB re declaration and review response (.3); email re: Drury decl (.1) | 1.00 | 878.00 | $878.00 |
| 12/18/2024 | Rev voicemail, rev email, then corres w/ RD re: USU attempt to settle on even of motion practice, incurred costs | 0.20 | 878.00 | $175.60 |
| 12/18/2024 | Assemble and prep exhibits for DCS declaration | 1.50 | 239.00 | $358.50 |
| 12/18/2024 | Finish last sections of fee motion and incorporate expert fee declarations (2.5); rev expert decls (.5); update DS decl and timesheet (.3); multiple emails w/ team re: same (.2) | 3.50 | 878.00 | $3,073.00 |
| 12/18/2024 | Review and update timesheets in preparation of filing | 1.00 | 239.00 | $239.00 |

USRTK v. USU (809)
Attorney Time Report

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| | **Subtotal, D. Snyder** | 60.60 | | $52,071.20 |
| | **Billing Discretion: 10% "haircut"** | | | $5,207.12 |
| | **Total** | | | $46,864.08 |
| | | | | |
| 8/7/2023 | Prepare ADR Certificate for filing; e-file | 0.30 | 239.00 | $71.70 |
| | **Subtotal, paralegal time** | 0.30 | | $71.70 |
| | | | | |
| | Total Public Justice Award | | | $46,935.78 |

5