1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
          450 Golden Gate Avenue
5         San Francisco, California 94102-3495
          Telephone: (415) 436-6985
6         Fax: (415) 436-6748
          Valerie.smith2@usdoj.gov
7
   Attorneys for Defendant
8  United States Department of Defense,
   Uniformed Services University of the Health Sciences
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   US RIGHT TO KNOW,                    )  CASE NO. 23-CV-02956-TSH
14                                      )
          Plaintiff,                    )  **STIPULATION AND [PROPOSED] ORDER**
15                                      )
       v.                               )
16                                      )
   UNITED STATES DEPARTMENT OF          )
17 DEFENSE, UNIFORMED SERVICES          )
   UNIVERSITY OF THE HEALTH SCIENCES,   )
18                                      )
                                        )
19        Defendant.                    )
                                        )
20

STATUS REPORT AND [PROPOSED] ORDER
23-CV-2956 TSH

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to two-week extension of time for defendant to respond to Plaintiff's motion for attorney's fees and a corresponding continuance of Plaintiff's time to file a reply brief. To that end, the Parties submit the following briefing schedule.

- Defendant's Response Due: February 7, 2025
- Plaintiff's Reply, if any due: March 7, 2025

DATED:  January 27, 2025                    Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 /s/ Valerie E. Smith[1]
VALERIE E. SMITH
Assistant United States Attorney
*Attorney for Defendant*

/s/ Lily A. Rivo
LILY A. RIVO
GREENFIRE LAW PC
Rachel S. Doughty
Richard A. Brody

*Attorneys for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STATUS REPORT AND [PROPOSED] ORDER
23-CV-2956 TSH

**[PROPOSED] ORDER**

The following briefing schedule is HEREBY ORDERED:

- Defendant's Response Due: February 7, 2025
- Plaintiff's Reply, if any due: March 7, 2025

IT IS SO ORDERED.

Dated: _____, 2025

_____
THOMAS S. HIXON
United States Magistrate Judge