ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | CASE NO. 23-CV-02956-TSH<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER** |

STATUS REPORT AND [PROPOSED] ORDER
23-CV-2956 TSH

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby STIPULATE to two-week extension of time for defendant to respond to Plaintiff's motion for attorney's fees and a corresponding continuance of Plaintiff's time to file a reply brief. To that end, the Parties submit the following briefing schedule.

- Defendant's Response Due: February 18, 2025
- Plaintiff's Reply, if any due: March 7, 2025

DATED: January 29, 2025

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

 */s/ Valerie E. Smith*[1]
VALERIE E. SMITH
Assistant United States Attorney
*Attorney for Defendant*

*/s/ Lily A. Rivo*
LILY A. RIVO
GREENFIRE LAW PC
Rachel S. Doughty
Richard A. Brody

*Attorneys for Plaintiff*

 */s/ Daniel C. Snyder*
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STATUS REPORT AND [PROPOSED] ORDER
23-CV-2956 TSH

**[PROPOSED] ORDER**

The following briefing schedule is HEREBY ORDERED:

- Defendant's Response Due: February 18, 2025
- Plaintiff's Reply, if any due: March 7, 2025

IT IS SO ORDERED.

Dated: _____, 2025

_____
THOMAS S. HIXON
United States Magistrate Judge