ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    valerie.smith2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | Case No. 23-cv-02956-TSH |
| Plaintiff, | **DECLARATION OF VALERIE E. SMITH** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, I, **Valerie E. Smith**, hereby declare and state as follows:

1. I am an Assistant United States Attorney and represent the Defendant in the above captioned matter. I am a member in good standing of the State Bar of New York and the bar of this Court. The matters stated in this declaration are true of my own knowledge, and if necessary, I could and would competently testify to them.

2. On January 27, 2025, I emailed Plaintiff to inform them that new agency counsel was assigned to this matter and as such requested two weeks to get caught-up on the matter in order to meaningfully review and respond to Plaintiff's Motion for Attorneys' Fees. Specifically, I requested that the briefing schedule be extended from February 3, 2025 to February 17, 2025 and that Plaintiff's Reply date correspondingly be continued to March 3, 2025.

DECLARATION OF VALERIE E. SMITH
CASE NO. 23-CV-2956-TSH                1

3. That same day, Plaintiff consented via email to the February 17, 2025, deadline for Defendant to respond to the pending motion and requested that Plaintiff's deadline to Reply be continued to March 7, 2025, due to a scheduling conflict.

4. Following consent, I provided Plaintiff with a draft stipulation for their review and approval.

5. On January 27, 2025, Plaintiff consented to the filing of the draft stipulation.

6. On January 28, 2025, I noticed a typographical error in the stipulation which mistakenly requested an extension of Defendant's time to respond to February 7, 2025, instead of the correct date of February 17, 2025.

7. That same day, I notified Plaintiff of the error via email and provided Plaintiff with a draft of the amended stipulation for their review and approval. I subsequently noted that February 17, 2025 is a federal holiday and requested that Defendant's deadline to respond to the pending motion be continued to February 18, 2025.

8. On January 29, 2025, Plaintiff consented to the filing of the amended stipulation noting Defendant's deadline to respond to the Motion for Attorneys' Fees as February 18, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January of 2025, in San Francisco, California.

>*/s/ Valerie E. Smith*
> VALERIE E. SMITH