UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STSTATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | ) No. 3:23-cv-02956-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF KEITH VAN NOSTRAND**

   1. My name is Keith Van Nostrand. I am a Program Administrative Specialist at the Uniformed University of the Health Sciences. I am currently serving as the university's only Freedom of Information Act (FOIA) officer.

   2. While conducting a review of this request, I reviewed over 11,000 documents, most of which were duplicate email messages that had to be reviewed, cross referenced, an ultimately weeded out prior to redaction and submission.

   3. The university has a large backlog of FOIA requests because we only have one FOIA officer and the Privacy Act officer transferred to another agency in 2024. There are no support staff. In a typical year, I complete 10-15 FOIA requests, depending on the size of the requests along with my other duties. We receive ~15–25 requests on average annually, which results in a constant backlog. I am currently operating with a backlog of 17 open FOIA requests, with more coming in regularly.

   4. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2/18/25_____

*Keith Van Nostrand*
_____
KEITH VAN NOSTRAND
FOIA Officer
Program Administrative Specialist
Uniformed Services University of the Health Sciences