1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  VALERIE E. SMITH (NYRN 5112164)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6985
6       FAX: (415) 436-6478
        Valerie.smith2@usdoj.gov
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 | US RIGHT TO KNOW,                          ) CASE NO. 23-cv-2956-TSH
                                                )
13 |     Plaintiff,                             ) **DECLARATION OF VALERIE E. SMITH IN**
                                                ) **SUPPORT OF DEFENDANTS' OPPOSITION**
14 |  v.                                        ) **TO MOTION FOR ATTORNEYS' FEES**
                                                )
15 | UNITED STATES DEPARTMENT OF                )
   | DEFENSE, UNIFORMED SERVICES                )
16 | UNIVERSITY OF THE HEALTH SCIENCES,         )
                                                )
17 |     Defendant.                             )

18

19

20

21      I, **Valerie E. Smith**, an attorney duly admitted to practice in the States of New York and California

22 and in the United States District Court for the Northern District of California, declares, pursuant to 28

23 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

24      I am an Assistant United States Attorney in the United States Attorney's Office for the Northern

25 District of California, and attorney for the Defendants. As such, I am familiar with the facts and

26 circumstances stated below. I submit this declaration in support of Defendants' Opposition to Plaintiff's

27 Motion for Attorneys' Fees.

28

1. On June 15, 2023, Plaintiff filed the Complaint in this matter seeking relief pursuant to FOIA. Dkt. No. 1.

2. Specifically, Plaintiff sought documents responsive to a FOIA request dated January 11, 2021. Dkt. No. 1-2.

3. On August 8, 2023, Defendant filed a stipulation continuing the time to respond to the Complaint. Dkt. No. 15.

4. Initially, the parties met and conferred regarding the Defendants' FOIA production on August 23, 2023, and August 29, 2023, and numerous times via email and agreed to continue the case management deadlines so that the parties could continue to negotiate the production of documents responsive to Plaintiff's FOIA request. Dkt. No. 20 at 2.

5. On September 11, 2023, Defendants submitted an Answer to the Complaint. Dkt. No. 22.

6. On September 26, 2023, the parties agreed that a production of responsive records would be made within 60 days. Dkt. No. 23, ¶ 4.

7. Defendants completed the review and release of the documents on November 29, 2023. Plaintiff provided their list of objections on January 3, 2024. The parties consented to these short extensions of time.

8. On approximately January 29, 2024, the parties met and conferred regarding Plaintiff's challenges to the withholdings.

9. On February 28, 2024, and February 29, 2024, Defendants made a subsequent production.

10. On March 5, 2024, the Parties met and conferred regarding the production and Plaintiff's request for an explanation of the basis of the withholdings.

11. On March 14, 2024, Defendants provided Plaintiff with additional information related to the withholdings.

12. On March 19, 2024, Plaintiff responded, outlining challenges to Defendants' withholdings.

13. On March 25, 2024, the Defendants responded.

14. On April 30, 2024, the parties negotiated a schedule to provide Defendants until July 3, 2024, to review the challenged withholdings and to produce any voluntary revisions to the withholdings. Dkt. No. 27.

**15.** On July 3, 2024, Defendants made a subsequent production of the documents responsive to the FOIA request totaling 675 files.

**16.** On July 8, 2024, Plaintiff's counsel informed that their token to access the production via electronic means had expired. That same day, access to Plaintiff's counsel was restored.

**17.** On July 11, 2024, Plaintiff's counsel informed that the merits of the FOIA claim had been resolved and Plaintiff did not challenge the remaining withholdings contained in Defendants' final production made on July 3, 2024.

**18.** Throughout the litigation, Defendants worked with Plaintiff to address any concern Plaintiff may have had related to the withholdings on a timetable that Plaintiff agreed with. *See* Dkt. No. 20, 23.

**19.** The Defendants proactively engaged in meet-and-confer discussions to resolve the merits of the underlying FOIA litigation, and it resulted in a production subject to appropriate exemptions that Plaintiff did not challenge in Court.

**20.** In total, the parties were able to resolve the merits of the FOIA litigation within six months of receiving a list of challenges from Plaintiff on January 3, 2024.

**21.** The continued line of communication and meet and confers demonstrate that the Defendants' made efforts to resolve the FOIA request as expeditiously as possible while battling a constraint on resources.

**22.** Annexed as Exhibit "A" are true and accurate copies of Plaintiff's billing records for Greenfire Law and Daniel Snyder for time billed related to litigating the merits of the FOIA complaint.

**23.** Annexed as Exhibit "B" are true and accurate copies of Plaintiff's billing records for Greenfire Law and Daniel Snyder for time billed up to and including November 5, 2024, when Defendants issued the Offer of Judgment pursuant to Fed. R. Civ. P. 68.

**24.** Annexed as Exhibit "C" are true and accurate copies of Plaintiff's billing records for Greenfire Law and Daniel Snyder for time billed after Defendants issued the Offer of Judgment pursuant to Fed. R. Civ. P. 68 on November 5, 2024.

**25.** Annexed as Exhibit "D" are true and accurate copies of Plaintiff's billing records for Greenfire Law and Daniel Snyder for time billed negotiating and litigating the issue of Attorneys' fees.

26. Annexed as Exhibit "E" is a true and accurate copies of the Offer of Judgment made pursuant to Fed. R. Civ. P. 68 on November 5, 2024.

DATED: San Francisco, California
February 18, 2025

                                                  Respectfully Submitted,

                                                  PATRICK D. ROBBINS
                                                  Acting United States Attorney

                                                  */s/ Valerie E. Smith*
                                                  VALERIE E. SMITH
                                                  Assistant United States Attorney
                                                  Attorney for Defendant