| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 5/22/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re revisions to draft USRTK USU complaint |
| 5/22/23 | 0.7 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re USTRK matters generally and plan for drafting new USU complaint |
| 5/22/23 | 0.7 | | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft USRTK complaint in USU matter |
| 5/22/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meet with CB and review Complaint in USU Matter |
| 5/22/23 | 0.7 | | 0.7 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meeting with CB re drafting complaint under FOIA for USRTK USU Matter |
| 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with CB re final edits to complaint |
| 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re final edits to complaint |
| 5/24/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create matter; migrate activities into the same |
| 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Email CORR with RSD and LR re review of complaint |
| 5/24/23 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review LR's final version of USU complaint in redline |
| 5/24/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Review USRTK USU Complaint; assess fee waiver issue; flag for discussion with CB |
| 6/5/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Communicate with Dan re status of complaint edits |
| 6/6/23 | 0 | | 0 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Email final complaint to DS |
| 6/6/23 | 0.20 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Prepare complaint |
| 6/7/23 | 0.1 | | 0.1 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Email to DS and find corporate disclosure statement example, create task to complete all filings early next week. |
| 6/9/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft corporate disclosure statement for filing next week |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 6/9/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review final edits to complaint from DS and save to file |
| 6/13/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Prepare pleadings to file |
| 6/15/23 | 1.2 | 70.00% | 0.36 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Complete all initial case filings |
| 6/18/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar Deadline for Consent to Proceed Before Magistrate Judge |
| 6/22/23 | 0.2 | | 0.2 | A102 Research L210 Pleadings | L210 Pleadings | Confirm 90 day limit to serve documents in USRTK cases per FRCP Rule 4(m) |
| 7/3/23 | 0.10 | 100.00% | 0.0 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Confer w/ staff re service of process |
| 7/5/23 | 0.10 | 100.00% | 0.0 | A110 Manage data/files P280 Other | P280 Other | Review Order granting PHV application and docket internally |
| 7/5/23 | 0.2 | 70.00% | 0.06 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Update all deadlines per CMC and calendar |
| 7/7/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Incorporate recently docketed files for service packets |
| 7/10/23 | 0.9 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Assist NF with SOP |
| 7/10/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding SOP to go out today |
| 7/10/23 | 1.8 | | 1.8 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Prepare service packets w LR, print labels, research signature required vs. certified mail on stams.com prepare envelopes. |
| 7/13/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Assign matter to each USPS certified mail service packet sent before forwarding receipt to Admin |
| 7/14/23 | 1 | 100.00% | 0 | A101 Plan and prepare for L140 Document/File Management | L140 Document/File Management | Check USPS web for certified delivery verification |
| 7/14/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding filing POS for Summons |
| 7/14/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Make sure service accomplished and direct staff re POS of process |
| 7/17/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Check SOP packets created by NF and update |
| 7/18/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Assign NF task of checking SOP today and updating proof of service; filing with the court |
| 7/18/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Confirm tracking of USPS for POS |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 7/18/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Task deadline for LR an self to submit summons POS per complaint |
| 7/18/23 | 0.2 | 50.00% | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update POS for Summons issued per LR email |
| 7/19/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create service packet and POS tracking sheet |
| 7/24/23 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review file, note delivery to USU Dept of Defense |
| 7/25/23 | 0.7 | | 0.7 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download USPS service tracking and assemble POS of Summons for AG, DIA and USAO and Pentagon |
| 7/25/23 | 0.2 | | 0.2 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review documents, confirm POS ready for all defendants as created by NF |
| 7/25/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per DS filing Notice of Unavailability of Counsel |
| 7/26/23 | 0.9 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Assist NF with filing SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; note the blurb in former USRTK per FOIA statute |
| 7/26/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Calculate dates per FRCP 12(a)(2) and confirm with RD. Updated POS to reflect rule and as in former USRTK filing per FOIA statute |
| 7/26/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Call clerk of the court to modify date for Answer deadline form USU as filling did not indicate FOIA filing |
| 7/26/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer with ND and LR re ECF Filing of Proof of Service of Summons |
| 7/26/23 | 0.3 | 50.00% | 0.15 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File Service of Process with cert mail confirmation |
| 7/27/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Notify attys of docket updates and tasking completed and request tasking review |
| 7/27/23 | 0.6 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per service emails and task deadlines for answer form DIA, USAO, AG and office of the Secretary, The Pentagon |
| 7/27/23 | 0.1 | 100.00% | 0 | | | Update matter dashboard with case no |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 7/31/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | File SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; make note of the blurb in former USRTK per FOIA statute |
| 8/8/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert. |
| 8/14/23 | 0.4 | | 0.4 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Review docket, stipulation and correspondence. Email opposing counsel regarding returned service packet. |
| 8/14/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review returned service packet to USU (Dept of Science). Check docket regarding defendant's deadline to answer. |
| 8/16/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert. |
| 8/17/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket DKT 018 Consent to Mag. Judge |
| 8/23/23 | 0.2 | 100.00% | 0 | | | Enter OC and former OC in Clio contacts and link to matter |
| 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication between DS and USU regarding proposed search terms |
| 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication btwn USU and DS; note proposed search terms |
| 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review DS email to opposing counsel regarding case management proposal |
| 8/24/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review deadlines, calendar and docket |
| 8/25/23 | 0.1 | 100.00% | 0 | | | Confer with ND re POS changes |
| 8/28/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Add Magistrate Judge to Contacts |
| 8/28/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review docketing, file, and upcoming deadlines, calendar accordingly |
| 8/29/23 | 0.1 | 100.00% | 0 | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review correspondence regarding search parameters and September 7 deadline |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 8/30/23 | 0.4 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download, docket and calendar new CMC and new deadline to file CMC Statement |
| 9/12/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and notify attys |
| 9/21/23 | 0.1 | 70.00% | 0.03 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Confirm upcoming deadlines for CMC and CMCS in October, email DW to inquire as to adding this as a task |
| 9/21/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Correct task entry and reply to LR's email |
| 9/21/23 | 0.2 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review the email exchange between DS and USU; particularly note the strategy to propose production and conferral process |
| 9/26/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review correspondence with client regarding stipulation and potential government shutdown, resulting stay |
| 9/26/23 | 0.2 | 50.00% | 0.1 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review draft stipulation and correspondence from USU; DS comments and exchange with client |
| 9/26/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review stipulation, exchange email with DS regarding proposed edits to stip |
| 9/26/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and notify attys |
| 9/28/23 | 0.6 | 100.00% | 0 | | | Download, docket and calendar new deadlines per Order granting stipulation |
| 11/28/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from agency regarding production, delay and communication btwn FOIA officer and client |
| 12/19/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence between agency and DS regarding client review of docus |
| 1/23/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review DS correspondence to USU regarding summary of conversation; status of case |
| 3/12/24 | 0.1 | 50.00% | 0.05 | A101 Plan and prepare for L120 Analysis/Strategy | L120 Analysis/Strategy | Review docket for upcoming deadline and discussion RSD |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 3/13/24 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar joint status report and associated deadlines |
| 3/15/24 | 0.3 | 100.00% | 0 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review transmittal from Agency and DS communications regarding exemptions, Vaughn Index |
| 3/28/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review exchanged emails concerning joint status report, extension |
| 4/3/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review co counsel communication with Agency counsel regarding stipulation |
| 4/3/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review docketed stipulation, proposed order to continue |
| 4/3/24 | 0.3 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review stipulation to continue, correspondence regarding Vaughn index, propose edits for DS/co-counsel review |
| 4/9/24 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Calendar Order extending deadline to file J. Status Report and notify atty of typo |
| 4/9/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with DS after reviewing Order granting stipulation |
| 4/30/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence from DS to USAO r filing deadlines and redaction review |
| 6/4/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Exchange email with DS regarding upcoming status report |
| 6/5/24 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review joint status statement and provide counsel permission to file |
| 6/5/24 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update dkt Per Stip to Continue Deadline for Status Report [proposed order] |
| 6/7/24 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, file and calendar with new Status Report deadline |
| 6/11/24 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, manage calendar deadlines and tasks |
| 6/12/24 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review matter to assess upcoming deadline |
| 7/3/24 | 0.1 | | 0.1 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review correspondence from Agency transmitting production |

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 4/25/2023 | Rev FOIA materials, draft Complaint | 1.20 | 878.00 | $1,053.60 |
| 6/7/2023 | Rev edits, accept, emails re: same | 0.40 | 878.00 | $351.20 |
| 6/14/2023 | Email update to LR | 0.20 | 878.00 | $175.60 |
| 6/15/2023 | Emails re: filings and service | 0.30 | 878.00 | $263.40 |
| 7/5/2023 | File PHV (bill @ paralegal) | 0.30 | 239.00 | $71.70 |
| 7/19/2023 | Emails w/ Lily Rivo GFL re: notices of unavailability | 0.20 | 878.00 | $175.60 |
| 8/7/2023 | Prep and hold call w/ AUSA, notes to file, email to client | 0.70 | 878.00 | $614.60 |
| 8/7/2023 | Phone call w/ Sai (.2); emails w/ client and cocounsel re: call and extension | 0.40 | 878.00 | $351.20 |
| 8/8/2023 | Deal with ADR Certificates, bill @ paralegal | 0.10 | 239.00 | $23.90 |
| 8/23/2023 | email/call with Ekta re: case management | 0.30 | 878.00 | $263.40 |
| 8/29/2023 | Emails w/ Ekta, calls to USRTK re: search terms | 0.40 | 878.00 | $351.20 |
| 8/30/2023 | Rev emails re: motion from Ekta re: moving CMC, consider and respond | 0.20 | 878.00 | $175.60 |
| 9/1/2023 | email to USRTK re: extension | 0.10 | 878.00 | $87.80 |
| 9/5/2023 | Emails w/ team and DOJ re: modification of search terms | 0.30 | 878.00 | $263.40 |
| 9/8/2023 | Email w/ client, then email to Ekta re: search terms | 0.20 | 878.00 | $175.60 |
| 9/11/2023 | Compare answer against complaint, email re: same | 0.40 | 878.00 | $351.20 |
| 9/20/2023 | Emails w/ Ekta and team re: search terms; then emails re: possible CMO and provide examples | 0.60 | 878.00 | $526.80 |
| 9/25/2023 | Emails re: search terms and exclusion of drafts | 0.20 | 878.00 | $175.60 |
| 9/26/2023 | Emails re: CMO, rev and edit CMO, emails re: same, then back to Ekta for filing. Add'l email re: typo. | 0.50 | 878.00 | $439.00 |
| 11/28/2023 | Emails with client and AUSA re: extension, USAfx, review | 0.40 | 878.00 | $351.20 |
| 11/30/2023 | Access USAfx and download production, send to client, bill at paralegal | 0.30 | 239.00 | $71.70 |
| 12/1/2023 | Quick review of records, then email w/ USRTK re: same on review | 0.30 | 878.00 | $263.40 |
| 12/11/2023 | Email to client re: checking in | 0.20 | 878.00 | $175.60 |

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 12/21/2023 | Initial review of USRTK exemption and content review notes, consider | 0.50 | 878.00 | $439.00 |
| 1/2/2024 | Check email from Ekta, check agreement, respond re: additional time | 0.20 | 878.00 | $175.60 |
| 1/2/2024 | Finish up exemption analysis and challenge list draft (2.9), emails w/ USRTK re: same (.3) | 3.20 | 878.00 | $2,809.60 |
| 1/18/2024 | Emails w/ Ekta re: setting time to talk | 0.20 | 878.00 | $175.60 |
| 1/23/2024 | Prep and participate in call w/ Ekta re: redactions (.7), research re: consultant corollary (1.0); f/u comms to client, then email to Ekta re: call (1.0) | 2.70 | 878.00 | $2,370.60 |
| 1/24/2024 | Email to Ekta re: confirmation on agreement | 0.10 | 878.00 | $87.80 |
| 2/29/2024 | Deal with failed logins and frustration, 2x emails re: same. Bill @ Paralegal rate | 0.40 | 239.00 | $95.60 |
| 3/4/2024 | Deal with downloading from USAFx  Bill @ Paralegal rate. | 0.40 | 239.00 | $95.60 |
| 3/5/2024 | Phone call w/ VS (.2), check with USRTK and discuss (.3); email to VS (.1). | 0.60 | 878.00 | $526.80 |
| 3/15/2024 | Quick review on Vaughn for compliance with legal reqs, then email to client re: same | 0.50 | 878.00 | $439.00 |
| 3/19/2024 | Rev USU exemption letter, carefully evaluate new production for exemption application (1.8); legal research on consultant corollary as invoked by USU (1.3); draft letter for VS consideration (.4). | 3.50 | 878.00 | $3,073.00 |
| 4/3/2024 | Rev CMS, emails w/ Lily and Valerie | 0.30 | 878.00 | $263.40 |
| 4/30/2024 | Confer w/ USRTK, then write back to VS re: plan moving forward | 0.40 | 878.00 | $351.20 |
| 6/5/2024 | Rev case file (.1); email to LR (.1); email to VS (.1); call with USRTK (.2) | 0.50 | 878.00 | $439.00 |
| 7/8/2024 | Emails re: newest production & USAFx issue, then download. Bill @ paralegal | 0.40 | 239.00 | $95.60 |
| 7/8/2024 | Rev newest re-production for continued exemption usage | 1.70 | 878.00 | $1,492.60 |
| 7/10/2024 | Call with USRTK client rep re newest production | 0.20 | 878.00 | $175.60 |