| Date | Hours | % | Hours | Activity | Task | Description |
|---|---|---|---|---|---|---|
| 11/6/24 | 0.6 | | 0.6 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Begin drafting Drury Declaration ISO Fees Motion |
| 11/6/24 | 0.10 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding briefing fees; strategy |
| 11/6/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding briefing fees; strategy |
| 11/6/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Email CORR w/ expert re fees decl. |
| 11/6/24 | 0.10 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion |
| 11/6/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence between DS and RSD regarding fees and costs motion |
| 11/6/24 | 0.2 | | 0.2 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review Story of Stuff FOIA fees motion in preparation for drafting fee motion and Drury declaration |
| 11/6/24 | 0.2 | 100.00% | 0 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Review tasks and calendar; update calendar for hearing; email to LR |
| 11/7/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ D. Bahr re fee motion strategy |
| 11/7/24 | 1.2 | | 1.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue preparing draft content of Drury declaration per his direction |
| 11/7/24 | 0.20 | | 0.2 | A104 Review/analyze L130 Experts/Consultants | L130 Experts/Consultants | Discuss fees awards with David Bahr |
| 11/7/24 | 0.3 | 0.00% | 0.3 | A103 Draft/revise L140 Document/File Management | L140 Document/File Management | Draft declaration frame for LR |
| 11/12/24 | 0.4 | | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting R. Drury declaration ISO Plaintiffs' motion for attorneys' fees |
| 11/12/24 | 0.3 | | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Draft settlement chart |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 11/12/24 | 0.4 | 100.00% | 0 | A103 Draft/revise L140 Document/File Management | L140 Document/File Management | Update docket, file and tasks/calendaring for upcoming /reset deadlines |
| 11/13/24 | 0.4 | | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review materials from DS to Drury |
| 11/15/24 | 0.5 | | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review DS communications with expert and continue drafting declaration |
| 11/18/24 | 1 | | 1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting Drury declaration |
| 11/18/24 | 0.1 | | 0.1 | A108 Communicate (other external) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Exchange email with DS regarding drafting Drury declaration |
| 11/18/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research fee award case regarding meritorious claims ISO Fee Motion, Declaration of Richard Drury |
| 11/19/24 | 0.5 | | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize Drury declaration ISO Motion for Attorney's fees for RSD review |
| 11/22/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with DS and download files as requested |
| 11/25/24 | 0.3 | | 0.3 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call with DS regarding settlement and considerations |
| 11/25/24 | 0.1 | | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Exchange email with RSD regarding settlement |
| 11/26/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confirm scheduled call with co counsel regarding settlement strategy |
| 11/27/24 | 1 | | 1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Call with DS and RSD regarding settlement, strategy |
| 11/27/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Lft msg and email correspondence to VS withdrawing settlement offers as we begin fee motion and inviting mediation or further settlemend discussion |
| 11/27/24 | 0.2 | | 0.2 | A103 Draft/revise P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review call meeting notes, update call log and share with RSD |
| 11/27/24 | 0.2 | | 0.2 | A101 Plan and prepare for P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Review communications w/agency in preparation for call with RSD and DS |
| 11/27/24 | 0.1 | | 0.1 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review RSD communication to agency regarding settlement |
| 11/27/24 | 1 | | 1.0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Strategy call with co-counsel re DOJ failure to settle the matter |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 11/27/24 | 0.6 | | 0.6 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update fee chart and apply billing judgment |
| 12/2/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with staff regarding template for fee motion |
| 12/3/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications between DS and DB regarding fee motionn |
| 12/4/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with DS regarding drafting fee motion |
| 12/4/24 | 0.1 | | 0.1 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence to DOJ attorney seeking fee resolution |
| 12/6/24 | 0.2 | | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call with opposing counsel |
| 12/6/24 | 0.5 | | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty DECL ISO fees |
| 12/6/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Motion for Costs and Atty fees |
| 12/6/24 | 0.4 | | 0.4 | A105 Communicate (in firm) C200 Researching Law | C200 Researching Law | Research re rule 68 offer |
| 12/6/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research Rule 68 Offer |
| 12/6/24 | 0.2 | | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review communication btwn RSD and agency counsel regarding fees; email with local counsel and settlement strategy |
| 12/6/24 | 0.1 | | 0.1 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review Dave Bahr email concerning declaration ISO motion for attorneys' fees |
| 12/6/24 | 0.2 | | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review fee charts and discuss same with co-counsel |
| 12/9/24 | 0.1 | | 0.1 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review email from RSD regarding Offer of Judgment from agency; review Offer of Judgment and relevant correspondence |
| 12/9/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review DS declaration ISO Motion for Fee, provide edits on format |
| 12/9/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence w/ co-counsel re settlement; update fees chart to share with expert on fee decl. |
| 12/9/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Finalize Drury declaration ISO fee motion per RSD edits |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 12/9/24 | 0.1 | | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review communication from expert concerning strategy ISO fee motion, responses to defendants' complaints |
| 12/10/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion |
| 12/11/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft Doughty DECL ISO fee motion |
| 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare settlement offer and send to USA |
| 12/11/24 | 0.3 | | 0.3 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications between DS and RSD concerning strategy for motion for fees and costs, review and update settlement chart with new offer to agency |
| 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding Drury declaration, updating costs for settlement ISO Motion for Fees and Costs |
| 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) C100 Fact Gathering | C100 Fact Gathering | Confer w/ DS re updating costs to include PJ costs |
| 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding Drury declaration, updating costs for settlement ISO Motion for Fees and Costs |
| 12/11/24 | 0.2 | | 0.2 | A103 Draft/revise L120 Analysis/Strategy | L120 Analysis/Strategy | Review and update costs from co-counsel on fees chart ISO motion for fees |
| 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ fees expert re fee motion |
| 12/11/24 | 0.8 | | 0.8 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare motion re fees and costs |
| 12/12/24 | 1.2 | | 1.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review final motion; mark for citations; format chart and update tables |
| 12/12/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare draft MSJ ISO fees |
| 12/16/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl. ISO USU |
| 12/16/24 | 0.1 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl ISO mtn for fees |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description |
|---|---|---|---|---|---|---|
| 12/16/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review strategy communications btwn experts and RSD, counsel regarding fee briefing, declarations in support thereof |
| 12/16/24 | 0.9 | | 0.9 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty declaration |
| 12/17/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee tables for fee motion |
| 12/18/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update costs with new expert invoices, update costs and fees chart with same; email opposing counsel re settlement discussion |
| 12/18/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange email with DS regarding fee motion |
| 12/19/24 | 1 | | 1.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Edit and format motion for attorneys fees |
| 12/20/24 | 1.4 | | 1.4 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Declaration of Rachel Doughty |
| 12/20/24 | 1.5 | | 1.5 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and make final edits to motion |
| 12/20/24 | 0.5 | | 0.5 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review declarations ISO fee motion, call RSD regarding same |
| 12/20/24 | 3 | | 3.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Get all final declarations together, including from client and do final edits and consistency checks |
| 12/20/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review Ruskin declaration and call regarding finalizing for filing |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/6/2024 | Add'l legal research on Rule 68 offers of judgment, motions to strike | 1.00 | 878.00 | $878.00 |
| 11/6/2024 | Call re: legal strategy for petition | 0.20 | 878.00 | $175.60 |
| 11/6/2024 | Call with potential expert on fees and costs strategy (.6); f/u with team and USRTK (.3) | 0.90 | 878.00 | $790.20 |
| 11/7/2024 | Assemble relevant docs for experts (.4); draft expert services agreement (.4) | 0.80 | 878.00 | $702.40 |
| 11/21/2024 | Email to GR re: upcoming fee petition and needs, risks, outcomes | 0.30 | 878.00 | $263.40 |
| 11/22/2024 | Transmit relevant USU records to experts, bill at paralegal | 0.40 | 239.00 | $95.60 |
| 11/25/2024 | Confer w/ Lily on fee petition strategy and timing | 0.30 | 878.00 | $263.40 |

| Date | Description | Time | Rate | Total |
|---|---|---|---|---|
| 11/27/2024 | Phone conferral with GFL re: litigation on fees and costs, planning, experts | 1.00 | 878.00 | $878.00 |
| 12/3/2024 | Research on hourly rates (.7); emails to GR (.1) email to Dave Bahr (.1); email to GFL (.1) | 1.00 | 878.00 | $878.00 |
| 12/4/2024 | Emails w/ team re: scheduling (.2); email w/ Kathy re: updated timesheet | 0.30 | 878.00 | $263.40 |
| 12/5/2024 | Rev GR declaration, consider (.4); update and edit declaration w/ exhibits (2.0); emails re: same with GR (.4); begin work on DS decl (.7) | 3.50 | 878.00 | $3,073.00 |
| 12/6/2024 | Rev email re: potential conferral, email to GR re: same | 0.20 | 878.00 | $175.60 |
| 12/6/2024 | Continue work on DCS declaration (2.7); calls/emails re: fee petition, f/u re: call with Rachel (.5) | 3.20 | 878.00 | $2,809.60 |
| 12/9/2024 | Wrap up DCS declaration (1.0); update billing records (.7); email to team re: same (.2) | 1.90 | 878.00 | $1,668.20 |
| 12/10/2024 | Begin work on fees and costs motion - drafting, editing, refining (4.2); legal resarch re: same - eligibility, entitlement, update case law (2.3) | 6.50 | 878.00 | $5,707.00 |
| 12/11/2024 | Continue work on drafting fee motion (1.7), legal resarch re: change of agency position re: exemptions (.5) | 2.20 | 878.00 | $1,931.60 |
| 12/16/2024 | Rev edits from RD on fee motion, more work on same (.4); email re: same (.2); email to DB re declaration and review response (.3); email re: Drury decl (.1) | 1.00 | 878.00 | $878.00 |
| 12/18/2024 | Rev voicemail, rev email, then corres w/ RD re: USU attempt to settle on even of motion practice, incurred costs | 0.20 | 878.00 | $175.60 |
| 12/18/2024 | Assemble and prep exhibits for DCS declaration | 1.50 | 239.00 | $358.50 |
| 12/18/2024 | Finish last sections of fee motion and incorporate expert fee declarations (2.5); rev expert decls (.5); update DS decl and timesheet (.3); multiple emails w/ team re: same (.2) | 3.50 | 878.00 | $3,073.00 |
| 12/18/2024 | Review and update timesheets in preparation of filing | 1.00 | 239.00 | $239.00 |