ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    Fax: (415) 436-6748
    Valerie.smith2@usdoj.gov

Attorneys for Defendant
United States Department of Defense,
Uniformed Services University of the Health Sciences

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
| Plaintiff, | **OFFER OF JUDGMENT PURSAUNT TO FED. R. CIV. P. 68** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure ("Rule 68"), Defendant United States Department Defense, Uniformed Services of the Health Sciences ("Defendant"), hereby offers to allow judgment to be taken against it in the amount of TWENTY-THREE THOUSAND TWO HUNDRED AND FIFTY DOLLARS (**$23,250.00**), in full resolution of all claims of Plaintiff U.S. Right to Know for all costs and attorneys' fees incurred in this action. This offered amount includes all costs and attorneys' fees accrued, including, but not limited to, all fees on fees.

    Pursuant to Rule 68, Plaintiff may accept this offer by serving written notice upon the undersigned attorneys of record for Defendant (the United States Attorney's Office) by no later than

OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P 68
23-CV-2956 TSH

November 19, 2024. If the offer is accepted, it will be filed with the Court along with a request for entry of judgment.

Please note that, in the event Plaintiff fails to accept this offer prior to termination of the fourteen-day period and does not obtain a judgment more favorable than this offer, Plaintiff must pay the costs incurred after the making of the offer, including the costs incurred by Defendant from the date of the offer. Those costs may include attorneys' fees in accordance with the provisions of Rule 68 of the Federal Rules of Civil Procedure.

Defendant offers judgment solely for the purposes of compromising disputed claims without further legal proceedings and avoiding the risks and expenses of litigation. Thus, this Rule 68 Offer of Judgment is not intended, and shall not be deemed or construed as, an admission about the merits of Plaintiff's claims for attorneys' fees and costs.

This Rule 68 Offer of Judgment will not be used as evidence, or for other purposes, in any other pending or future civil or administrative action against Defendant or the United States, or against any other agency or instrumentality of the United States, except in an action to enforce this Rule 68 Offer of Judgment.

Dated: November 5, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

By: /s/ *Valerie E. Smith*
VALERIE E. SMITH
Assistant United States Attorney