DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5251
Facsimile: (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
RICHARD A. BRODY (California State Bar No. 100379)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US Right to Know

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | CASE NO. 23-CV-02956-TSH<br><br>**UNOPPOSED MOTION FOR LEAVE TO CONDUCT MARCH 27, 2025 HEARING ON PLAINTIFF'S MOTION FOR FEES & COSTS (ECF NO. 33) <u>BY ZOOM</u> OR OTHER VIDEOCONFERENCING SOFTWARE, AND [PROPOSED] ORDER** |

UNOPPOSED MOTION FOR LEAVE TO CONDUCT MARCH 27, 2025 HEARING BY ZOOM, AND [PROPOSED] ORDER
23-CV-2956 TSH

     Plaintiff US Right to Know ("Plaintiff"), by and through its undersigned counsel, hereby moves the Court for leave to conduct the March 27, 2025 hearing on Plaintiff's Motion for Attorneys' Fees & Costs, ECF No. 33, by Zoom or other suitable videoconferencing software. Plaintiff has conferred with Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), and represents that Defendant does not oppose this Motion.

     Holding the hearing by Zoom will eliminate the need for Plaintiff's out-of-state counsel to purchase airfare, lodging, and transportation to attend the hearing in-person. These are costs that Plaintiff would seek to recover from Defendant, in addition to Plaintiff's counsel's travel time. While Defendant makes no concessions about whether such costs or time would be properly awarded against the government (and reserves all rights to contest those issues), Defendant does not oppose Plaintiff's request to hold the hearing by Zoom.

     Accordingly, the Plaintiff respectfully requests the Court reset the March 27, 2025, hearing on Plaintiff's fees and costs motion to take place by Zoom or other suitable videoconferencing software.

DATED:  February 24, 2025                    Respectfully Submitted,

                                          /s/ Lily A. Rivo
                                          LILY A. RIVO
                                          Attorney for Plaintiff

                                          /s/ Daniel C. Snyder

                                          DANIEL C. SNYDER
                                          *pro hac vice*
                                          Attorney for Plaintiff

# [PROPOSED] ORDER

The Court hereby Orders that the March 27, 2025, hearing on Plaintiff's Motion for an Award of Attorneys' Fees and Costs will occur by Zoom or other suitable videoconferencing software. The Clerk will enter an appropriate order on the docket.

IT IS SO ORDERED.

Dated: _____, 2025

_____
THOMAS S. HIXON
United States Magistrate Judge