GFL Time

Exhibit A

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 5/22/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re revisions to draft USRTK USU complaint | Christian Bucey | |
| TimeEntry | 5/22/23 | 0.7 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re USTRK matters generally and plan for drafting new USU complaint | Christian Bucey | |
| TimeEntry | 5/22/23 | 0.7 | | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft USRTK complaint in USU matter | Lily Rivo | |
| TimeEntry | 5/22/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meet with CB and review Complaint in USU Matter | Lily Rivo | |
| TimeEntry | 5/22/23 | 0.7 | | 0.7 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meeting with CB re drafting complaint under FOIA for USRTK USU Matter | Lily Rivo | |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with CB re final edits to complaint | Lily Rivo | |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re final edits to complaint | Christian Bucey | |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create matter; migrate activities into the same | Christian Bucey | |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Email CORR with RSD and LR re review of complaint | Christian Bucey | |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review LR's final version of USU complaint in redline | Christian Bucey | |
| TimeEntry | 5/24/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Review USRTK USU Complaint; assess fee waiver issue; flag for discussion with CB | Lily Rivo | |
| TimeEntry | 6/5/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Communicate with Dan re status of complaint edits | Lily Rivo | |
| TimeEntry | 6/6/23 | 0 | | 0 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Email final complaint to DS | Lily Rivo | |
| TimeEntry | 6/6/23 | 0.20 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Prepare complaint | Rachel Doughty | |
| TimeEntry | 6/7/23 | 0.1 | | 0.1 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Email to DS and find corporate disclosure statement example, create task to complete all filings early next week. | Lily Rivo | |
| TimeEntry | 6/9/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft corporate disclosure statement for filing next week | Lily Rivo | |
| TimeEntry | 6/9/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review final edits to complaint from DS and save to file | Lily Rivo | |
| TimeEntry | 6/13/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Prepare pleadings to file | Rachel Doughty | |
| TimeEntry | 6/15/23 | 1.2 | 70.00% | 0.36 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Complete all initial case filings | Lily Rivo | |
| TimeEntry | 6/18/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar Deadline for Consent to Proceed Before Magistrate Judge | Lily Rivo | |
| TimeEntry | 6/22/23 | 0.2 | | 0.2 | A102 Research L210 Pleadings | L210 Pleadings | Confirm 90 day limit to serve documents in USRTK cases per FRCP Rule 4(m) | Lily Rivo | |

GFL Time

Exhibit A

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|------|------|-------|------|--------|-------------------|-----------------|-------------|------|---|
| TimeEntry | 7/3/23 | 0.10 | 100.00% | 0.0 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Confer w/ staff re service of process | Rachel Doughty | |
| TimeEntry | 7/5/23 | 0.10 | 100.00% | 0.0 | A110 Manage data/files P280 Other | P280 Other | Review Order granting PHV application and docket internally | Rachel Doughty | |
| TimeEntry | 7/5/23 | 0.2 | 70.00% | 0.06 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Update all deadlines per CMC and calendar | Lily Rivo | |
| TimeEntry | 7/7/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Incorporate recently docketed files for service packets | Lily Rivo | |
| TimeEntry | 7/10/23 | 0.9 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Assist NF with SOP | Lily Rivo | |
| TimeEntry | 7/10/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding SOP to go out today | Lily Rivo | |
| TimeEntry | 7/10/23 | 1.8 | | 1.8 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Prepare service packets w LR, print labels, research signature required vs. certified mail on stams.com prepare envelopes. | Nuria de la Fuente | |
| TimeEntry | 7/13/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Assign matter to each USPS certified mail service packet sent before forwarding receipt to Admin | Nuria de la Fuente | |
| TimeEntry | 7/14/23 | 1 | 100.00% | 0 | A101 Plan and prepare for L140 Document/File Management | L140 Document/File Management | Check USPS web for certified delivery verification | Nuria de la Fuente | |
| TimeEntry | 7/14/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding filing POS for Summons | Lily Rivo | |
| TimeEntry | 7/14/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Make sure service accomplished and direct staff re POS of process | Rachel Doughty | |
| TimeEntry | 7/17/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Check SOP packets created by NF and update | Lily Rivo | |
| TimeEntry | 7/18/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Assign NF task of checking SOP today and updating proof of service; filing with the court | Lily Rivo | |
| TimeEntry | 7/18/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Confirm tracking of USPS for POS | Lily Rivo | |
| TimeEntry | 7/18/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Task deadline for LR an self to submit summons POS per complaint | Nuria de la Fuente | |
| TimeEntry | 7/18/23 | 0.2 | 50.00% | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update POS for Summons issued per LR email | Nuria de la Fuente | |
| TimeEntry | 7/19/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create service packet and POS tracking sheet | Nuria de la Fuente | |
| TimeEntry | 7/24/23 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review file, note delivery to USU Dept of Defense | Lily Rivo | |
| TimeEntry | 7/25/23 | 0.7 | | 0.7 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download USPS service tracking and assemble POS of Summons for AG, DIA and USAO and Pentagon | Nuria de la Fuente | |
| TimeEntry | 7/25/23 | 0.2 | | 0.2 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review documents, confirm POS ready for all defendants as created by NF | Lily Rivo | |
| TimeEntry | 7/25/23 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per DS filing Notice of Unavailability of Counsel | Lily Rivo | |
| TimeEntry | 7/26/23 | 0.9 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Assist NF with filing SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; note the blurb in former USRTK per FOIA statute | Lily Rivo | |

GFL Time

Exhibit A

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 7/26/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Calculate dates per FRCP 12(a)(2) and confirm with RD. Updated POS to reflect rule and as in former USRTK filing per FOIA statute | Nuria de la Fuente | |
| TimeEntry | 7/26/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Call clerk of the court to modify date for Answer deadline form USU as filling did not indicate FOIA filing | Nuria de la Fuente | |
| TimeEntry | 7/26/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer with ND and LR re ECF Filing of Proof of Service of Summons | Donna Wallace | |
| TimeEntry | 7/26/23 | 0.3 | 50.00% | 0.15 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File Service of Process with cert mail confirmation | Nuria de la Fuente | |
| TimeEntry | 7/27/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Notify attys of docket updates and tasking completed and request tasking review | Nuria de la Fuente | |
| TimeEntry | 7/27/23 | 0.6 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per service emails and task deadlines for answer form DIA, USAO, AG and office of the Secretary, The Pentagon | Nuria de la Fuente | |
| TimeEntry | 7/27/23 | 0.1 | 100.00% | 0 | | | Update matter dashboard with case no | Nuria de la Fuente | |
| TimeEntry | 7/31/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | File SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; make note of the blurb in former USRTK per FOIA statute | Nuria de la Fuente | |
| TimeEntry | 8/8/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert. | Donna Wallace | |
| TimeEntry | 8/14/23 | 0.4 | | 0.4 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Review docket, stipulation and correspondence. Email opposing counsel regarding returned service packet. | Lily Rivo | |
| TimeEntry | 8/14/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review returned service packet to USU (Dept of Science). Check docket regarding defendant's deadline to answer. | Lily Rivo | |
| TimeEntry | 8/16/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert. | Donna Wallace | |
| TimeEntry | 8/17/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket DKT 018 Consent to Mag. Judge | Donna Wallace | |
| TimeEntry | 8/23/23 | 0.2 | 100.00% | 0 | | | Enter OC and former OC in Clio contacts and link to matter | Nuria de la Fuente | |
| TimeEntry | 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication between DS and USU regarding proposed search terms | Lily Rivo | |
| TimeEntry | 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication btwn USU and DS; note proposed search terms | Lily Rivo | |
| TimeEntry | 8/23/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review DS email to opposing counsel regarding case management proposal | Lily Rivo | |
| TimeEntry | 8/24/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review deadlines, calendar and docket | Lily Rivo | |
| TimeEntry | 8/25/23 | 0.1 | 100.00% | 0 | | | Confer with ND re POS changes | Donna Wallace | |

GFL Time

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 8/28/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Add Magistrate Judge to Contacts | Donna Wallace | |
| TimeEntry | 8/28/23 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review docketing, file, and upcoming deadlines, calendar accordingly | Lily Rivo | |
| TimeEntry | 8/29/23 | 0.1 | 100.00% | 0 | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review correspondence regarding search parameters and September 7 deadline | Lily Rivo | |
| TimeEntry | 8/30/23 | 0.4 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download, docket and calendar new CMC and new deadline to file CMC Statement | Donna Wallace | |
| TimeEntry | 9/12/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and notify attys | Nuria de la Fuente | |
| TimeEntry | 9/21/23 | 0.1 | 70.00% | 0.03 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Confirm upcoming deadlines for CMC and CMCS in October, email DW to inquire as to adding this as a task | Lily Rivo | |
| TimeEntry | 9/21/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Correct task entry and reply to LR's email | Donna Wallace | |
| TimeEntry | 9/21/23 | 0.2 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review the email exchange between DS and USU; particularly note the strategy to propose production and conferral process | Lily Rivo | |
| TimeEntry | 9/26/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review correspondence with client regarding stipulation and potential government shutdown, resulting stay | Lily Rivo | |
| TimeEntry | 9/26/23 | 0.2 | 50.00% | 0.1 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review draft stipulation and correspondence from USU; DS comments and exchange with client | Lily Rivo | |
| TimeEntry | 9/26/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review stipulation, exchange email with DS regarding proposed edits to stip | Lily Rivo | |
| TimeEntry | 9/26/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and notify attys | Nuria de la Fuente | |
| TimeEntry | 9/28/23 | 0.6 | 100.00% | 0 | | | Download, docket and calendar new deadlines per Order granting stipulation | Donna Wallace | |
| TimeEntry | 11/28/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from agency regarding production, delay and communication btwn FOIA officer and client | Lily Rivo | |
| TimeEntry | 12/19/23 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence between agency and DS regarding client review of docus | Lily Rivo | |
| TimeEntry | 1/23/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review DS correspondence to USU regarding summary of conversation; status of case | Lily Rivo | |
| TimeEntry | 3/12/24 | 0.1 | 50.00% | 0.05 | A101 Plan and prepare for L120 Analysis/Strategy | L120 Analysis/Strategy | Review docket for upcoming deadline and discussion RSD | Lily Rivo | |
| TimeEntry | 3/13/24 | 0.1 | 70.00% | 0.03 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar joint status report and associated deadlines | Lily Rivo | |
| TimeEntry | 3/15/24 | 0.3 | 100.00% | 0 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review transmittal from Agency and DS communications regarding exemptions, Vaughn Index | Lily Rivo | |

GFL Time

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 3/28/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review exchanged emails concerning joint status report, extension | Lily Rivo | |
| TimeEntry | 4/3/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review co counsel communication with Agency counsel regarding stipulation | Lily Rivo | |
| TimeEntry | 4/3/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review docketed stipulation, proposed order to continue | Lily Rivo | |
| TimeEntry | 4/3/24 | 0.3 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review stipulation to continue, correspondence regarding Vaughn index, propose edits for DS/co-counsel review | Lily Rivo | |
| TimeEntry | 4/9/24 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Calendar Order extending deadline to file J. Status Report and notify atty of typo | Nuria de la Fuente | |
| TimeEntry | 4/9/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with DS after reviewing Order granting stipulation | Lily Rivo | |
| TimeEntry | 4/30/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence from DS to USAO r filing deadlines and redaction review | Lily Rivo | |
| TimeEntry | 6/4/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Exchange email with DS regarding upcoming status report | Lily Rivo | |
| TimeEntry | 6/5/24 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review joint status statement and provide counsel permission to file | Lily Rivo | |
| TimeEntry | 6/5/24 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update dkt Per Stip to Continue Deadline for Status Report [proposed order] | Nuria de la Fuente | |
| TimeEntry | 6/7/24 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, file and calendar with new Status Report deadline | Jessica San Luis | |
| TimeEntry | 6/11/24 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, manage calendar deadlines and tasks | Jessica San Luis | |
| TimeEntry | 6/12/24 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review matter to assess upcoming deadline | Lily Rivo | |
| TimeEntry | 7/3/24 | 0.1 | | 0.1 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review correspondence from Agency transmitting production | Lily Rivo | |
| TimeEntry | 7/11/24 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from DS and RSD re settlement and preparation of fee chart | Lily Rivo | |
| TimeEntry | 7/11/24 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from DS and RSD re settlement and preparation of fee chart | Lily Rivo | |
| TimeEntry | 7/12/24 | 0.6 | | 0.6 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare fees and demands chart for RSD review | Lily Rivo | |
| TimeEntry | 7/15/24 | 0.10 | | 0.1 | A103 Draft/revise P280 Other | P280 Other | Figure out time/fee demand | Rachel Doughty | |
| TimeEntry | 7/16/24 | 0.5 | | 0.5 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Add JSL to fee chart, review entries and reduce admin/duplicative tasks for RSD review | Lily Rivo | |
| TimeEntry | 7/16/24 | 0.20 | | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding USRTK fees and costs | Rachel Doughty | |
| TimeEntry | 7/16/24 | 0.2 | | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding USRTK fees and costs | Lily Rivo | |

GFL Time

Exhibit A

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|------|------|-------|------|--------|-------------------|-----------------|-------------|------|---|
| TimeEntry | 7/16/24 | 0.2 | | 0.2 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Update fee chart with formulas | Lily Rivo | |
| TimeEntry | 7/17/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Communicate with DS regarding fees and costs | Lily Rivo | |
| TimeEntry | 7/22/24 | 0.2 | 50.00% | 0.1 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review fee demand and attchments from DS to agency | Lily Rivo | |
| TimeEntry | 7/23/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review communication btwn counsel and agency regarding fee demand | Lily Rivo | |
| TimeEntry | 8/16/24 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review communications btwn DS and agency regarding fee negotiation | Lily Rivo | |
| TimeEntry | 8/26/24 | 0.1 | 100.00% | 0 | A108 Communicate (other external) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications from agency regarding fees and agency approval | Lily Rivo | |
| TimeEntry | 9/4/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with DS regarding filing status report | Lily Rivo | |
| TimeEntry | 9/4/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Exchange emails with DS regarding upcoming status report | Lily Rivo | |
| TimeEntry | 9/5/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication btwn DS and agency | Lily Rivo | |
| TimeEntry | 9/5/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review filed joint status report | Lily Rivo | |
| TimeEntry | 9/5/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review status report and communication from DS | Lily Rivo | |
| TimeEntry | 9/6/24 | 0.2 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Updating docket, file and calendar/tasks; email to RD/LR/RB | Jessica San Luis | |
| TimeEntry | 9/23/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review correspondence from DS to agency regarding response to fee demand | Lily Rivo | |
| TimeEntry | 9/24/24 | 0.10 | | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Confer with LR regarding overview and deadlines | Rachel Doughty | |
| TimeEntry | 9/24/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Confer with RSD regarding overview and deadlines | Lily Rivo | |
| TimeEntry | 9/24/24 | 0.1 | | 0.1 | A104 Review/analyze P400 Initial Document Preparation/Filing | P400 Initial Document Preparation/Filing | Review status of case, update chart accordingly in preparation for RSD meeting | Lily Rivo | |
| TimeEntry | 9/27/24 | 0.2 | | 0.2 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review counter offer from agency and draft email to RSD regarding same | Lily Rivo | |
| TimeEntry | 10/1/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Review caselaw regarding fee motion in support of counteroffer | Lily Rivo | |
| TimeEntry | 10/1/24 | 0.4 | | 0.4 | A103 Draft/revise L120 Analysis/Strategy | L120 Analysis/Strategy | Review counteroffer, suggest edits and submit to DS | Lily Rivo | |
| TimeEntry | 10/1/24 | 0.20 | | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review letter re settlement offer | Rachel Doughty | |
| TimeEntry | 10/23/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Exchange emails with DS regarding response to USU counteroffer, provide feedback | Lily Rivo | |
| TimeEntry | 10/31/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review DS communication with agency regarding briefing and CMC statement | Lily Rivo | |

GFL Time

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 11/4/24 | 0.20 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confer w/ co-counsel re possible need for fee motion by phone | Rachel Doughty | |
| TimeEntry | 11/4/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence regarding settlement and final offer from Agency; RSD and DS exchange | Lily Rivo | |
| TimeEntry | 11/4/24 | 0.2 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence regarding settlement and final offer from Agency; RSD and DS exchange | Lily Rivo | |
| TimeEntry | 11/4/24 | 0.30 | | 0.3 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Update fees chart, confer w/ co-counsel re counter offer on fees | Rachel Doughty | |
| TimeEntry | 11/5/24 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review communication between agency and DS concerning settlement & counteroffer | Lily Rivo | |
| TimeEntry | 11/5/24 | 0.2 | | 0.2 | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review filed order and calendar all deadlines | Lily Rivo | |
| TimeEntry | 11/5/24 | 0.3 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review stipulation and Offer of Judgment, DS communications regarding same | Lily Rivo | |
| TimeEntry | 11/5/24 | 0.1 | 100.00% | 0 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review updated response from Agency regarding Rule 68 offer, filing status report | Lily Rivo | |
| TimeEntry | 11/6/24 | 0.6 | | 0.6 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Begin drafting Drury Declaration ISO Fees Motion | Lily Rivo | |
| TimeEntry | 11/6/24 | 0.10 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding briefing fees; strategy | Rachel Doughty | |
| TimeEntry | 11/6/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding briefing fees; strategy | Lily Rivo | |
| TimeEntry | 11/6/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Email CORR w/ expert re fees decl. | Rachel Doughty | |
| TimeEntry | 11/6/24 | 0.10 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion | Rachel Doughty | |
| TimeEntry | 11/6/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence between DS and RSD regarding fees and costs motion | Lily Rivo | |
| TimeEntry | 11/6/24 | 0.2 | | 0.2 | A104 Review/analyze L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review Story of Stuff FOIA fees motion in preparation for drafting fee motion and Drury declaration | Lily Rivo | |
| TimeEntry | 11/6/24 | 0.2 | 100.00% | 0 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Review tasks and calendar; update calendar for hearing; email to LR | Jessica San Luis | |
| TimeEntry | 11/7/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ D. Bahr re fee motion strategy | Rachel Doughty | |
| TimeEntry | 11/7/24 | 1.2 | | 1.2 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue preparing draft content of Drury declaration per his direction | Lily Rivo | |
| TimeEntry | 11/7/24 | 0.20 | | 0.2 | A104 Review/analyze L130 Experts/Consultants | L130 Experts/Consultants | Discuss fees awards with David Bahr | Rachel Doughty | |
| TimeEntry | 11/7/24 | 0.3 | 0.00% | 0.3 | A103 Draft/revise L140 Document/File Management | L140 Document/File Management | Draft declaration frame for LR | Jessica San Luis | |
| TimeEntry | 11/12/24 | 0.4 | | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting R. Drury declaration ISO Plaintiffs' motion for attorneys' fees | Lily Rivo | |
| TimeEntry | 11/12/24 | 0.3 | | 0.3 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Draft settlement chart | Lily Rivo | |

GFL Time

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 11/12/24 | 0.4 | 100.00% | 0 | A103 Draft/revise L140 Document/File Management | L140 Document/File Management | Update docket, file and tasks/calendaring for upcoming /reset deadlines | Jessica San Luis | |
| TimeEntry | 11/13/24 | 0.4 | | 0.4 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review materials from DS to Drury | Lily Rivo | |
| TimeEntry | 11/15/24 | 0.5 | | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Review DS communications with expert and continue drafting declaration | Lily Rivo | |
| TimeEntry | 11/18/24 | 1 | | 1 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Continue drafting Drury declaration | Lily Rivo | |
| TimeEntry | 11/18/24 | 0.1 | | 0.1 | A108 Communicate (other external) L430 Written Motions and Submissions | L430 Written Motions and Submissions | Exchange email with DS regarding drafting Drury declaration | Lily Rivo | |
| TimeEntry | 11/18/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research fee award case regarding meritorious claims ISO Fee Motion, Declaration of Richard Drury | Lily Rivo | |
| TimeEntry | 11/19/24 | 0.5 | | 0.5 | A103 Draft/revise L430 Written Motions and Submissions | L430 Written Motions and Submissions | Finalize Drury declaration ISO Motion for Attorney's fees for RSD review | Lily Rivo | |
| TimeEntry | 11/22/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with DS and download files as requested | Lily Rivo | |
| TimeEntry | 11/25/24 | 0.3 | | 0.3 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call with DS regarding settlement and considerations | Lily Rivo | |
| TimeEntry | 11/25/24 | 0.1 | | 0.1 | A105 Communicate (in firm) P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Exchange email with RSD regarding settlement | Lily Rivo | |
| TimeEntry | 11/26/24 | 0.1 | 100.00% | 0 | A107 Communicate (other outside counsel) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confirm scheduled call with co counsel regarding settlement strategy | Lily Rivo | |
| TimeEntry | 11/27/24 | 1 | | 1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Call with DS and RSD regarding settlement, strategy | Lily Rivo | |
| TimeEntry | 11/27/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Lft msg and email correspondence to VS withdrawing settlement offers as we begin fee motion and inviting mediation or further settlemend discussion | Rachel Doughty | |
| TimeEntry | 11/27/24 | 0.2 | | 0.2 | A103 Draft/revise P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review call meeting notes, update call log and share with RSD | Lily Rivo | |
| TimeEntry | 11/27/24 | 0.2 | | 0.2 | A101 Plan and prepare for P300 Structure/Strategy/Analysis. | P300 Structure/Strategy/Analysis | Review communications w/agency in preparation for call with RSD and DS | Lily Rivo | |
| TimeEntry | 11/27/24 | 0.1 | | 0.1 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review RSD communication to agency regarding settlement | Lily Rivo | |
| TimeEntry | 11/27/24 | 1 | | 1.0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Strategy call with co-counsel re DOJ failure to settle the matter | Rachel Doughty | |
| TimeEntry | 11/27/24 | 0.6 | | 0.6 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update fee chart and apply billing judgment | Rachel Doughty | |
| TimeEntry | 12/2/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with staff regarding template for fee motion | Lily Rivo | |
| TimeEntry | 12/3/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications between DS and DB regarding fee motionn | Lily Rivo | |
| TimeEntry | 12/4/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with DS regarding drafting fee motion | Lily Rivo | |
| TimeEntry | 12/4/24 | 0.1 | | 0.1 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence to DOJ attorney seeking fee resolution | Rachel Doughty | |
| TimeEntry | 12/6/24 | 0.2 | | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call with opposing counsel | Rachel Doughty | |

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|---|
| TimeEntry | 12/6/24 | 0.5 | | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty DECL ISO fees | Rachel Doughty | |
| TimeEntry | 12/6/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Motion for Costs and Atty fees | Rachel Doughty | |
| TimeEntry | 12/6/24 | 0.4 | | 0.4 | A105 Communicate (in firm) C200 Researching Law | C200 Researching Law | Research re rule 68 offer | Rachel Doughty | |
| TimeEntry | 12/6/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research Rule 68 Offer | Rachel Doughty | |
| TimeEntry | 12/6/24 | 0.2 | | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review communication btwn RSD and agency counsel regarding fees; email with local counsel and settlement strategy | Lily Rivo | |
| TimeEntry | 12/6/24 | 0.1 | | 0.1 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review Dave Bahr email concerning declaration ISO motion for attorneys' fees | Lily Rivo | |
| TimeEntry | 12/6/24 | 0.2 | | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review fee charts and discuss same with co-counsel | Rachel Doughty | |
| TimeEntry | 12/9/24 | 0.1 | | 0.1 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review email from RSD regarding Offer of Judgment from agency; review Offer of Judgment and relevant correspondence | Lily Rivo | |
| TimeEntry | 12/9/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review DS declaration ISO Motion for Fee, provide edits on format | Lily Rivo | |
| TimeEntry | 12/9/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence w/ co-counsel re settlement; update fees chart to share with expert on fee decl. | Rachel Doughty | |
| TimeEntry | 12/9/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Finalize Drury declaration ISO fee motion per RSD edits | Lily Rivo | |
| TimeEntry | 12/9/24 | 0.1 | | 0.1 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review communication from expert concerning strategy ISO fee motion, responses to defendants' complaints | Lily Rivo | |
| TimeEntry | 12/10/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft Doughty DECL ISO fee motion | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare settlement offer and send to USA | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.3 | | 0.3 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications between DS and RSD concerning strategy for motion for fees and costs, review and update settlement chart with new offer to agency | Lily Rivo | |
| TimeEntry | 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding Drury declaration, updating costs for settlement ISO Motion for Fees and Costs | Lily Rivo | |
| TimeEntry | 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) C100 Fact Gathering | C100 Fact Gathering | Confer w/ DS re updating costs to include PJ costs | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding Drury declaration, updating costs for settlement ISO Motion for Fees and Costs | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.2 | | 0.2 | A103 Draft/revise L120 Analysis/Strategy | L120 Analysis/Strategy | Review and update costs from co-counsel on fees chart ISO motion for fees | Lily Rivo | |

GFL Time

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|------|------|-------|------|--------|-------------------|-----------------|-------------|------|---|
| TimeEntry | 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ fees expert re fee motion | Rachel Doughty | |
| TimeEntry | 12/11/24 | 0.8 | | 0.8 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare motion re fees and costs | Rachel Doughty | |
| TimeEntry | 12/12/24 | 1.2 | | 1.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review final motion; mark for citations; format chart and update tables | Jessica San Luis | |
| TimeEntry | 12/12/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare draft MSJ ISO fees | Rachel Doughty | |
| TimeEntry | 12/16/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl. ISO USU | Rachel Doughty | |
| TimeEntry | 12/16/24 | 0.1 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl ISO mtn for fees | Rachel Doughty | |
| TimeEntry | 12/16/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review strategy communications btwn experts and RSD, counsel regarding fee briefing, declarations in support thereof | Lily Rivo | |
| TimeEntry | 12/16/24 | 0.9 | | 0.9 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty declaration | Rachel Doughty | |
| TimeEntry | 12/17/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee tables for fee motion | Rachel Doughty | |
| TimeEntry | 12/18/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update costs with new expert invoices, update costs and fees chart with same; email opposing counsel re settlement discussion | Rachel Doughty | |
| TimeEntry | 12/18/24 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Exchange email with DS regarding fee motion | Lily Rivo | |
| TimeEntry | 12/19/24 | 1 | | 1.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Edit and format motion for attorneys fees | Jessica San Luis | |
| TimeEntry | 12/20/24 | 1.4 | | 1.4 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Declaration of Rachel Doughty | Rachel Doughty | |
| TimeEntry | 12/20/24 | 1.5 | | 1.5 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and make final edits to motion | Jessica San Luis | |
| TimeEntry | 12/20/24 | 0.5 | | 0.5 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review declarations ISO fee motion, call RSD regarding same | Lily Rivo | |
| TimeEntry | 12/20/24 | 3 | | 3.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Get all final declarations together, including from client and do final edits and consistency checks | Rachel Doughty | |
| TimeEntry | 12/20/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review Ruskin declaration and call regarding finalizing for filing | Lily Rivo | |