DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:    (202) 861-5251
Facsimile:    (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:    (510) 900-9502
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>　　　　Defendant. | Case No. 23-cv-02956-TSH<br><br>**SECOND DECLARATION OF GARY RUSKIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

I, Gary Ruskin, hereby declare the following:

1. I am over the age of eighteen and competent to make this declaration, which is based upon my personal knowledge. I make this declaration in support of US Right to Know ("USRTK") Motion for Fees and Costs. As described in my First Declaration, I am the Executive Director of USRTK.

2. As noted in my last declaration, we have filed more than 160 international, federal and state public records requests, including 108 Freedom of Information Act requests, seeking hundreds of thousands of pages of public records possibly relevant to the origin of COVID-19.

3. When we receive records that could be of value to public assessments of high-risk virological research or the origin of COVID-19, we post them on our website. We have published hundreds of batches of documents released from 30 different federal and state agencies, containing nearly 300,000 pages. Our document trove is one of the world's largest and most extensive FOI document libraries of information about the origin of COVID-19. In the last three months alone, that web page has been accessed more than 2,600 times.

4. Records obtained from DoD-USU through our FOIA request provide important information that map out core relationships between different individuals, agencies, and nonprofits involved in the high-risk virology research that is at the core of the COVID-19 origin debate. Although many of the records were redacted, the emails released through this FOIA request refer to ongoing research and prospective grant proposals clearly showing DoD-USU's involvement with EcoHealth Alliance in conducting bat-pathogen research especially in south-east Asia. EcoHealth Alliance is under scrutiny by governmental and public investigators for its possible ties to the origin of SARS-CoV-2, the virus that causes COVID-19. The Department of Health and Human Services has cut off funding and debarred both the organization and its president, Peter Daszak, for five years. The released emails also offer a glimpse into the chain of command at NIH's National Institute of Allergy and Infectious Diseases (NIAID) regarding who decides which grants to fund—these include former NIAID Director Anthony Fauci, along with the NIAID Deputy Director and the program officer. This information contradicts certain virologists' claims that Fauci had little to do

with grant funding decisions, and that grant funding was entirely decided by the NIH's study committee reviews. Such learnings contribute to U.S. Right to Know's knowledge base that informs our news articles, reports, and congressional testimonies mentioned above.

5. This information is not only disseminated through USRTK's reporting but is also directly made available to the public. As a direct result of the present case, we have posted 15,329 pages released through our FOIA request to DoD-USU. Our FOI documents page on COVID-19 origins has been viewed nearly 10,000 times since we posted the first batch on February 14, 2024, and nearly 6,500 times since the last on July 8, 2024. Citizens have the right to access information about our government's inner workings, especially when it concerns agency activities that impact our health, safety or security. USRTK's dissemination of the records ensures this right to access, on a topic of public importance and interest.

6. In February, for our FOIA work and reporting on the origins of COVID-19, USRTK received a James Madison Freedom of Information Award. These awards from the Society for Professional Journalists Northern California chapter recognize people and organizations who have made "significant contributions to advancing freedom of information and expression in the spirit of James Madison, the creative force behind the First Amendment." The award states:

> By filing more than 160 requests under the Freedom of Information Act, initiating 30 lawsuits to uncover documents held by federal officials, and combing through tens of thousands of documents, U.S. Right to Know unearthed crucial information about the potential origins of COVID-19 and the high-risk research being conducted at the Wuhan Institute of Virology.
>
> The extensive research conducted by U.S. Right to Know, an Oakland-based nonprofit dedicated to government transparency and public health, found drafts of aborted grant proposals involving the Wuhan Institute of Virology and collaboration with U.S. scientists. Emily Kopp's reporting highlighted the risks of "gain-of-function" research, which involves genetically modifying organisms to test how viruses evolve and spread.
>
> U.S. Right to Know faced heavy criticism from U.S.-based media outlets and politicians, who claimed their work was furthering misinformation. But the nonprofit pressed on, and in January the Central Intelligence Agency stated that it believes COVID-19 likely originated from work done in a laboratory. U.S. Right to Know's work, and their dedication to pursuing government documents in the face of widespread pushback, has helped the public better understand a pandemic that claimed millions of lives.

*Available at: https://spjnorcal.org/2025/02/12/spj-norcal-honors-transparency-champions-in-james-madison-freedom-of-information-awards-3/*

7.  The journalists' group recognized the value of USRTK's analysis and dissemination of otherwise non-public information to the public, noting that "U.S. Right to Know's work, and their dedication to pursuing government documents in the face of widespread pushback, has helped the public better understand a pandemic that claimed millions of lives."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Dated this 4th day of March, 2025.

_____
Gary Ruskin