DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:     (202) 861-5251
Facsimile:     (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:     (510) 900-9502
Facsimile:     (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>　　　Defendant. | Case No. 23-cv-02956-TSH<br><br>**EXHIBIT A**<br><br>**TO SECOND DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

**Dan Snyder**

---

| | |
|---|---|
| **From:** | Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov> |
| **Sent:** | Thursday, February 27, 2025 7:35 PM |
| **To:** | Rachel Doughty |
| **Cc:** | Dan Snyder; Richard Brody; Jessica San Luis |
| **Subject:** | RE:  USRTK v. USU (Case 3:23-cv-02956-TSH) Time Sheets |
| **Attachments:** | 2025-02-27 Exhibit A Stip v.1.docx |

Hi Rachel,

Please see the attached revised stipulation.

Valerie E. Smith
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
valerie.smith2@usdoj.gov
(415) 436-6985 (direct)

---

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Thursday, February 27, 2025 11:29 AM
**To:** Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov>
**Cc:** Dan Snyder <dsnyder@publicjustice.net>; Richard Brody <rbrody@greenfirelaw.com>; Jessica San Luis <jsanluis@greenfirelaw.com>
**Subject:** Re: [EXTERNAL] USRTK v. USU (Case 3:23-cv-02956-TSH) Time Sheets

Hi Valerie,


Please find attached, a stipulation for your review and consideration.

Regards,

Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic
Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient
intended by the sender of this message. This transmission, and any attachments, may contain confidential
attorney-client privileged information and attorney work product. If you are not the intended recipient, any
disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is

STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

On Wed, Feb 26, 2025 at 1:37 PM Rachel Doughty <rdoughty@greenfirelaw.com> wrote:

Hi Valerie,

Thanks for your response.  We can agree to condition 1.  I'm not sure I understand condition 2, but I think it and conditions 3 and 4 can be resolved with the following proposed briefing schedule:

1. February 28: Plaintiff files motion re substitution of Exhibit A (that issue only)
2. March 14: Defendant files opposition to Exhibit A motion, if any
3. March 21: Plaintiff files reply to Exhibit A opposition, if any
4. Hearing on Exhibit A Motion at court's discretion
5. If Exhibit A motion is granted, Defendant shall have 14 days thereafter to file any revised Opposition Brief on the fees motion, and plaintiff shall have 7 days thereafter to file a reply brief addressing any issues raised in the operative opposition brief
6. If Exhibit A motion is denied, Plaintiff shall file its reply brief in support of fees motion 7 days after the denial

The normal rules of the appropriate scope of briefing will apply, so the only way we would raise "new" legal issues in our reply would be if you raise new legal issues in your opposition to which we need to reply.  If you agree to the above, I can prepare a stipulation for your review.

Regards,


Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.


On Wed, Feb 26, 2025 at 12:55 PM Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov> wrote:

Hi Rachel,

Sec. Doughty Decl. Ex. A p.2

As you know, Defendant objects to Plaintiff's request to file the motion to change the billing records Plaintiff relies upon in their motion for fees. That said, Defendant would be willing to agree to a stipulation related to a briefing schedule under the following conditions:

1. Plaintiff will not seek recovery of any costs and fees for any work associated with this issue concerning replacement of "Exhibit A" and any motion practice relating thereto.
2. If the Court grants Plaintiff's request to replace "Exhibit A," Plaintiff's reply brief will be limited to the substitution of Exhibit A and shall not include new legal arguments concerning the new Exhibit A.
3. Plaintiff will have 7 days to respond to the Defendant's opposition after the Court rules on the motion.  (There is no reason why Plaintiff cannot be working on their reply at this time, and replacing "Exhibit A" should not change the substance of Plaintiff's reply to the vast majority of Defendant's arguments.)
4. If the Court were to grant Plaintiff's motion to replace "Exhibit A," Defendant will have 14 days from the date of Plaintiff's reply to file a sur-reply addressing the new evidence that flows from the information disclosed in the replaced Exhibit A.

Best,

Valerie E. Smith

Assistant United States Attorney

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

valerie.smith2@usdoj.gov

(415) 436-6985 (direct)

---

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Tuesday, February 25, 2025 4:44 PM
**To:** Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov>
**Cc:** Dan Snyder <dsnyder@publicjustice.net>; Richard Brody <rbrody@greenfirelaw.com>
**Subject:** Re: [EXTERNAL] USRTK v. USU (Case 3:23-cv-02956-TSH) Time Sheets

Hi Valerie,

I plan to file a motion to allow correction of the mistake on Exhibit A (ECF 36-1). The Guidelines for

Professional Conduct for the District (no. 4) state that "a lawyer should agree to reasonable requests for extensions of time when the legitimate interests of his or her client will not be adversely affected." I am requesting an extension on the deadline to file our reply brief on the pending motion for fees (ECF 33) until 10 days after the Court rules on the motion I will file this week to avoid a confusing briefing schedule for the Court and to afford your client time to respond to our time records, should the Court grant our motion and give you time to respond to the Corrected Exhibit A. Please advise if you will agree to this extension.

Regards,


Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com


PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.




On Mon, Feb 24, 2025 at 9:57 AM Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov> wrote:

Hi Rachel,


Thank you for reaching out. Defendants do not intend to stipulate and do not agree with your position.


Best,

Valerie E. Smith

Assistant United States Attorney

Sec. Doughty Decl. Ex. A p.4

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102

valerie.smith2@usdoj.gov

(415) 436-6985 (direct)

---

**From:** Rachel Doughty <rdoughty@greenfirelaw.com>
**Sent:** Friday, February 21, 2025 3:31 PM
**To:** Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov>
**Cc:** Dan Snyder <dsnyder@publicjustice.net>; Richard Brody <rbrody@greenfirelaw.com>
**Subject:** [EXTERNAL] USRTK v. USU (Case 3:23-cv-02956-TSH) Time Sheets


Dear Valerie,

As you note in your opposition, the Greenfire Law timesheets failed to include the "USER" column in our filings supporting USRTK's Motion for Fees & Costs. We investigated the issue and determined there was an inadvertent error in the PDF conversion process that caused the "USER" field to drop off the document margins. As you know, the "USER" field was previously included in our original settlement demand letter in this case. That exhibit is attached hereto for your reference.

We intend on moving the Court to allow USRTK to correct this error, and will be filing a declaration attesting to these facts. It is evident from the substance of our Motion and the summary of each timekeeper's hours that USRTK was under the good faith belief that Greenfire Law's timesheets were in the same format as previously provided to the government. While we anticipate USU will oppose such a motion, USRTK offers to stipulate that the government may file a supplemental brief in response to the corrected timesheets to give Defendant an opportunity to raise any additional arguments it may have.

We will be filing something with the Court no later than COB Monday, 2/24, so please let us know your position ASAP.

Regards,

Rachel


Rachel S. Doughty, Esq.
Greenfire Law, PC
2748 Adeline Street, Suite A
Berkeley, CA 94703

Sec. Doughty Decl. Ex. A p.5

T: 510.900.9502 x 706
F: 510.900.9502
rdoughty@greenfirelaw.com


PRIVILEGE AND CONFIDENTIALITY NOTICE

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

Sec. Doughty Decl. Ex. A p.6