DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone: (202) 861-5251
Facsimile: (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone: (510) 900-9502
Facsimile: (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

US RIGHT TO KNOW,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,

Defendant.

Case No. 23-cv-02956-TSH

**EXHIBIT B**

**TO SECOND DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS**

| Billers | Year | Experience | Demanded | Billed | % Reduction | Matrix Rate | Lodestar | Demand |
|---|---|---|---|---|---|---|---|---|
| Rachel Doughty | 2004 | 17 | 0.8 | 0.9 | 11% | $878.00 | $790.20 | $702.40 |
| Lily Rivo | 2005 | 16 | 10.1 | 12.7 | 20% | $777.00 | $9,867.90 | $7,847.70 |
| Christian Bucey | 2017 | 6 | 0 | 1.4 | 100% | $777.00 | $1,087.80 | $0.00 |
| Donna Wallace | NA | Admin | 1.8 | 1.9 | 5% | $239.00 | $454.10 | $430.20 |
| Nuria de la Fuente | NA | Admin | 6.2 | 6.5 | 5% | $239.00 | $1,553.50 | $1,481.80 |
| Jessica San Luis | NA | Admin | 0.4 | 0.4 | 0% | $239.00 | $95.60 | $95.60 |

| | Lodestar | Demand | % |
|---|---|---|---|
| Time | $13,849.10 | $10,557.70 | 76.23% |
| Costs | $435.12 | $435.12 | |
| Total | $14,284.22 | $10,992.82 | 76.96% |

| | Demand |
|---|---|
| Hours Billed | 23.8 |
| Hours Demanded | 19.3 |

| Type | Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 5/22/23 | 0.7 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re USTRK matters generally and plan for drafting new | Christian Bucey |
| TimeEntry | 5/22/23 | 0.7 | | 0.7 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meeting with CB re drafting complaint under FOIA for USRTK | Lily Rivo |
| TimeEntry | 5/22/23 | 0.7 | | 0.7 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft USRTK complaint in USU matter | Lily Rivo |
| TimeEntry | 5/22/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re revisions to draft USRTK USU | Christian Bucey |
| TimeEntry | 5/22/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Meet with CB and review Complaint in USU Matter | Lily Rivo |
| TimeEntry | 5/24/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Review USRTK USU Complaint; assess fee waiver issue; flag for discussion | Lily Rivo |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create matter; migrate activities into the same | Christian Bucey |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with CB re final edits to complaint | Lily Rivo |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with LR re final edits to complaint | Christian Bucey |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review LR's final version of USU complaint in redline | Christian Bucey |
| TimeEntry | 5/24/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Email CORR with RSD and LR re review of complaint | Christian Bucey |
| TimeEntry | 6/5/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Communicate with Dan re status of complaint edits | Lily Rivo |
| TimeEntry | 6/6/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Prepare complaint | Rachel Doughty |
| TimeEntry | 6/6/23 | 0 | | 0 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Email final complaint to DS | Lily Rivo |
| TimeEntry | 6/7/23 | 0.1 | | 0.1 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Email to DS and find corporate disclosure statement example, create task to complete all filings early | Lily Rivo |
| TimeEntry | 6/9/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review final edits to complaint from DS and save to file | Lily Rivo |
| TimeEntry | 6/9/23 | 0.2 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Draft corporate disclosure statement for filing next week | Lily Rivo |
| TimeEntry | 6/13/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Prepare pleadings to file | Rachel Doughty |
| TimeEntry | 6/15/23 | 1.2 | | 1.2 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Complete all initial case filings | Lily Rivo |
| TimeEntry | 6/18/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar Deadline for Consent to Proceed Before Magistrate Judge | Lily Rivo |
| TimeEntry | 6/22/23 | 0.2 | | 0.2 | A102 Research L210 Pleadings | L210 Pleadings | Confirm 90 day limit to serve documents in USRTK cases per FRCP Rule 4(m) | Lily Rivo |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 7/3/23 | 0.1 | 100.00% | 0 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Confer w/ staff re service of process | Rachel Doughty |
| TimeEntry | 7/5/23 | 0.2 | | 0.2 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Update all deadlines per CMC and | Lily Rivo |
| TimeEntry | 7/5/23 | 0.1 | | 0.1 | A110 Manage data/files P280 Other | P280 Other | Review Order granting PHV application and docket | Rachel Doughty |
| TimeEntry | 7/7/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Incorporate recently docketed files for service | Lily Rivo |
| TimeEntry | 7/10/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding SOP to go out | Lily Rivo |
| TimeEntry | 7/10/23 | 0.9 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Assist NF with SOP | Lily Rivo |
| TimeEntry | 7/10/23 | 1.8 | | 1.8 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Prepare service packets w LR, print labels, research signature required vs. certified mail on stams.com prepare | Nuria de la Fuente |
| TimeEntry | 7/13/23 | 0.1 | | 0.1 | | | Assign matter to each USPS certified mail service packet sent before forwarding receipt to | Nuria de la Fuente |
| TimeEntry | 7/14/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Make sure service accomplished and direct staff re POS of | Rachel Doughty |
| TimeEntry | 7/14/23 | 1 | | 1 | A101 Plan and prepare for L140 Document/File Management | L140 Document/File Management | Check USPS web for certified delivery | Nuria de la Fuente |
| TimeEntry | 7/14/23 | 0.2 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Confer with NF regarding filing POS for | Lily Rivo |
| TimeEntry | 7/17/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Check SOP packets created by NF | Lily Rivo |
| TimeEntry | 7/18/23 | 0.1 | 100.00% | 0 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Assign NF task of checking SOP today and updating proof of service; filing with the | Lily Rivo |
| TimeEntry | 7/18/23 | 0.1 | 100.00% | 0 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Confirm tracking of USPS for POS | Lily Rivo |
| TimeEntry | 7/18/23 | 0.1 | 0.00% | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Task deadline for LR an self to submit summons POS per complaint | Nuria de la Fuente |
| TimeEntry | 7/18/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update POS for Summons issued per LR | Nuria de la Fuente |
| TimeEntry | 7/19/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Create service packet and POS tracking | Nuria de la Fuente |
| TimeEntry | 7/24/23 | 0.1 | | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review file, note delivery to USU Dept | Lily Rivo |
| TimeEntry | 7/25/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per DS filing Notice of Unavailability | Lily Rivo |
| TimeEntry | 7/25/23 | 0.2 | | 0.2 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review documents, confirm POS ready for all defendants as | Lily Rivo |
| TimeEntry | 7/25/23 | 0.7 | | 0.7 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download USPS service tracking and assemble POS of Summons for AG, DIA and USAO | Nuria de la Fuente |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 7/26/23 | 0.9 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Assist NF with filing SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; note the blurb in former USRTK per | Lily Rivo |
| TimeEntry | 7/26/23 | 0.3 | 100.00% | 0 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Calculate dates per FRCP 12(a)(2) and confirm with RD. Updated POS to reflect rule and as in former USRTK filing per FOIA | Nuria de la Fuente |
| TimeEntry | 7/27/23 | 0.6 | | 0.6 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket per service emails and task deadlines for answer form DIA, USAO, AG and office of the Secretary, | Nuria de la Fuente |
| TimeEntry | 7/26/23 | 0.3 | | 0.3 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Confer with ND and LR re ECF Filing of Proof of Service of | Donna Wallace |
| TimeEntry | 7/27/23 | 0.1 | | 0.1 | | | Update matter dashboard with case no | Nuria de la Fuente |
| TimeEntry | 7/27/23 | 0.2 | | 0.2 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Notify attys of docket updates and tasking completed and request tasking review | Nuria de la Fuente |
| TimeEntry | 7/31/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | File SOP in USU; Calculating dates per FRCP 12(a)(2) and confirm with RD; make note of the blurb in former USRTK per FOIA statute | Nuria de la Fuente |
| TimeEntry | 7/26/23 | 0.3 | | 0.3 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File Process of service with cert mail confirmation | Nuria de la Fuente |
| TimeEntry | 7/26/23 | 0.2 | | 0.2 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Call clerk of the court to modify date for Answer deadline form USU as filling did not indicate FOIA | Nuria de la Fuente |
| TimeEntry | 8/8/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert | Donna Wallace |
| TimeEntry | 8/14/23 | 0.1 | | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Review returned service packet to USU (Dept of Science). Check docket regarding defendant's deadline to | Lily Rivo |
| TimeEntry | 8/14/23 | 0.4 | | 0.4 | A107 Communicate (other outside counsel) L210 Pleadings | L210 Pleadings | Review docket, stipulation and correspondence. Email opposing counsel regarding returned service packet. | Lily Rivo |
| TimeEntry | 8/16/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket ADR Cert | Donna Wallace |
| TimeEntry | 8/17/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download and docket DKT 018 Consent to Mag. Judge | Donna Wallace |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TimeEntry | 8/23/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication btwn USU and DS; note proposed | Lily Rivo |
| TimeEntry | 8/23/23 | 0.2 | | 0.2 | | | Enter OC and former OC in Clio contacts and link to | Nuria de la Fuente |
| TimeEntry | 8/23/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review DS email to opposing counsel regarding case management | Lily Rivo |
| TimeEntry | 8/23/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication between DS and USU regarding proposed | Lily Rivo |
| TimeEntry | 8/24/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review deadlines, calendar and | Lily Rivo |
| TimeEntry | 8/25/23 | 0.1 | 100.00% | 0 | | | Confer with ND re POS | Donna Wallace |
| TimeEntry | 8/28/23 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Review docketing, file, and upcoming deadlines, calendar accordingly | Lily Rivo |
| TimeEntry | 8/28/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Add Magistrate Judge to | Donna Wallace |
| TimeEntry | 8/29/23 | 0.1 | | 0.1 | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review correspondence regarding search parameters and September 7 deadline | Lily Rivo |
| TimeEntry | 8/30/23 | 0.4 | | 0.4 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Download, docket and calendar new CMC and new deadline to file CMC | Donna Wallace |
| TimeEntry | 9/12/23 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File | L140 Document/File | Update docket and notify | Nuria de la Fuente |
| TimeEntry | 9/21/23 | 0.1 | | 0.1 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Confirm upcoming deadlines for CMC and CMCS in October, email DS to inquire as to adding this as a task | Lily Rivo |
| TimeEntry | 9/21/23 | 0.2 | | 0.2 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review the email exchange between DS and USU; particularly note the strategy to propose production and conferral | Lily Rivo |
| TimeEntry | 9/21/23 | 0.1 | | 0.1 | A105 Communicate (in firm) L140 Document/File Management | L140 Document/File Management | Correct task entry and reply to LR's email | Donna Wallace |
| TimeEntry | 9/26/23 | 0.2 | | 0.2 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review draft stipulation and correspondence from USU; DS comments and exchange | Lily Rivo |
| TimeEntry | 9/26/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review stipulation, exchange email with DS regarding proposed edits | Lily Rivo |
| TimeEntry | 9/26/23 | 0.1 | | 0.1 | A107 Communicate (other outside counsel) P300 Structure/Strategy/Analysis | P300 Structure/Strategy/Analysis | Review correspondence with client regarding stipulation and potential government shutdown, | Lily Rivo |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 9/26/23 | 0.1 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and notify attys | Nuria de la Fuente |
| TimeEntry | 9/28/23 | 0.6 | 0.6 | | | Download, docket and calendar new deadlines per Order granting | Donna Wallace |
| TimeEntry | 11/28/23 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from agency regarding production, delay and communication btwn FOIA officer and | Lily Rivo |
| TimeEntry | 12/19/23 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence between agency and DS regarding client review | Lily Rivo |
| TimeEntry | 1/23/24 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review DS correspondence to USU regarding summary of conversation; | Lily Rivo |
| TimeEntry | 3/12/24 | 0.1 | 0.1 | A101 Plan and prepare for L120 Analysis/Strategy | L120 Analysis/Strategy | Review docket for upcoming deadline and discussion RSD | Lily Rivo |
| TimeEntry | 3/13/24 | 0.1 | 0.1 | A110 Manage data/files L210 Pleadings | L210 Pleadings | Calendar joint status report and associated deadlines | Lily Rivo |
| TimeEntry | 3/15/24 | 0.3 | 0.3 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review transmittal from Agency and DS communications regarding exemptions, | Lily Rivo |
| TimeEntry | 3/28/24 | 0.1 | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review exchanged emails concerning joint status report, | Lily Rivo |
| TimeEntry | 4/3/24 | 0.3 | 0.3 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review stipulation to continue, correspondence regarding Vaughn index, propose edits for DS/co-counsel review | Lily Rivo |
| TimeEntry | 4/3/24 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Review co counsel communication with Agency counsel regarding | Lily Rivo |
| TimeEntry | 4/3/24 | 0.1 | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review docketed stipulation, proposed order to continue | Lily Rivo |
| TimeEntry | 4/9/24 | 0.1 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Calendar Order extending deadline to file J. Status Report and notify atty of | Nuria de la Fuente |
| TimeEntry | 4/9/24 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with DS after reviewing Order granting stipulation | Lily Rivo |
| TimeEntry | 4/30/24 | 0.1 | 0.1 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review correspondence from DS to USAO r filing deadlines and redaction | Lily Rivo |
| TimeEntry | 6/4/24 | 0.1 | 0.1 | A107 Communicate (other outside counsel) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and | Exchange email with DS regarding upcoming status report | Lily Rivo |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 6/5/24 | 0.1 | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review joint status statement and provide counsel permission to | Lily Rivo |
| TimeEntry | 6/5/24 | 0.1 | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update dkt Per Stip to Continue Deadline for Status Report [proposed | Nuria de la Fuente |
| TimeEntry | 6/7/24 | 0.2 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, file and calendar with new Status Report | Jessica San Luis |
| TimeEntry | 6/11/24 | 0.2 | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, manage calendar deadlines and tasks | Jessica San Luis |
| TimeEntry | 6/12/24 | 0.1 | 0.1 | A104 Review/analyze L210 Pleadings | L210 Pleadings | Review matter to asses upcoming | Lily Rivo |
| TimeEntry | 7/3/24 | 0.1 | 0.1 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review correspondence from Agency transmitting production | Lily Rivo |
| TimeEntry | 7/11/24 | 0.1 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from DS and RSD re settlement and preparation of | Lily Rivo |
| TimeEntry | 7/11/24 | 0.1 | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communication from DS and RSD re settlement and preparation of | Lily Rivo |
| TimeEntry | 7/12/24 | 0.6 | 0.6 | A103 Draft/revise L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding | Prepare fees and demands chart for RSD | Lily Rivo |
| TimeEntry | 7/15/24 | 0.1 | 0.1 | A103 Draft/revise P280 Other | P280 Other | Figure out time/fee | Rachel Doughty |
| TimeEntry | 7/16/24 | 0.2 | 0.2 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and | Update fee chart with formulas | Lily Rivo |
| TimeEntry | 7/16/24 | 0.5 | 0.5 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Add JSL to fee chart, review entries and reduce admin/duplicative tasks for | Lily Rivo |
| TimeEntry | 7/16/24 | 0.2 | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with RSD regarding USRTK fees and costs | Lily Rivo |
| TimeEntry | 7/16/24 | 0.2 | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding USRTK fees | Rachel Doughty |

| Type | Date | UTBMS | Description | Rate ($) | Billable ($) | Expense |
|---|---|---|---|---|---|---|
| ExpenseEntr | 7/21/23 | E112 Court | Filing fee for Initial | 402 | 402 | Filing Fee |
| ExpenseEntr | 8/15/23 | E108 Postage | USPS Certified Mail | 8.34 | 8.34 | Postage |
| ExpenseEntr | 8/15/23 | E108 Postage | USPS Certified Mail | 8.34 | 8.34 | Postage |
| ExpenseEntr | 8/15/23 | E108 Postage | USPS Certified Mail | 8.1 | 8.1 | Postage |
| ExpenseEntr | 8/15/23 | E108 Postage | USPS Certified Mail | 8.34 | 8.34 | Postage |