1 | DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
2 | PUBLIC JUSTICE
3 | 1620 L Street NW, Suite 630
Washington, DC 20036
4 | Telephone: (202) 861-5251
Facsimile: (202) 232-7203
5 | dsnyder@publicjustice.net

6 | RACHEL S. DOUGHTY (California State Bar No. 255904)
7 | LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
8 | 2748 Adeline St., Suite A
Berkeley, CA 94703
9 | Telephone: (510) 900-9502
Facsimile: (510) 900-9502
10 | rdoughty@greenfirelaw.com
11 | lrivo@greenfiirelaw.com

12 | Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| US RIGHT TO KNOW, | Case No. 23-cv-02956-TSH |
|---|---|
| Plaintiff, | **EXHIBIT C** |
| v. | **TO SECOND DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

1

EXHIBIT C TO SECOND DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S
MOTION FOR ATTORNEYS' FEES AND COSTS – 23-cv-02956-TSH

 **Outlook**

### RE: Additional declaration to be filed ISO Plaintiff's Motion for Attny Fees

**From** Dan Snyder <dsnyder@publicjustice.net>
**Date** Mon 12/23/2024 2:33 PM
**To** 'Lily Rivo' <lrivo@greenfirelaw.com>; Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov>
**Cc** Rachel Doughty <rdoughty@greenfirelaw.com>

Hi Valerie, and Happy Holidays,

Out of an abundance of caution, we plan on filing the Drury declaration today in the early afternoon. Again, this was an inadvertent mishap on our part, as our filing on Friday makes multiple references and citations to Mr. Drury's declaration. Given the length of time you have to respond to the fee motion and its supporting evidence, I trust this filing will not be objectionable. In the event you do indeed have an objection, please contact us to confer.

Thank you,

Dan



**Daniel C. Snyder**
*Director*
Environmental Enforcement Project
Pronouns: he/him
dsnyder@publicjustice.net
www.publicjustice.net

1620 L Street NW, Suite 630, Washington DC 20036
Ph: 202-861-5251

Facebook: /publicjustice

Public Justice is proud to be a leader in offering a flexible work environment. Team members' availability and responsiveness may be dependent on their location, schedule and/or family or other obligations, and we recognize others' schedules may also vary.

**Join Us for the Epochs Tour!** Public Justice supporters are invited to meet our new Chief Executive Officer, Sharon McGowan and learn more about how you can deepen your connection with the organization. Find your stop on the Epochs Tour and join as we begin a new chapter in Public Justice's story.

Sec. Doughty Decl. Ex. C p.1



**From:** Lily Rivo <lrivo@greenfirelaw.com>
**Sent:** Monday, December 23, 2024 11:49 AM
**To:** Smith, Valerie (USACAN) <Valerie.Smith2@usdoj.gov>
**Cc:** Dan Snyder <dsnyder@publicjustice.net>; Rachel Doughty <rdoughty@greenfirelaw.com>
**Subject:** Additional declaration to be filed ISO Plaintiff's Motion for Attny Fees

Good morning Valerie,

When filing Plaintiff's Motion for Attorney Fees, we inadvertently did not upload an additional declaration prepared in support of our motion. Do you have an objection to the late filing of this declaration today? It is the declaration of Richard Drury.

Thank you, and happy holidays.

Lily Rivo, Esq.
**Greenfire Law, PC**
2748 Adeline Street, Suite A
Berkeley, CA 94703
T: 510.900.9502 x 712
lrivo@greenfirelaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact me immediately by return e-mail or at 510-900-9502 x 2, and destroy the original transmission and its attachments without reading or saving in any manner.

Sec. Doughty Decl. Ex. C p.2