DANIEL C. SNYDER (Oregon State Bar No. 105127)
*Pro hac vice*
PUBLIC JUSTICE
1620 L Street NW, Suite 630
Washington, DC 20036
Telephone:    (202) 861-5251
Facsimile:    (202) 232-7203
dsnyder@publicjustice.net

RACHEL S. DOUGHTY (California State Bar No. 255904)
LILY A. RIVO (California State Bar No. 242688)
GREENFIRE LAW, PC
2748 Adeline St., Suite A
Berkeley, CA 94703
Telephone:    (510) 900-9502
Facsimile:    (510) 900-9502
rdoughty@greenfirelaw.com
lrivo@greenfiirelaw.com

Attorneys for Plaintiff US RIGHT TO KNOW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES,<br><br>    Defendant. | Case No. 23-cv-02956-TSH<br><br>**EXHIBIT G**<br><br>**TO SECOND DECLARATION OF RACHEL S. DOUGHTY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User |
|---|---|---|---|---|---|---|---|
| 6/6/23 | 0.20 | | 0.2 | A103 Draft/revise L210 Pleadings | L210 Pleadings | Prepare complaint | Rachel Doughty |
| 6/13/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Prepare pleadings to file | Rachel Doughty |
| 7/3/23 | 0.10 | 100.00% | 0.0 | A101 Plan and prepare for L210 Pleadings | L210 Pleadings | Confer w/ staff re service of process | Rachel Doughty |
| 7/5/23 | 0.10 | 100.00% | 0.0 | A110 Manage data/files P280 Other | P280 Other | Review Order granting PHV application and docket internally | Rachel Doughty |
| 7/14/23 | 0.10 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Make sure service accomplished and direct staff re POS of process | Rachel Doughty |
| 7/15/24 | 0.10 | | 0.1 | A103 Draft/revise P280 Other | P280 Other | Figure out time/fee demand | Rachel Doughty |
| 7/16/24 | 0.20 | | 0.2 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding USRTK fees and costs | Rachel Doughty |
| 9/24/24 | 0.10 | | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Confer with LR regarding overview and deadlines | Rachel Doughty |
| 10/1/24 | 0.20 | | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review letter re settlement offer | Rachel Doughty |
| 11/4/24 | 0.20 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Confer w/ co-counsel re possible need for fee motion by phone | Rachel Doughty |
| 11/4/24 | 0.30 | | 0.3 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Update fees chart, confer w/ co-counsel re counter offer on fees | Rachel Doughty |
| 11/6/24 | 0.10 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding briefing fees; strategy | Rachel Doughty |
| 11/6/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Email CORR w/ expert re fees decl. | Rachel Doughty |
| 11/6/24 | 0.10 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion | Rachel Doughty |
| 11/7/24 | 0.10 | | 0.1 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ D. Bahr re fee motion strategy | Rachel Doughty |
| 11/7/24 | 0.20 | | 0.2 | A104 Review/analyze L130 Experts/Consultants | L130 Experts/Consultants | Discuss fees awards with David Bahr | Rachel Doughty |
| 11/27/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Lft msg and email correspondence to VS withdrawing settlement offers as we begin fee motion and inviting mediation or further settlemend discussion | Rachel Doughty |
| 11/27/24 | 1 | | 1.0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Strategy call with co-counsel re DOJ failure to settle the matter | Rachel Doughty |
| 11/27/24 | 0.6 | | 0.6 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update fee chart and apply billing judgment | Rachel Doughty |
| 12/4/24 | 0.1 | | 0.1 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence to DOJ attorney seeking fee resolution | Rachel Doughty |
| 12/6/24 | 0.2 | | 0.2 | A105 Communicate (in firm) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Call with opposing counsel | Rachel Doughty |
| 12/6/24 | 0.5 | | 0.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty DECL ISO fees | Rachel Doughty |
| 12/6/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Motion for Costs and Atty fees | Rachel Doughty |

Updated GFL Time

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User |
|---|---|---|---|---|---|---|---|
| 12/6/24 | 0.4 | | 0.4 | A105 Communicate (in firm) C200 Researching Law | C200 Researching Law | Research re rule 68 offer | Rachel Doughty |
| 12/6/24 | 0.2 | | 0.2 | A102 Research C200 Researching Law | C200 Researching Law | Research Rule 68 Offer | Rachel Doughty |
| 12/6/24 | 0.2 | | 0.2 | A104 Review/analyze L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Review fee charts and discuss same with co-counsel | Rachel Doughty |
| 12/9/24 | 0.4 | | 0.4 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Email correspondence w/ co-counsel re settlement; update fees chart to share with expert on fee decl. | Rachel Doughty |
| 12/10/24 | 0.2 | | 0.2 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee motion | Rachel Doughty |
| 12/11/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft Doughty DECL ISO fee motion | Rachel Doughty |
| 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L160 Settlement/Non-Binding ADR | L160 Settlement/Non-Binding ADR | Prepare settlement offer and send to USA | Rachel Doughty |
| 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) C100 Fact Gathering | C100 Fact Gathering | Confer w/ DS re updating costs to include PJ costs | Rachel Doughty |
| 12/11/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Confer with LR regarding Drury declaration, updating costs for settlement ISO Motion for Fees and Costs | Rachel Doughty |
| 12/11/24 | 0.2 | | 0.2 | A108 Communicate (other external) L130 Experts/Consultants | L130 Experts/Consultants | Confer w/ fees expert re fee motion | Rachel Doughty |
| 12/11/24 | 0.8 | | 0.8 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare motion re fees and costs | Rachel Doughty |
| 12/12/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare draft MSJ ISO fees | Rachel Doughty |
| 12/16/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl. ISO USU | Rachel Doughty |
| 12/16/24 | 0.1 | | 0.1 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty Decl ISO mtn for fees | Rachel Doughty |
| 12/16/24 | 0.9 | | 0.9 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Doughty declaration | Rachel Doughty |
| 12/17/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare fee tables for fee motion | Rachel Doughty |
| 12/18/24 | 0.3 | | 0.3 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update costs with new expert invoices, update costs and fees chart with same; email opposing counsel re settlement discussion | Rachel Doughty |
| 12/20/24 | 1.4 | | 1.4 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare Declaration of Rachel Doughty ISO fees motion | Rachel Doughty |
| 12/20/24 | 3.9 | | 3.9 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review and make final edits to fees motion | Jessica San Luis |
| 12/20/24 | 0.5 | | 0.5 | A104 Review/analyze L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Review declarations ISO fee motion, call RSD regarding same | Lily Rivo |
| 12/20/24 | 3.5 | | 3.5 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Get all final declarations together, including from client and do final edits and consistency checks | Rachel Doughty |

2

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User |
|---|---|---|---|---|---|---|---|
| 12/20/24 | 0.3 | | 0.3 | A104 Review/analyze L120 Analysis/Strategy | L120 Analysis/Strategy | Review Ruskin declaration and call regarding finalizing for filing | Lily Rivo |
| 12/20/24 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft proposed order ISO fee motion for RSD review | Lily Rivo |
| 12/20/24 | 0.2 | | 0.2 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Communicate with RSD and JSL regarding fee motion filing | Lily Rivo |
| 12/23/24 | 0.4 | | 0.4 | A104 Review/analyze L140 Document/File Management | L140 Document/File Management | Review docket and filings; emails w/LR | Jessica San Luis |
| 12/23/24 | 0.2 | 100% | 0.0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange emails with co-counsel regarding motion for attorneys' fees and additional declaration | Lily Rivo |
| 12/23/24 | 0.1 | 100% | 0.0 | A107 Communicate (other outside counsel) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with opposing counsel regarding inadvertent failure to file declaration | Lily Rivo |
| 12/23/24 | 0.1 | 100% | 0.0 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Call with staff regarding filing declaration ISO Mot for Fees today | Lily Rivo |
| 12/23/24 | 0.2 | | 0.2 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File Declaration of Richard Drury; update docket and file | Jessica San Luis |
| 12/26/24 | 0.1 | | 0.1 | A105 Communicate (in firm) L120 Analysis/Strategy | L120 Analysis/Strategy | Exchange email with RB regarding overview of cases; engagement of DS | Lily Rivo |
| 12/30/24 | 0.1 | | 0.1 | A104 Review/analyze L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review standing order and rules; email to RSD/LR | Jessica San Luis |
| 12/30/24 | 0.3 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft notice of appearance for RAB | Jessica San Luis |
| 1/14/25 | 0.3 | 100.00% | 0.0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | File notice of appearance; update docket and file | Jessica San Luis |
| 1/27/25 | 0.1 | | 0.1 | A105 Communicate (in firm) L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Review email from opposing counsel re change of assigned counsel | Rachel Doughty |
| 1/27/25 | 0.2 | | 0.2 | A108 Communicate (other external) L120 Analysis/Strategy | L120 Analysis/Strategy | Review communications, stipulation to extend briefing, approve and confirm by email | Lily Rivo |
| 1/28/25 | 0.4 | 100.00% | 0.0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and file; check for notice of appearance; email to RAB | Jessica San Luis |
| 1/29/25 | 0.1 | | 0.1 | A105 Communicate (in firm) L210 Pleadings | L210 Pleadings | Exchange emails confirming amended stipulation filing | Lily Rivo |
| 1/29/25 | 0.1 | | 0.1 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket, file and tasks; email to RSD/LR/RB | Jessica San Luis |
| 1/30/25 | 0.2 | 100.00% | 0.0 | A110 Manage data/files L140 Document/File Management | L140 Document/File Management | Update docket and file; update tasks and calendaring; email to RSD/LR/RAB | Jessica San Luis |
| 2/18/25 | 0.5 | 100.00% | 0.0 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Revise and update FOIA tracking spreadsheet, including case and control information | Jessica San Luis |
| 2/19/25 | 0.5 | 66.00% | 0.2 | A110 Manage data/files L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update file and docket with opposition documents; email to RAB/RSD/LR with filings | Jessica San Luis |

3

| Date | Hours | Rdxn | Demand | Activity category | UTBMS task code | Description | User | |
|---|---|---|---|---|---|---|---|---|
| 2/19/25 | 0.2 | | 0.2 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Edit motion for remote appearance, send to co counsel | Lily Rivo | |
| 2/20/25 | 0.4 | | 0.4 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare reply brief | Rachel Doughty | |
| 2/21/25 | 0.2 | 100.00% | 0.0 | A108 Communicate (other external) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer w/ opposing counsel re mistake in timesheet | Rachel Doughty | |
| 2/24/25 | 0.2 | 100.00% | 0.0 | A104 Review/analyze C100 Fact Gathering | C100 Fact Gathering | Review correspondence regarding filings and production | Lily Rivo | |
| 2/24/25 | 0.2 | 100.00% | 0.0 | A105 Communicate (in firm) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Confer w/ staff re motion re inadvertance or mistake | Rachel Doughty | |
| 2/24/25 | 0.8 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft motion for relief FRCP 60 | Jessica San Luis | |
| 2/25/25 | 2.5 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Revise, edit and finish drafting Rule 60 motion; review of correspondence with opposing counsel; review of federal rules | Jessica San Luis | |
| 2/25/25 | 1 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare mtn re inadvertance and mistake related to time sheet | Rachel Doughty | |
| 2/25/25 | 0.8 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare motion re inadvertance and mistake | Rachel Doughty | |
| 2/26/25 | 0 | 100.00% | 0.0 | A107 Communicate (other outside counsel) L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Email correspondence w/ opposing counsel re proposed briefing schedule re Exhibit A omission | Rachel Doughty | |
| 2/26/25 | 1.1 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Draft stipulation and proposed order regarding briefing schedule for review | Jessica San Luis | |
| 2/27/25 | 0.5 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Prepare stipulation re Exhibit A motion | Rachel Doughty | |
| 2/28/25 | 0.6 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Finalize and prepare corrected exhibit A for filing; file with district court; update file | Jessica San Luis | 02/28/2025 8: |
| 2/28/25 | 0.2 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Send instructions to assistant re filing Motion Errata | Rachel Doughty | 02/28/2025 8: |
| 2/28/25 | 0.2 | 100.00% | 0.0 | A103 Draft/revise L190 Other Case Assessment, Development and Administration | L190 Other Case Assessment, Development and Administration | Update FOIA tracking chart; update deadlines and status; check tasks and update file | Jessica San Luis | 02/28/2025 11 |
| 3/3/25 | 0.3 | 100.00% | 0.0 | A103 Draft/revise L250 Other Written Motions and Submissions | L250 Other Written Motions and Submissions | Update fees chart, correspondence w/ co-counsel re motion on fees | Rachel Doughty | |
| 3/7/25 | 1.1 | 100.00% | 0.0 | A103 Draft/revise L460 Post-Trial Motions and Submissions | L460 Post-Trial Motions and Submissions | Draft reply brief ISO fee motion | Rachel Doughty | |