PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6478
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
|     Plaintiff, | **STATUS REPORT** |
|   v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
|     Defendant. | |

**STATUS REPORT**

    Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby submit a status report.

    1.    WHEREAS, on March 19, 2025, the Court issued an Order related to Plaintiff's motion for attorneys' fees. In order to process the Order, Defendant required certain information from Plaintiff. On April 1, 2025, Defendant provided Plaintiff with the form required for disbursement of funds, and Plaintiff returned a completed version that same day. As of last week, Defendant contacted Plaintiff to

obtain additional information to disburse funds. Upon information and belief, now that Defendant has the necessary information to process payment disbursement of funds will be completed within the next 30 days.

      2.      The parties intend on filing a joint stipulation of dismissal within three days of payment being effectuated. If payment has not been effectuated within the next 30 days, then the parties propose to file another status report advising the Court of the circumstances surrounding the delay.

DATED: April 17, 2025                          Respectfully submitted,

                                                  PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Valerie E. Smith
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

 /s/ Richard Brody
RICHARD BRODY
*Attorney for Plaintiff*

 /s/ Daniel C. Snyder
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STATUS REPORT
23-CV-2956 TSH