PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6478
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-CV-02956-TSH |
|     Plaintiff, | **STATUS REPORT** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
|     Defendant. | |

**STATUS REPORT**

Plaintiff US Right to Know ("Plaintiff") and Defendant United States Department of Defense, Uniformed Services University of the Health Sciences ("Defendant"), by and through their undersigned counsel, hereby submit a status report.

    1.    WHEREAS, on September 5, 2024, the Parties filed a joint status report, informing the Court that the merits of the underlying FOIA request had been resolved amongst the Parties. Dkt. No. 29.

    2.    WHEREAS, on March 19, 2025, the Court issued an Order related to Plaintiff's motion

STATUS REPORT
23-CV-2956 TSH

for attorneys' fees. Dkt. No. 50.

3. WHEREAS, on April 24, 2025, Plaintiff's counsel confirmed receipt of payment of attorneys' fees as ordered in in the Court's March 19, 2025 Order. To that end, the Parties agree that all issues in this matter have been resolved.

DATED: May 19, 2025

Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

_/s/ Valerie E. Smith_
VALERIE E. SMITH
Assistant United States Attorney[1]
*Attorney for Defendant*

_/s/ Richard Brody_
RICHARD BRODY
*Attorney for Plaintiff*

_/s/ Daniel C. Snyder_
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

---

[1] I, Valerie E. Smith, hereby attest, in accordance with Civil Local Rule 5-1(h)(3), that I have obtained concurrence in the filing of this document from counsel for Plaintiff.

STATUS REPORT
23-CV-2956 TSH