CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
VALERIE E. SMITH (NYRN 5112164)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6985
    FAX: (415) 436-6478
    Valerie.smith2@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, | CASE NO. 23-cv-2956-TSH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| UNITED STATES DEPARTMENT OF DEFENSE, UNIFORMED SERVICES UNIVERSITY OF THE HEALTH SCIENCES, | |
| Defendant. | |

# **STIPULATION OF DISMISSAL**

Pursuant to Court Order dated May 19, 2025, the Parties hereby STIPULATE to dismiss, with prejudice, the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

DATED: May 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 */s/ Valerie E. Smith\**
VALERIE E. SMITH
Assistant United States Attorney
*Attorneys for the Defendant*


 */ s/Richard Brody*
RICHARD BRODY
*Attorney for Plaintiff*

 */s/ Daniel C. Snyder*
DANIEL C. SNYDER
*pro hac vice*
*Attorney for Plaintiff*

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*